UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **URSULA MILDE,** | : |
| | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 3:00 CV 2423 (AVC) |
| v. | : |
| | : |
| THE HOUSING AUTHORITY OF THE | : |
| TOWN OF GREENWICH; | : |
| THE HOUSING AUTHORITY OF | : |
| THE TOWN OF GREENWICH | : |
| BOARD OF COMMISSIONERS; | : |
| and BENJAMIN LITTLE, CEO, | : October 17, 2003 |
| | : |
| **Defendants.** | : |

## MOTION TO WITHDRAW APPEARANCE OF DAVID P. POWILATIS

Pursuant to Local Rule 7(e), the undersigned attorney respectfully moves for the withdrawal of his appearance as attorney for the defendants in this case because he has accepted in-house position and will no longer be working for the law firm of Jackson Lewis LLP. Counsel has sent notice of this motion via certified mail (attached as Exhibit A) to the defendants. Jackson Lewis attorney Francis P. Alvarez has already entered an appearance on behalf of the defendants.

Respectfully submitted,

DEFENDANTS HOUSING AUTHORITY OF THE TOWN OF GREENWICH, THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONERS, AND BENJAMIN LITTLE

By: _____
David P. Powilatis(CT 21766)
powilatd@jacksonlewis.com
Francis P. Alvarez(CT 10350)
alvarezf@jacksonlewis.com
JACKSON LEWIS LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904-0251
Ph.: (203) 961-0404
Fax: (203) 324-4704
Their Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been delivered, via first class mail, postage prepaid, this 17th day of October 2003 to counsel of record listed below:

> Mark. P. Carey, Esq.
> Carey & Associates, P.C.
> 71 Old Post Road, Suite One
> Southport, CT 06490

_____
David P. Powilatis



Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | SACRAMENTO, CA |
| 177 Broad Street | BOSTON, MA | MIAMI, FL | SAN FRANCISCO, CA |
| P.O. Box 251 | CHICAGO, IL | MINNEAPOLIS, MN | SEATTLE, WA |
| Stamford, CT 06904-0251 | DALLAS, TX | MORRISTOWN, NJ | STAMFORD, CT |
| Tel 203 961-0404 | GREENVILLE, SC | NEW YORK, NY | WASHINGTON, DC REGION |
| Fax 203 324-4704 | HARTFORD, CT | ORLANDO, FL | WHITE PLAINS, NY |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | |

October 17, 2003

**VIA CERTIFIED MAIL**
**(Return Receipt No. 7003 0500 0002 2922 3984)**

Mr. Terry Mardula
Acting Chief Executive Officer
The Housing Authority of the
    Town of Greenwich
249 Milbank Avenue
Greenwich, CT 06830

        Re:    Milde v. Town of Greenwich, et al.
                 Civ. Action No: 3:00CV2423 (AVC)

Dear Mr. Mardula:

      I am writing to inform you that I am leaving Jackson Lewis because I have accepted an in-house labor relations position. Accordingly, I must withdraw my appearance as attorney for the defendants in the above-referenced matter. Enclosed please find a copy of the Motion to withdraw my appearance.

      Jackson Lewis LLP and attorney Francis P. Alvarez will continue to represent the defendants in this matter. If you have any questions, please contact Frank at (914) 328-0404.

      Thank you for your attention to this matter.

                                Sincerely,

                                JACKSON LEWIS LLP

                                David P. Powilatis

DPP/rp
Enclosure

cc:    Francis P. Alvarez, Esq.



**jackson|lewis**
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | SACRAMENTO, CA |
| 177 Broad Street | BOSTON, MA | MIAMI, FL | SAN FRANCISCO, CA |
| P.O. Box 251 | CHICAGO, IL | MINNEAPOLIS, MN | SEATTLE, WA |
| Stamford, CT 06904-0251 | DALLAS, TX | MORRISTOWN, NJ | STAMFORD, CT |
| Tel 203 961-0404 | GREENVILLE, SC | NEW YORK, NY | WASHINGTON, DC REGION |
| Fax 203 324-4704 | HARTFORD, CT | ORLANDO, FL | WHITE PLAINS, NY |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | |

October 17, 2003

**VIA CERTIFIED MAIL**
**(Return Receipt No. 7003 0500 0002 2922 3991)**

Mr. Benjamin W. Little
27 Carillon Drive
Rocky Hill, CT 06067

Re: Milde v. Town of Greenwich, et al.
Civ. Action No: 3:00CV2423 (AVC)

Dear Mr. Little:

I am writing to inform you that I am leaving Jackson Lewis because I have accepted an in-house labor relations position. Accordingly, I must withdraw my appearance as attorney for the defendants in the above-referenced matter. Enclosed please find a copy of the Motion to withdraw my appearance.

Jackson Lewis LLP and attorney Francis P. Alvarez will continue to represent the defendants in this matter. If you have any questions, please contact Frank at (914) 328-0404.

Thank you for your attention to this matter.

Sincerely,

JACKSON LEWIS LLP

David P. Powilatis

DPP/rp
Enclosure

cc: Francis P. Alvarez, Esq.