UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE, | : |
| Plaintiff, | : CIVIL ACTION NO.<br>: 3:00 CV 2423 (AVC) |
| v. | : |
| THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH;<br>THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONERS;<br>and BENJAMIN LITTLE, CEO, | :<br>:<br>:<br>:<br>: October 17, 2003 |
| Defendants. | : |

**MOTION TO WITHDRAW APPEARANCE OF DAVID P. POWILATIS**

Pursuant to Local Rule 7(e), the undersigned attorney respectfully moves for the withdrawal of his appearance as attorney for the defendants in this case because he has accepted in-house position and will no longer be working for the law firm of Jackson Lewis LLP. Counsel has sent notice of this motion via certified mail (attached as Exhibit A) to the defendants. Jackson Lewis attorney Francis P. Alvarez has already entered an appearance on behalf of the defendants.

GRANTED.
Alfred V. Covello, U.S.D.J.
November 3, 2003.
SO ORDERED.