UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 MAY -6 A 9:30

                                                    X
URSULA MILDE,                        )    CIV NO. 3:00CV2423(AVC)
        Plaintiff,                   )
                                     )           DISTRICT COURT
    v.                               )           HARTFORD CT
                                     )
                                     )
                    JTHORITY OF      )
                    REENWICH; THE    )
                    ORITY OF THE     )
                    WICH BOARD       )
                    ERS; and         )
                    E, CEO,          )
                    ndants.          )    MAY 5, 2003
                                     )
                                     X

**OTION TO DETERMINE SUFFICIENCY OF DEFENDANT'S
OBJECTIONS TO PLAINTIFF'S SECOND REQUEST FOR
ADMISSIONS**

e (herein referred to as "Plaintiff"), respectfully submits this Motion

iency of Defendant's Answers and Objections, pursuant to

Plaintiff's Second Request for Admissions as against the Defendants

rity of the Town of Greenwich; The Housing Authority of the Town

d of Commissioners and Benjamin Little, Chief Executive Officer

is "Defendants," "Housing Authority," "Board of Commissioners,"

).

erts in good faith that the Defendants objections and answers to her

Admissions pursuant to Fed.R.Civ.P. 36 were improper and evasive.

juests immediate relief from the Court and an order deeming the

1.

**NT REQUESTED
QUIRED**

---

3:00cv2423 (AVC). February 10, 2004. Having reviewed the defendant's responses to the plaintiff's second request for admissions, the court concludes that all requests have been answered and all objections asserted consistent with the requirements of Rule 36. Accordingly, the motion is denied. Further, the court reminds counsel for the plaintiff that in accordance with Local Rule 37(a)(2), counsel must attempt to resolve the dispute and certify such efforts by way of affidavit prior to filing a motion to compel.

SO ORDERED.

Alfred V. Covello, U.S.D.J.