ORIGINAL

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| URSULA MILDE,<br>Plaintiff,<br><br>v.<br><br>THE HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH; THE<br>HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH BOARD OF<br>COMMISSIONS; and BENJAMIN<br>LITTLE, CEO,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:00 CV 2423 (AVC)<br><br><br><br><br><br>May 28, 2003 |

### PLAINTIFF'S EXPEDITED SECOND MOTION TO COMPEL DISCOVERY AGAINST DEFENDANTS THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONS; and BENJAMIN LITTLE, CEO

Plaintiff, Ursula Milde (hereinafter referred to as the "Plaintiff"), through her counsel Mark P. Carey, files this Expedited Motion to Compel Discovery against the Defendants The Housing Authority of the Town of Greenwich; The Housing Authority of the Town of Greenwich Board of Commissions; and Benjamin Little (hereinafter referred to as the "Defendants"), pursuant to Fed.R.Civ.P. 26, 33, 34, 37, and Local Rule 9(d)(2).

Plaintiff served her Second Set of Interrogatories and Second Request for Production of Documents on February 20, 2003. Pursuant to Court Order, Defendants

---

3:00cv2423 (AVC). February 10, 2004. Having reviewed the defendants' responses to the plaintiff's second set of interrogatories and second request for production, the court concludes that the responses are sufficient and objections asserted consistently with the requirements of the Federal Rules. The motion to compel is therefore denied.

SO ORDERED.

                                  /s/ Alfred V. Covello
                                  Alfred V. Covello, U.S.D.J.