

**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| URSULA MILDE, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:00 CV 2423 (AVC) |
| v. | : | |
| | : | |
| THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONS; and BENJAMIN LITTLE, CEO, | : : : : | |
| | | May 29, 2003 |
| Defendants. | : | |

### PLAINTIFF'S EXPEDITED THIRD MOTION TO COMPEL DISCOVERY AGAINST DEFENDANTS THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONS; and BENJAMIN LITTLE, CEO

Plaintiff, Ursula Milde (hereinafter referred to as the "Plaintiff"), through her counsel Mark P. Carey, files this Expedited Third Motion to Compel Discovery against the Defendants The Housing Authority of the Town of Greenwich; The Housing Authority of the Town of Greenwich Board of Commissions; and Benjamin Little (hereinafter referred to as the "Defendants"), pursuant to Fed.R.Civ.P. 26, 34, 37, and

```
3:00cv2423 (AVC).  February 10, 2004.  Having reviewed the
defendants' responses to the plaintiff's first set of
interrogatories and first request for production, the motion is
GRANTED to the extent that the defendants shall identify and
categorize all produced documents with respect to each particular
discovery request, and shall provide the plaintiff with an index
of all documents produced.  Further, the motion is also GRANTED
to the extent that the objections to request for production 6,
42, 43, 44, 51, 52, 53, 54, 62, 63, and 67 are OVERRULED with the
court ordering the defendants to furnish complete responses,
including Little's entire personnel file.  Further, in connection
with the meeting tapes discussed on page 18 of the defendants'
opposition memorandum, the court orders the defendants to produce
all tapes for meetings after December 1999.  The plaintiff shall
pay costs in connection with reproducing the tapes.  The motion
is DENIED in all other respects.

SO ORDERED.
                            _____
                            Alfred V. Covello, U.S.D.J.
```