

71 Old Post Road, Suite One
Southport, Connecticut 06490
Telephone & TDD (203) 255-4150
Fax (203) 255-0380

*[Handwritten endorsement along left margin:]* February 25, 2004. Construed as a motion to extend the deposition deadline from February 27, 2004 to March 31, 2004, the motion is GRANTED. The clerk of the court is hereby ordered to docket this letter as a motion for an extension of time, and this endorsement ruling. SO ORDERED.

Alfred V. Covello, U.S.D.J.

**VIA FACSIMILE**
**VIA UPS NEXT DAY SERVICE**

Hon. Alfred V. Covello                                        February 23, 2004
United States District Court Judge
United States District Court
450 Main Street
Hartford, CT 06103

Re:   Ursula Milde v. Town of Greenwich Housing Authority et.al.
       3:00CV2423(AVC)

Your Honor:

     This office represents the Plaintiff Ursula Milde in her case against the Greenwich Housing Authority. This letter is being sent in lieu of Plaintiff's Motion for Extension of the deposition deadline mandated by the Court on February 10, 2004, due to the urgency of Plaintiff's request herein discussed.

     On February 10, 2004, the Court issued a ruling on Plaintiff's Motions to Compel Discovery [Doc.##116 & 117]. Pursuant to the Order, Plaintiff was instructed to complete the depositions of Defendant Benjamin Little and deponent Sue McClenachan by February 27, 2004. The undersigned has spoken with defense counsel Francis Alvarez on this date, regarding the extension of the above time frame to March 31, 2004. Attorney Alvarez has agreed to the stipulated extension subject to the Court's Endorsement.

     On February 13, 2004, the undersigned began a vacation and did not receive the above mentioned February 10, 2004 Orders until his return on February 22, 2004. The parties have agreed to extend the time frame for completion of the above mentioned depositions, subject to the Court's approval, to March 31, 2004. The undersigned has also noticed seven depositions in another unrelated matter before this Court during the month of March. This office will make every effort to complete the above depositions quickly, even rescheduling depositions in the other case. The undersigned has corresponded with Attorney Alvarez regarding proposed dates in early March to complete the depositions.

     In addition, Attorney Alvarez notified my office via facsimile on this date that he is in the process of serving discovery responsive to the Court's February 10, 2004 Orders. He stated in his letter that Defendant Little's personnel file would be delivered to this office on February 24, 2004, via overnight delivery. Attorney Alvarez stated in writing

and by telephone that the materials would be delivered by no later than February 27, 2004, the proposed deadline for completing the above mentioned depositions. In order to conduct a fair deposition, the Plaintiff requires the disclosure of all documents responsive to the Court's February 10, 2004 Orders. The outstanding discovery involves: Defendant Little's personnel file (including his employment and severance agreements); written correspondence between the Defendant Little, Defendant Housing Authority and the Defendant Housing Authority Board of Commissioners regarding Plaintiff's employment and termination; state and federal inspections of the Parsonage Cottage; Defendants hiring procedures; and Defendants requests for proposals from a vendor that relate to Defendant Little's performance.

    The parties request an extension of the deposition deadline from February 27, 2004 to March 31, 2004. The undersigned is available to discuss this matter with the Court and Attorney Alvarez on February 24, 2004 if necessary.

Respectfully Submitted,

Mark P. Carey

For Plaintiff Ursula Milde

Francis Alvarez
Jackson Lewis LLP
One North Broadway
White Plains, NY 10601
Via facsimile and First Class Mail

2