UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **URSULA MILDE**, | : | |
| | : | CIV NO. 3:00CV2423 (AVC) |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **THE TOWN OF GREENWICH;** | : | |
| **HOUSING AUTHORITY OF THE** | : | |
| **TOWN OF GREENWICH;** | : | |
| **THE HOUSING AUTHORITY OF THE** | : | |
| **TOWN OF GREENWICH BOARD OF** | : | |
| **COMMISSIONERS; and** | : | |
| **BENJAMIN LITTLE, CEO,** | : | |
| | : | |
| **Defendants.** | : | March 22, 2004 |
| | : | |

## DEFENDANTS' MOTION TO EXTEND TIME TO FILE

## DISPOSITIVE MOTIONS

Pursuant to D. Conn. L. Civ. R. 7(b), Defendants Housing Authority of the Town of Greenwich, The Housing Authority of the Town of Greenwich Board of Commissioners and Benjamin Little ("Defendants"), respectfully move this Court to extend the time the parties have to file dispositive motions until May 14, 2004. In support of this motion, the undersigned counsel for Defendants represents as follows:

1. This extension of time is necessary because the deadline for completing the discovery the Court ordered in its February 10, 2004 ruling on Plaintiff's motions to compel is March 31, 2004. Specifically, Plaintiff has noticed the deposition of Sue McClenachan for March 26, 2004 and the deposition of Benjamin Little for March 30, 2004.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

2. In its June 9, 2003 Order, the Court ordered that dispositive motions be filed six weeks after the date the Court had ruled on Plaintiff's then-pending discovery motions.

3. The Court ruled on Plaintiff's motions on February 10, 2004. Therefore, based on the June 9, 2003 Order, dispositive motions are currently due to be filed by March 23, 2004.

4. Given the Court's deadline of March 31, 2004 to complete the aforementioned depositions, Defendants contend that good cause exists to extend the time for filing dispositive motions until six weeks following the March 31st deadline.

5. The parties have filed 7 previous motions to extend the deadline to complete discovery and to file dispositive motions. Plaintiff filed two motions, Defendants filed two motions, and the parties filed three motions jointly.

6. The undersigned counsel contacted Plaintiff's counsel concerning the filing of a joint motion to extend by six weeks the current deadline for filing dispositive motions. Plaintiff's counsel indicated that he agreed such a motion should be filed.

7. Given the timing of the filing of this motion, there was insufficient opportunity to frame it as a joint motion. Nevertheless, Defendants seek the same relief explored with Plaintiff's counsel, i.e., an order extending the time the parties have to file dispositive motions until May 14, 2004.

WHEREFORE, Defendants respectfully request that the Court extend the time within which dispositive motions may be filed until May 14, 2004.

Respectfully submitted,

DEFENDANT HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONERS; AND BENJAMIN LITTLE, CEO

By:_____
    Francis P. Alvarez (CT 10350)
    alvarezf@jacksonlewis.com
    JACKSON LEWIS LLP
    One North Broadway
    White Plains, NY 10601
    Phone: (914) 514-6149
    Fax:  (914) 328-1882
    Their Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, postage prepaid, this 22nd day of March 2004 to counsel of record listed below:

> Mark. P. Carey, Esq.
> Carey & Associates, P.C.
> 71 Old Post Road, Suite One
> Southport, CT 06490

_____
Francis P. Alvarez