UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE,<br><br>　　　　Plaintiff<br><br>TOWN OF GREENWICH;<br>HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH;<br>HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH BOARD OF<br>COMMISSIONERS; and<br>BENJAMIN LITTLE, CEO,<br><br>　　　　Defendants. | CIV NO. 3:00CV2423 (AVC)<br><br><br><br><br><br><br><br><br><br><br>March 22, 2004 |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS**

Pursuant to D. Conn. L. Civ. R. 7(b), Defendants Housing Authority of the [Town] of Greenwich, The Housing Authority of the Town of Greenwich Board of [Com]missioners and Benjamin Little ("Defendants"), respectfully move this Court to [exten]d the time the parties have to file dispositive motions until May 14, 2004. In [supp]ort of this motion, the undersigned counsel for Defendants represents as follows:

1. This extension of time is necessary because the deadline for completing the discovery the Court ordered in its February 10, 2004 ruling on Plaintiff's motions to compel is March 31, 2004. Specifically, Plaintiff has noticed the deposition of Sue McClenachan for March 26, 2004 and the deposition of Benjamin Little for March 30, 2004.

[OR]AL ARGUMENT NOT REQUESTED
[TES]TIMONY NOT REQUIRED

3:00cv2423 (AVC). March 25, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.