**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

| | | |
|---|---|---|
| URSULA MILDE, | : | 2004 MAY 17  P 3: 34 |
| **Plaintiff,** | : | |
| | : | U.S. DISTRICT COURT |
| v. | : | HARTFORD, CT. |
| | : | CIV.NO. 3:00CV2423(AVC) |
| THE HOUSING AUTHORITY OF THE | : | |
| TOWN OF GREENWICH; | | |
| THE HOUSING AUTHORITY OF THE | : | May 17, 2004 |
| TOWN OF GREENWICH BOARD OF | | |
| COMISSIONERS; BENJAMIN LITTLE, | : | |
| CEO. | | |
| **Defendants.** | : | |

---

## PLAINTIFF'S MOTION FOR EXTENSION, NUNC PRO TUNC, OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

Plaintiff, Ursula Milde (hereinafter "Plaintiff") hereby files the instant Motion for

an Extension of Time, Nunc Pro Tunc, to file Motion for Summary Judgment, along with

her Supporting Memorandum of Law and Statement of Facts, against the Defendants The

Housing Authority for the Town of Greenwich, Inc., the Housing Authority of the Town

of Greenwich Board of Commissioners, and Benjamin Little, CEO, pursuant to

Fed.R.Civ.P. 56.

Plaintiff is requesting a one (1) day extension of time to file her Motion for

Summary Judgment until May 17, 2004. The original deadline for filing such motions

was May 14, 2004. Plaintiff has consulted with opposing counsel on May 14, 2004, who

unreasonably objected to the instant motion on May 17, 2004.

Plaintiff has good cause to permit the instant motion, nunc pro tunc:

1.    The undersigned has been preparing Plaintiff's Motion for Summary Judgment for the last several weeks and is well aware of the deadline to file dispositive motions in this case. In fact on May 14, 2004, the undersigned completed Plaintiff's Motion for Summary Judgment, Memorandum of Law and Statement of Facts, to be filed by close of business on that date. Due to the magnitude of exhibits contained in Plaintiff's Motion for Summary Judgment, the undersigned was not capable of compiling all referenced exhibits;

2.    During the last three weeks, the undersigned drafted and filed another Motion for Summary Judgment in an unrelated case, Bayonne v. Pitney Bowes et.al., 3:03CV0712(WWE) (D.Conn)(ERISA LTD Claim), on May 6, 2004;

3.    During the last three weeks, the undersigned was preparing another Motion for Summary Judgment in an unrelated case, Boehm v. CIGNA, 04CV0911(WHP)(SDNY)(ERISA LTD Claim), to be filed on June 4, 2004;

4.    During the last three weeks, the undersigned has been preparing a Memorandum in Opposition to Defendants Motion to Dismiss in an unrelated case, McCurley v. Energy East Management Corp. et.al., 3:03CV1588(RNC)(D.Conn.)(ERISA LTD/ADA Claims), due on May 24, 2004. The Defendants motion was filed on April 30, 2004;

5.    The Defendants will not be prejudiced by the granting of the instant motion; this case should be decided on the merits;

6.    Given the available hours to complete all of the aforementioned pleadings (See Declaration of Attorney Mark P. Carey Attached As Exhibit A), the undersigned was incapable of meeting the May 14, 2004 deadline imposed by the Court.

This is Plaintiff's first motion seeking an extension of time to file her Motion for Summary Judgment.  Plaintiff respectfully requests that the Court grant the instant Motion.

May 17, 2000

PLAINTIFF,
URSULA MILDE

By _____
Mark P. Carey (CT17828)
Mark P. Carey & Associates
Attorneys At Law
71 Old Post Road, Suite One
Southport, CT 06490
(203) 255-4150 tel.
(203) 255-0380 fax
Attorney For Ursula Milde

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was delivered by courier, fee prepaid, on this the 17th day of May, 2004 to:

Francis P. Alvarez
JACKSON LEWIS
One North Broadway
White Plains, NY 10601
Attorneys for Defendant

_____
Mark P. Carey

3