# EXHIBIT A

Document3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY 17 P 3:34

U.S. DISTRICT COURT

| | | |
|---|---|---|
| URSULA MILDE, | : | |
| Plaintiff, | : | |
| v. | : | CIV.NO. 3:00CV2423(AVC) |
| | : | |
| THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMISSIONERS; BENJAMIN LITTLE, CEO. | : | May 17, 2004 |
| Defendants. | : | |

## DECLARATION OF ATTORNEY MARK P. CAREY

Mark P. Carey, duly deposes, states and says:

1. I am over the age of 21 and understand the meaning of an oath.

2. I am the principal of Carey & Associates, P.C., located in Southport, Connecticut and represent the Plaintiff Ursula Milde in the above captioned case; there are no other attorneys in this office.

3. I have been preparing and drafting Plaintiff's Motion for Summary Judgment against the Defendants for well over four weeks. I have reviewed the entire record consisting of several thousand pages of transcript of approximately twelve deponent witnesses. I have also reviewed voluminous discovery documents, pleadings and responses to Plaintiff's Second Request for Admissions.

4. During the last three weeks, I drafted and filed another Motion for Summary Judgment in an unrelated case, Bayonne v. Pitney Bowes et.al., 3:03CV0712(WWE) (D.Conn)(ERISA LTD Claim), on May 6, 2004.

5. During the last three weeks, I was preparing another Motion for Summary Judgment in an unrelated case, Boehm v. CIGNA, 04CV0911(WHP)(SDNY)(ERISA LTD Claim), to be filed on June 4, 2004.

6. During the last three weeks, I have been preparing a Memorandum in Opposition to Defendants Motion to Dismiss in an unrelated case, McCurley v. Energy East Management Corp. et.al., 3:03CV1588(RNC)(D.Conn.)(ERISA LTD/ADA Claims), due on May 24, 2004. The Defendants motion was filed on April 30, 2004;

7. Given the available hours to complete all of the aforementioned pleadings, in addition to my existing heavy caseload, I was incapable of meeting the May 14, 2004 deadline imposed by the Court.

8. On May 14, 2004, as I was preparing the filing of Plaintiff's Motion for Summary Judgment, I underestimated the length of time it would take to prepare the exhibits, using two copiers, as referenced in Plaintiff's Motion for Summary Judgment.

9. On May 14, 2004, I telephone Chambers of the Court to determine the availability of a one-day extension of time to file Plaintiff's Motion For Summary Judgment. I spoke with James W. Caley. I also telephoned opposing counsel twice on this date to obtain his consent for a one day extension of time.

10. Over the weekend, May 14 through May 16, 2004, I did not make any substantive drafting changes to Plaintiff's Memorandum of Law. I do acknowledging receiving Defendants Motion for Summary Judgment on May 14, 2004, but did not make changes to Plaintiff's arguments reflective of such motion. The Plaintiff's Memorandum of Law in Support of her Motion for Summary Judgment is in the same form it was when it was prepared to be filed on May 14, 2004.

May 17, 2000

MARK P. CAREY

By /s/ Mark P. Carey
Mark P. Carey (CT17828)
Mark P. Carey & Associates
Attorneys At Law
71 Old Post Road, Suite One
Southport, CT 06490
(203) 255-4150 tel.
(203) 255-0380 fax
Attorney For Ursula Milde

**CERTIFICATION OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was delivered by courier, fee prepaid, on this the 17th day of May, 2004 to:

Francis P. Alvarez
JACKSON LEWIS
One North Broadway
White Plains, NY 10601
Attorneys for Defendant

/s/ Mark P. Carey

3