UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 17 P 3:34
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| URSULA MILDE,<br>    Plaintiff, | : |
| v. | : CIV. NO. 3:00CV2423(AVC) |
| THE HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH;<br>THE HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH BOARD OF<br>COMISSIONERS; BENJAMIN LITTLE,<br>CEO. | :<br>:<br>: May 17, 2004<br>:<br>: |
|     Defendants. | : |

### PLAINTIFF'S MOTION FOR EXTENSION, NUNC PRO TUNC, OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

Plaintiff, Ursula Milde (hereinafter "Plaintiff") hereby files the instant Motion for an Extension of Time, Nunc Pro Tunc, to file Motion for Summary Judgment, along with her Supporting Memorandum of Law and Statement of Facts, against the Defendants The Housing Authority for the Town of Greenwich, Inc., the Housing Authority of the Town of Greenwich Board of Commissioners, and Benjamin Little, CEO, pursuant to Fed.R.Civ.P. 56.

Plaintiff is requesting a one (1) day extension of time to file her Motion for Summary Judgment until May 17, 2004. The original deadline for filing such motions was May 14, 2004. Plaintiff has consulted with opposing counsel on May 14, 2004, who unreasonably objected to the instant motion on May 17, 2004.

Plaintiff has good cause to permit the instant motion, nunc pro tunc:

*(Left margin stamps: "Alfred V. Covello, U.S.D.J." ; "FILED 2004 MAY 18 P 12:25 U.S. DISTRICT COURT HARTFORD, CT." ; "May 18, 2004. GRANTED. SO ORDERED.")*