UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

URSULA MILDE,

        Plaintiff

v.

THE TOWN OF GREENWICH;
HOUSING AUTHORITY OF THE
TOWN OF GREENWICH;
THE HOUSING AUTHORITY OF THE
TOWN OF GREENWICH BOARD OF
COMMISSIONERS; and
BENJAMIN LITTLE, CEO,

        Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

CIV NO. 3:00CV2423 (AVC)

COPY

May 13, 2004

**AFFIRMATION OF FRANCIS P.
ALVAREZ, ESQ. IN SUPPORT OF
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

FRANCIS P. ALVAREZ, an attorney duly admitted to practice before this

Court and the courts of the State of Connecticut, hereby affirms under penalty of perjury

that the following statements are true:

1.    I am a partner in the law firm of Jackson Lewis LLP, and counsel

for the Defendants, the Housing Authority of the Town of Greenwich ("HATG"); the

Board of Commissioners for HATG ("the Board"); and Mr. Benjamin Little ("Little") in

the above-entitled matter.

2.    I am fully familiar with the facts and circumstances contained

herein, based on a review of the files and records in this matter, and conversations with

Defendants. This Affirmation is submitted in support of Defendants' motion for

summary judgment.

3.    On or about January 16, 2003, Plaintiff filed a Revised Sixth Amended Complaint in the above entitled matter in the United States District Court for the District of Connecticut. A copy of the Revised Sixth Complaint is attached hereto as Exhibit A.

4.    On or about February 5, 2003, Defendant The Housing Authority of the Town of Greenwich Board of Commissioners filed its Answer to the Revised Sixth Amended Complaint. A copy of Defendant The Housing Authority of the Town of Greenwich Board of Commissioners' Answer to the Revised Sixth Amended Complaint is attached hereto as Exhibit B.

5.    On or about February 5, 2003, Defendant The Housing Authority of the Town of Greenwich filed its Answer to the Revised Sixth Amended Complaint. A copy of Defendant The Housing Authority of the Town of Greenwich's Answer to the Revised Sixth Amended Complaint is attached hereto as Exhibit C.

6.    On or about February 5, 2003, Defendant Little filed his Answer to the Revised Sixth Amended Complaint. A copy of Defendant Little's Answer to the Revised Sixth Amended Complaint is attached hereto as Exhibit D.

7.    On May 23, 2003, May 30, 2003, June 5, 2003, and June 13, 2003, Plaintiff Ursula Milde was deposed. Copies of the relevant transcript pages of said deposition cited by Defendants in their accompanying Memorandum of Law and Local Rule 56.1 Statement are attached hereto as Exhibit E

8.    On May 20, 2003, Mary Ann Vlymen was deposed. Copies of the relevant transcript pages of said deposition cited by Defendants in their accompanying Memorandum of Law and Local Rule 56.1 Statement are attached hereto as Exhibit F.

9.    On May 20, 2003, Penny Lore was deposed.    Copies of the relevant transcript pages of said deposition cited by Defendants in their accompanying Memorandum of Law and Local Rule 56.1 Statement are attached hereto as Exhibit G.

10.    A copy of Milde Dep.Ex. 4, a November 30, 1997 memorandum from Milde to Tom Crawford, Executive Director of HATG, is attached hereto as Exhibit H.[1]

11.    A copy of Milde Dep. Ex. 5, a December 4, 1997 memorandum from Thomas M. Crawford to Milde, is attached hereto as Exhibit I.

12.    A copy of Milde Dep. Ex. 6, a March 24, 2000 memorandum from Benjamin W. Little to Milde, is attached hereto as Exhibit J.

13.    A copy of Milde Dep. Ex. 7, a March 25, 2000 memorandum from Milde to Benjamin Little, is attached hereto as Exhibit K.

14.    A copy of Milde Dep. Ex. 8, an April 13, 2000 memorandum from Milde to Benjamin Little, is attached hereto as Exhibit L.

15.    A copy of Milde Dep. Ex. 9, an April 17, 2000 memorandum from Benjamin Little to Milde, is attached hereto as Exhibit M.

16.    A copy of Milde Dep. Ex. 11, an April 18, 2000 memorandum from Benjamin Little to the HATG Personnel Committee, is attached hereto as Exhibit N.

17.    A copy of Milde Dep. Ex. 12, an April 24, 2000 memorandum from Milde to Benjamin Little, is attached hereto as Exhibit O.

18.    A copy of Milde Dep. Ex. 13, an April 24, 2000 memorandum from Milde to Benjamin Little, is attached hereto as Exhibit P.

---

[1] "Milde Dep. Ex." refers to the exhibits introduced during Plaintiff's deposition by counsel for Defendant. "Pl. Dep. Ex." Refers to the exhibits introduced during Plaintiff's counsel's questioning of his own client.

19.    A copy of Milde Dep. Ex. 20, an April 26, 2000 memorandum from Milde to Little, is attached hereto as Exhibit Q.

20.    A copy of Milde Dep. Ex. 30, a May 19, 2000 letter from Barry Nova, Vice Chairman of HATG, is attached hereto as Exhibit R.

