UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE, : | CIV NO. 3:00CV2423 (AVC) |
|         Plaintiff : | |
| : | |
| v. : | |
| : | |
| THE TOWN OF GREENWICH; : | |
| HOUSING AUTHORITY OF THE : | |
| TOWN OF GREENWICH; : | May 18, 2004 |
| THE HOUSING AUTHORITY OF THE : | |
| TOWN OF GREENWICH BOARD OF : | |
| COMMISSIONERS; and : | |
| BENJAMIN LITTLE, CEO, : | |
| : | |
|         Defendants. : | |

## NOTICE OF MANUAL FILING

Please take notice that the Defendants, Housing Authority of the Town of Greenwich, the Housing Authority of the Town of Greenwich Board of Commissioners, and Benjamin Little, CEO, have manually filed the following document or thing.

**Exhibit E to the May 13, 2004 Affirmation of Francis P. Alvarez, Esq. in Support of Defendants' Motion for Summary Judgment (deposition transcript pages of Plaintiff Ursula Milde).**

This document has not been filed electronically because

    [ ]    the document or thing cannot be converted to an electronic format.

    [X]    the electronic file size of the document exceeds 1.5 megabytes.

    [ ]    the document of thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b).

    [ ]    Defendant is excused from filing this document or thing by Court Order.

This document or thing has been manually served on all parties.

Respectfully submitted,

DEFENDANT HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONERS; AND BENJAMIN LITTLE, CEO

By: _____
   Francis P. Alvarez (CT 10350)
   alvarezf@jacksonlewis.com
   JACKSON LEWIS LLP
   One North Broadway
   White Plains, NY 10601
   Phone: (914) 514-6149
   Fax: (914) 328-1882
   Their Attorneys

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE,<br><br>          **Plaintiff**<br><br>v.<br><br>THE TOWN OF GREENWICH;<br>HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH;<br>THE HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH BOARD OF<br>COMMISSIONERS; and<br>BENJAMIN LITTLE, CEO,<br><br>          **Defendants.** | CIV NO. 3:00CV2423 (AVC) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Notice of Manual Filing was served via First Class Mail, this 18th day of May 2004, on counsel for Plaintiff at the address listed below:

Mark P. Carey, Esq.
Carey & Associates P.C.
71 Old Post Rd.
Southport, CT 06490

_____
Francis P. Alvarez