```
 1    UNITED STATES DISTRICT COURT
 2    DISTRICT OF CONNECTICUT
 3    -------------------------------x
 4                                    :
 5    URSULA MILDE,                   :
 6                      Plaintiff,    :
 7         -versus-                   :    No. 3:00CV2423(AVC)
 8                                    :
 9    THE HOUSING AUTHORITY OF        :
      THE TOWN OF GREENWICH; THE
10    HOUSING AUTHORITY OF THE        :
      TOWN OF GREENWICH BOARD
11    OF COMMISSIONERS; and           :
      BENJAMIN LITTLE, CEO,
12                    Defendants.     :
13    -------------------------------x
14
15              Deposition of PENNY LORE, taken
16    pursuant to Federal Rules of Civil Procedure, at the
17    law offices of Carey & Associates, Southport,
18    Connecticut, before Jacqueline McCauley, RPR/CSR, a
19    Notary Public in and for the State of Connecticut, on
20    May 20, 2003, at 10:13 a.m.
21
22
23
24
25
                        SANDERS, GALE & RUSSELL
                            (203) 624-4157
```

8

1  your testimony properly. If you do not understand a
2  question I'm going to ask, ask me to repeat it or ask
3  the court reporter to read it back. If you don't
4  understand a question and continue on, I'll just
5  assume you understood the question. If you like to
6  come back to a particular subject area of the
7  deposition, just let me know and just raise the issue
8  and we can get back on the record with what the
9  clarification was. Is there any basis for which
10 prevents you from testifying truthfully and accurately
11 today?
12     A.  No.
13     Q.  Are you taking any medications?
14     A.  No.
15     Q.  As to your current position, when were you
16 hired?
17     A.  April 9, 2001.
18     Q.  April 9, 2001?
19     A.  Uh-huh.
20     Q.  And what was your position hired for?
21     A.  Administrator of the Parsonage Cottage
22 Senior Residence.
23     Q.  And who hired you?
24     A.  The Housing Authority of Greenwich.
25     Q.  Who in particular hired you?

SANDERS, GALE & RUSSELL
(203) 624-4157