**The Housing Authority of the Town of Greenwich**

# MEMORANDUM

**TO:** Personnel Committee
Sue McClenachan and Barry Nova

**FROM:** Benjamin W. Little, Chief Executive Officer

**DATE:** April 18, 2000

**SUBJECT:** Full-time Recreation Coordinator, Parsonage Cottage

I received a memo from Ursula Milde in reference to a Recreational Coordinator, and what actions she has taken concerning the same (memo attached). Also attached is my memo in response to Ursula's memo.

There are other concerns besides those already mentioned in my memo, which warrant further discussion, i.e., the cost to Parsonage Cottage for a full-time person versus the CCI contract, appears to be non-cost effective. What I understand from Russ Kemp, Ursula is planning to pay $14.50/hour or $24,000.00 annually. Further discussion with Russ Kemp, the benefit expense would be approximately $14,400.00 annually adding the $24,000.00 salary brings the total cost to $38,400.00. According to Parsonage Cottage financials for 12 months, CCI contract costs were $13,806.18. Therefore approximately $24,593.82 would be an added cost to Parsonage Cottage.

My discussion with Barbara Nolan concerning the problem with the Recreational person were identified and subsequently the person was released. As far as I understand, the person would be replaced because of the needs of CCI, and Barbara would still like to fulfill CCI obligations to Parsonage Cottage.

I will have a further discussion with Barbara Nolan later on in the week. As far as the other activities that CCI performs, Ursula's memo failed to mention the Barbara's response, that she has to talk to the Housing Authority (Benjamin Little) before any decision is made.

BWL:mlm
Attachments

DEFENDANT'S EXHIBIT

JLSK 0019

249 Milbank Avenue, Greenwich, Connecticut 06830 • Tel: 203-869-1138 • Fax: 203-869-2037

EQUAL OPPORTUNITY AGENCY