
DEFENDANT'S EXHIBIT
Milde
#13 JLF 5/23/03
MILDE0236

# MEMORANDUM

To:     Benjamin Little, CEO
        HATG

From:   Ursula Milde, Administrator
        PCSR

Date:   April 24, 2000

This is a formal request to present a grievance to the Commissioners of the HATG.

Attached, please find corresponding memorandi and other documentation, explaining the case.

Since the Executive Director prevented me from presenting the case to the Personnel Committee as I had requested, I have no other choice but to ask for a formal hearing.

cc:  Sue McClenachan, Chairperson
     Barry J. Nova, Vice Chairman
     Allan H. Bernard, Treasurer
     Tom Barr, Assistant Treasurer
     Darlene Gerald, Secretary