**The Housing Authority of the Town of Greenwich**



DEFENDANT'S EXHIBIT #30 TF 5/13/03

May 19, 2000

Ms. Ursula Milde
Administrator
Parsonage Cottage Senior Residence
88 Parsonage Road
Greenwich, CT 06830

Dear Ms. Milde:

The Commissioners of the Housing Authority of the Town of Greenwich have decided that your request for a Grievance Hearing before us is denied at this time.

We believe that our grievance procedure was put in place to help solve problems of an interpersonal nature, as they may exist between employees of the Authority.

The subject of your request, i.e. the hiring of a Recreation Director at Parsonage Cottage, we believe, is an operations matter that should be discussed and resolved between you and the CEO of the Housing Authority of the Town of Greenwich to whom you report. The Board of Commissioners should not, and will not, become the arbiter in "turf wars" among Managers; nor will it usurp the responsibilities and accountabilities of Benjamin Little.

Should you, at some point, feel that there is an interpersonal problem existing between yourself and other Managers and/or employees, I am sure that the Commissioners will grant a Grievance Hearing.

Sincerely,

Barry J. Nova
Vice Chairman

BJN:mlm
Cc: S. McClenachan
    A. Bernard
    D. Gerald

JLSK 0047

249 Milbank Avenue, Greenwich, Connecticut 06830 • Tel: 203-869-1138 • Fax: 203-869-2037