Exhibit W

*The Housing Authority of the Town of Greenwich*

# MEMORANDUM

**TO:** Ursula Milde, Administrator

**FROM:** Benjamin W. Little, Chief Executive Officer 

**DATE:** June 7, 2000

**SUBJECT:** Written Apology to the Board of Commissioners of The Housing Authority of the Town of Greenwich

From our discussion of Friday, June 2, 2000, of your behavior and actions at the board meeting of Monday, May 22, 2000, you are hereby directed to write a written apology to the Chairperson, Sue McClenachan and to the remaining board members for your actions.

I expect that this type of behavior will not happen again.

You will direct the written apology to me and I will distribute them to the Chairperson, Sue McClenachan, and the Board of Commissioners.

DEFENDANT'S EXHIBIT #38 5/23/03

JLSK 0064

249 Milbank Avenue, Greenwich, Connecticut 06830 • Tel: 203-869-1138 • Fax: 203-869-2037

EQUAL OPPORTUNITY AGENCY