# Parsonage Cottage Senior Residence

## MEMORANDUM

TO: Sue McClenachan, Chairperson
Members of the Board of Commissioners
Benjamin W. Little, CEO
HATG

FROM: Ursula Milde, Administrator /s/
PCSR

DATE: June 26, 2000

In a memorandum, dated 6/7/00 and a subsequent memorandum dated 6/21/00 the CEO of the HATG directed me "to write a written apology to the Chairperson, Sue McClenachan and to the remaining board members for your actions". He furthermore instructed me to "direct the written apology" to him, so that he "will distribute them to the Chairperson, Sue McClenachan, and the Board of Commissioners" (see attached memos).

**I cannot follow these directives for the following reasons:**

1. It is hard for me to understand for what I am directed to apologize, since I have not committed any act or engaged in any behavior which warrants an apology. I have neither used abusive language nor even raised my voice when I brought up a matter of vital concern for PCSR, which is my responsibility as the administrator.

2. I had taken several steps to resolve this matter of the recreation coordinator by explaining the facts to the CEO. He did, in his memos to me, refer the disposition to the decision of the commissioners. I then requested to be heard by the Personnel Committee of the Board, which was denied by the CEO. Following that, I presented a grievance in accordance with the HATG policies and procedures. That was denied. I had a right and a responsibility to see that the matter would be heard and addressed, with the consideration of **all the relevant facts**. That is why I had to raise it at the **open Board meeting of the HATG commissioners**.

3. It is disturbing that the Board of Commissioners of the HATG which is supposed to act responsibly as the managing agent for PCSR, should be unwilling to hear a matter of vital concern to the operation and the residents of PCSR; and to disregard the facts as well as the written testimony of our social worker, a staff member, a former recreation coordinator, a volunteer, our nurse consultant, the residents and myself – all individuals who have spent or are currently spending considerable time at PCSR.

4. It is alarming that the CEO has attempted to suppress and/or censor necessary information and to curtail the free flow of information and communication between the HATG commissioners and myself as an employee of the organization, especially in matters which concern the wellbeing of the elders we serve at PCSR.

5. It aggrieves me that the CEO has engaged in an abuse of his power by judging my performance not by an objective standard, based on my job description, but by the unfair and capricious use of his authority.

6. I therefore cannot, in good conscience, remain silent, nor will I be forced to apologize for performing my responsibilities as the administrator of PCSR to the best of my abilities and knowledge, as charged to me under our license.

c: Mark Carey, Esquire



DEFENDANT'S EXHIBIT 45 TG 5/23/03