ALL-STATE LEGAL 800-222-0510 ED11 RECYCLED

*The Housing Authority of the Town of Greenwich*

# MEMORANDUM

**TO:** Ursula Milde, Administrator

**FROM:** Benjamin W. Little, Chief Executive Officer

**DATE:** June 30, 2000

**SUBJECT:** My Memorandum of June 7, 2000, and June 21, 2000

I am deeply disappointed that you have not followed the directions in the above-mentioned memorandums.



Milde
DEFENDANT'S EXHIBIT
47 5/23/5

JLSK 0079

249 Milbank Avenue, Greenwich, Connecticut 06830 • Tel: 203-869-1138 • Fax: 203-869-2037