

# The Housing Authority of the Town of Greenwich

## MEMORANDUM

**TO:** Ursula Milde, Administrator

**FROM:** Benjamin W. Little, Chief Executive Officer

**DATE:** August 4, 2000

**SUBJECT:** Explanation/Justification of the Cost of Telephone Charges by Nurse Consultant

My memorandum of July 3, 2000, has not been carried out nor responded to by you, therefore, I am assuming that there is no contract for the Nurse Consultant. If there was, it would possibly answer the questions that I have.

I have noticed that the billing "Parsonage Cottage Senior Residence, Nancy R. Wisecup RN, BSN, MSN, Nurse Consultant CT #R28356, Time Sheet for Housing Authority of Greenwich, DBA Parsonage Cottage" has charges for telephone at a cost of $35 an hour. Please give explanation for the charges, and the reasons for them.



DEFENDANT'S EXHIBIT 12F #52 5/23/03

JLSK 0090

249 Milbank Avenue, Greenwich, Connecticut 06830 • Tel: 203-869-1138 • Fax: 203-869-2037