

DEFENDANT'S EXHIBIT #55  5/23/03

# PARSONAGE COTTAGE SENIOR RESIDENCE

## MEMORANDUM

To: Benjamin W. Little, Chief Executive Officer

From: Ursula Milde, Administrator  *(signed) Ursula Milde*

Date: August 7, 2000

Subject: Response to memorandum re: Nurse Consultant

This is in response to your memoranda of July 3 and August 4, 2000:

1. Your assumption is incorrect. Since, however, the contract with the Nurse Consultant is between her and Parsonage Cottage, (not with the Housing Authority), and with the Parsonage Cottage Home for the Aged funding the service, the Nurse Consultant did not authorize me to submit the contract to you. The Housing Authority has only been a conduit for issuing checks and a W2. The Board reimburses the Housing Authority for the expenses. The Nurse Consultant initially was brought in by the Greenwich Department of Health and funded by them. The Fund-Raising Board subsequently committed itself to continuing this vital service.

2. It is obvious that you have some questions about the Nurse Consultant service with a motivation on your part that seems unclear. I therefore propose that a meeting be held between you, the Nurse Consultant, the Parsonage Cottage Fund-Raising Board, Jennifer Johnson from the Greenwich Health Department, and myself, at a time that is mutually convenient to all. At that meeting all your concerns can be answered.

JLSK 0093

c. Betsy Unger, President and Leroy Frantz, Finance Chairman
Parsonage Cottage Home for the Aged Board