# PARSONAGE COTTAGE SENIOR RESIDENCE

## MEMORANDUM

To: Benjamin Little, CEO
    HATG
    Barbara Nolan, Executive Director
    CCI

From: Ursula Milde, Administrator
    PCSR

Re: CCI Contract with PCSR and Scheduling

Date: July 6, 2000

DEFENDANT'S EXHIBIT 49

In order to make the schedule meet at least the minimum needs of PCSR the following principles should be observed:

1. In view of the fact that CCI workers are not available on weekends or holidays, we must at least have one activity conducted by the Social or Program worker each weekday, to spread out over 5 days per week.

2. Groups should not last for more than 1 – 1 ½ hours in order to be effective and not tax the attention span of the residents.

3. Residents' meal times and subsequent medication times, as ordered by their physicians must be respected. Therefore, groups should only be conducted between the hours of:

    9:30 – 12 Noon     1:30 – 4:30 PM     6:30 – 8:30 PM

4. The CCI Social Worker, while not available on holidays must at least be willing to assist in the planning of holiday activities with residents and PCSR staff, which will be carried out by the PCSR staff.

JLSK 0084

5. The CCI Social Worker furthermore should bring in outside groups and entertainment and schedule and supervise volunteers to augment the limited schedule as much as possible. These responsibilities should be noted in the contract.

6. Several other changes need to be made to the contract in order to meet the requirements PCSR has under its license:

   A. Since CCI transports PCSR clients, PCSR has to be named as an additionally insured under CCI's liability policy.

   B. Since PCSR has its own revenue stream separate from the HATG and according to the requirements of the CT State DDS reimbursement guidelines the sentence: "The Housing Authority of the Town of Greenwich agrees to pay CCI a $1,625.00 montly fee to cover the cost of services" must be changed. It was noted at the last field audit that the identification and posting of expenses to the PCSR budget must be clearly separated from other HATG operations, in order to be recognized as reimbursable and allowable expenses.

c: Sam Romeo
CT State Ombudsman

JLSK 0085