

# *The Housing Authority of the Town of Greenwich*



DEFENDANT'S
EXHIBIT
#50  5/23/03

## MEMORANDUM

TO:        Ursula Milde, Administrator

FROM:      Benjamin W. Little, Chief Executive Officer

DATE:      July 6, 2000

SUBJECT:   Memorandum dated July 6, 2000
           Re: CCI Contract and Scheduling

As I stated in the meeting between Barbara Nolan, Andee Cantavero, and yourself, your memorandum was inappropriate and very unprofessional.

First, the memorandum should have been presented to Barbara Nolan, Executive Director of CCI and me days before the meeting.

Second, an internal memorandum being forwarded or carbon copied to the State Ombudsman is totally inappropriate. I would like to know how many internal memorandums have been forwarded to the State Ombudsman in the past? I cannot understand your thinking and what you expect the State Ombudsman to do concerning your memorandum.

Effective immediately, you will cease to carbon copy any internal memorandums outside this organization.

JLSK 0086

249 Milbank Avenue, Greenwich, Connecticut 06830 • Tel: 203-869-1138 • Fax: 203-869-2037