

# The Housing Authority of the Town of Greenwich



DEFENDANT'S EXHIBIT #53 5/23/03

## MEMORANDUM

TO:        Ursula Milde, Administrator

FROM:      Benjamin W. Little, Chief Executive Officer

DATE:      August 4, 2000

SUBJECT:   Meeting with the Department of Social Services –
           Parsonage Cottage Social Work Contract Renewal

Based on the letter I received from the Department of Social Services Commissioner Carol Femia dated July 26, 2000, a meeting is scheduled for Wednesday, August 9 at 11:30 a.m. in the Chief Executive Officer's office.

From Carol Femia's letter, it appears that much discussion has taken place between Carol Femia, Carol Cherry, and yourself, as to continuing the social work services to Parsonage Cottage.

Please provide me a written assessment addressing the following:

- Justification for the dollar per hour increase for Jacqueline Braunthal services.
- Justification for dropping from 15 hours to 12 hours.
- Justification for Carol Cherry's 2 hours social work at $30 per hour.
- Please note that with the 12 hours of Jacqueline Braunthal and 2 hours of Carol Cherry overall I am losing one hour. Is there a reason for this?
- I am assuming that there are stats available on the various programs or activities conducted by Social Services, therefore, please submit the number of residents who participate in Jacqueline Braunthal's programs, and the number of residents in Carol Cherry's

I expect this information will be supplied to me on or before August 8, 2000.

JLSK 0091

249 Milbank Avenue, Greenwich, Connecticut 06830 • Tel: 203-869-1138 • Fax: 203-869-2037