PARSONAGE COTTAGE SENIOR RESIDENCE



DEFENDANT'S EXHIBIT #56

# MEMORANDUM

JLSK 0100

To: Benjamin Little, CEO, HATG

From: Ursula Milde, Administrator, PCSR

Date: August 7, 2000

Re: Meeting with the Department of Social Services- Parsonage Cottage Social Work Contract Renewal

This is in answer to your memorandum dated 8/4/00. Please note that the letter from the Department of Social Services Commissioner Carol Femia to you, dated July 26, 2000 explains the reasons for the changes (see her sentence "This Spring we found it necessary to return the assigned Social Worker, Carol Cherry, to the Homemaker Service office."). Both the fact that Carol Cherry is needed in the office and the pay rates for the employees of the Department of Social Services are determined by that Department and not by PCSR. Carol Femia informed me earlier this year that this change needed to be made, but the final proposal, of course, had to be reviewed by you – hence the letter from Carol Femia to you, with a copy to me.

The responsibilities of the Social Worker at PCSR are outlined in the initial contract, the renewal of which you yourself signed in 1999. The Social Worker furthermore maintains a record of whom she sees and also keeps process recordings, which are confidential. I hope this answers your question.

In regard to the proposed meeting between Carol Femia, yourself and myself, I consider it unprofessional to be notified at such short notice about this meeting. I should have been consulted whether this date and time would be available for me, since you expect me to be present. I currently have another commitment on behalf of Parsonage Cottage which conflicts with the meeting you set up which I now have to change.