*The Housing Authority of the Town of Greenwich*

## MEMORANDUM

**DEFENDANT'S EXHIBIT**
Milde
#54  5/23/03  RF
PENGAD 800-631-6989

**TO:**       Ursula Milde, Administrator

**FROM:**     Benjamin W. Little, Chief Executive Officer

**DATE:**     August 4, 2000

**SUBJECT:**  Public Relations for Parsonage Cottage

On Saturday, August 5, 2000, Kermit Thompson and a photographer will be on site to take pictures. I would appreciate that all staff cooperate with them.

JLSK 0092

249 Milbank Avenue, Greenwich, Connecticut 06830 • Tel: 203-869-1138 • Fax: 203-869-2037