PARSONAGE COTTAGE SENIOR RESIDENCE

**MEMORANDUM**



To:     Benjamin Little, CEO, HATG

From:   Ursula Milde, Administrator, PCSR

Date:   August 8, 2000

Re:     Your memorandum, dated 8/4/00 regarding Public Relations at Parsonage Cottage

Yesterday, (Monday 8/7/00) your memorandum was picked up from the PCSR mailbox at the HATG office. Since you knew on Friday (8/4/00) that Kermit Thompson was going to come with a photographer to the PCSR site on Saturday (8/5/00) it would have made sense to fax this memo to us and/or alert us with a telephone call about this matter, rather than leaving the memo in the box. In that way I could have informed our weekend secretary that a photographer and Mr. Thompson were going to be here and that this was approved by you.

As it turned out, we did not know ahead of time, and when I spoke to the photographer and then Mr. Thompson on the telephone, on Saturday, he informed me that he had cleared it with you and you had told him you would notify me.

I would appreciate the courtesy of **timely** communication, since the PCSR staff and I would always be happy to cooperate in these matters.

JLSK 0101