# MARK P. CAREY & ASSOCIATES
### ATTORNEYS AT LAW
205 MAIN STREET
WESTPORT, CONNECTICUT 06880

MARK P. CAREY†
JEFFREY R. HEYEL
    ASSOCIATE

JOSEPH P. CAREY, P.C.**
    OF COUNSEL
** ONLY ADMITTED IN NEW YORK &
DISTRICT OF CONNECTICUT FEDERAL COURT

TEL. & TDD: 203-222-8670
FAX: 203-222-8736
EMAIL: MCAREY50@AOL.COM
ATTYJHEYEL@AOL.COM

BY FACSIMILE
BY FIRST CLASS MAIL

Benjamin W. Little, CEO
Housing Authority of the
Town of Greenwich
249 Milbank Ave.
Greenwich, CT 06830

August 21, 2000



Re: Ursula Milde v. Housing Authority of the Town of Greenwich
    EEOC No.
    CHRO No.

Mr. Little:

This office currently represents Ms. Ursula Milde in her employment discrimination case against the Housing Authority of the Town of Greenwich. You were notified of the charge of discrimination filed with the Equal Employment Opportunity Commission, Boston Area Office on July 26, 2000, via facsimile and overnight delivery. I indicated in my letter to you on July 26, 2000, to have your attorney contact my office. You failed to provide any such information concerning an attorney who represents your company. Therefore, you left me alternative to continue to make contact with your office.

I am in receipt of your letter to my client dated August 21, 2000. In light of her pending civil litigation against your company, my client will not be attending the disciplinary meeting scheduled for August 23, 2000. However, my client will attend a disciplinary meeting, in your office, in the immediate future. My client will be represented at such meeting by this office. Please have your attorney contact this office to schedule a convenient time to meet. As per the scheduling of such meeting, I will be unavailable from August 23, 2000 through August 28, 2000. In summary, my client will attend such disciplinary meeting, but only with her attorney present.

In no way shall the Housing Authority of the Town of Greenwich use my client's non-attendance to the disciplinary meeting, to be held on August 23, 2000, be deemed grounds for insubordination. My client has a legal right to be represented by counsel, in connection with any disciplinary meeting initiated by your office.

If you have any questions concerning this letter, please have your attorney contact this office.

Sincerely Yours,

Mark P. Carey
Attorney At Law

File: Milde

cc: Ursula Milde

JLSK 0103

PRACTICE LIMITED TO LABOR, EMPLOYMENT AND ENVIRONMENTAL LAW
†MEMBER OF THE PRESIDENT'S COMMITTEE ON EMPLOYMENT OF PEOPLE WITH DISABILITIES