# HOUSING AUTHORITY OF THE TOWN OF GREENWICH
## Regular Meeting of May 22, 2000
### **Minutes**

Minutes of a Regular Meeting of the Board of Commissioners of the Housing Authority of the Town of Greenwich held on May 22, 2000, at Wilbur Peck Court, located at Davis Avenue, Greenwich, Connecticut.

The Chairperson, Sue McClenachan, called the meeting to order at 5:40 PM. Upon roll call, those present and absent were as follows:

| Present | Absent |
|---|---|
| Sue McClenachan | |
| Barry Nova | |
| Darlene Gerald | |
| Allan Bernard | |
| Tom Barr | |

| Also Present | Guests |
|---|---|
| Benjamin W. Little, CEO | Kurt Gottchalk, Greenwich Time |
| Todd Cozolino, Contract Specialist | |
| Terry Mardula, Director of Housing | |
| Russell Kemp, Director of Finance | |
| Pat Kelly, Director of Program Operations | |
| Ursula Milde, Administrator | |
| Louis Pittocco, Legal Counsel | |
| Maria Morris, Administrative Secretary | |

Sue McClenachan declared a quorum present.

REGULAR AGENDA

C-1    CONSENT AGENDA

The Minutes of the Regular Meeting of the Board of Commissioners on April 24, 2000, were approved on a motion by Darlene Gerald and seconded by Allan Bernard with all Commissioners voting affirmatively.

The Minutes of the Public Hearing of the Board of Commissioners on April 11, 2000, were approved on a motion by Darlene Gerald and seconded by Allan Bernard with all Commissioners voting affirmatively (Sue McClenachan and Tom Barr abstained because they were absent).

Greenwich 0033  Housing

1

Site Development:
- No Comment.

A motion was made by Allan Bernard and seconded by Tom Barr with all Commissioners present voting affirmatively to accept the Standing Committee Reports, excluding Personnel.

Vouchers:
- Allan Bernard asked, "What is the Medical Arts Pharmacy for $329.00.
- Ursula Milde responded that it's the pharmacy where the medications are ordered for Parsonage Cottage.

A motion was made by Tom Barr and seconded by Darlene Gerald with all Commissioners present voting affirmatively to approve the April Vouchers.

OLD/NEW BUSINESS:
- Sue McClenachan asked if Terry Mardula and Darlene will be going to the scholarship awards on June 14, 2000, at the high school.
- Terry Mardula stated that if he could not make it someone from his department would represent him.
- Sue McClenachan asked when McKinney Terrace was having their cookout and if there are any other summer events.
- Benjamin Little stated that he did not know the date.
- Sue McClenachan stated that she would like the Commissioners to attend these events.
- Sue McClenachan stated that there are some personnel and contract issues that need to be discussed in Executive Session.

A motion made to enter into Executive Session at 6:00 PM by Allan Bernard and seconded by Darlene Gerald.

Motion to come out of Executive Session at 6:35 PM by Barry Nova and seconded by Allan Bernard.

Motion to receive and file personnel and site development by Tom Barr and seconded by Barry Nova with all Commissioners present voting affirmatively.

The next board meeting will be Monday, June 26, 2000, at Armstrong Court.

Motion to adjourn at 6:37 PM by Barry Nova and seconded by Darlene Gerald with all Commissioners present voting affirmatively.

The Minutes of a Special Meeting of the Board of Commissioners on April 11, 2000, were approved on a motion by Barry Nova and seconded by Darlene Gerald with all Commissioners voting affirmatively (Sue McClenachan and Tom Barr abstained because they were absent).

The Minutes of a Special Meeting of the Board of Commissioners on May 16, 2000, were approved on a motion by Darlene Gerald and seconded by Allan Bernard with all Commissioners voting affirmatively (Tom Barr abstained because he was absent).

R-1   STAFF REPORTS

Summary Leasing Report:
- Terry Mardula stated that the vacancies look good. Had some problems with rents because May is a re-certification month and there is a lot of late information coming in for income. Greenwich Close is good.

Work Orders & Overtime Work Orders Report:
- No Comment.

Reports of the Resident Council Meeting:
- Sue McClenachan stated that the Town Hall Annex wants to set up a Resident's Council.
- Ursula Milde stated that she wanted to discuss the Recreational Coordinator position.
- Sue McClenachan stated, "that is not appropriate right now and it will be discussed in Executive Session."
- Ursula Milde was very vocal, loud and insisting, to the point that Sue McClenachan, Chairperson, had to repeatedly tell her she was out of order.
- Sue McClenachan stated that the status report for the Block Grant application has gone in.

Communications:
- No Comment.

A motion was made by Barry Nova and seconded by Tom Barr with all Commissioners present voting affirmatively to receive and file the Statistical & Status Reports (Work Orders & Overtime Work Orders Report, Report of Resident Councils & Assn. Meetings with Staff and Communications).

Greenwich 0035  Housing

R-2  **STANDING COMMITTEE REPORTS**

<u>Finance</u>
- Allan Bernard reported low income public housing is behind because of the re-certifications and we will catch up. State moderate rent, Section 8, McKinney Terrace, Greenwich Close, including low income public housing is running at a positive cash flow. Quarry Knoll II, Town Hall Annex and Parsonage Cottage are slightly behind.
- Russ Kemp stated that we have to submit our re-calculations of our operating subsidies for next year, which begins July 1, 2000. It starts out with a figure which represents our expenses for 1977 factored up and then take our total allowable expenses plus utilities and reduce it by and estimate of what we will charge our residents in rent and essentially the balance with a few adjustments represents what our operating subsidy will be for next year. In general we are forecasting a 7 ½ % increase mostly as a result of HUD tells us that they are going to fund 98 ½ % of our computed operating subsidy. They were only funding 92 ½%.

<u>Motion to approve the performance funding calculation of the operating subsidy by Allan Bernard and seconded by Darlene Gerald with all Commissioners present voting affirmatively.</u>

<u>Public Relations:</u>
- Sue McClenachan stated that she, Benjamin Little, and Darlene Gerald are going to the NAHRO Conference in Salt Lake City, UT. If any one else is interested in going to Salt Lake City, UT or the conference in the fall in Phoenix, AZ, please let Maria Morris know.

<u>Personnel:</u> Executive Session

<u>Maintenance:</u>
- Todd Cozolino referred to his maintenance report and stated that the main contracts right now are Quarry Knoll I&II Painting & Woodwork, Quarry Knoll I bathroom mock ups are scheduled for tomorrow, Wilbur Peck Sprinklers are still in the Town approval process.
- Sue McClenachan asked if there was a new architect for Agnes Morley Heights parking.
- Todd Cozolino we did an initial look at it previously and we walked the property.
- Allan Bernard asked if he had any sense of the time parameter when these projects will all be done.
- Todd Cozoliono stated that it was hard to say. The current projects have a 180 day window once executed. Basically once the bidding its 240 days from bidding to completion. Some are part of the 5 year projection.

<u>Tenant Selection:</u>
- Terry Mardula stated that he would like to set up a meeting for next month.
- Sue McClenachan asked Maria Morris to set up the meeting.