UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE,<br>　　　　　Plaintiff,<br><br>v.<br><br>THE HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH;<br>THE HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH BOARD OF<br>COMISSIONERS; BENJAMIN LITTLE,<br>CEO.<br>　　　　　Defendants. | :<br>:<br>:<br>:　CIV.NO. 3:00CV2423(AVC)<br>:<br>:<br>:　May 27, 2004<br>:<br>:<br>:<br>: |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT AND FOR FILING REPLY BRIEFS

Plaintiff, Ursula Milde (hereinafter "Plaintiff") hereby files the instant Motion for an Extension of Time to file her Opposition to Defendants Motion for Summary Judgment pursuant to Local Rule 9(b).

The Court set the dispositive motion deadline of May 14, 2004. Both parties moved for summary judgment pursuant to Fed.R.Civ.P. 56(c). Defendants filed their moving papers on May 13, 2004, and Plaintiff filed her moving papers on May 17, 2004 with Court approval.

On May 25, 2004, the undersigned contacted Attorney Francis Alvarez regarding Plaintiff's request for a fourteen (14) day extension of time to respond to Defendants

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

motion for summary judgment. The original deadline for Plaintiff's response is June 4, 2004. Defendants consented to Plaintiff's motion and the parties stipulated that both parties will file their opposition papers on the same date on June 18, 2004. Although not in the form of a joint motion, Plaintiff is requesting on behalf of both parties, as stipulated, that the Court permit respective opposition papers be filed on June 18, 2004.

In addition, the parties have stipulated and Plaintiff hereby moves for the same, that the Court permit respective reply briefs be due on the same date of July 2, 2004.

The parties agree that the extensions of time and mutual filing dates will expedite the Court's resolution of both motions for summary judgment. The undersigned requires more time to evaluate Defendants motion and because of motion practice in two unrelated cases.

This is Plaintiff's first motion seeking an extension of time to file her Opposition to Defendants Motion for Summary Judgment. On behalf of both parties, Plaintiff respectfully requests that the Court grant the instant Motion.

May 27, 2004

PLAINTIFF,
URSULA MILDE

By _____
Mark P. Carey (CT17828)
Mark P. Carey & Associates
Attorneys At Law
71 Old Post Road, Suite One
Southport, CT 06490
(203) 255-4150 tel.
(203) 255-0380 fax
Attorney For Ursula Milde

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was delivered by facsimile and first class mail, postage prepaid, on this the 27th day of May, 2004 to:

Francis P. Alvarez
JACKSON LEWIS
One North Broadway
White Plains, NY 10601
Attorneys for Defendant

*[signature]*
Mark P. Carey