UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE, :<br>          Plaintiff, :<br>:<br>v. :<br>:<br>THE HOUSING AUTHORITY OF THE :<br>TOWN OF GREENWICH;<br>THE HOUSING AUTHORITY OF THE :<br>TOWN OF GREENWICH BOARD OF<br>COMISSIONERS; BENJAMIN LITTLE, :<br>CEO.<br>          Defendants. : | CIV.NO. 3:00CV2423(AVC)<br><br>May 27, 2004 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT AND FOR FILING REPLY BRIEFS

Plaintiff, Ursula Milde (hereinafter "Plaintiff") hereby files the instant Motion for an Extension of Time to file her Opposition to Defendants Motion for Summary Judgment pursuant to Local Rule 9(b).

The Court set the dispositive motion deadline of May 14, 2004. Both parties moved for summary judgment pursuant to Fed.R.Civ.P. 56(c). Defendants filed their moving papers on May 13, 2004, and Plaintiff filed her moving papers on May 17, 2004 with Court approval.

On May 25, 2004, the undersigned contacted Attorney Francis Alvarez regarding Plaintiff's request for a fourteen (14) day extension of time to respond to Defendants

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

*[Handwritten margin notes: "June 4, 2004. GRANTED. SO ORDERED." / "Alfred V. [signature] U.S.D.J." / FILED stamps: "2004 MAY 28 A 9 38 U.S. DISTRICT COURT HARTFORD, CT." and "2004 JUN -7 A 13 U.S. DISTRICT COURT HARTFORD, CT."]*