133

**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUN 14 A 11: 32

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| URSULA MILDE,  :  <br>         Plaintiff, | |
| : | |
| v. | CIV.NO. 3:00CV2423(AVC) |
| : | |
| THE HOUSING AUTHORITY OF THE : <br>TOWN OF GREENWICH; <br>THE HOUSING AUTHORITY OF THE : <br>TOWN OF GREENWICH BOARD OF <br>COMISSIONERS; BENJAMIN LITTLE, : <br>CEO. | JUNE 14, 2004 |
| Defendants.    : | |

**PLAINTIFFS' MOTION TO FILE SEALED OPPOSITION PAPERS TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND
PLAINTIFFS' MOTION REQUESTING PERMISSION TO
FILE ADDITIONAL PAGES TO BRIEF**

Plaintiff, Ursula Milde (hereinafter "Plaintiff") hereby files the instant Motion To File Sealed Opposition Papers to Defendants' Motion for Summary Judgment, against the Defendants The Housing Authority for the Town of Greenwich, Inc., the Housing Authority of the Town of Greenwich Board of Commissioners, and Benjamin Little, CEO. Pursuant to Local Civil Rule 7(f).

On May 31, 2002, the Court granted the parties joint motion for protective order [Doc. #65]. The Plaintiff is filing the instant motion along with her Opposition to Defendants' Motion for Summary Judgment, Statement of Material Issues in Dispute and

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

March 18, 2005. GRANTED.
SO ORDERED.