UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

URSULA MILDE,                                    :
             **Plaintiff,**

2004 MAY 18 P 12: 27

                          :

v.                                              CIV.NO. 3:00CV2423(AVC)
                          :

U.S. DISTRICT COURT HARTFORD, CT.

THE HOUSING AUTHORITY OF THE :
TOWN OF GREENWICH;
THE HOUSING AUTHORITY OF THE :         **May 14, 2004**
TOWN OF GREENWICH BOARD OF
COMISSIONERS; BENJAMIN LITTLE, :
CEO.
             **Defendants.**        :

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56(c) and MOTION TO FILE SEALED MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM AND STATEMENT OF FACTS

Plaintiff, Ursula Milde (hereinafter "Plaintiff") hereby files the instant Motion for

Summary Judgment, along with her Supporting Memorandum of Law and Statement of

Facts, against the Defendants The Housing Authority for the Town of Greenwich, Inc.,

the Housing Authority of the Town of Greenwich Board of Commissioners, and

Benjamin Little, CEO, pursuant to Fed.R.Civ.P. 56.

On May 31, 2002, the Court granted the parties joint motion for protective order

[Doc. #65]. The Plaintiff is filing the instant Motion for Summary Judgment and

supporting Memorandum of Law and Statement of Facts which contains confidential

information protected under the May 31, 2002 Order. Plaintiff requests this instant

motion and all accompany documents filed under seal pursuant to Local Civil Rule 7(f).

*(left margin, rotated text:)* The motion seeks to file documents under seal. The motion is granted to the extent the motion seeks to file documents under seal. The motion is denied in all other respects. August 12, 2005. SO ORDERED.

*(margin, rotated:)* Alfred V. Covello, U.S.D.J.