UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE, | : |
|         Plaintiff | :   CIV NO. 3:00CV2423 (AVC) |
| v. | : |
| THE TOWN OF GREENWICH; HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONERS; and BENJAMIN LITTLE, CEO, | :   September 8, 2005 |
|         Defendants. | :   **NOTICE OF APPEAL** |

      PLEASE TAKE NOTICE THAT Defendant BENJAMIN LITTLE, Defendant-Appellant in the above action, hereby appeals to the United States Court of Appeals for the Second Circuit from each and every portion of the Ruling On The Defendants' Motion For Summary Judgment And The Plaintiff's Motion For Summary Judgment of the United States District Court, District of Connecticut, (Covello, J.), dated August 12, 2005, and docketed by the Court on August 15, 2005, which denied his motion for summary judgment pursuant to Fed. R. Civ. P. 56 on the basis of qualified immunity on Plaintiff's 42 U.S.C § 1983 claim.

      PLEASE TAKE FURTHER NOTICE THAT Defendants HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONERS; AND BENJAMIN LITTLE, CEO, hereby appeal for the purpose of requesting that the United States Court of Appeals for the Second Circuit exercise pendent appellate jurisdiction to review each and every portion of the Ruling On The Defendants' Motion For Summary Judgment And The Plaintiff's Motion For

Summary Judgment of the United States District Court, District of Connecticut, (Covello, J.), dated August 12, 2005, and docketed by the Court on August 15, 2005, which denied their motion for summary judgment pursuant to Fed. R. Civ. P. 56 on Plaintiff's 42 U.S.C § 1983 claim.

Dated: White Plains, New York
       September 8, 2005

By: _____
Francis P. Alvarez (CT 10350)
alvarezf@jacksonlewis.com
JACKSON LEWIS LLP
One North Broadway
White Plains, NY 10601
Phone: (914) 514-6149
Fax: (914) 328-1882

DEFENDANTS HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONERS; AND BENJAMIN LITTLE, CEO

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE, | : |
|           Plaintiff | :   CIV NO. 3:00CV2423 (AVC) |
| v. | : |
| THE TOWN OF GREENWICH; HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONERS; and BENJAMIN LITTLE, CEO, | : |
|           Defendants. | : |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appeal was served via Federal Express, this 8th day of September 2005, on counsel for Plaintiff at the address listed below:

Mark P. Carey, Esq.
Carey & Associates P.C.
71 Old Post Rd.
Southport, CT 06490

_____
Francis P. Alvarez