# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

IN RE:     Milde             :DOCKET NO.   3:00cv2423 (AVC)
:
                            :USCA NO.    05-4950
:
VS.                         :
:
IN RE      Greenwich Housing    :
:
:
:

## INDEX TO RECORD ON APPEAL

| VOLUME I | DOCUMENT NO. |
|---|---|
| Certified copy of docket Sheet | 1 |
| Complaint (Doc.#1) filed 12/20/00 | 2 |
| Amended Complaint (3) filed 3/19/01 | 3 |
| Motion (4) to Dismiss filed 4/4/01 | 4 |
| Memorandum (9) in Opposition to Motion to Dismiss | 5 |
| Motion to Strike (14) complaint filed 5/16/01 | 6 |
| Memorandum (15) in Support | 7 |
| Appendix (16) filed 5/16/01 | 8 |
| Memorandum (18) in opposition to Motion to Dismiss filed 7/5/01 | 9 |
| Motion (20) to withdraw amended complaint filed 7/16/01 | 10 |
| Second Amended Complaint (22) filed 7/16/01 | 11 |
| Response to Motion to Strike Complaint filed 7/20/01 | 12 |
| 26(f) Report filed 8/3/01 (24) | 13 |

Motion (26) for confirmation filed 8/7/01 — 14

Motion to Withdraw (28) Motion to Strike Complaint filed 8/13/01 — 15

Motion (29) to file revised 2nd amended complaint filed 8/22/01 — 16

Motion (30) for Protective Order re: Discovery — 17

Affidavit (31) re: Motion for Protective Order filed 9/20/01 — 18

Memorandum (32) in support of Motion for Protective Order filed 9/20/01 — 19

Motion (33) for Settlement conference filed 9/26/01 — 20

Answer & Affirmative Defenses (34) filed 10/1/01 — 21

Revised 2nd Amended Complaint (35) filed 10/1/01 — 22

Order of Referral to Magistrate (36) filed 10/4/01 — 23

Memorandum in Opposition to Motion for Protective Order (37) filed 10/15;01 — 37

Memsup (38) of Motion for Protective Order (38) filed 10/29/01 — 38

Letter Motion (41) filed 11/20/01 — 41

Third Amended Complaint (48) filed 2/13/02 — 48

Motion to Strike portions of amended complaint (50) filed 3/21/02 — 49

Memorandum in Support (51) filed 3/21/02 — 50

Objections (54) filed 4/12/02 — 51

Memorandum in Support (55) filed 4/12/02 — 52

Response to Motion to file 4th amended complaint (56) filed 4/26/02 — 53

Memorandum in support (57) filed 4/26/02 — 54

Objections (58) filed 5/6/02 — 55

Joint Motion for Protective Order (59) filed 5/30/02 — 56

Motion for Leave 5th Amended Complaint (61) filed 6/10/02 — 57

Stipulation of Dismissal (62) filed 6/11/02      58

Fifth Amended Complaint (63) filed 6/13/02      59

Fourth Amended Complaint (64) filed 6/13/02      60

Protective Order (65) filed 6/13/02      61

Motion for Protective Order re: Transcripts (67) filed 6/27/02      62

Memorandum (68) in Support filed 6/27/02      63

Motion (70) to file 6th amended complaint (70) filed 7/8/02      64

Memorandum (71) in support filed 7/8/02      65

Objections (75) filed 8/1/02      66

Motion for Reconsideration (76) filed 8/7/02      67

Sixth Amended Complaint (78) filed 8/8/02      68

Motion for Reconsideration (81) filed 9/9/02      69

Memorandum (82) filed 9/9/02      70

Objections (83) filed 9/26/02      71

Memorandum (84) filed 9/26/02      72

Memorandum (87) filed 10/18/02      73

Reply to Motion for Protective Order & Cross Motion to Dismiss (89) filed 11/13/02      74

Revised 6th Amended Complaint (91) filed 1/7/03      75

Revised 6th Amended Complaint (92) filed 1/17/03      76

Answer (94) filed 2/5/03 by B.Little      77

Answer (95) filed 2/5/03 by Greenwich Housing      78

Answer (96) filed 2/5/03 by Town of Greenwich      79

Motion (98) filed 5/6/03                                           80

Memorandum in Support (99) filed 5/6/03                           81

Objections (100) filed 5/16/03                                    82

Motion to Compel (101) filed 5/23/03                              83

Memorandum in Support (102) filed 5/23/03                         84

Second Motion to Compel (103) filed 5/30/03                       85

Memorandum in Support (104) filed 5/30/03                         86

3rd Motion Compel (105) filed 5/30/03                             87

Memorandum in Support (106) filed 5/30/03                         88

Objections (107) filed 6/2/03                                     89

Objections (109) filed 6/9/03                                     90

Reply to Motion to Compel (110) filed 6/13/03                     91

Objections (111) filed 6/20/03                                    92

Balance of entries are available on line