UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CIVIL ACTION NO.:** _____ **(AVC)**

## ELECTRONIC FILING ORDER IN CIVIL CASES

The Court orders that the parties shall file all documents in this case electronically. Counsel are reminded that they must comply with the following requirements:

1. Counsel must comply with all applicable Federal Rules of Civil Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

   **All submissions (including briefs and exhibits) relating to the following:**

   a. Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies, including all memoranda of law and all exhibits;
   b. Dispositive motions (motions to dismiss, motion for judgment on the pleadings, or for summary judgment) including all memoranda of law and all exhibits;
   c. Proposed jury instructions;
   d. Compliance with Pretrial Orders
   e. Trial briefs, including proposed findings of fact and conclusions of law and all exhibits; and
   f. **Any other filing that is in excess of 15 pages.**

**SO ORDERED.**

                                        /s/ Alfred V. Covello
                                        Alfred C. Covello
                                        Senior United States District Judge

5/15/06

1