UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE,<br><br>      **Plaintiff**<br><br>v.<br><br>THE TOWN OF GREENWICH;<br>HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH;<br>THE HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH BOARD OF<br>COMMISSIONERS; and<br>BENJAMIN LITTLE, CEO,<br><br>      **Defendants.** | CIV NO. 3:00CV2423 (AVC)<br><br><br><br><br><br><br><br>July 24, 2006 |

## DEFENDANTS' MOTION FOR LEAVE TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT

On August 12, 2005, this Court denied the portion of Defendants' Rule 56 motion seeking summary judgment on Plaintiff's claim under 42 U.S.C. § 1983. On April 26, 2006, the United States Court of Appeals for the Second Circuit dismissed Defendants' interlocutory appeal of the District Court's decision for lack of jurisdiction. Since the Second Circuit's dismissal of that appeal, the United States Supreme Court has issued a decision clarifying the standard for deciding whether speech is protected under 42 U.S.C. § 1983. *See* Garcetti v. Ceballos, ___ U.S. ___, 126 S. Ct. 1951 (2006). Based on Ceballos, Plaintiff cannot establish, as a matter of law, that the speech she claims caused the retaliation was protected under 42 U.S.C. § 1983.

Based on this new controlling decision, Defendants respectfully move for permission to renew their motion for summary judgment solely *to address the limited issues*

raised by Ceballos, i.e., that, as a matter of law, Plaintiff's speech was not protected by 42 U.S.C. § 1983.

Because this narrow issue is dispositive of the sole remaining count in this case, hearing it at this juncture, before the Court and parties devote substantial time and resources to trial, furthers the goal of securing the "just, speedy, and inexpensive determination of every action." Fed. R. Civ. P. 1. The Court has not scheduled a trial date in this matter but has scheduled a status conference for July 25, 2006.

WHEREFORE, Defendants respectfully request that the Court grant them permission to file a renewed motion for summary judgment on the limited grounds addressed above.

Respectfully submitted,

DEFENDANT HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONERS; AND BENJAMIN LITTLE, CEO

By: /s/ Francis P. Alvarez
Francis P. Alvarez (CT 10350)
alvarezf@jacksonlewis.com
JACKSON LEWIS LLP
One North Broadway
White Plains, NY 10601
Phone: (914) 514-6149
Fax: (914) 328-1882
Their Attorneys

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE,<br><br>        Plaintiff<br><br>v.<br><br>THE TOWN OF GREENWICH;<br>HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH;<br>THE HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH BOARD OF<br>COMMISSIONERS; and<br>BENJAMIN LITTLE, CEO,<br><br>        Defendants. | CIV NO. 3:00CV2423 (AVC) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendants' Motion for Leave to File a Renewed Motion For Summary Judgment was served via facsimile and Federal Express, this 24th day of July 2006, on counsel for Plaintiff at the address listed below:

Mark P. Carey, Esq.<br>
Carey & Associates P.C.<br>
71 Old Post Rd.<br>
Southport, CT 06490<br>
Fax No. (203) 255-0380

                                                                              Susanne Kantor