UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| URSULA MILDE, | : | |
| | : | CIV NO. 3:00CV2423 (AVC) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE TOWN OF GREENWICH; | : | |
| HOUSING AUTHORITY OF THE | : | |
| TOWN OF GREENWICH; | : | |
| THE HOUSING AUTHORITY OF THE | : | |
| TOWN OF GREENWICH BOARD OF | : | |
| COMMISSIONERS; and | : | July 27, 2006 |
| BENJAMIN LITTLE, CEO, | : | |
| | : | |
| Defendants. | : | |

### APPEARANCE OF ATTORNEY SUSANNE KANTOR

TO THE CLERK OF THE COURT:

Please enter my appearance as attorney for Defendants Mr. Benjamin Little, The Housing Authority of the Town of Greenwich, and The Housing Authority of the Town of Greenwich Board of Commissioners in the above-captioned matter.

Respectfully submitted,

By: _____
Susanne Kantor (CT 19556)

JACKSON LEWIS LLP
One North Broadway
White Plains, NY 10601
Email: kantors@jacksonlewis.com
Phone: (914) 328-0404
Fax: (914) 328-1882

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE, | : |
|               Plaintiff | :    CIV NO. 3:00CV2423 (AVC) |
| v. | : |
| THE TOWN OF GREENWICH; HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONERS; and BENJAMIN LITTLE, CEO, | : |
|               Defendants. | : |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance was served this 27th day of July, 2006, on counsel for Plaintiff at the address listed below:

Mark P. Carey, Esq.
Carey & Associates P.C.
71 Old Post Rd.
Southport, CT 06490

_____
Susanne Kantor