UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| URSULA MILDE, | : | |
| Plaintiff | : | CIV NO. 3:00CV2423 (AVC) |
| | : | |
| v. | : | |
| | : | |
| THE TOWN OF GREENWICH; | : | |
| HOUSING AUTHORITY OF THE | : | |
| TOWN OF GREENWICH; | : | |
| THE HOUSING AUTHORITY OF THE | : | |
| TOWN OF GREENWICH BOARD OF | : | |
| COMMISSIONERS; and | : | August 2, 2006 |
| BENJAMIN LITTLE, CEO, | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the Defendants, the Housing Authority of the Town of Greenwich ("HATG"); the Board of Commissioners for HATG ("the Board"); and Mr. Benjamin Little ("Little"), respectfully renew their Motion for Summary Judgment on Plaintiff Ursula Milde's remaining 42 U.S.C. § 1983 claim in her Revised Sixth Amended Complaint on the grounds that Plaintiff cannot establish a claim as a matter of law under Garcetti v. Ceballos, ___ U.S. ___, 126 S. Ct. 1951 (2006). The bases for Defendants' Motion are set forth in Defendants' Memorandum of Law and the Affirmation of Susanne Kantor, Esq., submitted in support of Defendants' Renewed Motion for Summary Judgment, to which the Court is respectfully referred.

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY IS NOT REQUIRED**

Respectfully submitted,

DEFENDANTS HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONERS; AND BENJAMIN LITTLE, CEO

By: *[signature]*

Francis P. Alvarez (CT 10350)
alvarezf@jacksonlewis.com

Susanne Kantor (CT 19556)
kantors@jacksonlewis.com

JACKSON LEWIS LLP
One North Broadway
White Plains, NY 10601
Phone: (914) 328-0404
Fax: (914) 328-1882
Their Attorneys

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| URSULA MILDE, | : | |
|           Plaintiff | : | CIV NO. 3:00CV2423 (AVC) |
| v. | : | |
| THE TOWN OF GREENWICH;<br>HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH;<br>THE HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH BOARD OF<br>COMMISSIONERS; and<br>BENJAMIN LITTLE, CEO, | : | |
|           Defendants. | : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendants' Renewed Motion For Summary Judgment was served via Federal Express, this 2nd day of August 2006, on counsel for Plaintiff at the address listed below:

Mark P. Carey, Esq.
Carey & Associates P.C.
71 Old Post Rd.
Southport, CT 06490

_____
Susanne Kantor