UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE,<br><br>        Plaintiff<br><br>v.<br><br>THE TOWN OF GREENWICH;<br>HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH;<br>THE HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH BOARD OF<br>COMMISSIONERS; and<br>BENJAMIN LITTLE, CEO,<br><br>        Defendants. | CIV NO. 3:00CV2423 (AVC)<br><br><br><br><br><br><br><br><br>August 2, 2006 |

### AFFIRMATION OF SUSANNE KANTOR ESQ. IN SUPPORT OF DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT

      SUSANNE KANTOR, an attorney duly admitted to practice before this Court and the courts of the State of Connecticut, hereby affirms under penalty of perjury that the following statements are true:

      1.      I am an attorney with the law firm of Jackson Lewis LLP, and counsel for the Defendants, the Housing Authority of the Town of Greenwich ("HATG"); the Board of Commissioners for HATG ("the Board"); and Mr. Benjamin Little ("Little") in the above-entitled matter.

      2.      I am fully familiar with the facts and circumstances contained herein, based on a review of the files and records in this matter, and conversations with Defendants. This Affirmation is submitted in support of Defendants' motion for summary judgment.

3. On or about January 16, 2003, Plaintiff filed a Revised Sixth Amended Complaint in the above entitled matter in the United States District Court for the District of Connecticut. A copy of the Revised Sixth Complaint is attached hereto as Exhibit A.

4. On or about February 5, 2003, Defendant The Housing Authority of the Town of Greenwich Board of Commissioners filed its Answer to the Revised Sixth Amended Complaint. A copy of Defendant The Housing Authority of the Town of Greenwich Board of Commissioners' Answer to the Revised Sixth Amended Complaint is attached hereto as Exhibit B.

5. On or about February 5, 2003, Defendant The Housing Authority of the Town of Greenwich filed its Answer to the Revised Sixth Amended Complaint. A copy of Defendant The Housing Authority of the Town of Greenwich's Answer to the Revised Sixth Amended Complaint is attached hereto as Exhibit C.

6. On or about February 5, 2003, Defendant Little filed his Answer to the Revised Sixth Amended Complaint. A copy of Defendant Little's Answer to the Revised Sixth Amended Complaint is attached hereto as Exhibit D.

7. On May 23, 2003, May 30, 2003, June 5, 2003, and June 13, 2003, Plaintiff Ursula Milde was deposed. Copies of the relevant transcript pages of said deposition cited by Defendants in their accompanying Memorandum of Law and Local Rule 56.1Statement are attached hereto as Exhibit E

8. A copy of the May 23, 2000 Greenwich Time article entitled "Official Decries Lack of Recreation Plan" is attached hereto as Exhibit F.

9. A copy of the May 26, 2000 Greenwich Time article entitled "State Says Cottage Not Violating Law" is attached hereto as Exhibit G.

10. A copy of Milde Dep.Ex. 4, a November 30, 1997 memorandum from Milde to Tom Crawford, Executive Director of HATG, is attached hereto as Exhibit H.

11. A copy of Milde Dep. Ex. 5, a December 4, 1997 memorandum from Thomas M. Crawford to Milde, is attached hereto as Exhibit I.

12. A copy of Milde Dep. Ex. 6, a March 24, 2000 memorandum from Benjamin W. Little to Milde, is attached hereto as Exhibit J.

13. A copy of Milde Dep. Ex. 7, a March 25, 2000 memorandum from Milde to Benjamin Little, is attached hereto as Exhibit K.

14. A copy of Milde Dep. Ex. 8, an April 13, 2000 memorandum from Milde to Benjamin Little, is attached hereto as Exhibit L.

15. A copy of Milde Dep. Ex. 9, an April 17, 2000 memorandum from Benjamin Little to Milde, is attached hereto as Exhibit M.

16. A copy of Milde Dep. Ex. 11, an April 18, 2000 memorandum from Benjamin Little to the HATG Personnel Committee, is attached hereto as Exhibit N.

