# EXHIBIT H

*Dear Ben,*
*for your info*
*U.*

## MEMORANDUM

TO: Tom Crawford, Executive Director
HATG

FROM: Ursula Milde, Administrator *Ursula Milde*
PCSR

DATE: November 30, 1997

When I was hired as the administrator for Parsonage Cottage Senior Residence, my understanding was that I would be responsible for all the aspects of operation at the residence. Since my name is on the state license, I am, naturally, accountable for the entire operation, a responsibility I do not avoid. However, there are certain consequences which follow from this, which I think, need to be clearly understood by all.

Since PCSR is an entity of the HATG, certain functions are performed by departments within the HATG, such as payroll, and accounting, as well as some maintenance aspects. I do greatly appreciate this assistance, because it makes my work much easier, and I find the expertise of colleagues like Russ Kemp and Lorna Smart to be extremely helpful to me. Ed Civitello's and John Banks' help have also been valuable to us at PCSR. I certainly have benefited greatly from your and Ben Little's advice and input when issues arose which needed your attention or intervention. But because there have been some misunderstandings, as well as miscommunications, in the past, I feel, I have not been able to do the best for PCSR and the HATG, because I was either not informed, given authority to deal with a problem or explain to the Board of Commissioners why certain things were happening. I do not presume in any way that I know everything and that I make no mistakes, but I am willing and able to learn from them, if given the opportunity.

Therefore, I propose the following course of action:

**1. FACILITY:**
All issues, problems and repair and maintenance needs must be discussed and decided on by the Facility Manager, Felix Andreoni and myself. We will then seek Ed Civitello's advice when indicated, but we must be part of the decision making process as well as in charge of the follow-up actions which are to be taken. Unfortunately, because of the many problems with the contractor, we have had to live with the consequences of faulty or negligent workmanship, which in some instances posed a hazard to our residents, in others became very time consuming to fix, but in all cases caused much additional expense to our budget. While these are too numerous to list here, I am prepared to review them with you or any board member.

**2. BUDGET:**
All expenses posted to Parsonage Cottage must be reviewed and authorized by me, before the bills are paid. As you know, because of the state's rate setting mechanism and their view on what is disallowed in our budget, and because we are still in the interim rate period, it is very important that we are cognizant of which are the budget areas in which we "overspend",

MILDE
DEFENDANT'S EXHIBIT
#4  5/23/03

JLSK 0719

in order to get a favorable rate. Unfortunately, here again, because of the problems with the contractor, there are many expenses which are disallowed by the state, such as the legal fees and others. Russ Kemp, of course, knows this and he and I have discussed it as well as worked on the cost report for the state together. However, it is not fair to him that he alone present the PCSR expense report to the Board and be prepared to answer questions. That is my responsibility and I have to be asked to report at the board meeting, or any other meeting when or where PCSR is discussed. I realize that a very complicated funding structure was developed to finance Parsonage, and I certainly don't understand all of the requirements emanating from that, but I repeat, I am willing to learn.

### 3. STAFFING:
A good staff is the backbone of our operation. It is crucial that I have the authority to make decisions, within the paramaters of HATG employment policies, and my budget, of hiring and dismissing, as well as disciplinary actions and job performance recognition, such as raises. I will always, as you know, seek advice or counsel when it is warranted, but I need to be given the information, on a timely basis, so I can do what needs to be done

### 4. SURVEYS AND AUDITS:
Because of our funding structure, PCSR will have to deal with various audits and the resulting record keeping requirements. Needless to say, there will be things which I have not done correctly, or in a timely fashion, because of my ignorance. However, I will learn this, given the opportunity. It is important, though, that I be given the information and tools, if they are available through the HATG, whether it is in the form of records I must keep at PC or of reports or manuals, when I ask for it, so that I can be prepared. I do appreciate the expert assistance of a consultant, and in some cases consultants are necessary, for certain annual requirements, but I personally do not see their work as an excuse not to do mine.

### 5. COMMUNICATION:
Due to the fact that PCSR is a different operation from others within the HATG there have been misperceptions on the part of the Board of Commissioners and some of the HATG management, which sometimes have led to decisions which were not in the best interest of PCSR, its residents and ultimately the HATG. Not seeking my input or opinion in matters which pertain to PCSR, or not informing me of things which I need to know in my role as administrator, will cause many problems, is not treating me in a professional manner, and does not make good management sense, since I am being paid to have the responsibility. I also have a very good management staff whose input I seek and value.

My "modus operandi" generally is one of handling matters on my own and with the assistance or feed back from my staff, if indicated. I will seek advice from my superiors, or colleagues, when needed, but generally will come prepared with a suggestion of how I plan to solve the problem. I work best if I am given the authority, but also the necessary information and if things are communicated to me in a timely fashion. I am most happy to explain any aspect of PCSR to you and/or the board and to discuss issues which need remedies, as well as proposals of how to address them, but I have to be consulted and given the time, if possible, to do the research and come up with a plan.