# EXHIBIT J



# The Housing Authority of the Town of Greenwich

## MEMORANDUM



TO: Ursula Milde, Administrator
Parsonage Cottage

FROM: Benjamin W. Little, Chief Executive Officer

DATE: March 24, 2000

SUBJECT: Parsonage Cottage Issues/Concerns

You made mention that you would be ending the contract with CCI for the recreational services. In addition to that, you want to bring on a full-time recreational person. I have the following concerns that I would like you to address:

1. How would that person be paid?
2. What would be their hours?
3. What would their job description be?
4. Is the position allowable under the State?
5. Would we be relinquishing the other services that CCI provides?

The issue around the structural problems and its repair, you mentioned that you would automatically give the work to the present carpenter/contractor. I must remind you that any work being performed at Parsonage Cottage the procurement procedures, both Federal and State, must be followed and all contracts must be approved by the Board of Commissioners and signed by me.

The Fund Raising Board must approve the disposition of the exercise equipment. I understand that you have the desire to give the equipment to Greenwich Close. This cannot be accomplished so easily. First, if the Housing Authority were to accept the equipment there must be a sales agreement. Arrangements are being made which will be coordinated by Sue McClenachan, Chairman, to have the equipment evaluated for its proper use and will go to either Parsonage Cottage or one of the other developments. Once that evaluation is accomplished we will further discuss it with the Housing Authority's Board of Commissioners and the Fund Raising Board for proper disposition.

249 Milbank Avenue, Greenwich, Connecticut 06830 • Tel: 203-869-1138 • Fax: 203 869-2037

EQUAL OPPORTUNITY AGENCY