**EXHIBIT O**

To: Benjamin Little, CEO
HATG
From: Ursula Milde, Administrator
PCSR
Re: Recreation Coordinator
Date: April 24, 2000



In response to your memo dated April 17, 2000 I would like to make the following points:

1. The position was approved prior to PCSR's opening, because we are mandated to provide recreational services. I therefore developed a job description which Bill Swords, the consultant to the HATG reviewed and which you, as well as Tom Crawford approved together with all other PCSR job descriptions.

2. At that time, i.e. prior to our opening, the position was posted. Since I could not find suitable candidates (and the one candidate I offered the position to, turned it down); as well as for other reasons (listed in my memo to you dated 3/25/00) I decided to contract with CCI. This arrangement, during the last three years has not, in the long run, worked well for PCSR

3. Agata Wilinski did volunteer work at PCSR last year. During that time she asked me to consider her for a Recreation Coordinator position at PCSR if it became available. We did not, at that time, post the position. However, I did post it in February 2000 at Norwalk Community College and also with the CT State Therapeutic Recreation Association, and last week in Town Hall. Agata applied formally in response to our posting the position at Norwalk Community College in February 2000. She is a good candidate for us because our residents know her and respond well to her, and she also has proven what she is capable of doing.

4. Since we are not creating a new position, and the HATG personnel committee in the past already approved all the PCSR positions, (which are mandated by the State of CT under our license), I am surprised that, suddenly, the Board has to approve this one again

5. You have so far not interviewed any of the PCSR staff. As a manager, I feel that I have proven in these past three years that I can be trusted to successfully interview and manage my staff. Furthermore, I would think that you, as the CEO are too busy to interview all candidates, especially when you have capable middle managers. Since I know the PCSR needs and requirements best, I feel I am in a good position to determine a candidate's suitability. Of course you are welcome to interview this or any other candidate for PCSR, if you feel it is necessary and can spare the time.

Let me assure you that I have proceeded with this not because I want to usurp your authority but because I know you are very busy and it is my responsibility to do what needs to be done and what is best for the residents at PCSR and the total operation.

MILDE0234