# EXHIBIT P

# MEMORANDUM

¶ G #20

To: Benjamin Little, CEO
HATG

From: Ursula Milde, Administrator, *U. Milde*
PCSR

Date: April 24, 2000

Milde DEFENDANT'S EXHIBIT #13 RF 5/23/03

This is a formal request to present a grievance to the Commissioners of the HATG.

Attached, please find corresponding memorandi and other documentation, explaining the case.

Since the Executive Director prevented me from presenting the case to the Personnel Committee as I had requested, I have no other choice but to ask for a formal hearing.

cc: Sue McClenachan, Chairperson
Barry J. Nova, Vice Chairman
Allan H. Bernard, Treasurer
Tom Barr, Assistant Treasurer
Darlene Gerald, Secretary