# EXHIBIT S

 

88 Parsonage Road • Greenwich, Connecticut 06830 • Telephone: (203) 869-6226 • Fax (203) 625-9367

May 23, 2000

Mr. Barry Nova
Vice Chairman
60 Brookridge Drive
Greenwich, CT 06830

Dear Mr. Nova,

In response to your letter dated May 19, 2000, which you handed me last night, I want to clear up some inaccuracies:

1. **My grievance is a grievance against the CEO, who prevented me from presenting the reason for my desire to hire an in-house Recreation Coordinator to the Personnel Committee, after he had informed me via a memo dated 4/17/00 that it was up to the Personnel Committee of the Board of Commissioners to make the decision.**

At no point, after I informed the CEO of my plan (in late January 2000) to hire an in-house recreation coordinator, did the CEO discuss with me the reasons, or the "pros and cons" for this decision, other than sending memos to me, to which I responded. There has only been a scant attempt, on the part of this CEO, to understand this operation, so different from the rest of the HATG operations, its funding or its mandates.

3. Throughout my tenure as the administrator of PCSR, I have provided strong and consistent leadership and have made decisions which have benefited the residence, the individuals and ultimately the HATG. I have a proven track record and have been trusted by the CT State Health Department which licenses us, by residents, their families and my staff and colleagues. It is therefore important that my and the PCSR staff's input is sought regarding decisions which affect PCSR.

4. On another note, I do want to thank you personally, for listening to me at last night's executive session. I would be most happy to meet with you, and anyone who has an open mind, to resolve this issue.

Sincerely,

Ursula Milde

Ursula Milde
Administrator

JLSK 0052

S. McClenachan
A. Bernard
T. Barr
D. Gerald

 Licensed Residence