# EXHIBIT T



*The Housing Authority of the Town of Greenwich*

## MEMORANDUM



DEFENDANT'S
EXHIBIT
33

TO:      Ursula Milde, Administrator

FROM:      Benjamin W. Little, Chief Executive Officer

DATE:      May 30, 2000

SUBJECT:      Corrective Directives

Pursuant to your concerns regarding the recreational services that are "mandated" by state statute, I reviewed the activities of CCI and the services they have provided. I believe that CCI has attempted in good faith to provide the services as set forth in their contract with the Housing Authority. I have searched my files regarding any written complaints from the residents or from you and have been unable to substantiate your allegations regarding the lack of services. Therefore, I have decided to renew our contract with CCI. In addition, I have discovered that although you have complained about CCI's services, you have consistently approved payment for services rendered by them from the date they were contracted until May 16, 2000. Your signature authorizing payment to CCI for services rendered regarding the Therapeutic Recreation Program are inconsistent with your complaints.

249 Milbank Avenue, Greenwich, Connecticut 06830 • Tel: 203-869-1138 • Fax: 203-869-2037

EQUAL OPPORTUNITY AGENCY

MILDE0488

Your actions regarding the issue of Recreational Coordinator are serious. You have failed to keep lines of communication open between you and me and therefore I have been unaware of your activities. You have evidenced a willful and intentional position of not recognizing that I am your supervisor. You have acted without the authority of myself or the Board of Commissioners. These, combined with your reluctance not to change, have caused me to consider disciplinary actions ranging from a written reprimand to possible termination. However, because of your dedication to the elderly residing at Parsonage, I have decided to only give a written reprimand which will be placed in your personnel file. In addition, I have decided to give you 90 days to take the following corrective actions.

* I expect you to fully cooperate with CCI staff. You will communicate with me regarding the services provided by this company. Since I am the person who has contracted CCI, I will be the individual who will convey any concerns you have.

* I must emphasize that you do not have the authority to enter or terminate any contract(s) relating to Parsonage.

* You are hereby advised that actions regarding employment, outside contracting or other activities outside of the every day operation of Parsonage are to be authorized by me.

* You will be required to meet with me and discuss any concerns or problems you may encounter as Administrator of Parsonage. You will contact Maria Morris, my administrative secretary, and schedule a meeting that is convenient to you and me. In

2

cases of emergency, I expect that you tell Maria the circumstances of the emergency. I assure you that I am not too busy to address the concerns and issues at Parsonage Cottage Senior Residence.

* I also expect you to recognize the administrative chain of authority. I have attached a copy of the Housing Authority's organization chart for your convenience.

* I have decided to implement regularly scheduled audits of the activities of Parsonage, along with random audits as I see fit. You are to provide the auditor that I select with all documents that are requested.

* All press releases are reviewed by me and issued through the Housing Authority of the Town of Greenwich.

* Finally, I share your concerns regarding any abuse or neglect relating to any of the services provided to the residents of Parsonage. As a result of your statement to the press that the state mandates some level of nursing for the residents, I have decided to conduct a thorough examination of all mandates, and in particular the nursing services.

You will be contacted by myself or a representative of my choice to provide any and all records including but not limited to files, documents, memos, complaints, contracts, logs, time sheets and notes regarding the services mandated by state statute.

3

I remind you that the grievance procedure requires that you address your concerns with your immediate supervisor, who is the CEO of the Housing Authority, before going to the Board of Commissioners. If we can't remedy the problems, you have the right to request a grievance hearing.

If you fail to adhere to the above directives, I will have no alternative but to take a more serious disciplinary action.

Signed: _Benjamin N. [illegible]_    Date: _6/2/00_

Signed Employee: _Ursula Milde_ Date: _6/2/00_

Your signature represents that you have been made aware of the above directive.

_Several of the above statements are untruthful. I will respond to this in writing._
_U. Milde_

4