# EXHIBIT W



*The Housing Authority of the Town of Greenwich*

MEMORANDUM

TO:       Ursula Milde, Administrator

FROM:     Benjamin W. Little, Chief Executive Officer

DATE:     June 7, 2000

SUBJECT:  Written Apology to the Board of Commissioners of
          The Housing Authority of the Town of Greenwich

From our discussion of Friday, June 2, 2000, of your behavior and actions at the board meeting of Monday, May 22, 2000, you are hereby directed to write a written apology to the Chairperson, Sue McClenachan and to the remaining board members for your actions.

I expect that this type of behavior will not happen again.

You will direct the written apology to me and I will distribute them to the Chairperson, Sue McClenachan, and the Board of Commissioners.



DEFENDANT'S EXHIBIT #38  5/23/03

JLSK 0064

249 Milbank Avenue, Greenwich, Connecticut 06830 • Tel: 203-869-1138 • Fax: 203-869-2037

EQUAL OPPORTUNITY AGENCY