# EXHIBIT Y



# The Housing Authority of the Town of Greenwich

## MEMORANDUM

TO: Ursula Milde, Administrator

FROM: Benjamin W. Little, Chief Executive Officer

DATE: June 30, 2000

SUBJECT: My Memorandum of June 7, 2000, and June 21, 2000

I am deeply disappointed that you have not followed the directions in the above-mentioned memorandums.



Milde
DEFENDANT'S EXHIBIT
47  5/23/03

JLSK 0079

249 Milbank Avenue, Greenwich, Connecticut 06830 • Tel: 203-869-1138 • Fax: 203-869-2037