UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **URSULA MILDE,** | : | |
| **Plaintiff,** | | |
| | : | |
| v. | | CIV.NO. 3:00CV2423(AVC) |
| | : | |
| **THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH;** | : | |
| **THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMISSIONERS; BENJAMIN LITTLE, CEO.** | : | AUGUST 23, 2006 |
| **Defendants.** | : | |

**AFFIRMATION OF EXHIBITS USED CONTAINED IN PLAINTIFF'S FED.R.CIV.P. 56(c) AND LOCAL CIVIL RULE 56(a)(2) STATEMENT IN OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT**

The undersigned attorney Mark P. Carey, representing the Plaintiff in this matter, has compiled evidence in Opposition to Defendants' Renewed Motion for Summary Judgment.

The following exhibits and transcripts are referenced in Plaintiff's Fed.R.Civ.P. 56(c) and Local Civil Rule 56(a)(2) Statement Opposition to Defendants' Renewed Motion for Summary Judgment.

**PLAINTIFF'S EXHIBITS**

Exhibit A:   Plaintiff's Revised Sixth Amended Complaint, January 16, 2003.

Exhibit B:   Defendant Board of Commissioners' Answer, February 5, 2003.

Exhibit C:   Defendant Housing Authority Answer, February 5, 2003.

Exhibit D:   Defendant Little Answer, February 5, 2003.

Exhibit E:     Greenwich Times article May 23, 2000.

Exhibit F:     Greenwich Times article May 26, 2000.

Exhibit G:     Letter from Milde to Little, March 24, 2000.

Exhibit H:     Letter from Milde to Little, March 25, 2000.

Exhibit I:     Letter from Milde to Little, April 13, 2000.

Exhibit J:     Letter from Little to Milde, April 17, 2000.

Exhibit K:     Letter from Little to Personnel Committee, April 18, 2000.

Exhibit L:     Letter from Milde to Little, April 24, 2000.

Exhibit M:     Milde Grievance request to Little, April 24, 2000.

Exhibit N:     Letter from Milde to Little, April 26, 2000.

Exhibit O:     Denial of Grievance from Nova to Milde, May 19, 2000.

Exhibit P:     Letter from Milde to Nova, May 23, 2000.

Exhibit Q:     Corrective Directives, May 30, 2000.

Exhibit R:     Written Disciplinary Reprimand and 90-day Opportunity to Improve, May 30, 2000.

Exhibit S:     Letter from Milde to Little, June 6, 2000: response to disciplinary action.

Exhibit T:     Letter from Little to Milde, June 7, 2000.

Exhibit U:     Letter from Milde to Board of Commissioners, June 26, 2000.

Exhibit V:     Letter from Little to Milde, June 30, 2000.

Exhibit W:     Letter from Little to Milde, August 21, 2000.

Exhibit X:     Termination letter, September 8, 2000.

Exhibit Y:     Board of Commissioners Meeting Minutes, May 22, 2000.

Exhibit Z:     Deposition Transcript: Sue McClenachan.

Exhibit AA:   Deposition Transcript: Benjamin Little.

Exhibit BB:   Deposition Transcript: Ursula Milde.

Exhibit CC:   Deposition Transcript: Nancy Wisecup.

Exhibit DD:   Copy of Decision: Milde v. Housing Authority, Aug.12, 2005, 2005 WL 1949781(AVC)(D.Conn).

Exhibit EE:   Copy of Decision: Milde v. Housing Authority, April 26, 2006, No.05-4950-cv, Second Circuit, (J. Wallace).

Dated: August 23, 2006
Southport, CT

**PLAINTIFF,**
**URSULA MILDE**


By: /S/ Mark P. Carey

Mark P. Carey (CT17828)
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150 tel.
(203) 255-0380 fax
Mcarey@capclaw.com
Her Attorney

**CERTIFICATION OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was delivered electronically and by UPS Second Day service, fee prepaid, on this the 23rd day of August, 2006 to:

Francis P. Alvarez
JACKSON LEWIS
One North Broadway
White Plains, NY 10601
Attorneys for Defendant

By: /S/ Mark P. Carey

3