# EXHIBIT E



GR TIMES 5-23-00

## Official decries lack of recreation plan

**By Kurt Gottschalk**
Staff Writer

One month after voting to hire a recreation director at Parsonage Cottage, the Greenwich Housing Authority has not filled the position. And according to Parsonage Cottage Administrator Ursula Milde, residents at the home are experiencing levels of neglect that are in violation of state standards for senior citizen homes as a result of the vacancy.

"If you don't provide it, that's a form of abuse to the residents," Milde said. "I don't know what their hang-up is."

State law mandates that senior citizen housing complexes that provide some level of nursing also furnish residents with activities such as shopping trips, arts and crafts, and exercise classes, Milde said. Recreation programs for residents at Parsonage Cottage – which is managed by the housing authority – have been planned and conducted under a contract with Community Centers Inc. since the home opened in 1996. Four CCI employees have filled that position in as many years and the job has been open since the last director left in December, Milde said.

Rather than waiting for CCI – a private, nonprofit agency that offers a variety of services to disabled people and public housing residents – to fill the position again, Milde has been pushing to make the position a part-time housing authority job. But the board of commissioners has yet to hire a recreation director, and Milde said her attempts to fill the position have met with resistance from the housing board.

Last month, the board approved hiring a staff recreation director to plan activities for the home's 40 residents, but no salary or timeline was set for the new position. Milde said she has done all of the hiring since the home opened, and that responsibility should carry over to the new position.

"We need a recreation person at Parsonage and that's all there is to it," she said. "Whether we hire somebody or contract out to another person, that should be left up to me because I'm the administrator. If they feel they can't trust me to make the decision, what's the point of keeping me?"

Tensions came to a head last night in the community room at Wilbur Peck Court, where the housing authority held its regular monthly meeting. Milde attempted to address the board about the issue, which was not on the agenda, but was quickly shouted down by Board Chairman Sue McC
The board later took u[p] with Milde in executiv[e] but did not reach a McClenachan and authority Executive Ben Little would no questions about plans recreation director posi

"That hasn't been Little said. "Anything with personnel is not c until it is hashed out."

A plan for filling the likely will be announce end of June, he added.

Services are needed residents sooner tha according to Nancy Wi part-time nurse consulta by the Parsonage Cottag of Directors who do answer to the housing au

Volunteers have been p holiday parties and other ties for residents, she sa they don't have enough plan a full schedule of act

"We need to be providi vices for our residents," s[he] "We have a capacity for 4 dents, the average age of is 85, and they have abs[o] nothing to do all day exce take their medications an[d] the circular drive out Boredom is a serious iss them."

D# 66
JLSK 0121
Milde Day 2