# EXHIBIT F

Greenwich Time
5/26/00

# State says Cottage not violating laws

By Kurt Gottschalk
Staff Writer

Allegations earlier this week that Parsonage Cottage is at risk of violating state law by not providing sufficient recreational programming were premature, according to state officials and contractors providing recreational services at the home.

At a meeting of the Greenwich Housing Authority Monday night, Parsonage Cottage Administrator Ursula Milde criticized the board for not moving forward with a plan to hire a recreation director for the 40-bed senior citizen residence on Parsonage Road.

She also said, in an interview after the meeting, that recreational services provided by Community Centers Inc. — a nonprofit agency that provides assistance for public housing residents and the disabled — had been cut in half, and that they could soon be eliminated.

The number of staff hours devoted to recreational activities dropped from 15 to seven in December, when one of the two CCI social workers left. Those hours could disappear altogether with the second worker planning to leave the position, Milde said.

But while senior housing facilities with some level of nursing care are required to provide recreational activities, the law does not stipulate how many hours a week must be planned, according to Wendy Furniss, a public health services manager with the state Department of Health.

"The only requirement for the managed, residential community is that they provide programs of social and recreational opportunities for the community," she said. "There's no specific number of hours per week that's required in the law."

Staff time provided by CCI isn't likely to dry up any time soon, at least as long as the agency has a contract with Parsonage, according to CCI Executive Director Barbara Nolan. CCI has been under contract to provide recreational services at Parsonage Cottage for three years, referring volunteers to the home and providing two part-time workers, she said.

The agency is prepared to fill the current vacancy, and the second worker isn't expected to leave until November, Nolan said. That position also will be filled by the agency, as long as it is still being contracted, she said.

"One social worker left the agency in December and was replaced in January; however, Mrs. Milde asked that this portion of our arrangement be discontinued," Nolan said. "At her request, this position was discontinued."

Even if there is no immediate risk of violating state laws, Milde said she wants to be able to hire a recreation director who would work directly under the home's administration as soon as possible.

"My concern is that some of these people can't get out," she said. "What we really should do here is have an individualized program for each person, and when you have a limited number of hours under a contract you can't do that.

"We don't have a violation at this moment," she added. "If we don't get a recreation person here, there's going to be a violation."

> "The only requirement for the managed, residential community is that they provide programs of social and recreational opportunities for the community. There's no specific number of hours per week that's required in the law."
>
> Wendy Furniss
> *state Department of Health*