# EXHIBIT I

Case 3:00-cv-02423-AVC    Document 166-10    Filed 08/23/2006    Page 1 of 2

π Ex. #33

# MEMORANDUM

To: Benjamin Little, CEO
HATG

From: Ursula Milde, Administrator  *U. Milde*
PCSR

Re: Recreation Coordinator

Date: April 13, 2000

This is in follow up to my memorandum to you dated March 25, 2000. Because we are mandated to provide recreational services as I explained in my memo, the position of recreation coordinator is an "allowable expense". I have found a very suitable candidate who applied previously for the position of Recreation/Activities Coordinator. Her name is Agata Wilinski; she worked as a volunteer at PCSR last year and our residents liked and respected her very much. Since then she has enrolled in the Recreation Therapy program at Norwalk Community College and completes her first year in May 2000.

She is available to work for 32 hours a week including holidays and weekends as needed; and as a Recreation Therapist-In-Training is available for a lower hourly rate than a person with a degree. Please, let me know whether you would like to interview her.

I also met with Barbara Nolan to discuss a continued relationship between PCSR and CCI. We will maintain the weekly shopping trip, which is reimbursable because we do not have our own vehicle. Our residents will also be included in the monthly trips, which CCI conducts for HATG seniors and for which they will pay themselves, as in the past.

Since we have not had a recreation coordinator through CCI for the past two months, I will have to move ahead with this plan as soon as possible.

Please, call me if you have any question or concern or want to meet Ms. Wilinski.

Thank you.


MILDE
DEFENDANT'S
EXHIBIT
#8