# EXHIBIT J

# MEMORANDUM

TO: Ursula Milde, Administrator
Parsonage Cottage

FROM: Benjamin W. Little, Chief Executive Officer

DATE: April 17, 2000

SUBJECT: Recreational Coordinator

I was in receipt of your memorandum of April 13, 2000 this morning. The procedure that you have followed in hiring a Recreational Coordinator causes a few problems:

1. The position has not been approved by the Personnel Committee of the HATG or recommended to the Board of Commissioners.
2. Once approved, the position should be posted.
3. You indicated in your memorandum that Ms. Agata Wilinski applied previously for the position. I am not aware of any previous posting of this position.
4. Until the Personnel Committee makes its recommendations and approval, no further action can be taken.
5. All new staff is required to be interviewed by the Chief Executive Officer, and in some cases by the Personnel Committee of HATG.

249 Milbank Avenue, Greenwich, Connecticut 06830 • Tel: 203-869-1138 • Fax: 203-869-2037

EQUAL OPPORTUNITY AGENCY