# EXHIBIT S

HATG Senior Management
Mtg. 2/3/00

1. Cost control — supplies at HH office; beeper system
2. Union mtg. last Friday, next mtg. 2/22/00, financial
3. Develop training schedule
4. HUD report being analyzed
5. Staff Mtg. 2/14 ? 2/15 1:30
6. PC to hire in-house recr., update on facility issues

*4Hachment 6*

PA ONAGE COTTAGE SENIOR RI ENCE

## Chronology of CCI work at PCSR

### March 31, 1997 – March 31, 2000

The contract with CCI was signed on February 3, 1997, and renewed on February 13, 1998. It was not renewed after February 1999.

**March 1997**

The first Coordinator was Lori Nurenberg. She left in **June 1998**.

**July, August, September & October 1998** – no coordinator

Joy Walburg started in **November 1998** and stayed through **December 1998**
She was definitely not suitable as per Barbara Nolan's admission, and was terminated by her.

**January & February 1999** – no coordinator

Emily Aber started in **March 1999**. She left in mid **October 1999**

Partial **October, November, December 1999** and **January 2000** – no coordinator

Devon Dirkson started in **February 2000**
Her work was unacceptable. I asked to have her discontinued at PCSR as of March 2000.

For the period of 36 months:

The contract was fulfilled for only 22 ½ months. There was no coordinator in place for 10 ½ months. For 3 months the coordinators assigned were by Barbara Nolan's own admission not acceptable.

Throughout the 36 months, Jo Gonzalez, the employee who was assigned to PCSR under CCI contract, continued her assignment conscientiously and consistently. Residents liked and respected her. During her vacation, the coordinator (if there was one) filled in. At other times, the shopping trip was always covered, but not always her other groups.

June 5, 2000



**Attachment**

88 Parsonage Road • Greenwich, Connecticut 06830 • Telephone: (203)869-6226

February 12, 1998

Upon evaluation of the program and by mutual consent between both parties the Letter Of Agreement between

Community Centers, Inc. (CCI)
and
Parsonage Cottage Senior Residence
Limited Partnership
Therapeutic Social And Recreational Programs
For Parsonage Cottage

is hereby extended without change for the period from February 10, 1998 to February 10, 1999 as authorized by the signatures below.

Community Centers, Inc.
    Authorized signature _____

    Title _E. Director_____  Date _2/4/98_

Parsonage Cottage Senior Residence,
Limited Partnership
    Authorized signature _____

    Title _Director_____  Date _2-13-98_

Parsonage Cottage

PHONE (203)869-6226
FAX (203)625-9367
88 Parsonage Road
Greenwich, Connecticut 06830

**Attachment**

Date: 2/23/00

Attention: Carol Harker, Norwalk C@mm...

From: Ursula Milde

Number of pages (including this cover): 2

Comment(s):

As per our conversation.
Thanks alot.

UM

Reply requested: ☐ Yes  ☐ No

PLEASE POST

HOUSING AUTHORITY OF THE TOWN OF GREENWICH
ANNOUNCES
OPEN COMPETITIVE APPLICATION
FOR THE POSITION OF
<u>RECREATION COORDINATOR</u>
AT PARSONAGE COTTAGE SENIOR RESIDENCE

PARSONAGE COTTAGE SENIOR RESIDENCE

<u>POSITION DEFINITION:</u>

Under the general direction of the Administrator, the coordinator has the responsibility for developing and implementing a therapeutic recreational program, within the 40 bed Licensed Residential Care Home.

<u>GENERAL DUTIES:</u>

- Develops, implements and coordinates resident-centered therapeutic recreation and activity program, including community and intergeneration programs.
- Coordinates volunteer program, resident shopping, and outings.
- Controls cost and manages the activities program budget.
- Manages the procurement, care and maintenance of all activity supplies and equipment.
- Promotes positive public relations through contacting media about special events and generating sympathy, holiday, and thank-you communications.

<u>ADDITIONAL DUTIES:</u>

- Assists in escorting residents on field trips.
- Performs other assignments as required.

<u>REQUIRED QUALIFICATIONS (Minimum):</u>

- Previous recreation/activities or similar experience, preferably with the elderly.
- Educational background in recreation (degree not necessary, but desirable).

