# EXHIBIT V



# The Housing Authority of the Town of Greenwich

## MEMORANDUM

**TO:** Ursula Milde, Administrator

**FROM:** Benjamin W. Little, Chief Executive Officer

**DATE:** June 30, 2000

**SUBJECT:** My Memorandum of June 7, 2000, and June 21, 2000

I am deeply disappointed that you have not followed the directions in the above-mentioned memorandums.



Milde
DEFENDANT'S EXHIBIT
47  5/23/05
PENGAD 800-631-6989