# EXHIBIT W

 # The Housing Authority of the Town of Greenwich

August 21, 2000

Ms. Ursula Milde
Administrator
Parsonage Cottage
80 Parsonage Road
Greenwich, CT 06830

Dear Ms. Milde:

Despite repeated attempts to assist you in improving your work performance, I find no attempts have been made by you to comply with my Corrective Directives Memorandum of May 30, 2000 (copy attached). Since that time additional unsatisfactory performance issues have arisen. These are major infractions that cannot be ignored. Copies of some of these additional issues from May 30, 2000, to date are enclosed for your information.

You are directed to attend a disciplinary hearing, to be held in my office, on Wednesday, August 23, 2000, at 4:30 p.m. At this hearing you will be given an opportunity to answer the charges brought against you. As a result of this hearing, disciplinary action, up to and including termination, may result.

Cordially,

Benjamin W. Little
Chief Executive Officer

BWL:mlm
Enclosures


DEFENDANT'S EXHIBIT #58 TLF 5/22/03

249 Milbank Avenue, Greenwich,