# EXHIBIT X



# The Housing Authority of the Town of Greenwich

Pl Ex #44

September 8, 2000

Ms. Ursula Milde
Parsonage Cottage
88 Parsonage Road
Greenwich, CT 06830



DEFENDANT'S EXHIBIT
62  TF 5/23/03

Dear Ms. Milde:

After careful review of the record, as well as material submitted by you and your attorney at the hearing held September 6, 2000, I have determined to terminate your employment as Administrator of Parsonage Cottage effective, at the close of business, Friday, September 8, 2000. I hereby direct that you remove all personal belongings from your office immediately and under supervision by D. D. Saccente, Compliance Officer.

This action is based on inadequate and poor work performance and failure to comply with the policies, procedures, and regulations of the Housing Authority of the Town of Greenwich. These issues have been presented to you in writing and you have been given the opportunity to respond and comply with these policies, procedures, and regulations. You have failed to respond and actively resolve these issues and as a result of these actions have interfered with the efficient and effective operation of Parsonage Cottage.

You will receive all benefits in accordance with the policies of the Housing Authority of the Town of Greenwich. Any questions concerning your benefits should be directed to me in writing.

We wish you success in whatever future endeavors you choose

Cordially,

Benjamin W. Little
Chief Executive Officer

BWL:mlm
cc: Board of Commissioners of HATG

249 Milbank Avenue, Greenwich, Connecticut 06830 • Tel: 203-869-1138 • Fax: 203-869-7037