# EXHIBIT CC

```
                                                                    1

 1              UNITED STATES DISTRICT COURT

 2                 DISTRICT OF CONNECTICUT

 3   * * * * * * * * * * * * *                          COPY

 4   URSULA MILDE,              *

 5         Plaintiff,            *

 6      vs.                     *    Civil Action No.
                                     3:00CV2423(AVC)
 7   HOUSING AUTHORITY OF THE   *
     TOWN OF GREENWICH; THE
 8   HOUSING AUTHORITY OF THE   *
     TOWN OF GREENWICH BOARD
 9   OF COMMISSIONERS; and      *
     BENJAMIN LITTLE, CEO,
10                              *

         Defendants.
11   * * * * * * * * * * * * *
                                              Stamford, CT
12
                                              May 22, 2003
13
                                              1:01 p.m.
14

15                        - - -

                 DEPOSITION OF NANCY WISECUP
16                        VOL. I
                          - - -
17
     APPEARANCES:
18
         FOR THE PLAINTIFF:
19
                 CAREY & ASSOCIATES, P.C.
20               BY:  MARK P. CAREY, ESQ.
                      71 Old Post Road, Suite One
21                    Southport, CT 06490

22       FOR THE DEFENDANTS:

23               JACKSON LEWIS, LLP
                 BY:  DAVID P. POWILATIS, ESQ.
24                    177 Broad Street
                      Post Office Box 251
25                    Stamford, CT 06904-0251

                 CAMPANO & ASSOCIATES
```

1  Q    Let's go down this road one more time.

2       Did Ms. Milde ever tell you that she
3  believed she was terminated for exercising her
4  free-speech rights?

5  A    Absolutely.

6  Q    What did she tell you?

7  A    Ms. Milde tried to speak at an open meeting
8  of the Housing Authority and -- I'll paraphrase what
9  was said -- but was basically told to shut up and put
10 up.

11 Q    But what did Ms. Milde tell you -- my
12 question was: Did Ms. Milde ever tell you that she
13 believed she was terminated because she exercised her
14 free-speech rights?

15      MR. CAREY: Objection, asked and
16 answered, Counsel.

17 A    How can I answer that when I was sitting
18 beside her and I heard it? Why would she tell me that?
19 Because I was sitting beside her and heard it with my
20 own ears.

21 Q    I don't know why she would tell you that.

22      MR. CAREY: Let her finish, Counsel.

23 A    Because I heard it with my own ears. Her
24 freedom of speech was violated. Her responsibility as
25 an administrator was violated. She's justified in

1  saying that her freedom of speech -- and she doesn't
2  have to tell me that. I heard it.
3      Q    I understand you heard -- you were at the
4  meeting. But the question is: Did she ever tell
5  you -- I don't know why she would or why she wouldn't.
6  But my question is: Did she ever tell you that she
7  believed she was terminated for exercising her
8  free-speech rights?
9      A    Absolutely.
10     Q    What did she say to you?
11     A    "My responsibility and my freedom to speak
12 out and on behalf of the residents has been cut off,
13 it's been denied to me."
14          She asked for an airing of a concern for the
15 residents, and she was told to shut up. Certainly we
16 have talked about this. She has told me that she felt
17 it was infringed on. And I heard it infringed on.
18     Q    She told you her free-speech rights were
19 infringed on. Did she tell you she was terminated
20 because she exercised her right to free speech?
21     A    Yes.
22     Q    And do you believe she was terminated --
23     A    I sure do.
24     Q    Let me just finish the question. I think I
25 know the answer, but let me just get out the question.

1   A       Sorry.
2   Q       That's all right.
3           Do you believe she was terminated because
4   she exercised her rights of free speech?
5   A       I sure do.
6   Q       What facts do you base your belief on?
7   A       I was sitting in the room where I heard it
8   happen.
9   Q       What did you hear happen?
10  A       She rose and tried to speak about the
11  resident -- I mean about the recreation coordinator,
12  and Sue McClenachan screamed at her that she had no
13  right to speak and to sit down and be quiet.
14  Q       When was that?
15  A       This -- that this was a personnel issue and
16  would be handled -- and personnel issues are handled by
17  the commissioners in private session.
18  Q       When was that?
19  A       That was May 25th, or something like that,
20  of 2000.
21  Q       Almost exactly three years ago.
22          MR. CAREY:  I didn't know, Counsel.
23  That's good.  I've been in this case for three years
24  and I didn't know that.
25          MR. POWILATIS:  How about that?

CAMPANO & ASSOCIATES