UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **URSULA MILDE,** : | |
|         **Plaintiff,** | |
| : | |
| v. : | CIV.NO. 3:00CV2423(AVC) |
| : | |
| **THE HOUSING AUTHORITY OF THE** : | |
| **TOWN OF GREENWICH;** | |
| **THE HOUSING AUTHORITY OF THE** : | SEPTEMBER 6, 2006 |
| **TOWN OF GREENWICH BOARD OF** | |
| **COMISSIONERS; BENJAMIN LITTLE,** : | |
| **CEO.** | |
|         **Defendants.** : | |

## PLAINTIFF'S VOIR DIRE

      Plaintiff Ursula Milde propounds the following specific questions to be presented to prospective jurors during the voir dire in addition to the customary and standard questions put to the prospective jurors concerning their backgrounds, opinions and potential biases:

      1.     Have you or any family members or close friends worked for the Town of Greenwich Housing Authority? If so, in what capacity?

      2.     Do you have any current or past association or relationship of any kind with anyone who works for or who previously worked for the Town of Greenwich Housing Authority?

      3.     Do you believe there are too many frivolous lawsuits? If so, will you discuss with me how that might impact your views on this case?

4. Do you have any misgivings or ill-feelings about individuals who bring suits when they feel that have been injured in violation of the law?

5. Have you ever been involved in a lawsuit? If so, tell me about your experience? How do you think that might affect your role as a juror?

6. Do you know anyone who has accused or been accused of violating any employment law or civil rights law? If so, tell me about it?

7. Have you or any family member or close friend ever been discriminated against?

8. Have you or any family member or close friend suffered any harassment at the workplace?

9. Have you or any family member or close friend ever been in an employment situation where, in your opinion, discrimination was taking place?

10. Have you or any family member or close friend ever made a grievance or complaint related to discrimination?

    (a) If so, please provide details, including the name of the employer?

    (b) Do you believe that anything about that grievance might effect your ability to judge this case fairly? If so, in what way?

11. Have you, or any member of your family, ever been subject to discipline at a place of employment, such as suspension, reprimand or termination?

    (a) If so, please provide details, including the name of place of employment?

    (b) Do you believe that anything about that discipline might affect your ability to judge this case fairly? If so, in what way?

12. Have you or any family member or close friend ever testified as a witness in any proceeding? If so, tell me about it?

13. Are you or have you ever been employed in a position where you supervised other employees?

14. Have you ever been employed in a supervisory position in which you fired an employee who worked for you?

15. If you felt you were being treated unfairly at work, would you complain to your supervisor? Have you made such a complaint?

16. Do you have any prejudices or feelings that you think might impact your role as a juror even if you think you can overcome them and be fair? If so, please tell about them.

17. Can you envision a situation where you or any family member or close friend have been victims and bring a civil action to recover money from a wrongdoer? If not, why? Do you feel bringing a civil lawsuit is inappropriate?

18. Do you have any issue awarding money for a wrong if instructed that it is appropriate under the law?

19. Have you or any family member or close friend ever been retaliated against at work for complaining to a supervisor or employer about any work-related problems?

20. Do you want to serve as a juror? Why or why not?

21. Tell me what you think about our legal system?

22. Does anyone here work for, or have a family member or friend who works

for any insurance carrier which defends or is involved in the evaluation and adjustment of employee claims?

23. Do you have any strong opinions one way or the other about employment or civil rights litigation, including cases involving governmental employees who bring suit against a government employer?

24. Have you or any family member or close friend ever known an individual who has lived in an assisted living facility for the elderly? If so, please explain?

25. Have you or any family member or close friend ever known an individual who has lived in a nursing home for the elderly? If so, please explain?

26. What is your opinion one way or the other about an individual's right to freedom of speech?

**PLAINTIFF,**
**URSULA MILDE**

By: /S/ Mark P. Carey
  Mark P. Carey (CT17828)
  Carey & Associates, P.C.
  71 Old Post Road, Suite One
  Southport, CT 06890
  (203) 255-4150 tel.
  (203) 255-0380 fax
  Mcarey@capclaw.com
  Her Attorney

## **CERTIFICATION OF SERVICE**

  THIS IS TO CERTIFY that a copy of the foregoing was filed electronically and by first class mail, fee prepaid, on this the 6th day of September, 2006 to:

Francis P. Alvarez
JACKSON LEWIS
One North Broadway
White Plains, NY 10601
Attorneys for Defendant

                 /S/ Mark P. Carey
                 Mark P. Carey