UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE, : <br>              Plaintiff  : <br> : <br> v.                     : <br> : <br> THE TOWN OF GREENWICH;  : <br> HOUSING AUTHORITY OF THE  : <br> TOWN OF GREENWICH;  : <br> THE HOUSING AUTHORITY OF THE : <br> TOWN OF GREENWICH BOARD OF : <br> COMMISSIONERS; and  : <br> BENJAMIN LITTLE, CEO,  : <br> : <br>              Defendants.  : <br> : | CIV NO. 3:00CV2423 (AVC) <br><br><br><br><br> September 8, 2006 |

**DEFENDANTS' PROPOSED EXHIBIT LIST**

| **DEFENDANTS' EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1. | November 30, 1997 memorandum from Milde to Tom Crawford, Executive Director of HATG (Milde Dep.Ex. 4). |
| 2. | December 4, 1997 memorandum from Thomas M. Crawford to Milde (Milde Dep. Ex. 5). |
| 3. | March 24, 2000 memorandum from Benjamin W. Little to Milde (Milde Dep. Ex. 6). |
| 4. | March 25, 2000 memorandum from Milde to Benjamin Little (Milde Dep. Ex. 7). |
| 5. | April 13, 2000 memorandum from Milde to Benjamin Little (Milde Dep. Ex. 8). |
| 6. | April 17, 2000 memorandum from Benjamin Little to Milde (Milde Dep. Ex. 9). |
| 7. | April 18, 2000 memorandum from Benjamin Little to the HATG Personnel Committee (Milde Dep. Ex. 11). |
| 8. | April 24, 2000 memorandum from Milde to Benjamin Little (Milde Dep. Ex. 12). |

| DEFENDANTS' EXHIBIT | DESCRIPTION |
|---|---|
| 9. | April 24, 2000 Request to Present Grievance from Milde to Benjamin Little with carbon copies to Board members. (Milde Dep. Ex. 13). |
| 10. | April 26, 2000 memorandum from Milde to Little (Milde Dep. Ex. 20). |
| 11. | May 19, 2000 letter from Barry Nova, Vice Chairman of HATG (Milde Dep. Ex. 30). |
| 12. | May 23, 2000 letter from Milde to Barry Nova (Milde Dep. Ex. 31). |
| 13. | May 30, 2000 memorandum from Benjamin Little to Milde (Milde Dep. Ex. 33), including attachment to the memo (i.e. organizational chart). |
| 14. | May 30, 2000 memorandum from Benjamin Little to Milde (Milde Dep. Ex. 34). |
| 15. | June 6, 2000 memorandum from Milde to Benjamin Little with attachments (Milde Dep. Ex. 35). |
| 16. | June 7, 2000 memorandum from Benjamin Little to Milde (Milde Dep. Ex. 38). |
| 17. | June 21, 2000 memorandum from Benjamin Little to Milde. |
| 18. | June 26, 2000 memorandum from Milde to Sue McClenachan and Benjamin Little (Milde Dep. Ex. 45). |
| 19. | June 30, 2000 memorandum from Benjamin Little to Milde (Milde Dep. Ex. 47). |
| 20. | July 3, 2000 memorandum from Benjamin Little to Milde (Milde Dep. Ex. 48). |
| 21. | August 4, 2000 memorandum from Benjamin Little to Milde (Milde Dep. Ex. 52). |
| 22. | August 7, 2000 memorandum from Milde to Benjamin Little (Milde Dep. Ex. 55). |
| 23. | July 6, 2000 memorandum from Milde to Benjamin Little and Barbara Nolan, Executive Director, CCI (Milde Dep. Ex. 49). |
| 24. | July 6, 2000 memorandum from Benjamin Little to Milde (Milde Dep. Ex. 50). |

| **DEFENDANTS' EXHIBIT** | **DESCRIPTION** |
|---|---|
| 25. | July 7, 2000 memorandum from Milde to Benjamin Little (Milde Dep. Ex. 51). |
| 26. | August 21, 2000 letter from Benjamin Little to Milde (Milde Dep. Ex. 58). |
| 27. | Notes of the September 6, 2000 Disciplinary Hearing of Ursula Milde (Milde Dep. Ex. 61). |
| 28. | September 8, 2000 letter from Benjamin Little to Milde (Milde Dep. Ex. 62). |
| 29. | May 22, 2000 Minutes of the HATG Regular Meeting (Pl. Dep. Ex. 16). |
| 30. | License |
| 31. | April 25, 2000 memo to Plaintiff from Little re: Board Decision April 24, 2000. |
| 32. | May 26, 2000 Memorandum of Understanding between HATG & CCI. |
| 33. | Wisecup Contract. |
| 34. | April 25, 2000 Greenwich Time article. |
| 35. | May 23, 2000 Greenwich Time article. |
| 36. | May 26, 2000 Greenwich Time article. |

Respectfully submitted,

DEFENDANT HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONERS; AND BENJAMIN LITTLE, CEO

By: _____
Francis P. Alvarez (CT 10350)
alvarezf@jacksonlewis.com
Susanne Kantor (CT 19556)
kantors@jacksonlewis.com
JACKSON LEWIS LLP
One North Broadway
White Plains, NY 10601
Phone: (914) 514-6149
Fax: (914) 328-1882
Their Attorneys

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE,<br><br>           **Plaintiff**<br><br>v.<br><br>THE TOWN OF GREENWICH;<br>HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH;<br>THE HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH BOARD OF<br>COMMISSIONERS; and<br>BENJAMIN LITTLE, CEO,<br><br>           **Defendants.** | CIV NO. 3:00CV2423 (AVC) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendants' Proposed Exhibit List has been served via First Class Mail, on September 8, 2006, on counsel of record for Plaintiff at the address listed below:

Mark P. Carey, Esq.
Carey & Associates P.C.
71 Old Post Rd.
Southport, CT 06490
*Attorneys for Plaintiff*

_____
Susanne Kantor