UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **URSULA MILDE,** | : |
|       **Plaintiff,** | |
| | : |
| v. | CIV.NO. 3:00CV2423(AVC) |
| | : |
| **THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH;** | : |
| **THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMISSIONERS; BENJAMIN LITTLE, CEO.** | :   SEPTEMBER 8, 2006 |
|       **Defendants.** | : |

**PLAINTIFF'S PROPOSED EXHIBIT LIST**

| PLAINTIFF'S EXHIBIT | DESCRIPTION |
|---|---|
| 1. | Plaintiff's Resume |
| 2. | Parsonage Cottage Mission Statement |
| 3. | Parsonage Cottage Policy Services Provided |
| 4. | Parsonage Cottage License |
| 5. | Administrator Job Description |
| 6. | Milde Status Report January 2000 |
| 7. | Memo from Milde to Little 2/11/00 |
| 8. | Parsonage Cottage Therapeutic Recreation Program description, March 1997 |
| 9. | Memo from Little to Milde, 3/24/00 |
| 10. | Memo from Milde to Little, 3/25/00 |
| 11. | Chronology of CCI work at PCSR, 6/6/00 |
| 12. | Milde Status Report, 3/31/00 |
| 13. | Memo from Milde to Little, 4/13/00 |
| 14. | Memo from Little to Milde, 4/17/00 |
| 15. | Facsimile from Milde to Little, 4/17/00; With attached 4/28/00 Job Announcement; also attached for reference is a 10/25/96 Job Annoucement |
| 16. | Memo to McClenachan & Nova from |

|     |     |
| --- | --- |
|     | Little, 4/18/00 |
| 17. | Memo from Milde to Little, 4/24/00 |
| 18. | Milde Grievance 4/24/00 |
| 19. | Defendants Grievance Policy |
| 20. | Memo to Milde from Little, 4/25/00 |
| 21. | Memo to Little from Milde, 4/26/00 |
| 22. | Letter from Wisecup to Little, 5/2/00 |
| 23. | Memo from Little to Milde, 5/10/00 |
| 24. | Memo from Milde to Little, 5/11/00 |
| 25. | Milde "Rationale for Hiring an In-House Recreation Coordinator", 5/15/00 |
| 26. | Memo from Little to Milde, 5/17/00 |
| 27. | Letter from Nova to Milde, denial of Grievance, 5/19/00 |
| 28. | Board Minutes May 22, 2000 |
| 29. | Greenwich Times Article, 5/23/00 |
| 30. | Letter from Milde to Nova, 5/23/00 |
| 31. | Defendants CCI Contract, 5/26/00 |
| 32. | Corrective Directives, 5/30/00 Written Disciplinary Reprimand and 90 day Opportunity to Improve, 5/30/00 |
| 33. | Milde Performance Review, 6/2/00 |
| 34. | Milde memo to Little, 6/6/00 |
| 35. | Memo from Little to Milde, 6/7/00 (Re "Direct Contact to the Board") |
| 36. | Memo from Little to Milde, 6/7/00 (Re: Written Apology to the Board") |
| 37. | Memo from Little to Milde, 6/8/00 |
| 38. | Memo from Milde to Nolan and Little, 6/13/00 |
| 39. | Notes by Milde regarding CCI schedule, 6/16/00 |
| 40. | Memo from Little to Milde, 6/21/00 (re: My Memo of June 7, 2000) |
| 41. | Memo from Little to Milde, 6/21/00 (re: |
| 42. | Memo from Milde to Nolan and Little, 6/26/00 |
| 43. | Memo from Little to Milde, 6/30/00 |
| 44. | Memo from Milde to Little & Nolan, 7/6/00 |
| 45. | Memo from Little to Milde, 7/6/00 |
| 46. | Memo from Milde to Little, 7/7/00 |
| 47. | Disciplinary Memo from Little to Milde, 8/21/00 |
| 48. | Milde Status Report, 8/28/00 |

| 49. | Letter from Wisecup, 9/5/00 |
| --- | --- |
| 50. | Memo from Milde to McClenachan, Board and Little, 9/6/00 |
| 51. | Greenwich Times Article, 9/7/00 and attached Award |
| 52. | Termination Letter, 9/8/00 |
| 53. | Letter from Milde to Residents, 9/8/00 |
| 54. | Letter from Milde to Staff, 9/10/00 |
| 55. | Milde Reinstatement Letter, 9/11/00 |
| 56. | Little denial of reinstatement, 10/25/00 |
| 57. | Milde Reinstatement Letter, 11/8/00 |
| 58. | Wisecup Letter to Editor, 11/20/00 |

**PLAINTIFF,
URSULA MILDE**

By:/S/ Mark P. Carey
Mark P. Carey (CT17828)
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150 tel.
(203) 255-0380 fax
Mcarey@capclaw.com
Her Attorney

3

4

**CERTIFICATION OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was filed electronically with the court and by first class mail, fee prepaid, on this the 9th day of September, 2006 to:

Francis P. Alvarez
JACKSON LEWIS
One North Broadway
White Plains, NY 10601
Attorneys for Defendant

/S/ Mark P. Carey
Mark P. Carey