UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **URSULA MILDE,** | : |
|    **Plaintiff,** | : |
| v. | CIV.NO. 3:00CV2423(AVC) |
| | : |
| **THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH;** | : |
| **THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMISSIONERS; BENJAMIN LITTLE, CEO.** | : SEPTEMBER 9, 2006 |
|    **Defendants.** | : |

### PLAINTIFF'S REVISED PROPOSED EXHIBIT LIST

| PLAINTIFF'S EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Plaintiff's Revised Sixth Amended Complaint, January 16, 2003 ( |
| 2. | Housing Authority Administrative Policy Manual: Authority for Administrative Policies and Procedures (Milde 0077) |
| 3. | Contract between Town of Greenwich and Parsonage Cottage Senior Residence Limited Partnership, August 1995 (1 page) |
| 4. | Executive Hierarchy of Housing Authority (Milde 0255) |
| 5. | Parsonage Cottage Mission Statement (1 page). |
| 6. | Parsonage Cottage "Policy Services Provided" and "Meal Times" (2 pages) |
| 7. | Milde's Resume (Milde 0658-0661) |
| 8. | Administrator Job Description (Milde 0375-0377) |
| 9. | Parsonage License (Milde 0356) |
| 10. | Parsonage Cottage Therapeutic Recreation Program |
| 11. | Letter Agreement between CCI and |

|     |     |
| --- | --- |
|     | Parsonage Cottage Senior Residence Limited Partnership (Greenwich 0172 Housing) |
| 12. | Housing Authority: Rules and Personal Performance Checklist (Kemp Exhibit 13) |
| 13. | Parsonage Cottage Senior Residence Status Report, January 2000 (1 page) |
| 14. | Memo from Milde to Little, 2/11/00 "Facility Problems" (Milde 0225-0226) |
| 15. | Memo from Little to Milde, 3/24/00 Parsonage Cottage Issues/Concerns (Milde 0442) |
| 16. | Memo from Milde to Little, 3/25/00 (2 pages) |
| 17. | Milde Chronology of CCI work at PCSR, June 5, 2000 (1 page) |
| 18. | PCSR Status Report March 2000, (2 pages) |
| 19. | Memo from Milde to Little, 4/13/00 (1 page) |
| 20. | Memo from Little to Milde, 4/17/00 "Recreation Coordinator" (1 page) |
| 21. | Facsimile from Milde to Little, 4/17/00 (Milde 0233) with attached Job Announcement 4/28/00 (Milde 0244-0246) and Job Announcement 10/25/98 (Milde 0235) |
| 22. | Memo from Little to McClenachan and Nova, 4/18/00 "Full-Time Recreation Coordinator, Parsonage Cottage" (Greenwich 0018 Housing) |
| 23. | Memo from Milde to Little, 4/24/00 "Recreation Coordinator" (1 page) |
| 24. | Milde Grievance, 4/24/00 (1 page) |
| 25. | Memo from Little to Milde, 4/25/00 "Board Decisions of April 24, 2000" |
| 26. | Memo from Milde to Little, 4/26/00 (2 pages) |
| 27. | Letter from Wisecup to Little 5/2/00 "Recreation Program at Parsonage Cottage" |
| 28. | Milde Rationale for Hiring an In-House Recreation Coordinator (1 page) |
| 29. | Memo from Nova to Milde, 5/19/00 – Denial of Grievance (1 page) |
| 30. | HATG Board Meeting Minutes 5/22/00 |

