UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **URSULA MILDE**, | : | |
| | : | CIV NO. 3:00CV2423 (AVC) |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| THE TOWN OF GREENWICH; | : | |
| HOUSING AUTHORITY OF THE | : | |
| TOWN OF GREENWICH; | : | |
| THE HOUSING AUTHORITY OF THE | : | September 12, 2006 |
| TOWN OF GREENWICH BOARD OF | : | |
| COMMISSIONERS; and | : | |
| BENJAMIN LITTLE, CEO, | : | |
| | : | |
| **Defendants.** | : | |

## DEFENDANTS' PROPOSED JURY VERDICT FORM

1. Has Plaintiff proved, by a preponderance of the evidence, that her speech to the Greenwich Time on May 22, 2000 was a substantial or motivating factor in any adverse employment actions?

    YES_____    NO_____

    *If you answered YES to Question No. 1, proceed to Question No. 2. If you answered NO to Question No. 1, you need not answer the remaining questions.*

2. Have Defendants proved, by a preponderance of the evidence, that they would have made the same adverse employment decisions even if they had not considered Plaintiff's speech to the Greenwich Time on May 22, 2000?

    YES_____    NO_____

    *If you answered YES to Question No. 2, you need not answer the remaining questions. If you answered NO to Question No. 2, proceed to Question No. 3.*

3. Do you award Plaintiff compensatory damages, excluding damages for net loss of wages and benefits to the date of trial?

   *YES*_____   *NO*_____

*If your answer is NO, proceed to Question No. 4. If your answer is YES, what amount, if any, do you award against Defendants? $*_____

 A. *Of the amount of damages you entered above, what if any damages do you award against Defendant Housing Authority of the Town of Greenwich? $*_____

 B. *Of the amount of damages you entered above, what if any damages do you award against Defendant Board of Commissioners of the Housing Authority of the Town of Greenwich? $*_____

 C. *Of the amount of damages you entered above, what if any damages do you award against Defendant Benjamin Little? $*_____

4. Do you find that Plaintiff has proved, by a preponderance of evidence, that Defendant Benjamin Little acted with an evil motive, or with callous disregard to Plaintiff's rights?

   *YES*_____   *NO*_____

*If your answer is NO, you are completed with this form. If your answer is YES, what amount, if any, do you award Plaintiff for punitive damages? $*_____

SO SAY WE ALL.

                _____
                Foreperson

Dated: _____