**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

| | | |
|---|---|---|
| **URSULA MILDE**, | : | |
| | : | **CIV NO. 3:00CV2423 (AVC)** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE TOWN OF GREENWICH;** | : | |
| **HOUSING AUTHORITY OF THE** | : | |
| **TOWN OF GREENWICH;** | : | |
| **THE HOUSING AUTHORITY OF THE** | : | **September 12, 2006** |
| **TOWN OF GREENWICH BOARD OF** | : | |
| **COMMISSIONERS; and** | : | |
| **BENJAMIN LITTLE, CEO,** | : | |
| | : | |
| **Defendants.** | : | |

_____:

## DEFENDANTS' PROPOSED

## SPECIAL INTERROGATORIES TO THE JURY

Do you find from a preponderance of the evidence:

1.  Was Plaintiff acting pursuant to her official job duties when she spoke to the Greenwich Time on May 22, 2000?

    _YES_____          _NO_____

2.  Did Plaintiff's speech to the Greenwich Time on May 22, 2000 cause disruption to the Defendants' operations?

    _YES_____          _NO_____

3.  Did Defendant Board of Commissioners make the decision to reprimand or discharge Plaintiff?

    _YES_____          _NO_____

- 2 -

4.      Was it objectively reasonable for Defendant Benjamin Little to believe he was not
violating Plaintiff's constitutional right to free speech?

*YES*_____          *NO*_____

SO SAY WE ALL.

_____
Foreperson

Dated: _____