# UNITED STATES DISTRICT COURT

DISTRICT OF _____

Milde

v.

The Housing Authority

Court

EXHIBIT ~~AND WITNESS LIST~~

Case Number: 00cv2423(AVC)

| PRESIDING JUDGE AVC | PLAINTIFF'S ATTORNEY Mark Cary | DEFENDANT'S ATTORNEY Alvarez/Kantor |
|---|---|---|
| TRIAL DATE(S) 9/12, 9/13, 9/14 | COURT REPORTER Susan Lamoureux | COURTROOM DEPUTY Basile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 9/13 |  |  | Jury Note 1 |
|  |  | 9/18 |  |  | Jury Note 2 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages