00cv2423plaExh

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

Milde

v.

The Housing Authority

~~EXHIBIT AND~~ WITNESS LIST

Case Number: 3:00cv2423 (AVC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| AVC | Mark Carey | Francis Alvarez |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 9/12 | Susan Lamoureux | F. Bartle |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 9/12/06 | | | Ursula Milde - Sworn |
| ✓ | | 9/13/06 | | | Nancy Wisecup - Sworn |
| ✓ | | 9/13/06 | | | Russell Kemp - Sworn |
| ✓ | | 9/13/06 | | | Sue McClenachan - Sworn |
| ✓ | | 9/13/06 | | | Benjamin Little - Sworn |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages