UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE,<br><br>              **Plaintiff**<br><br>v.<br><br>THE TOWN OF GREENWICH;<br>HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH;<br>THE HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH BOARD OF<br>COMMISSIONERS; and<br>BENJAMIN LITTLE, CEO,<br><br>              **Defendants.** | CIV NO. 3:00CV2423 (AVC)<br><br><br><br>September 11, 2006 |

## DEFENDANTS' FIRST AMENDED PROPOSED EXHIBIT LIST

| **DEFENDANTS' EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1. | November 30, 1997 memorandum from Milde to Tom Crawford, Executive Director of HATG (Milde Dep. Ex. 4) (JLSK 0719-0720, 2 pgs). |
| 2. | December 4, 1997 memorandum from Thomas M. Crawford to Milde, Re: Memorandum dated 11/30/97 (Milde Dep. Ex. 5) (JLSK 0716-0718, 3 pgs). |
| 3. | March 24, 2000 memorandum from Benjamin W. Little to Milde, Subject: Parsonage Cottage Issues/Concerns (Milde Dep. Ex. 6) (1 pg). |
| 4. | March 25, 2000 memorandum from Milde to Benjamin Little, Re: Response to your memo dated 3/24/00 (Milde Dep. Ex. 7) (2 pgs). |
| 5. | April 13, 2000 memorandum from Milde to Benjamin Little, Re: Recreation Coordinator (Milde Dep. Ex. 8) (1 pg). |
| 6. | April 17, 2000 memorandum from Benjamin Little to Milde, Subject: Recreational Coordinator (Milde Dep. Ex. 9) (1 pg). |
| 7. | April 18, 2000 memorandum from Benjamin Little to the HATG Personnel Committee, Subject: Full-time Recreation Coordinator, Parsonage Cottage (Milde Dep. Ex. 11) (JLSK 0019, 1 pg). |

| **DEFENDANTS' EXHIBIT** | **DESCRIPTION** |
|---|---|
| 8. | April 24, 2000 memorandum from Milde to Benjamin Little, Re: Recreation Coordinator (Milde Dep. Ex. 12) (Milde 0234, 1 pg). |
| 9. | April 24, 2000 Request to Present Grievance from Milde to Benjamin Little with carbon copies to Board members (Milde Dep. Ex. 13) (Milde 0236, 1 pg). |
| 10. | April 26, 2000 memorandum from Milde to Little (Milde Dep. Ex. 20) (JLSK 0026-0027, 2 pgs). |
| 11. | May 19, 2000 letter from Barry Nova, Vice Chairman of HATG (Milde Dep. Ex. 30) (JLSK 0047, 1 pg). |
| 12. | May 23, 2000 letter from Milde to Barry Nova (Milde Dep. Ex. 31) (JLSK 0052, 1 pg). |
| 13. | May 30, 2000 memorandum from Benjamin Little to Milde, including attachment to the memo (i.e. organizational chart), Subject: Corrective Directives (Milde 0251-0255, 4 pg. memo, 1 pg. attachment). |
| 14. | May 30, 2000 memorandum from Benjamin Little to Milde, Subject: Written Disciplinary Reprimand and 90-Day Opportunity to Improve (Milde Dep. Ex. 34) (Milde 0482-0487, 6 pgs). |
| 15. | June 6, 2000 memorandum from Milde to Benjamin Little with attachments, Subject: Response to Disciplinary Action and 90-Day Opportunity to Improve (Milde 0256-0281, 26 pgs). |
| 16. | June 7, 2000 memorandum from Benjamin Little to Milde, Subject: Written Apology to the Board of Commissioners of The Housing Authority of the Town of Greenwich (Milde Dep. Ex. 38) (JLSK 0064, 1 pg). |
| 17. | June 21, 2000 memorandum from Benjamin Little to Milde, Subject: My Memorandum of June 7, 2000 (JLSK 0068, 1 pg). |
| 18. | June 26, 2000 memorandum from Milde to Sue McClenachan and Benjamin Little (Milde Dep. Ex. 45) (1 pg). |
| 19. | June 30, 2000 memorandum from Benjamin Little to Milde, Subject: My Memorandum of June 7, 2000 and June 21, 2000 (Milde Dep. Ex. 47) (JLSK 079, 1 pg). |
| 20. | July 3, 2000 memorandum from Benjamin Little to Milde, Subject Follow-up to My Memorandum of May 30, 2000 (Milde Dep. Ex. 48) (JLSK 0081, 1 pg). |
| 21. | August 4, 2000 memorandum from Benjamin Little to Milde, Subject: Explanation/Justification of the Cost of Telephone Charges by Nurse Consultant (Milde Dep. Ex. 52) (JLSK 0090, 1 pg). |
| 22. | August 7, 2000 memorandum from Milde to Benjamin Little, Subject: Response to Memorandum regarding Nurse Consultant (Milde Dep. Ex. 55) (JLSK 0093, 1 pg). |

