UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

URSULA MILDE, :
      Plaintiff,
 :
v.                           CIV.NO. 3:00CV2423(AVC)
 :

THE HOUSING AUTHORITY OF THE :
TOWN OF GREENWICH;
THE HOUSING AUTHORITY OF THE :    SEPTEMBER 13, 2006
TOWN OF GREENWICH BOARD OF
COMISSIONERS; BENJAMIN LITTLE, :
CEO.
      Defendants.  :

## PLAINTIFF'S REVISED PROPOSED EXHIBIT LIST

| PLAINTIFF'S EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Plaintiff's *REDACTED* Revised Sixth Amended Complaint, January 16, 2003 |
| 2. Full – 9-12-06 | Housing Authority Administrative Policy Manual: Authority for Administrative Policies and Procedures (Milde 0077) |
| 3. Full – 9-12-06 | Contract between Town of Greenwich and Parsonage Cottage Senior Residence Limited Partnership, August 1995 (1 page) |
| 4. Full – 9-12-06 | Executive Hierarchy of Housing Authority (Milde 0255) |
| 5. Full – 9-12-06 | Parsonage Cottage Mission Statement (1 page). |
| 6. Full – 9-12-06 | Parsonage Cottage "Policy Services Provided" and "Meal Times" (2 pages) |
| 7. Full – 9-12-06 | Milde's Resume (Milde 0658-0661) |
| 8. Full – 9-12-06 | Administrator Job Description (Milde 0375-0377) |
| 9. Full – 9-12-06 | Parsonage License (Milde 0356) |
| 10. Full – 9-12-06 | Parsonage Cottage Therapeutic Recreation Program |
| 11. Full – 9-12-06 | Letter Agreement between CCI and |

|  |  |  |
|---|---|---|
|  |  | Parsonage Cottage Senior Residence Limited Partnership (Greenwich 0172 Housing) |
| ✓ | 12. Full – 9-12-06 | Housing Authority: Rules and Personal Performance Checklist (Kemp Exhibit 13) |
| ✓ | 13. Full – 9-12-06 | Parsonage Cottage Senior Residence Status Report, January 2000 (1 page) |
| ✓ | 14. Full – 9-12-06 | Memo from Milde to Little, 2/11/00 "Facility Problems" (Milde 0225-0226) |
| ✓ | 15. Full – 9-12-06 | Memo from Little to Milde, 3/24/00 Parsonage Cottage Issues/Concerns (Milde 0442) |
| ✓ | 16. Full – 9-12-06 | Memo from Milde to Little, 3/25/00 (2 pages) |
| ✓ | 17. Full – 9-12-06 | Milde Chronology of CCI work at PCSR, June 5, 2000 (1 page) |
| ✓ | 18. Full 9-12-06 | PCSR Status Report March 2000, (2 pages) |
| ✓ | 19. Full – 9-12-06 | Memo from Milde to Little, 4/13/00 (1 page) |
| ✓ | 20. Full – 9-12-06 | Memo from Little to Milde, 4/17/00 "Recreation Coordinator" (1 page) |
| ✓ | 21. Full – 9-12-06 | Facsimile from Milde to Little, 4/17/00 (Milde 0233) with attached Job Announcement 4/28/00 (Milde 0244-0246) and Job Announcement 10/25/98 (Milde 0235) |
| ✓ | 22. Full – 9-12-06 | Memo from Little to McClenachan and Nova, 4/18/00 "Full-Time Recreation Coordinator, Parsonage Cottage" (Greenwich 0018 Housing) |
| ✓ | 23. Full – 9-12-06 | Memo from Milde to Little, 4/24/00 "Recreation Coordinator" (1 page) |
| ✓ | 24. Full – 9-12-06 | Milde Grievance, 4/24/00 (1 page) |
| ✓ | 25. Full 9-12-06 | Memo from Little to Milde, 4/25/00 "Board Decisions of April 24, 2000" |
| ✓ | 26. Full 9-12-06 | Memo from Milde to Little, 4/26/00 (2 pages) |
|  | 27. 9-12-06 – Sustained by AVC | Letter from Wisecup to Little 5/2/00 "Recreation Program at Parsonage Cottage" |
| ✓ | 28. Full 9-12-06 | Milde Rationale for Hiring an In-House Recreation Coordinator (1 page) |
| ✓ | 29. Full 9-12-06 | Memo from Nova to Milde, 5/19/00 – Denial of Grievance (1 page) |
| ✓ | 30. Full 9-12-06 | HATG Board Meeting Minutes 5/22/00 |

