UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE : | |
| : | |
| v. : | CASE NO. 3:00CV2423(AVC) |
| : | |
| THE HOUSING AUTHORITY OF THE : | |
| TOWN OF GREENWICH; THE HOUSING : | |
| AUTHORITY OF THE TOWN OF : | |
| GREENWICH BOARD OF COMMISSIONERS; : | |
| and BENJAMIN LITTLE, CEO : | |

## JUDGMENT

This action came before the Court for a trial by jury before the Honorable Alfred V. Covello, United States District Judge presiding, and the issues having been duly tried and the jury having rendered its verdict in favor of the plaintiff, it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the plaintiff, in the amount of $325,000.00 for compensatory damages; and $1,000.00 for punitive damages as to defendant Benjamin Little only.

Dated at Hartford, Connecticut, this 19th day of September, 2006.


KEVIN F. ROWE, Clerk

By  /s/ 
_____
Fidelis Basile
Deputy Clerk