UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **URSULA MILDE,** : | |
| Plaintiff, | |
| : | |
| v. | CIV.NO. 3:00CV2423(AVC) |
| : | |
| **THE HOUSING AUTHORITY OF THE** : | |
| **TOWN OF GREENWICH;** | |
| **THE HOUSING AUTHORITY OF THE** : | SEPTEMBER 26, 2006 |
| **TOWN OF GREENWICH BOARD OF** | |
| **COMISSIONERS; BENJAMIN LITTLE,** : | |
| **CEO.** | |
| Defendants. : | |

## PLAINTIFF'S POST TRIAL MOTIONS FOR PRE-JUDGMENT AND POST-JUDGMENT INTERST

Plaintiff Ursula Milde ("Milde") hereby files the instant motions for pre-judgment and post-judgment interest. On September 18, 2006, the jury rendered a verdict in the amount of $326,000 in favor of Milde. On September 19, 2006, the Court entered a judgment in the same amount. [Doc.#193].

Plaintiff's motion for pre-judgment interest is made pursuant to case law in this jurisdiction. Plaintiff's motion for post-judgment interest is made pursuant to 28 U.S.C. § 1961(a).

Milde hereby respectfully requests the Court grant the instant motions for pre and post-judgment interest.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

2

                                **PLAINTIFF,**
                                **URSULA MILDE**

                                By:/S/ Mark P. Carey
                                Mark P. Carey (CT17828)
                                Carey & Associates, P.C.
                                71 Old Post Road, Suite One
                                Southport, CT 06890
                                (203) 255-4150 tel.
                                (203) 255-0380 fax
                                Mcarey@capclaw.com
                                Her Attorney


## **CERTIFICATION OF SERVICE**

      THIS IS TO CERTIFY that a copy of the foregoing was filed electronically with the court and by first class mail, fee prepaid, on this the 26th day of September, 2006 to:


Francis P. Alvarez
JACKSON LEWIS
One North Broadway
White Plains, NY 10601
Attorneys for Defendant

                                          /S/ Mark P. Carey
                                          Mark P. Carey