UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| URSULA MILDE, | : | |
| | : | CIV NO. 3:00CV2423 (AVC) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE TOWN OF GREENWICH; | : | |
| HOUSING AUTHORITY OF THE | : | |
| TOWN OF GREENWICH; | : | |
| THE HOUSING AUTHORITY OF THE | : | |
| TOWN OF GREENWICH BOARD OF | : | |
| COMMISSIONERS; and | : | |
| BENJAMIN LITTLE, CEO, | : | |
| | : | |
| Defendants. | : | October 2, 2006 |
| | : | |

### DEFENDANTS' MOTION FOR CLARIFICATION AND/OR TO EXTEND TIME TO FILE BRIEFS IN SUPPORT OF POST-TRIAL MOTIONS

Pursuant to D. Conn. L. Civ. R. 7(b), Defendants Housing Authority of the Town of Greenwich, The Housing Authority of the Town of Greenwich Board of Commissioners and Benjamin Little ("Defendants"), respectfully move this Court for an Order clarifying the filing deadlines concerning the Defendants' post-trial motions and/or extending the Defendants' time to file written submissions in support of their Fed. R. Civ. P. 50 and 59 motions. Defendants also request an extension of time to file a motion for a new trial under Fed. R. Civ. P. 59(a), such motion representing potential additional and/or alternative relief to that sought under Rules 50(b) and 59(e).

In support of this motion, the undersigned counsel for Defendants represents as follows:

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

1. On September 18, 2006, a jury verdict was returned in favor of Plaintiff. Immediately thereafter, Defendants orally moved: (a) for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(b); and (b) for remittitur pursuant to Fed. R. Civ. P. 59(e). The Court reserved judgment on both of these motions and orally advised Defendants they subsequently could file written submissions in support of their motions at a later date.

2. On September 19, 2006, several entries were included on the District Court's docket that appear to relate to the aforementioned motions. One of these entries reads, "ORAL MOTION for Judgment as a Matter of Law by Benjamin Little, Greenwich Housing Authority, Greenwich Bd of Comm. Responses due by 10/9/2006." Defendants respectfully request clarification of this October 9th "*response date*" with regard to whether that date is: (a) Plaintiff's response to Defendants' oral Rule 50(a) motion (orally made by Defendants on Friday, September 14, 2006); or (b) Plaintiff's response to Defendants' oral Rule 50(b) motion; and/or (c) Defendants' date to file their written submission in support of their Rule 50(b) motion.

3. Given there is only one "Responses due" date listed for these motions, and Defendants' oral motion for remittitur under Rule 59(e) is not reflected on the Court's electronic docket, Defendants also request clarification as to their time to file their written submission in support of their Rule 50(b) and 59(e) motions.

4. Defendants respectfully request that the Court set a briefing schedule to set and/or clarify the filing deadlines for Defendants' Rule 50(b), 59(e), and

59(a) motions as follows:

(a) Defendants' brief in support of their Rule 50(b) motion for judgment as a matter of law be filed on or before **October 27, 2006**;

(b) Defendants' brief in support of its Rule 59(e) motion to alter the judgment (i.e., remittitur)[1] filed on or before **October 17, 2006**, the current deadline for Defendants' opposition to Plaintiff's motion for pre-judgment and post-judgment interest. (Defendants have ordered the relevant portions of the trial transcript from the Court's reporter, Susan Lamoureux, in support of their Rule 59(e) motion and in opposition to Plaintiff's motion for pre-judgment and post-judgment interest).

(c) Defendants' motion for a new trial under Rule 59(a) as additional and/or alternative relief to that sought under Rules 50(b) and 59(e) to be filed at the same time as its Rule 50(b) and Rule 59(e) motions.

5. The undersigned attempted to contact Plaintiff's counsel concerning the filing of this motion. Plaintiff's counsel could not be reached as of the time of this filing.

WHEREFORE, Defendants respectfully request that the Court grant their motion for clarification, set a briefing schedule, and extend the time within which submissions in support of post-trial motions may be filed.

---

[1] As the Court will recall, after the jury verdict was read, counsel for Defendants (Attorney Alvarez) orally moved for remittitur of the $325,000 verdict because the amount far exceeded the amount of damages Plaintiff claimed at trial and the Court denied Plaintiff's request to charge the jury regarding damages for any pain and suffering. Unfortunately, the Court's electronic docket does not indicate the filing of Defendants' motion on the record.

3

Respectfully submitted,

DEFENDANT HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONERS; AND BENJAMIN LITTLE, CEO

By: _____
Francis P. Alvarez (CT 10350)
alvarezf@jacksonlewis.com
Susanne Kantor (CT 19556)
kantors@jacksonlewis.com
JACKSON LEWIS LLP
One North Broadway
White Plains, NY 10601
Phone: (914) 514-6149
Fax: (914) 328-1882
Their Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been Federal Expressed, postage prepaid, via overnight delivery this 2nd day of October 2006 to counsel of record listed below:

Mark. P. Carey, Esq.
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06490

_____
Francis P. Alvarez