UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE TOWN OF GREENWICH;<br>HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH;<br>THE HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH BOARD OF<br>COMMISSIONERS; and<br>BENJAMIN LITTLE, CEO,<br><br>　　　　　Defendants. | : CIV NO. 3:00CV2423 (AVC)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: October 3, 2006<br>: |

### DEFENDANTS' FED. R. CIV. P. 59(e) MOTION FOR REMITTITUR OR, IN THE ALTERNATIVE, FOR A NEW TRIAL ON COMPENSATORY ECONOMIC DAMAGES PURSUANT TO FED. R. CIV. P. 59(a), AND OPPOSITION TO PLAINTIFF'S SEPTEMBER 26, 2006 POST TRIAL MOTION FOR PRE-JUDGMENT INTEREST

The evidence adduced at trial indicated that Plaintiff's economic damages should have been no more than $151,718. The jury's award of $325,000 in compensatory economic damages appears to be based on Plaintiff counsel's improper request in closing to award $262,235 in economic damages and to award 4% interest on that amount. Plaintiff's damages should be based on the evidence, not Plaintiff's counsel's closing argument, and Plaintiff certainly should not be awarded interest twice.

Pursuant to Fed. R. Civ. P. 59(e), Defendants Housing Authority of the Town of Greenwich, The Housing Authority of the Town of Greenwich Board of Commissioners and Benjamin Little ("Defendants"), respectfully move this Court for remittitur or, in the alternative,

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

for a new trial on compensatory economic damages pursuant to Fed. R. Civ. P. 59(a). Defendants also submit these papers in opposition to Plaintiff's September 26, 2006 Post Trial Motion For Pre-Judgment Interest. As explained in further detail in Defendants' accompanying Memorandum of Law and Affirmation of Francis P. Alvarez, Esq., which are annexed hereto, given the unique circumstances presented herein, it would be unjust to uphold the compensatory damage award by the jury and/or to award additional pre-judgment interest on the already inflated damages awarded by the jury.

WHEREFORE, for the reasons set forth in their supporting papers, Defendants respectfully request that the Court grant its motion for remittitur and deny Plaintiff's motion for pre-judgment interest.

Respectfully submitted,

DEFENDANT HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONERS; AND BENJAMIN LITTLE, CEO

By: _____
Francis P. Alvarez (CT 10350)
alvarezf@jacksonlewis.com
Susanne Kantor (CT 19556)
kantors@jacksonlewis.com
JACKSON LEWIS LLP
One North Broadway
White Plains, NY 10601
Phone: (914) 514-6149
Fax: (914) 328-1882
Their Attorneys

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing has been filed via ECF and served via First Class mail, postage prepaid, this 3nd day of October 2006 to counsel of record listed below:

>Mark. P. Carey, Esq.
>Carey & Associates, P.C.
>71 Old Post Road, Suite One
>Southport, CT 06490

_____
Francis P. Alvarez