# EXHIBIT A

58

CONFIDENTIAL

*last regular HATG*
*paycheck*

## THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH

| EMPLOYEE | SOCIAL SECURITY NO. | PAY RATE | H/W | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|
| 05-000501 Milde, U | | 35.770 | | 09/08/00 | 006816 |

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|
| Regular | 35.00 | 1,251.95 | 45,821.37 | Federal W/H | 142.81 | 5,359.81 |
| Retroactive | .00 | .00 | 661.50 | FICA | 77.62 | 2,912.95 |
| Sick Pay | .00 | .00 | 500.70 | MEDICARE | 18.15 | 681.14 |
| | | | | CT State W/H | 47.60 | 1,785.25 |
| | | | | MERF | 28.17 | 1,057.17 |
| | | | | 403B Plan | 144.00 | 5,328.00 |
| | | | | United Way | 10.00 | 370.00 |

Sick Avail: 0
Vac. Avail: 0

TOTAL DEDUCT: 468.35    17,494.32

GROSS EARNINGS: 1,251.95    46,983.65
NET EARNINGS: 783.60

PR RLA 183

Greenwich 0935 Housing



*Last HATG payment*

**THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH**

| EMPLOYEE | SOCIAL SECURITY NO. | PAY RATE | PERIOD END | CHECK NO. |
|---|---|---|---|---|
| 05-00 0501 Milde, O | | 35.770  HW | 09/08/00 | 006817 |

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|
| Regular | .00 | .00 | 45,821.37 | Federal W/H | 2,261.58 | 7,621.39 |
| Retroactive | .00 | .00 | 661.50 | FICA | 701.09 | 3,614.04 |
| Sick Pay | 139.71 | 4,997.43 | 5,498.21 | MEDICARE | 163.97 | 845.11 |
| Vacation | 169.42 | 6,060.15 | 6,060.15 | CT State W/H | 565.39 | 2,350.64 |
| PC-Misc. | .00 | 250.39 | 250.39 | MERF | .00 | 1,057.17 |
| | | | | 403B Plan | .00 | 5,328.00 |
| | | | | United Way | .00 | 370.00 |

| Sick Avail | 0 |
| Vac. Avail | 0 |

GROSS EARNINGS: 11,307.97    58,291.62    TOTAL DEDUCT: 3,692.03    21,186.35
NET EARNINGS: 7,615.94

Greenwich 0936 Housing