# EXHIBIT E

# PLAINTIFF'S EXHIBIT 73

# Form 1040 — U.S. Individual Income Tax Return — 2002

OMB No. 1545-0074

**For the year Jan. 1–Dec. 31, 2002, or other tax year beginning _____, 2002, ending _____, 20 ___**

**Label**
- Your first name and initial: URSULA
- Last name: MILDE
- If a joint return, spouse's first name and initial: MELVIN
- Last name: HARTZLER
- Home address (number and street): 257 CHERRY STREET
- City, town or post office, state, and ZIP code: KATONAH, NY 10536-1920

Your social security number: [redacted]
Spouse's social security number: [redacted]

**Presidential Election Campaign** — You: ☐ Yes ☐ No   Spouse: ☐ Yes ☐ No

**Filing Status** (Check only one box)
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here ▶
4. ☐ Head of household (with qualifying person)
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**
- 6a ☒ Yourself
- 6b ☒ Spouse
- No. of boxes checked on 6a and 6b: **2**
- d. Total number of exemptions claimed: **2**

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 53,383. |
| 8a | Taxable interest. Attach Schedule B if required | 29. |
| 8b | Tax-exempt interest | |
| 9 | Ordinary dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required | 1,816. |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | 61,227. |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | 28,746. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | 15,852. |
| 20b | Taxable amount | 13,474. |
| 21 | Other income | |
| 22 | Total income | 158,675. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | IRA deduction | |
| 25 | Student loan interest deduction | |
| 26 | Tuition and fees deduction | |
| 27 | Archer MSA deduction. Attach Form 8853 | |
| 28 | Moving expenses. Attach Form 3903 | |
| 29 | One-half of self-employment tax. Attach Schedule SE | |
| 30 | Self-employed health insurance deduction | |
| 31 | Self-employed SEP, SIMPLE, and qualified plans | |
| 32 | Penalty on early withdrawal of savings | |
| 33a | Alimony paid  b Recipient's SSN ▶ | |
| 34 | Add lines 23 through 33a | |
| 35 | Subtract line 34 from line 22. This is your adjusted gross income | 158,675. |

LHA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 76.   Form 1040 (2002)