# EXHIBIT F

# PLAINTIFF'S EXHIBIT 74

# Form 1040 — U.S. Individual Income Tax Return 2003

OMB No. 1545-0074

For the year Jan. 1–Dec. 31, 2003, or other tax year beginning _____, 2003, ending _____, 20 ___

**Label**

Your first name and initial: URSULA
Last name: MILDE

If a joint return, spouse's first name and initial: MELVIN
Last name: HARTZLER

Home address (number and street): 257 CHERRY STREET

City, town or post office, state, and ZIP code: KATONAH, NY 10536-1920

**Presidential Election Campaign**: Note. Checking "Yes" will not change your tax or reduce your refund. Do you, or your spouse if filing a joint return, want $3 to go to this fund? — You: No   Spouse: No

## Filing Status

- 1. Single
- 2. [X] Married filing jointly (even if only one had income)
- 3. Married filing separately. Enter spouse's SSN above and full name here.
- 4. Head of household (with qualifying person)
- 5. Qualifying widow(er) with dependent child.

## Exemptions

- 6a [X] Yourself
- 6b [X] Spouse
- No. of boxes checked on 6a and 6b: **2**
- d. Total number of exemptions claimed: **2**

## Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 53,669. |
| 8a | Taxable interest. Attach Schedule B if required | 768. |
| 8b | Tax-exempt interest. | |
| 9a | Ordinary dividends. Attach Schedule B if required | 1. |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes STMT 3 STMT 4 | 0. |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13a | Capital gain or (loss). Attach Schedule D if required | |
| 13b | If box on 13a is checked, enter post-May 5 capital gain distributions | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | 9,582. |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | 19,363. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts. etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | 16,064. |
| 20b | Taxable amount | 13,654. |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income | 97,037. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | IRA deduction | |
| 25 | Student loan interest deduction | |
| 26 | Tuition and fees deduction | |
| 27 | Moving expenses. Attach Form 3903 | |
| 28 | One-half of self-employment tax. Attach Schedule SE | |
| 29 | Self-employed health insurance deduction | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | |
| 31 | Penalty on early withdrawal of savings | |
| 32a | Alimony paid  b Recipient's SSN | |
| 33 | Add lines 23 through 32a | |
| 34 | Subtract line 33 from line 22. This is your adjusted gross income | 97,037. |

LHA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 77.

Form **1040** (2003)

11-18-03