# EXHIBIT G

# PLAINTIFF'S EXHIBIT 75

# Form 1040 — U.S. Individual Income Tax Return 2004

OMB No. 1545-0074

For the year Jan. 1–Dec. 31, 2004, or other tax year beginning _____, 2004, ending _____, 20 ___

**Label**

Your first name and initial: URSULA  
Last name: MILDE  
Your social security number: [redacted]

If a joint return, spouse's first name and initial: MELVIN  
Last name: HARTZLER  
Spouse's social security number: [redacted]

Home address (number and street). If you have a P.O. box, see page 16: 257 CHERRY STREET  
Apt no: ___

City, town or post office, state, and ZIP code: KATONAH, NY 10536-1920

▲ Important! ▲ You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 16.)  
Note. Checking "Yes" will not change your tax or reduce your refund.  
Do you, or your spouse if filing a joint return, want $3 to go to this fund? — You: ☐ Yes ☐ No   Spouse: ☐ Yes ☐ No

## Filing Status (Check only one box.)

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person) (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5. ☐ Qualifying widow(er) with dependent child (see page 17)

## Exemptions

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a  
b ☒ Spouse  
Boxes checked on 6a and 6b: **2**

c Dependents: (none listed)

d Total number of exemptions claimed: **2**

## Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 57,327. |
| 8a | Taxable interest. Attach Schedule B if required | 33. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | 1. |
| 9b | Qualified dividends (see page 20) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes  STMT 3  STMT 4 | 7,081. |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount (see page 22) | |
| 16a | Pensions and annuities  29,044. | |
| 16b | Taxable amount (see page 22) | 28,746. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits  16,411. | |
| 20b | Taxable amount (see page 24) | 13,949. |
| 21 | Other income. List type and amount (see page 24) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 107,137. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see page 26) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | IRA deduction (see page 26) | |
| 26 | Student loan interest deduction (see page 28) | |
| 27 | Tuition and fees deduction (see page 29) | |
| 28 | Health savings account deduction. Attach Form 8889 | |
| 29 | Moving expenses. Attach Form 3903 | |
| 30 | One-half of self-employment tax. Attach Schedule SE | |
| 31 | Self-employed health insurance deduction (see page 30) | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans | |
| 33 | Penalty on early withdrawal of savings | |
| 34a | Alimony paid  b Recipient's SSN ▶ | |
| 35 | Add lines 23 through 34a | |
| 36 | Subtract line 35 from line 22. This is your adjusted gross income ▶ | 107,137. |

LHA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 75.  Form **1040** (2004)

410001  11-03-04