# EXHIBIT H

# PLAINTIFF'S EXHIBIT 76

# Form 1040 — U.S. Individual Income Tax Return 2005

OMB No. 1545-0074

**Label**
For the year Jan. 1–Dec. 31, 2005, or other tax year beginning , 2005, ending , 20

Your first name and initial: URSULA
Last name: MILDE

If a joint return, spouse's first name and initial: MELVIN
Last name: HARTZLER

Home address (number and street): 257 CHERRY STREET

City, town or post office, state, and ZIP code: KATONAH, NY 10536-1920

**Presidential Election Campaign**: Check here if you, or your spouse if filing jointly, want $3 to go to this fund

**Filing Status**
- 2 [X] Married filing jointly (even if only one had income)

**Exemptions**
- 6a [X] Yourself
- 6b [X] Spouse
- Boxes checked on 6a and 6b: 2
- d Total number of exemptions claimed: 2

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 56,958. |
| 8a | Taxable interest. Attach Schedule B if required | 54. |
| 9a | Ordinary dividends. Attach Schedule B if required | 2. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes STMT 3 STMT 4 | 0. |
| 16a | Pensions and annuities 31,339.  b Taxable amount | 30,892. (16b) |
| 20a | Social security benefits 16,850.  b Taxable amount | 14,323. (20b) |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income | 102,229. |

**Adjusted Gross Income**

| 37 | Subtract line 36 from line 22. This is your adjusted gross income | 102,229. |

510001 11-05-05

LHA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 78.

Form 1040 (2005)