# EXHIBIT I

# Federal Reserve Statistical Release

H.15

# Selected Interest Rates



Release dates | Daily update | Historical data | Data Download | About
Current release  *Other formats:* Screen reader | ASCII | PDF (43 KB)

# Historical Data (updated every business day, excluding holidays)

Try Data Download now ▶▶

All historical data files (ZIP 2.0M)

The data files were compressed with PKZIP, version 2.04; the software to expand the files is available from PKWARE's Web site.

| Instruments | Frequency |
|---|---|
| Federal funds (effective) [1,2,3] | Business day \| Daily \| Weekly (Wednesday) \| Bi-Weekly (A Wednesday) \| Monthly \| Annual |
| Commercial Paper [3,4,5] | |
| Nonfinancial | |
| 1-month | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 2-month | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 3-month | Business day \| Weekly (Friday) \| Monthly \| Annual |
| Financial | |
| 1-month | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 2-month | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 3-month | Business day \| Weekly (Friday) \| Monthly \| Annual |
| Commercial paper (discontinued) [3,4,17] | |
| 1-month (discontinued) | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 3-month (discontinued) | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 6-month (discontinued) | Business day \| Weekly (Friday) \| Monthly \| Annual |
| Finance paper placed directly (discontinued) [3,4,18] | |
| 1-month (discontinued) | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 3-month (discontinued) | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 6-month (discontinued) | Business day \| Weekly (Friday) \| Monthly \| Annual |
| Bankers acceptances (top rates) (discontinued) [3,4,19,20] | |
| 3-month (discontinued) | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 6-month (discontinued) | Business day \| Weekly (Friday) \| Monthly \| Annual |
| CDs (secondary market) [3,6] | |

| | |
|---|---|
| 1-month | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 3-month | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 6-month | Business day \| Weekly (Friday) \| Monthly \| Annual |
| Eurodollar deposits (London) [3] [7] | |
| 1-month | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 3-month | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 6-month | Business day \| Weekly (Friday) \| Monthly \| Annual |
| Bank prime loan [2] [3] [8] | Business day \| Daily \| Weekly (Wednesday) \| Monthly \| Annual |
| Discount window primary credit [2] [9] | Business day \| Daily \| Weekly (Wednesday) \| Monthly \| Annual |
| Discount window borrowing (discontinued) [2] [21] | Daily \| Business day \| Weekly (Wednesday) \| Monthly \| Annual |
| U.S. government securities | |
| Treasury bills (auction high) (discontinued) [3] [4] [22] [23] | |
| 3-month (discontinued) | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 6-month (discontinued) | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 1-year (discontinued) | Business day \| Weekly (Friday) \| Monthly \| Annual |
| Treasury bills (secondary market) [3] [4] | |
| 4-week | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 3-month | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 6-month | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 1-year (discontinued) [24] | Business day \| Weekly (Friday) \| Monthly \| Annual |
| Treasury constant maturities | |
| Nominal [10] | |
| 1-month | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 3-month | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 6-month | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 1-year | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 2-year | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 3-year | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 5-year | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 7-year | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 10-year | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 20-year (discontinued) [25] | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 20-year | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 30-year | Business day \| Weekly (Friday) \| Monthly \| Annual |
| Inflation indexed [11] | |
| 5-year | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 7-year | Business day \| Weekly (Friday) \| Monthly \| Annual |

| | |
|---|---|
| 10-year | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 20-year | Business day \| Weekly (Friday) \| Monthly \| Annual |
| Nominal long-term average (discontinued) [12] [26] | Business day \| Weekly (Friday) \| Monthly \| Annual |
| Inflation-indexed long-term average [12] | Business day \| Weekly (Friday) \| Monthly \| Annual |
| Composite (over 10 years, long term) (discontinued) [27] [28] | Business day \| Weekly (Friday) \| Monthly \| Annual |
| Interest rate swaps [13] | |
| 1-year | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 2-year | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 3-year | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 4-year | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 5-year | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 7-year | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 10-year | Business day \| Weekly (Friday) \| Monthly \| Annual |
| 30-year | Business day \| Weekly (Friday) \| Monthly \| Annual |
| Corporate bonds | |
| Moody's seasoned | |
| Aaa [14] | Business day \| Weekly (Friday) \| Monthly \| Annual |
| Baa | Business day \| Weekly (Friday) \| Monthly \| Annual |
| State & local bonds [15] | Weekly (Thursday) \| Monthly |
| Conventional mortgages [16] | Weekly (Thursday) \| Weekly (Friday) \| Monthly \| Annual |

