UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE, <br><br> Plaintiff, <br><br> v. <br><br> THE TOWN OF GREENWICH; HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONERS; and BENJAMIN LITTLE, CEO, <br><br> Defendants. | CIV NO. 3:00CV2423 (AVC) <br><br><br><br><br><br><br><br> October 17, 2006 |

## MEMORANDUM IN OPPOSITION TO PLAINTIFF'S SEPTEMBER 26, 2006 MOTION FOR POST-JUDGMENT INTEREST

On September 18, 2006, a jury verdict was returned in favor of Plaintiff. The jury awarded Plaintiff $325,000.00 in compensatory damages, (with an additional award of $1,000.00 in punitive damages against individual Defendant Benjamin Little, only.) Judgment was entered the following day, September 19, 2006. In the portion of Plaintiff's September 26, 2006 motion seeking post-judgment interest, Plaintiff contended that post-judgment interest should be awarded under 28 U.S.C. § 1961(a), however, Plaintiff did not specify the post-judgment interest rate to be applied. Defendants submit this Memorandum, and accompanying Affirmation of Francis P. Alvarez, solely for the purpose of clarifying their position regarding the appropriate rate of post-judgment interest.

Defendants respectfully submit that if the Court allows Plaintiff to collect post-judgment interest, the Court should apply a post-judgment interest rate of 5.02 %. As set forth in

**ORAL ARGUMENT NO REQUESTED**
**TESTIMONY NOT REQUIRED**

28 U.S.C § 1961(a), the *post*-judgment interest rate "shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment."

Attached as Exhibit A to the Affirmation of Francis P. Alvarez is a chart of the Federal Reserve statistical release for the annual interest rate for nominal, one year Treasury constant maturities, as published by the Federal Reserve on its website: www.federalreserve.gov/releases/h15/20060918. According to this chart, the annual interest rate for the week ending September 15, 2006 - - the week preceding the September 19, 2006 date of the judgment, was 5.02 %.

Based on the foregoing, Defendants respectfully request that this Court use 5.02% as the rate of any post-judgment interest it awards.

_____
Francis P. Alvarez (CT 10350)
alvarezf@jacksonlewis.com
Susanne Kantor (CT 19556)
kantors@jacksonlewis.com
JACKSON LEWIS LLP
One North Broadway
White Plains, NY 10601
Phone: (914) 514-6149
Fax: (914) 328-1882

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE, | : |
|                   **Plaintiff,** | :    CIV NO. 3:00CV2423 (AVC) |
| v. | : |
| THE TOWN OF GREENWICH; HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONERS; and BENJAMIN LITTLE, CEO, | : |
|                   **Defendants.** | : |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Memorandum of Law was filed via ECF and served via First Class U.S. Mail, postage pre-paid, this 17th day of October, 2006, on counsel for Plaintiff at the address listed below:

        Mark P. Carey, Esq.
        Carey & Associates P.C.
        71 Old Post Rd.
        Southport, CT 06490

                                  _/s/ Francis P. Alvarez_
                                  Francis P. Alvarez