UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE,<br><br>               Plaintiff<br><br>v.<br><br>THE TOWN OF GREENWICH;<br>HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH;<br>THE HOUSING AUTHORITY OF THE<br>TOWN OF GREENWICH BOARD OF<br>COMMISSIONERS; and<br>BENJAMIN LITTLE, CEO,<br><br>               Defendants. | CIV NO. 3:00CV2423 (AVC)<br><br><br><br><br><br><br><br>October 17, 2006 |

## AFFIRMATION OF FRANCIS P. ALVAREZ, ESQ. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S SEPTEMBER 26, 2006 POST TRIAL MOTION FOR POST-JUDGMENT INTEREST

FRANCIS P. ALVAREZ, an attorney duly admitted to practice before this Court and the courts of the State of Connecticut, hereby affirms under penalty of perjury that the following statements are true:

1. I am a partner in the law firm of Jackson Lewis LLP, and counsel for the Defendants, the Housing Authority of the Town of Greenwich ("HATG"); the Board of Commissioners for HATG ("the Board"); and Mr. Benjamin Little ("Little") in the above-entitled matter.

2. I am familiar with the facts and circumstances contained herein as trial counsel of record in this matter.

3. On September 18, 2006, a jury verdict was returned in favor of Plaintiff.

4. The jury awarded Plaintiff $325,000.00 in compensatory damages, (with an additional award of $1,000.00 in punitive damages against individual Defendant Benjamin Little, only.)

5. Judgment was entered for the Plaintiff on September 19, 2006.

6. On October 3, 2006, Defendants filed their opposition to Plaintiff's motion for *Pre*-Judgment Interest (included in their motion for remittitur) and reserved their rights to oppose Plaintiff's motion for *Post*-Judgment interest until the October 17, 2006 response date for that motion.

7. Plaintiff's September 26, 2006 motion does not specify the post-judgment interest rate the Court should apply in this case, Defendants respectfully submit this affirmation in support of their contention that if the Court allows Plaintiff to collect post-judgment interest, the Court should apply a post-judgment interest rate of **5.02 %.**

8. As set forth in the Defendants' accompanying October 17, 2006 Memorandum Of Law in Opposition To Plaintiff's September 26, 2006 Post Trial Motion For Post-Judgment Interest, the *post*-judgment interest rate "shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment" as set forth in 28 U.S.C § 1961(a).

9. Attached hereto as Exhibit A is a chart of the Federal Reserve statistical release for the annual interest rate for nominal, one year Treasury constant maturities, as published by the Federal Reserve on its website: www.federalreserve.gov/releases/h15/20060918

10. According to the attached chart, the annual interest rate for the week ending September 15, 2006 - - the week preceding the September 19, 2006 date of the judgment, was 5.02 %.

*/s/ Francis P. Alvarez*
Francis P. Alvarez (CT 10350)
alvarezf@jacksonlewis.com
Susanne Kantor (CT 19556)
kantors@jacksonlewis.com
JACKSON LEWIS LLP
One North Broadway
White Plains, NY 10601
Phone: (914) 514-6149
Fax:  (914) 328-1882

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> THE TOWN OF GREENWICH; : <br> HOUSING AUTHORITY OF THE : <br> TOWN OF GREENWICH; : <br> THE HOUSING AUTHORITY OF THE : <br> TOWN OF GREENWICH BOARD OF : <br> COMMISSIONERS; and : <br> BENJAMIN LITTLE, CEO, : <br> : <br> Defendants. : | CIV NO. 3:00CV2423 (AVC) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Affirmation of Francis P. Alvarez, Esq. was filed via ECF and served via First Class U.S. Mail, postage pre-paid, this 17th day of October, 2006, on counsel for Plaintiff at the address listed below:

Mark P. Carey, Esq.
Carey & Associates P.C.
71 Old Post Rd.
Southport, CT 06490

_____
Francis P. Alvarez

4