UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **URSULA MILDE,** : | |
| Plaintiff, | |
| : | |
| v. | CIV.NO. 3:00CV2423(AVC) |
| : | |
| **THE HOUSING AUTHORITY OF THE** : | |
| **TOWN OF GREENWICH;** | |
| **THE HOUSING AUTHORITY OF THE** : | OCTOBER 19, 2006 |
| **TOWN OF GREENWICH BOARD OF** | |
| **COMISSIONERS; BENJAMIN LITTLE,** : | |
| **CEO.** | |
| Defendants. : | |

## PLAINTIFF'S MOTION
## PETITION FOR FEES AND COSTS

Plaintiff Ursula Milde ("Milde") hereby files this motion petition for fees and costs, pursuant to 42 U.S.C. § 1988(b). Milde is a prevailing party after a jury rendered verdict in her favor on September 18, 2006 in the amount of $326,000.00. Judgment was entered by the court on September 19, 2006. This motion has is timely filed with the court.

Milde now moves for fees in the amount of $453,075 and costs of $18,148.71. These fees and costs are reasonable. The undersigned submits a memorandum of law with exhibits in support of the instant motion and filed herewith.

**ORAL ARGUMENT NOT REQUESTED**

**TESTIMONEY NOT REQUIRED**

**WHEREFORE**, Milde respectfully requests that the court grant the instant motion for fees and costs.

                    **PLAINTIFF,**
                    **URSULA MILDE**

                    <u>By:/S/ Mark P. Carey</u>
                    Mark P. Carey (CT17828)
                    Carey & Associates, P.C.
                    71 Old Post Road, Suite One
                    Southport, CT 06890
                    (203) 255-4150 tel.
                    (203) 255-0380 fax

                    Her Attorney

## **CERTIFICATION OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was filed electronically with the court and by first class mail, fee prepaid, on this the 19th day of October, 2006 to:

Francis P. Alvarez
JACKSON LEWIS
One North Broadway
White Plains, NY 10601
Attorneys for Defendant

                    <u>/S/ Mark P. Carey</u>
                    Mark P. Carey