16.     I seek compensation for the following work performed by me in the prosecution of Plaintiff's employment law claims against the Defendants, the Housing Authority of the Town of Greenwich, the Housing Authority of the Town of Greenwich Board of Commissioners, and Benjamin Little, CEO, for attorney's fees of $453,075. (See Exhibit F Statement of Fees & Costs Incurred).

17.     I seek compensation for all relevant costs associated with the prosecution of Plaintiff's employment law claims against the Defendants in the amount of $18,148.71. (See Exhibit F Statement of Fees & Costs Incurred).

WHEREFORE, Plaintiff respectfully requests that the foregoing reasonable attorney's fees and costs be awarded.

October 19, 2006

Southport, Connecticut

_____
Mark P. Carey

SWORN TO BEFORE ME THIS THE 19TH DAY OF OCTOBER, 2006

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES ON 28 DAY OF February, 2011

**GINA VOLPACCHIO**
Notary Public
My Commission Expires Feb. 28, 2011

6

# Select A Case

**This person is a party in 34 cases.**

| | | | |
|---|---|---|---|
| 3:00-cv-01273-DJS | Dean v. Priceline.Com Inc | filed 07/07/00 | closed 11/12/02 |
| 3:00-cv-01311-AVC | Werner v. United Healthcare | filed 07/14/00 | closed 06/13/01 |
| 3:00-cv-02413-SRU | Reiner v. Stamford Bd of Ed | filed 12/19/00 | closed 11/28/01 |
| 3:00-cv-02423-AVC | Milde v. Greenwich Housing, et al | filed 12/20/00 | closed 09/19/06 |
| 3:01-cv-00081-JCH | Avery v. Continental Motors, et al | filed 01/17/01 | closed 09/24/02 |
| 3:01-cv-00452-AVC | Schiller v. Bridgeport, et al | filed 03/21/01 | closed 12/20/04 |
| 3:01-cv-00717-AVC | Georgia v. Bridgeport | filed 04/25/01 | closed 06/17/04 |
| 3:01-cv-02140-AVC | Bene v. Sprint Communication, et al | filed 11/14/01 | closed 04/12/02 |
| 3:02-cv-00275-PCD | Sander v. Manulife Wood Logan, et al | filed 02/14/02 | closed 09/19/02 |
| 3:02-cv-00363-EBB | Kuhn v. Computer Science | filed 02/28/02 | closed 10/11/05 |
| 3:02-cv-00520-DJS | Sokmen v. Norwalk Hosp, et al | filed 03/22/02 | closed 03/13/03 |
| 3:02-cv-01272-SRU | Tramposch v. Greenwich Hosp | filed 07/23/02 | closed 01/27/03 |
| 3:02-cv-02171-MRK | Seeley v. Sears Roebuck & Co | filed 12/10/02 | closed 10/31/03 |
| 3:03-cv-00623-CFD | Harter v. US Investigations | filed 04/04/03 | closed 09/27/04 |
| 3:03-cv-00712-WWE | Bayonne v. Pitney Bowes, Inc, et al. | filed 04/21/03 | closed 02/25/05 |

| | | | |
|---|---|---|---|
| 3:03-cv-01073-PCD | Havelka v. First County Savings, et al | filed 06/20/03 | closed 04/07/04 |
| 3:03-cv-01575-AWT | Devecchio v. Factset Research Sys | filed 09/15/03 | closed 02/01/05 |
| 3:03-cv-01588-RNC | McCurley v. Energy East Mgmt, et al | filed 09/17/03 | |
| 3:03-cv-02191-JBA | Soucy v. Baldwin Graphic Sys et al | filed 12/18/03 | closed 03/26/04 |
| 3:03-cv-02228-RNC | Burban v. Compusa | filed 12/22/03 | closed 07/02/04 |
| 3:04-cv-00092-RNC | Powell v. Spot-on Networks, et al | filed 01/20/04 | |
| 3:05-cv-00590-AVC | Vandegrift v. Wieland Dental Sys Inc et al | filed 04/08/05 | closed 05/22/06 |
| 3:05-cv-01922-CFD | Wright v. GE Consumer Finance, Inc | filed 12/16/05 | closed 08/30/06 |
| 3:06-cv-00835-SRU | Jordan v. SBC Umbrella Benefit Plan No. 1 et al | filed 05/31/06 | |
| 3:97-cv-01897-JCH | Linton v. Deloitte & Touche | filed 09/05/97 | closed 12/16/98 |
| 3:98-cv-00501-RNC | Grosner, et al v. ITT Federal Svcs | filed 03/18/98 | closed 07/26/99 |
| 3:98-cv-01585-RNC | Mihalich v. TR Paul, Inc | filed 08/07/98 | closed 10/07/99 |
| 3:98-cv-02196-WWE | Knudsen v. Labatt's USA, LLC | filed 11/10/98 | closed 08/04/99 |
| 3:99-cv-00193-JCH | Macy v. Chesebrough Pond's | filed 02/02/99 | closed 12/01/99 |
| 3:99-cv-00274-DJS | Betesh v. Connecticut | filed 02/12/99 | closed 07/26/99 |
| 3:99-cv-00300-PCD | Kilmurray v. Ferguson Library | filed 02/19/99 | closed 11/17/99 |
| 3:99-cv-00579-GLG | Mendelsohn v. Marks Bros Stationer | filed 03/25/99 | closed 06/29/99 |

Case 3:00-cv-02423-AVC    Document 205-3    Filed 10/19/2006    Page 4 of 5

DSD District Version 1.3 - Query : Case Search

https://ecf.ctd.uscourts.gov/cgi-bin/iquery.pl?393930844065667-L_1...

| | | | |
|---|---|---|---|
| 3:99-cv-00746-AVC | Costa v. Northstar Investment, et al | filed 04/22/99 | closed 11/16/99 |
| 3:99-cv-00922-EBB | Perez v. Greenwich Boys Club | filed 05/18/99 | closed 03/08/00 |

## PACER Service Center

# Select A Case

**This person is a party in 2 cases.**

| | | | |
|---|---|---|---|
| 1:04-cv-00911-WHP-FM | Boehim v. Cornell University Long Term Disability Plan Administrator & CIGNA | filed 02/03/04 | closed 02/22/05 |
| 1:98-cv-06756-KMW | O'Neal v. Cigna Healthcare, et al | filed 09/24/98 | closed 06/25/99 |

**PACER Service Center**