# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| URSULA MILDE, | : | |
| Plaintiff, | : | |
| v. | : | CIV.NO. 3:00CV2423(AVC) |
| | : | |
| THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH; | : | |
| THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMISSIONERS; BENJAMIN LITTLE, CEO. | : | SEPTEMBER 28, 2006 |
| Defendants. | : | |

### AFFIDAVIT OF URSULA MILDE

**Ursula Milde**, duly deposed, states and says:

1. I am over the age of twenty-one and understand the mean of an oath. The following statements are made under penalties of perjury.

2. I am the Plaintiff in the above captioned case and I currently reside in Katonah, New York.

3. This affidavit is made in support of the costs I incurred and paid as a result of this litigation. These costs are related to deposition transcript fees, court report fees, and process server fees. The following table specifically identifies such costs and invoices, which are attached hereto as Exhibit A:

| Description of Cost | Invoice from | Amount Paid |
|---|---|---|
| Unemployment Appeal Hearing Transcript | Post Reporting Service | $590.42 |
| Unemployment Appeal Hearing Transcript | Post Reporting Service | $604.20 |
| Unemployment Appeal Hearing Transcript | Post Reporting Service | $399.62 |
| Unemployment Appeal Hearing Transcript | Post Reporting Service | $378.42 |
| Unemployment Appeal Hearing | Post Reporting Service | $1038.80 |

| | | |
|---|---|---|
| Deposition Transcription and Court Reporter Fee: Tom Crawford | Sanders Gale & Russell, Inc. | $1452.20 |
| Process Server: Subpoena CFI Assoc. | Demovsky Lawyer Service | $205.50 |
| Process Server: Subpoena DD Saccente | Demovsky Lawyer Service | $147.50 |
| Process Server: Subpoena Consultech | Demovsky Lawyer Service | $125.00 |
| Deposition Transcript and Court Reporter Fee: Russell Kemp (total fee was $1482.20, $500 paid by Carey & Associates P.C. See Exhibit ___) | Sanders Gale & Russell, Inc. | $982.20 |
| Process Server: Subpoena Kemp | Marshall Edmund Mckowski | $69.65 |
| Process Server: Subpoena Vlymen | Demovsky Lawyer Service | $317.50 |
| Deposition Transcript: Nancy Wisecup | Campano & Associates | $313.22 |
| Deposition Transcript: Agata Wilinski | Campano & Associates | $342.33 |
| Deposition Transcript: Milde Day 1 | Campano & Associates | $594.13 |
| Deposition Transcript: Milde Day 2 | Campano & Associates | $546.17 |
| Deposition Transcript: Milde Day 3 | Campano & Associates | $496.88 |
| Deposition Transcript: Milde Day 4 | Campano & Associates | $305.23 |
| Deposition Transcript and Court Reporter Fee: Vlymen, Lore | Sanders Gale & Russell | $1196.32 |
| Deposition Transcript and Court Reporter Fee: Sue McClenachan Day 1 | Sanders Gale & Russell | $1235.96 |
| Deposition Transcript and Court Reporter Fee: Ben Little Day 1 | Sanders Gale & Russell | $706.81 |
| Deposition Transcript and Court Reporter Fee: Ben Little Day 2 | Sanders Gale & Russell | $987.92 |
| Deposition Transcript and Court Reporter Fee: Sue McClenachan Day 2 | Sanders Gale & Russell | $1243.38 |
| | TOTAL | $14,279.36 |

4.  I paid for $14,279.36 in costs directly related to this litigation, as set forth above.

The remaining costs associated with this litigation were paid to Attorney Carey.

SWORN TO BEFORE ME THIS THE 29TH DAY OF SEPTEMBER, 2006

_Ursula Milde_
URSULA MILDE

THERESA GIANNONE
Notary Public - State of New York
NO. 01GI4888784
Qualified in Westchester County
My Commission Expires 4-6-07

# EXHIBIT A

VERBATIM REPORTING SINCE 1938

2015 DIXWELL AVENUE • HAMDEN, CT 06514

EMPLOYER I.D. NO. 06-1055590

Mark P. Carey, Esq.
Mark P. Carey & Associates
71 Old Post Road
Southport, CT 06490

**STATEMENT DATE:** 07/23/01
**INVOICE NUMBER:** 55144

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

| DATE TAKEN | REFERENCE | CHARGES |
|---|---|---|
| /10/01 | RE: Ursula Milde vs. Town of Greenwich Housing Auth. Transcripts prepared by tapes provided | |
| | Attendance: | |
| | TRANSCRIPT: 2 Copies    110 Pages | |
| | Postage & Handling | |
| | Connecticut Sales Tax | |
| | Original and one copy enclosed. | |

pd. 8/11/01 ck # 164

**TOTAL / TOTAL BALANCE DUE:** 590.42

PLEASE REMIT PAYMENT WITH COPY OF INVOICE.

$590.42

---

URSULA A. MILDE                                   164
                                1-32/210
                                7374766153
DATE 8/11/01

PAY TO THE ORDER OF  Post Reporting Service Inc   $ 590 42/100

Five hundred ninety — 42/100 DOLLARS

Fleet
94374
www.fleet.com
Katonah Office
Katonah, New York 10536

# POST REPORTING SERVICE, INC.
### VERBATIM REPORTING SINCE 1938
### 2015 DIXWELL AVENUE • HAMDEN, CT 06514

HAMDEN
(203) 281-1661
TOLL FREE IN U.S.A.
1-800-262-4102
FAX
(203) 281-5455

EMPLOYER I.D. NO.
06-1055590

**STATEMENT DATE**
06/27/01

**INVOICE NUMBER**
54800

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

Mark P. Carey, Esq.
Mark P. Carey & Associates
71 Old Post Road
Southport, CT    06490

| DATE TAKEN | REFERENCE | CHARGES |
|---|---|---|
| 04/17/01 | RE: Ursula Milde vs. Town of Greenwich Housing Auth. Transcripts prepared by tapes provided | |
| | Attendance: | 0.00 |
| | TRANSCRIPT: 2 Copies   114 Pages | 570.00 |
| | Connecticut Sales Tax | 34.20 |
| | Original and one copy enclosed. | |
| | | **TOTAL** 604.20 |
| | PLEASE REMIT PAYMENT WITH COPY OF INVOICE. | **TOTAL BALANCE DUE** 604.20 |

$ 604.20