21.    A copy of Milde Dep. Ex. 31, a May 23, 2000 letter from Milde to Barry Nova, is attached hereto as Exhibit S.

22.    A copy of Milde Dep. Ex. 33, a May 30, 2000 memorandum from Benjamin Little to Milde, is attached hereto as Exhibit T.

23.    A copy of Milde Dep. Ex. 34, a May 30, 2000 memorandum from Benjamin Little to Milde, is attached hereto as Exhibit U.

24.    A copy of Milde Dep. Ex. 35, a June 6, 2000 memorandum from Milde to Benjamin Little, is attached hereto as Exhibit V.

25.    A copy of Milde Dep. Ex. 38, a June 7, 2000 memorandum from Benjamin Little to Milde, is attached hereto as Exhibit W.

26.    A copy of Milde Dep. Ex. 45, a June 26, 2000 memorandum from Milde to Sue McClenachan and Benjamin Little, is attached hereto as Exhibit X.

27.    A copy of Milde Dep. Ex. 47, a June 30, 2000 memorandum from Benjamin Little to Milde, is attached hereto as Exhibit Y.

28.    A copy of Milde Dep. Ex. 48, a July 3, 2000 memorandum from Benjamin Little to Milde, is attached hereto as Exhibit Z.

29.    A copy of Milde Dep. Ex. 52, an August 4, 2000 memorandum from Benjamin Little to Milde, is attached hereto as Exhibit AA.

30.     A copy of Milde Dep. Ex. 55, an August 7, 2000 memorandum from Milde to Benjamin Little, is attached hereto as Exhibit BB.

31.     A copy of Milde Dep. Ex. 49, a July 6, 2000 memorandum from Milde to Benjamin Little and Barbara Nolan, Executive Director, CCI, is attached hereto as Exhibit CC.

32.     A copy of Milde Dep. Ex. 50, a July 6, 2000 memorandum from Benjamin Little to Milde, is attached hereto as Exhibit DD.

33.     A copy of Milde Dep. Ex. 51, a July 7, 2000 memorandum from Milde to Benjamin Little, is attached hereto as Exhibit EE.

34.     A copy of Milde Dep. Ex. 53, an August 4, 2000 memorandum from Benjamin Little to Milde, is attached hereto as Exhibit FF.

35.     A copy of Milde Dep. Ex. 56, an August 7, 2000 memorandum from Milde to Benjamin Little, is attached hereto as Exhibit GG.

36.     A copy of Milde Dep. Ex. 54, an August 4, 2000 memorandum from Benjamin Little to Milde, is attached hereto as Exhibit HH.

37.     A copy of Milde Dep. Ex. 57, an August 8, 2000 memorandum from Milde to Benjamin Little, is attached hereto as Exhibit II.

38.     A copy of Milde Dep. Ex. 58, an August 21, 2000 letter from Benjamin Little to Milde, is attached hereto as Exhibit JJ.

39.     A copy of Milde Dep. Ex. 60, an August 21, 2000 letter from Mark P. Carey, Esq. to Benjamin Little, is attached hereto as Exhibit KK.

40.     A copy of Milde Dep. Ex. 61, Notes of the September 6, 2000 Disciplinary Hearing of Ursula Milde, is attached hereto as Exhibit LL.

41.    A copy of Milde Dep. Ex. 62, a September 8, 2000 letter from Benjamin Little to Milde, is attached hereto as Exhibit MM.

42.    A copy of Pl. Dep. Ex. 16, the May 22, 2000 Minutes of the HATG Regular Meeting, is attached hereto as Exhibit NN.

43.    I have read the above forty-two (42) numbered paragraphs and know them to be true to my own knowledge or upon information and belief.

WHEREFORE, for the reasons set forth in Defendants' accompanying Memorandum of Law, Defendants respectfully request that this Court grant their motion for summary judgment in its entirety.

_Francis P. Alvarez_
Francis P. Alvarez (CT 10350)
alvarezf@jacksonlewis.com
JACKSON LEWIS LLP
One North Broadway
White Plains, NY 10601
Phone: (914) 514-6149
Fax:  (914) 328-1882

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

URSULA MILDE,                                    :    CIV NO. 3:00CV2423 (AVC)
                                                 :
            Plaintiff                            :
                                                 :
                                                 :
v.                                               :
                                                 :
THE TOWN OF GREENWICH;                           :
HOUSING AUTHORITY OF THE                         :
TOWN OF GREENWICH;                               :
THE HOUSING AUTHORITY OF THE                     :
TOWN OF GREENWICH BOARD OF                       :
COMMISSIONERS; and                               :
BENJAMIN LITTLE, CEO,                            :
                                                 :
            Defendants.                          :

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of

Defendants' Affirmation of Francis P. Alvarez, Esq. In Support Of Motion For Summary

Judgment was served via Federal Express, this 13th day of May 2004, on counsel for

Plaintiff at the address listed below:

Mark P. Carey, Esq.
Carey & Associates P.C.
71 Old Post Rd.
Southport, CT 06490

_____
Francis P. Alvarez