17. A copy of Milde Dep. Ex. 12, an April 24, 2000 memorandum from Milde to Benjamin Little, is attached hereto as Exhibit O.

18. A copy of Milde Dep. Ex. 13, an April 24, 2000 memorandum from Milde to Benjamin Little, is attached hereto as Exhibit P.

19. A copy of Milde Dep. Ex. 20, an April 26, 2000 memorandum from Milde to Little, is attached hereto as Exhibit Q.

20. A copy of Milde Dep. Ex. 30, a May 19, 2000 letter from Barry Nova, Vice Chairman of HATG, is attached hereto as Exhibit R.

21. A copy of Milde Dep. Ex. 31, a May 23, 2000 letter from Milde to Barry Nova, is attached hereto as Exhibit S.

22. A copy of Milde Dep. Ex. 33, a May 30, 2000 memorandum from Benjamin Little to Milde, is attached hereto as Exhibit T.

23. A copy of Milde Dep. Ex. 34, a May 30, 2000 memorandum from Benjamin Little to Milde, is attached hereto as Exhibit U.

24. A copy of Milde Dep. Ex. 35, a June 6, 2000 memorandum from Milde to Benjamin Little, is attached hereto as Exhibit V.

25. A copy of Milde Dep. Ex. 38, a June 7, 2000 memorandum from Benjamin Little to Milde, is attached hereto as Exhibit W.

26. A copy of Milde Dep. Ex. 45, a June 26, 2000 memorandum from Milde to Sue McClenachan and Benjamin Little, is attached hereto as Exhibit X.

27. A copy of Milde Dep. Ex. 47, a June 30, 2000 memorandum from Benjamin Little to Milde, is attached hereto as Exhibit Y.

28. A copy of Milde Dep. Ex. 58, an August 21, 2000 letter from Benjamin Little to Milde, is attached hereto as Exhibit Z.

29. A copy of Milde Dep. Ex. 62, a September 8, 2000 letter from Benjamin Little to Milde, is attached hereto as Exhibit AA.

30. A copy of Pl. Dep. Ex. 16, the May 22, 2000 Minutes of the HATG Regular Meeting, is attached hereto as Exhibit BB.

31. A copy of the Court's August 12, 2005 Ruling on the Defendants' Motion for Summary Judgment and the Plaintiff's Motion for Summary Judgment is attached hereto as Exhibit CC.

32. Copies of all unreported decision cited in Defendants' accompanying Memorandum of Law are attached hereto as Exhibit DD.

33. I have read the above thirty-two (32) numbered paragraphs and know them to be true to my own knowledge or upon information and belief.

WHEREFORE, for the reasons set forth in Defendants' accompanying Memorandum of Law, Defendants respectfully request that this Court grant their renewed motion for summary judgment in its entirety.

_____
Susanne Kantor (CT 19556)
kantors@jacksonlewis.com

JACKSON LEWIS LLP
One North Broadway
White Plains, NY 10601
Phone: (914) 328-0404
Fax: (914) 328-1882

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE, <br><br> Plaintiff <br><br> v. <br><br> THE TOWN OF GREENWICH; <br> HOUSING AUTHORITY OF THE <br> TOWN OF GREENWICH; <br> THE HOUSING AUTHORITY OF THE <br> TOWN OF GREENWICH BOARD OF <br> COMMISSIONERS; and <br> BENJAMIN LITTLE, CEO, <br><br> Defendants. | : <br> : CIV NO. 3:00CV2423 (AVC) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Defendants' Affirmation of Susanne Kantor, Esq. In Support Of Renewed Motion For Summary Judgment was served via Federal Express, this 2nd day of August 2006, on counsel for Plaintiff at the address listed below:

Mark P. Carey, Esq.
Carey & Associates P.C.
71 Old Post Rd.
Southport, CT 06490

_____
Susanne Kantor