<u>SALARY RANGE:</u> Negotiable

<u>APPLICATIONS AVAILABLE:</u>

Parsonage Cottage Senior Residence
88 Parsonage Road
Greenwich, CT 06830
(203) 869-6226
(203) 625-9367 (FAX)

Agata Wilinski

West Henry Street   Stamford, CT 06902   203.316.0237

**Attachment 9**

February 29, 2000

Ursula Milde, Administrator
Parsonage Cottage Senior Residence
88 Parsonage Road
Greenwich, CT 06 830

This letter is in response to possible employment in Parsonage Cottage Residence. As my resume' states, I have experience in work with elderly people, based on volunteers job in our Residence, Geri Care Agency and as a member of dancing team which provide exercis[e] activities with music for aging people. My experience has helped me to advance my communication and learning skills to a point that is beneficial to anyone.

I am a candidate that can work independently, with a cheerful personality, juggle multiple priorities, and be a highly motivated team player handling any emergency situations. I a[m] also a quick learner.

I would very much like to meet with you to discuss how my skills can be of great benefit t[o] [th]e clients of Parsonage Cottage Senior Residence. In the event you view me as a strong [c]andidate for your available position, as the Recreation Coordinator, do not hesitate to call me. I am positive that an interview will prove that my comments are sincere.

Sincerely,

Agata Wilinski
*Agata Wilinski*

Attachment

# Application for Employment

*Attachment 10*

We consider applicants for all positions without regard to race, color, religion, creed, gender, national origin, age, disability, marital or veteran status, sexual orientation or any other legally protected status.

**(PLEASE PRINT)**

**Position(s) Applied For:** Recreation aid

**Date of Application:** 2/19/00

**How Did You Learn About Us?**
- ☐ Advertisement
- ☑ Friend
- ☐ Walk-In
- ☐ Employment Agency
- ☐ Relative
- ☐ Other

**Last Name:** Michel
**First Name:** Marie
**Middle Name:** Marteine

**Address:**
- Number/Street: 38 Fairfield Ave
- City: Stamford
- State: CT
- Zip Code: 0690_

**Telephone Number(s):** (203) 327-2182

**Social Security Number:** 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

If you are under 18 years of age, can you provide required proof of your eligibility to work? ☐ Yes ☐ No

Have you ever filed an application with us before? ☐ Yes ☑ No
If Yes, give date: _____

Have you ever been employed with us before? ☐ Yes ☑ No
If Yes, give date: _____

Are you currently employed? ☑ Yes ☐ No

May we contact your present employer? ☑ Yes ☐ No

Are you prevented from lawfully becoming employed in this country because of Visa or Immigration Status? ☐ Yes ☑ No
*Proof of citizenship or immigration status will be required upon employment.*

On what date would you be available for work? 2 weeks

Are you available to work: ☑ Full Time ☑ Part Time ☐ Shift Work ☐ Temporary

Are you currently on "lay-off" status and subject to recall? ☐ Yes ☑ No

Can you travel if a job requires it? ☑ Yes ☐ No

Have you been convicted of a felony within the last 7 years? ☐ Yes ☑ No
*Conviction will not necessarily disqualify an applicant from employment.*

If Yes, please explain _____

38 Fairfield Avenue
Stamford, CT 06902
(203) 327-2182

**OBJECTIVE:** To work in a field where my academic and practical on hand experience skills be an asset to the current work environment, where there is growth, self-motivation and room for advancement.

**EDUCATION:**

10/1975 – 06/1981
<u>SACRED HEARTS</u>
75 Carrefour, Port-au-Prince, Haiti
High School Diploma, 1981

09/1991 – 12/1992
<u>NORWALK COMMUNITY TECHNICAL COLLEGE</u>
188 Richards Avenue
Norwalk, CT 06854
Major: Data Processing

02/1994 – 06/1994
<u>J.M. WRIGHT TECHNICAL SCHOOL</u>
P.O. Box 1416
Stamford, CT 06902

<u>CERTIFIED NURSING ASSISTANT</u>
Communication and interpersonal skills, infection control safety, emergency procedure, promoting residence independence, respecting residence rights, taking and recording vital signs, measuring and recording height and weight, caring for the resident, environment caring for the resident, death in immanent, recognize the abnormal sign, symptom of common diseases, bathing, grooming, dressing, toileting, proper feeding techniques, skin care, transfers positioning, communication with cognitive impaired residents, methods of reducing the effects of cognitive impair.

**EMPLOYMENT**

05/1985 – 06/1987
<u>BHRAGS HOME CARE</u>
444 Hopkins Avenue, Brooklyn, NY 11212

<u>HOME ATTENDANT</u>
<u>*DUTIES*</u>: Providing home health care duties.

08/1987 – 02/1989
YMCA
East Putnam Avenue, Greenwich, CT 06830

<u>DESK CLERK</u>
<u>*DUTIES*</u>: Meeting all YMCA members and selling athletic equipment.