|     |     |
| --- | --- |
|     | (Greenwich 0033-0036 Housing) |
| 31. | Article Greenwich Times 5/23/00 "Official decries lack of recreation planner" |
| 32. | Memo from Milde to Nova, 5/23/00 (Milde 0514) |
| 33. | Article Greenwich Times, 5/26/00 "State says Cottage Not Violating Laws" |
| 34. | Contract between HATG and CCI, 5/26/00 (2 pages) |
| 35. | Correctives Directives 5/30/00 (4 pages) |
| 36. | Written Disciplinary Reprimand and 90 day Opportunity to Improve, 5/30/00 (6 pages) |
| 37. | Milde Performance Review, 6/2/00 (4 pages) |
| 38. | Article Greenwich Times, 6/6/00 "Recreation Deal Signed for Parsonage Cottage" |
| 39. | Milde Response to Disciplinary Action and 90 day Opportunity to Improve, 6/6/00 (26 pages) |
| 40. | Memo from Little to Milde, 6/7/00 "Direct Contact with Board of Commissioners…" |
| 41. | Memo from Little to Milde, 6/7/00 "Written Apology to Board" |
| 42. | Memo from Little to Milde, 6/8/00 "Response to your Memorandum dated June 6, 2000" |
| 43. | Memo from Milde to Nolan and Little, 6/13/00 (1 page) w/Milde CCI Schedule Notes attached (6/16/00 1 page) |
| 44. | Memo from Little to Milde, 6/21/00 "My memorandum of June 7, 2000) |
| 45. | Memo from Little to Milde, 6/21/00 "CCI Work Schedule" |
| 46. | Memo from Milde to Little, 6/26/00 "CCI Schedule for PCSR" |
| 47. | Memo from Milde to Little, 7/6/00 "CCI Contract with PCSR and Scheduling" |
| 48. | Memo from Little to Milde, 7/6/00 "Memorandum dated 7/6/00.." |
| 49. | Memo from Milde to Little, 7/6/00 "Response to Memo dated 7/6/00" |
| 50. | Disciplinary Memo from Little to Milde, 8/21/00 (2 pages) |
| 51. | PCSR Status Report August 2000 (1 page) |

| | |
|---|---|
| 52. | Letter by Wisecup, 9/5/00 (2 pages) |
| 53. | Memo from Milde to McClenachanm, Board, and Little, 9/6/00 (1 page) |
| 54. | Article Greenwich Times 9/7/00 "Woman Honored by elderly for dedication" (1 page) and "Award" (1 page) |
| 55. | Termination Letter, 9/8/00 |
| 56. | Milde letter to Residents, 9/8/00 |
| 57. | Milde letter to Staff, 9/10/00 |
| 58. | Milde final two pay stubs (Greenwich 0935-0936) |
| 59. | Milde HATG Personal Days and Compensatory Time Tracking (1 page) and Termination Calculation 9/8/00 (1 page) |
| 60. | Milde 2000 Tax Return (2 pages) |
| 61. | Milde 2001 Tax Return (2 pages) |
| 62. | Milde Request for Reinstatement, 9/11/00 |
| 63. | Little Denial of Reinstatement, 10/25/00 |
| 64. | Milde Request for Reinstatement, 11/8/00 |
| 65. | Article Greenwich Times Letters from Readers, 11/20/00 by Wisecup |
| 66. | Executive Director Job Description (Greenwich 935-936 Housing) |
| 67. | HATG Procurement Policy & Procedures (Milde 0080-0099) |
| 68. | Little Employment Contract, April 1999 (HATG Supplemental 0349-0353) |
| 69. | Little Employment Contract, April 15, 2002 (HATG Supplemental 0242-0247) |
| 70. | Little Severance Agreement, May 12, 2003 (HATG Supplemental 0248-0255) |
| 71. | Pro Gas Proposal March 24, 2000 (2 pages) |
| 72. | Pro Gas Contract with HATG, May 15, 2000 (Greenwich 1014 Housing) |

**PLAINTIFF,**
**URSULA MILDE**

By:/S/ Mark P. Carey
Mark P. Carey (CT17828)
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150 tel.
(203) 255-0380 fax
Mcarey@capclaw.com
Her Attorney

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was filed electronically with the court and by first class mail, fee prepaid, on this the 9th day of September, 2006 to:

Francis P. Alvarez
JACKSON LEWIS
One North Broadway
White Plains, NY 10601
Attorneys for Defendant

/S/ Mark P. Carey
Mark P. Carey

5