| DEFENDANTS' EXHIBIT | DESCRIPTION |
|---|---|
| 23. | July 6, 2000 memorandum from Milde to Benjamin Little and Barbara Nolan, Executive Director, CCI, Re: CCI Contract with PCSR and Scheduling (Milde Dep. Ex. 49) (JLSK 0084-0085, 2 pgs). |
| 24. | July 6, 2000 memorandum from Benjamin Little to Milde, Subject: Memorandum dated July 6, 2000 Re: CCI Contract and Scheduling (Milde Dep. Ex. 50) (JLSK 0086, 1 pg). |
| 25. | July 7, 2000 memorandum from Milde to Benjamin Little, Re: Response to Memo dated July 6, 2000 (Milde Dep. Ex. 51) (JLSK 0088, 1 pg). |
| 26. | August 21, 2000 letter from Benjamin Little to Milde, with attachment (Milde 0310-0311). |
| 27. | Notes of the September 6, 2000 Disciplinary Hearing of Ursula Milde (Milde Dep. Ex. 61) (JSLK 0107-0109, 3 pgs). |
| 28. | September 8, 2000 letter from Benjamin Little to Milde (Milde Dep. Ex. 62) Milde 0345, 1 pg). |
| 29. | May 22, 2000 Minutes of the HATG Regular Meeting (Pl. Dep. Ex. 16) (Greenwich Housing 0033-0036, 4 pgs). |
| 30. | License (Milde 0356, 1 pg). |
| 31. | April 25, 2000 memo to Plaintiff from Little re: Board Decision April 24, 2000 (Milde Dep. Ex. 19) ( JLSK 0023, 1 pg). |
| 32. | May 26, 2000 Memorandum of Understanding between HATG & CCI (Milde 0287-0288, 2 pgs). |
| 33. | Personal Service Contract for Nancy Wisecup (JLSK 0094-0099, 6 pgs). |
| 34. | April 25, 2000 Greenwich Time article entitled "Parsonage Cottage to hire recreation director" (1 pg). |
| 35. | May 23, 2000 Greenwich Time article entitled "Official decries lack of recreation planner" (1 pg). |
| 36. | May 26, 2000 Greenwich Time article entitled "State says Cottage not violating laws" (JLSK 0122, 1 pg). |
| 37. | Fax cover sheet dated April 17, 2000 from Milde to Little with attached posting for Recreation Coordinator (JLSK 0017-0018, 2pgs) (Milde Dep. Ex. 10). |
| 38. | May 10, 2000 memorandum to Milde from Little, Subject: Form Grievance Hearing (Milde 0243, 1 pg). |
| 39. | March 2000 status report (Greenwich Housing 0192-0193, 2 pgs). |
| 40. | June 21, 2000 memorandum from Little to Milde, subject: CCI Work Schedule (Milde Dep. Ex. 41) (JLSK 0069, 1 pg). |
| 41. | June 26, 2000 memorandum from Milde to Little, Re.: CCI Schedule for PCSR (Milde Dep. Ex. 44) (JLSK 0076, 1 pg.) |

3

Respectfully submitted,

DEFENDANT HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONERS; AND BENJAMIN LITTLE, CEO

By: */s/ Susanne Kantor/*

Francis P. Alvarez (CT 10350)
alvarezf@jacksonlewis.com
Susanne Kantor (CT 19556)
kantors@jacksonlewis.com
JACKSON LEWIS LLP
One North Broadway
White Plains, NY 10601
Phone: (914) 514-6149
Fax: (914) 328-1882
Their Attorneys

4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE, <br><br> Plaintiff <br><br> v. <br><br> THE TOWN OF GREENWICH; <br> HOUSING AUTHORITY OF THE <br> TOWN OF GREENWICH; <br> THE HOUSING AUTHORITY OF THE <br> TOWN OF GREENWICH BOARD OF <br> COMMISSIONERS; and <br> BENJAMIN LITTLE, CEO, <br><br> Defendants. | CIV NO. 3:00CV2423 (AVC) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendants' Proposed Exhibit List has been served via First Class Mail, on September 11, 2006, (with a separate copy sent by messenger) on counsel of record for Plaintiff at the address listed below:

Mark P. Carey, Esq.
Carey & Associates P.C.
71 Old Post Rd.
Southport, CT 06490
*Attorneys for Plaintiff*

_____
Susanne Kantor

## U.S. District Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Kantor, Susanne entered on 9/11/2006 at 10:16 AM EDT and filed on 9/11/2006

**Case Name:**   Milde v. Greenwich Housing, et al
**Case Number:** 3:00-cv-2423
**Filer:**       Benjamin Little
                 Greenwich Housing Authority
                 Greenwich Bd of Comm
**Document Number:** 181

**Docket Text:**
Amended Proposed Exhibit List by Benjamin Little, Greenwich Housing Authority, Greenwich Bd of Comm. (Kantor, Susanne)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=9/11/2006] [FileNumber=993013-0]
[3b9dfbd4d9e03d7e6e10a67bd890853d114373789bd7234372be85924ffcc7a4d2e1
b5abf5954ba79a1b1d0b26ef8b4968fce5499f34b00d57456851e133ec2d]]

**3:00-cv-2423 Notice will be electronically mailed to:**

Francis P. Alvarez   alvarezf@JacksonLewis.com

Mark Paul Carey   mcarey@capclaw.com

Susanne Kantor   kantors@jacksonlewis.com

**3:00-cv-2423 Notice will be delivered by other means to:**

David P. Powilatis
Jackson Lewis
177 Broad St., PO Box 251
Stamford, CT 06904-0251