| # | Annotation | Description |
|---|---|---|
| | | (Greenwich 0033-0036 Housing) |
| 31. | Full 9-12-06 | Article Greenwich Times 5/23/00 "Official decries lack of recreation planner" |
| 32. | Full 9-12-06 | Memo from Milde to Nova, 5/23/00 (Milde 0514) |
| 33. | Full 9-12-06 | Article Greenwich Times, 5/26/00 "State says Cottage Not Violating Laws" |
| 34. | Full 9-12-06 | Contract between HATG and CCI, 5/26/00 (2 pages) |
| 35. | Full 9-12-06 | Correctives Directives 5/30/00 (4 pages) |
| 36. | Full 9-12-06 | Written Disciplinary Reprimand and 90 day Opportunity to Improve, 5/30/00 (6 pages) |
| 37. | Full 9-12-06 | Milde Performance Review, 6/2/00 (4 pages) |
| 38. | 9-12-06 – Sustained by AVC | Article Greenwich Times, 6/6/00 "Recreation Deal Signed for Parsonage Cottage" |
| 39. | Full 9-12-06 | Milde Response to Disciplinary Action and 90 day Opportunity to Improve, 6/6/00 (26 pages) |
| 40. | Full 9-12-06 | Memo from Little to Milde, 6/7/00 "Direct Contact with Board of Commissioners…" |
| 41. | Full 9-12-06 | Memo from Little to Milde, 6/7/00 "Written Apology to Board" |
| 42. | Full 9-12-06 | Memo from Little to Milde, 6/8/00 "Response to your Memorandum dated June 6, 2000" |
| 43. | Full 9-12-06 | Memo from Milde to Nolan and Little, 6/13/00 (1 page) w/Milde CCI Schedule Notes attached (6/16/00 1 page) |
| 44. | Full 9-12-06 | Memo from Little to Milde, 6/21/00 "My memorandum of June 7, 2000) |
| 45. | Full 9-12-06 | Memo from Little to Milde, 6/21/00 "CCI Work Schedule" |
| 46. | Full 9-12-06 | Memo from Milde to Little, 6/26/00 "CCI Schedule for PCSR" |
| 47. | Full 9-12-06 | Memo from Milde to Little, 7/6/00 "CCI Contract with PCSR and Scheduling" |
| 48. | Full 9-12-06 | Memo from Little to Milde, 7/6/00 "Memorandum dated 7/6/00.." |
| 49. | Full 9-12-06 | Memo from Milde to Little, 7/6/00 "Response to Memo dated 7/6/00" |
| 50. | Full 9-12-06 | Disciplinary Memo from Little to Milde, 8/21/00 (2 pages) |
| 51. | Full 9-12-06 | PCSR Status Report August 2000 (1 page) |

3

| | | |
|---|---|---|
| 52. | | Letter by Wisecup, 9/5/00 (2 pages) |
| 53. | Full 9-12-06 | Memo from Milde to McClenachanm, Board, and Little, 9/6/00 (1 page) |
| 54. | | Article Greenwich Times 9/7/00 "Woman Honored by elderly for dedication" (1 page) and "Award" (1 page) |
| 55. | Full 9-12-06 | Termination Letter, 9/8/00 |
| 56. | Full 9-12-06 | Milde letter to Residents, 9/8/00 |
| 57. | | Milde letter to Staff, 9/10/00 |
| 58. | Full 9-12-06 | Milde final two pay stubs (Greenwich 0935-0936) |
| 59. | Full 9-12-06 | Milde HATG Personal Days and Compensatory Time Tracking (1 page) and Termination Calculation 9/8/00 (1 page) |
| 60. | Full 9-12-06 | Milde 2000 Tax Return (2 pages) |
| 61. | Full 9-12-06 | Milde 2001 Tax Return (2 pages) |
| 62. | | Milde Request for Reinstatement, 9/11/00 |
| 63. | | Little Denial of Reinstatement, 10/25/00 |
| 64. | | Milde Request for Reinstatement, 11/8/00 |
| 65. | | Article Greenwich Times Letters from Readers, 11/20/00 by Wisecup |
| 66. | | Executive Director Job Description (Greenwich 935-936 Housing) |
| 67. | | HATG Procurement Policy & Procedures (Milde 0080-0099) |
| 68. | | Little Employment Contract, April 1999 (HATG Supplemental 0349-0353) |
| 69. | | Little Employment Contract, April 15, 2002 (HATG Supplemental 0242-0247) |
| 70. | | Little Severance Agreement, May 12, 2003 (HATG Supplemental 0248-0255) |
| 71. | | Pro Gas Proposal March 24, 2000 (2 pages) |
| 72. | | Pro Gas Contract with HATG, May 15, 2000 (Greenwich 1014 Housing) |
| 73. | Full 9-12-06 | Milde 2002 Tax Return (one page) |
| 74. | Full 9-12-06 | Milde 2003 Tax Return (one page) |
| 75. | Full 9-12-06 | Milde 2004 Tax Return (one page) |
| 76. | Full 9-12-06 | Milde 2005 Tax Return (one page) |
| 77. | Full 9-12-06 | Milde 1999 Tax Return (two pages) |

4

**PLAINTIFF,
URSULA MILDE**

By:<u>/S/ Mark P. Carey</u>
Mark P. Carey (CT17828)
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150 tel.
(203) 255-0380 fax
<u>Mcarey@capclaw.com</u>
Her Attorney

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was filed electronically with the court and hand delivered in court, on this the 13th day of September, 2006 to:

Francis P. Alvarez
JACKSON LEWIS
One North Broadway
White Plains, NY 10601
Attorneys for Defendant

/S/ Mark P. Carey
Mark P. Carey