## Footnotes

1. The daily effective federal funds rate is a weighted average of rates on brokered trades. Return to top

2. Weekly figures are averages of 7 calendar days ending on Wednesday of the current week; monthly figures include each calendar day in the month. Return to top

3. Annualized using a 360-day year or bank interest. Return to top

4. On a discount basis. Return to top

5. Interest rates interpolated from data on certain commercial paper trades settled by The Depository Trust Company. The trades represent sales of commercial paper by dealers or direct issuers to investors (that is, the offer side). The 1-, 2-, and 3-month rates are equivalent to the 30-, 60-, and 90- day dates reported on the Board's Commercial Paper Web page (www.federalreserve.gov/releases/cp/). Return to top

6. An average of dealer bid rates on nationally traded certificates of deposit. Return to top

7. Bid rates for Eurodollar deposits collected around 9:30 a.m. Eastern time. Return to top

8. Rate posted by a majority of top 25 (by assets in domestic offices) insured U.S.-chartered commercial banks. Prime is one of several base rates used by banks to price short-term business loans. Return to top

9. The rate charged for discounts made and advances extended under the Federal Reserve's primary credit discount window program, which became effective January 9, 2003. This rate replaces that for adjustment credit, which was discontinued after January 8, 2003. For further information, see www.federalreserve.gov/boarddocs/press/bcreg/2002/200210312/default.htm. The rate reported is that for the Federal Reserve Bank of New York. Historical series for the rate on adjustment credit as well as the rate on primary credit are available at www.federalreserve.gov/releases/h15/data.htm. Return to top

10. Yields on actively traded non-inflation-indexed issues adjusted to constant maturities. The 30-year Treasury constant maturity series was discontinued on February 18, 2002, and reintroduced on February 9, 2006. From February 18, 2002, to February 9, 2006, the U.S. Treasury published a factor for adjusting the daily nominal 20-year constant maturity in order to estimate a 30-year nominal rate. The historical adjustment factor can be found at www.treas.gov/offices/domestic-finance/debt-management/interest-rate/ltcompositeindex_historical.shtml. Source: U.S. Treasury. Return to top

. A factor for adjusting the daily nominal 20-year constant maturity in order to estimate a 30-year nominal rate can be found at www.treas.gov/offices/domestic-finance/debt-management/interest-rate/ltcompositeindex.html. Return to top

11. Yields on Treasury inflation protected securities (TIPS) adjusted to constant maturities. Source: U.S. Treasury. Additional information on both nominal and inflation-indexed yields may be found at www.treas.gov/offices/domestic-finance/debt-management/interest-rate/index.html. Return to top

12. Based on the unweighted average bid yields for all TIPS with remaining terms to maturity of more than 10 years. Return to top

13. International Swaps and Derivatives Association (ISDA®) mid-market par swap rates. Rates are for a Fixed Rate Payer in return for receiving three month LIBOR, and are based on rates collected at 11:00 a.m. Eastern time by Garban Intercapital plc and published on Reuters Page ISDAFIX®1. ISDAFIX is a registered service mark of ISDA. Source: Reuters Limited. Return to top

14. Moody's Aaa rates through December 6, 2001, are averages of Aaa utility and Aaa industrial bond rates. As of December 7, 2001, these rates are averages of Aaa industrial bonds only. Return to top

15. Bond Buyer Index, general obligation, 20 years to maturity, mixed quality; Thursday quotations. Return to top

16. Contract interest rates on commitments for fixed-rate first mortgages. Source: FHLMC. Return to top

17. Series ended August 29, 1997. An average of offering rates on commercial paper placed by several leading dealers for firms whose bond rating is AA or the equivalent. Return to top

18. Series ended August 29, 1997. An average of offering rates on paper directly placed by finance

companies. Return to top

19. Representative closing yields for acceptances of the highest rated money center banks. Source: Telerate, Inc. Return to top

20. Series ended June 30, 2000. The quotes continue to be available on Telerate, which was the source for these rates as reported on the H.15. Return to top