07/1994 – Present
<u>OLSTEN HEALTH SERVICES</u>
<u>*DUTIES*</u>: Providing Home and Nursing Room health care duties (For adult and infant)

**REFERENCE:** *AVAILABLE UPON REQUEST*

Housing Authority of the Town of Greenwich

Parsonage Cottage Senior Residence

TITLE      ADMINISTRATOR

OBJECTIVE

Under the general direction of the Deputy Director, responsible for the administration of program and financial operations. Plans, develops, implements, evaluates and improves program services; manages the staff, and delivers high quality services as determined by the residents and their families. Ensures operation of a program that is consistent with a philosophy of a board and care home in the State of Connecticut and licensed as a Home for the Aged under the reimbursement program of Aid to the Aged, Blind and Disabled. On call 24 hours.

ESSENTIAL FUNCTIONS

Assures the provision of high quality services needed and/or desired by residents and the State Departments of Health and Social Services.

Attains and/or maintains ongoing compliance with Town, State and Federal standards, including the Town's Department of Health requirement and Fire Code, the State of Connecticut Department of Health and Department of Social Services for regulatory compliance in operations and requirements for financial reimbursement; the Connecticut Housing Finance Authority's requirements as to number of income qualified occupants; ensures that the program is prepared for inspection by regulatory agencies through regular auditing and updating of program policies and procedures, medical records documentation, environmental standards, etc.

Attains and/or maintains the targeted occupancy level.

Strives to attain excellence in consumer satisfaction through ongoing solicitation and measurement of consumer feed-back, implementation of consumer suggestions, interactive evaluation and quality assurance effort.

Provides measurable improvements in overall coordination of all aspects of program's consumer services.

Prepares and administers the annual budget; monitors and maintains cost control, with major reimbursement for the AABD program and optimizes budget to remain within the approved reimbursable categories.

Promotes and implements constructive problem solving.

Provides ongoing support, direction, supervision, and feed-back regarding job performance of all program staff, including contracted staff and volunteers; documents evaluation of job performance at least annually; actively promotes staff participation and involvement in the day-to-day operations and decision making; promotes team building through participation and/or leadership at regular staff meetings, and uses cross-training as a tool for overall job and resident satisfaction.

Ensures that a safe and sanitary environment is provided for staff and residents; reduces safety hazards, accidents, and injuries.

Supports and participates in the resident centered activity program.

Plans, develops, and implements expansion and innovation in program services.

Develops and implements the program's marketing plan.

Contributes towards improving community relations, increasing positive public regard and overall awareness of the Parsonage Cottage program.

Monitors, on a routine and ongoing basis, key measurable indicators of the daily operations; maintains appropriate levels of confidentiality.

Demonstrates an appreciation of the heritage, values and wisdom of the resident and an understanding of the aging process.

Expands his/her knowledge through attending educational seminars and trade organizations residential home programs as deemed appropriate.

Performs other related duties as assigned and required.

REQUIRED KNOWLEDGE, SKILLS AND ABILITIES

Thorough knowledge of the principles and practices of a board and care home operations (assisted living facilities).

- Thorough knowledge of the State regulations for licensed Homes for the Aged under the reimbursement program of Aid to the Aged, Blind and Disabled.

- Considerable knowledge of the financial management of a residential board and care institution including Medicare/Medicaid cost reporting.

- Considerable knowledge of the personal problems of aged persons and the ability to assist them; ability to plan and implement an assisted living program, anticipate problems, predict outcome and plan for the future.

- Ability in oral and written communications.

- Ability to administer the activities of a forty (40) bed board and care home and to supervise the work of others requiring considerable initiative, judgment and leadership skills.

- Ability to develop short and long term development and operations plans and programs.

- Ability to make difficult decisions within deadlines in an environment of explicit regulations, limited resources, and competing claims.

- Ability to establish and maintain effective working relationships with superiors, subordinates, officials of other agencies, community groups, and the general public.

## REQUIRED EQUIPMENT OPERATION

Operates standard office equipment and drives a motor vehicle.

## REQUIRED PHYSICAL EFFORT

Must be able to sit at a desk or stand or move about throughout the facility as necessary and work continuously for extended periods of time, and be able to communicate clearly for extended periods.

Must possess sight and hearing senses or use prosthetics that will enable these senses to function adequately so that the requirements of the position can be fully met.

Exposed to body fluids, infection, odors and behavior of residents.

## REQUIRED QUALIFICATIONS (Minimum)

Graduation from college with a BS degree in Human Services, Social services, Health or allied field plus 3-4 years of experience in institutional or health care field, including 1-2 years of supervisory responsibility, or equivalents.

Must possess a valid driver's license.

October, 1996