21. Series ended January 8, 2003. Rate for the Federal Reserve Bank of New York. Return to top

22. Auction date for Daily data; Weekly and Monthly averages computed on an issue-date basis. On and after October 28, 1998, data are stop yields from uniform-price auctions. Before that date, they are weighted average yields from multiple-price auctions. Return to top

23. Series ended June 30, 2000. These figures continue to be available from the U.S. Treasury's website: www.publicdebt.treas.gov/of/ofiespr.htm. Return to top

24. Series ended August 24, 2001. Return to top

25. Series ended December 31, 1986. Return to top

. The 30-year Treasury constant maturity series was discontinued on February 18, 2002, and reintroduced on February 9, 2006. From February 18, 2002, to February 9, 2006, Treasury published a factor for adjusting the daily nominal 20-year constant maturity in order to estimate a 30-year nominal rate. The historical adjustment factor can be found at www.treas.gov/offices/domestic-finance/debt-management/interest-rate/ltcompositeindex_historical.shtml. Return to top

26. Series ended May 31, 2004. Return to top

27. Unweighted average of rates on all outstanding bonds neither due nor callable in less than 10 years. Return to top

28. Series ended June 30, 2000. Return to top

Note: Weekly and monthly figures on this release, as well as annual figures available on the Board's historical H.15 web site (see below), are averages of business days unless otherwise noted.

Current and historical H.15 data are available on the Federal Reserve Board's web site (www.federalreserve.gov/). For information about individual copies or subscriptions, contact Publications Services at the Federal Reserve Board (phone 202-452-3244, fax 202-728-5886). For paid electronic access to current and historical data, call STAT-USA at 1-800-782-8872 or 202-482-1986.

## Description of the Treasury Nominal and Inflation-Indexed Constant Maturity Series

Yields on Treasury nominal securities at "constant maturity" are interpolated by the U.S. Treasury

from the daily yield curve for non-inflation-indexed Treasury securities. This curve, which relates the yield on a security to its time to maturity, is based on the closing market bid yields on actively traded Treasury securities in the over-the-counter market. These market yields are calculated from composites of quotations obtained by the Federal Reserve Bank of New York. The constant maturity yield values are read from the yield curve at fixed maturities, currently 1, 3, and 6 months and 1, 2, 3, 5, 7, 10, 20, and 30 years. This method provides a yield for a 10-year maturity, for example, even if no outstanding security has exactly 10 years remaining to maturity. Similarly, yields on inflation-indexed securities at "constant maturity" are interpolated from the daily yield curve for Treasury inflation protected securities in the over-the-counter market. The inflation-indexed constant maturity yields are read from this yield curve at fixed maturities, currently 5, 7, 10, and 20 years.

Release dates | Daily update | Historical data | Data Download | About
Current release  *Other formats*  Screen reader | ASCII | PDF (43 KB)

Statistical releases

Home | Economic research and data
Accessibility | Contact Us
**Last update: October 2, 2006**

```
,Instrument,"U.S. government securities/Treasury constant maturities/Nominal"
,Maturity,"1-year"
,Frequency,"Annual"
,Description,"Market yield on U.S. Treasury securities at 1-year constant maturity, quoted on in
,Note,"Yields on actively traded non-inflation-indexed issues adjusted to constant maturities. T

DATE        , TCMNOMY1
1962, 3.10
1963, 3.36
1964, 3.85
1965, 4.15
1966, 5.20
1967, 4.88
1968, 5.69
1969, 7.12
1970, 6.90
1971, 4.89
1972, 4.95
1973, 7.32
1974, 8.20
1975, 6.78
1976, 5.88
1977, 6.08
1978, 8.34
1979, 10.65
1980, 12.00
1981, 14.80
1982, 12.27
1983, 9.58
1984, 10.91
1985, 8.42
1986, 6.45
1987, 6.77
1988, 7.65
1989, 8.53
1990, 7.89
1991, 5.86
1992, 3.89
1993, 3.43
1994, 5.32
1995, 5.94
1996, 5.52
1997, 5.63
1998, 5.05
1999, 5.08
2000, 6.11
2001, 3.49
2002, 2.00
2003, 1.24
2004, 1.89
2005, 3.62
```