# POST REPORTING SERVICE, INC.
### VERBATIM REPORTING SINCE 1938
## 2015 DIXWELL AVENUE • HAMDEN, CT 06514

**EMPLOYER I.D. NO.**
06-1055590

Mark P. Carey, Esq.
Mark P. Carey & Associates
71 Old Post Road
Southport, CT    06490

**STATEMENT DATE**
06/27/01

**INVOICE NUMBER**
54799

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

| DATE TAKEN | REFERENCE | CHARGES |
|---|---|---|
| 5/30/01 | RE: Ursula Milde vs. Town of Greenwich Housing Auth. Transcripts prepared by tapes provided | |
| | Attendance: | 0.00 |
| | TRANSCRIPT:  2 Copies   74 Pages | 370.00 |
| | Postage & Handling | 7.00 |
| | Connecticut Sales Tax | 22.62 |
| | Original and one copy enclosed. | |

**TOTAL** 399.62

PLEASE REMIT PAYMENT WITH COPY OF INVOICE.   **TOTAL BALANCE DUE** 399.62

$ 399.62

---

HAMDEN
(203) 281-1961
TOLL FREE IN U.S.A.
1-800-282-4102
FAX
(203) 281-5455

# POST REPORTING SERVICE, INC.
### VERBATIM REPORTING SINCE 1938
## 2015 DIXWELL AVENUE • HAMDEN, CT 06514

**EMPLOYER I.D. NO.**
06-1055590

Mark P. Carey, Esq.
Mark P. Carey & Associates
71 Old Post Road

**STATEMENT DATE**
11/28/01

**INVOICE NUMBER**

# POST REPORTING SERVICE, INC.
VERBATIM REPORTING SINCE 1938

2015 DIXWELL AVENUE • HAMDEN, CT 06514

HAMDEN
(203) 281-1961
FREE IN U.S.A.
1-800-262-4102
FAX
(203) 281-5455

EMPLOYER I.D. NO.
06-1055590

**STATEMENT DATE:** 11/28/01

**INVOICE NUMBER:** 56750

Mark P. Carey, Esq.
Mark P. Carey & Associates
71 Old Post Road
Southport, CT  06490

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

| DATE TAKEN | REFERENCE | CHARGES |
|---|---|---|
| 8/14/01 | RE: Ursula Milde vs. Town of Greenwich Housing Auth. Transcripts prepared by tapes provided | |
| | Attendance: | |
| | TRANSCRIPT: 3 Copies  70 Pages | 350.00 |
| | Postage & Handling | |
| | Connecticut Sales Tax | |
| | Original and two copies enclosed. | |
| | **TOTAL** | CK# 202  378.42 |
| | **TOTAL BALANCE DUE** | pd. 378.42 12/6/01 |

PLEASE REMIT PAYMENT WITH COPY OF INVOICE.

$378.42

---

Check #202
URSULA A. MILDE
1-32/210
7374766153
DATE 12/6/01

PAY TO THE ORDER OF: Post Reporting Service, Inc.   $378 42/100
Three hundred seventy-eight 42/100 DOLLARS

Fleet
www.fleet.com
94374 Katonah Office
Katonah, New York 10536

MEMO _____

---

2015 Dixwell Avenue, Hamden, CT 06514
203-281-1961 • In USA 1-800-262-4102 • FAX 203-281-5455



# POST REPORTING SERVICE, INC.
### VERBATIM REPORTING SINCE 1936
2015 DIXWELL AVENUE • HAMDEN, CT 06514

**EMPLOYER I.D. NO.**
06-1055590

**STATEMENT DATE**
06/27/01

**INVOICE NUMBER**
54801

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

Mark P. Carey, Esq.
Mark P. Carey & Associates
71 Old Post Road

Southport, CT     06490

| DATE TAKEN | REFERENCE | CHARGES |
|---|---|---|
| 06/07/01 | RE: Ursula Milde vs. Town of Greenwich Housing. Auth. Transcripts prepared by tapes provided | |
| | Attendance: | 0.00 |
| | TRANSCRIPT: 2 Copies    196 Pages | 980.00 |
| | Connecticut Sales Tax | 58.80 |
| | Original and one copy enclosed. | |
| | **TOTAL** | 1,038.80 |
| | **TOTAL BALANCE DUE** | 1,038.80 |

PLEASE REMIT PAYMENT WITH COPY OF INVOICE.

$ 1,038.80

Paid to:

## Post Reporting Service

| Invoice # | Amount |
|---|---|
| 54801 | $1,038.80 |
| 54800 | $604.20 |
| 54799 | $399.62 |
| **Total:** | **$2,042.62** |

---

**URSULA A. MILDE** — Check #153

Date: 7/11/01

Pay to the order of: Post Reporting Services — $2042.62/100

Two thousand forty-two 62/100 Dollars

Fleet — Katonah Office, Katonah, New York 10536

MEMO #'s: 54800, 54801, 54799

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

CAREY & ASSOCIATES, P.C.
71 OLD POST ROAD
SUITE ONE
SOUTHPORT, CT 06490

ATTN: MARK CAREY, ESQ.

INVOICE NO.   9784
INVOICE DATE:   8/05/2002
REPORTER:
LEA PALOMBO

URSULA MILDE VS. THE TOWN OF GREENWICH, ET AL

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 8/27/2002 | DEPOSITIONS: THOMAS M. CRAWFORD | 1.00 | | |
| | ORIG. & 1 COPY @ $3.90 | 317.00 | 3.90 | 1,236.30 |
| | ATTENDANCE | 1.00 | 70.00 | 70.00 |
| 8/05/2002 | JURAT PREPARATION | 1.00 | 10.00 | 10.00 |
| | PHOTOCOPIES | 1.00 | 41.20 | 41.20 |
| | DELIVERY & UPS | 1.00 | 12.50 | 12.50 |
| | SALES TAX | 1.00 | 82.20 | 82.20 |

Sub Total   1,452.20
Paid   0.00
Balance Due   1,452.20

PLEASE RETURN ONE COPY WITH REMITTANCE



URSULA A. MILDE — 302
DATE 8/30/02
PAY TO THE ORDER OF Sanders Gale & Russell, Inc.   $1452.20
One thousand four hundred fifty two 20/100 DOLLARS
Fleet
MEMO Tom Crawford deposition



| Invoice # | Amount |
|---|---|
| 197750 | $ 205.50 |
| 197713 | $ 147.50 |
| 197712 | $ 125.— |
| Total | $ 478.— |

```
1452.20
 478.—
  69.65
 982.20
2882.05
```

 

# Demovsky Lawyer Service
401 Broadway, Suite 510
New York, NY 10013
212.925.1220 / 212.941.0235
www.demovskylawyerservice.com

# Invoice

Invoice Number: 197750
Invoice Date: Jun 28, 2002
Page: 1

To:
MALLORY MORGAN
Carey & Associates
71 Post Road
Suite One
Southport, CT 06490

| Account Number | Worksheet Number | Payment Terms |
|---|---|---|
| 8219 | 60517 | Net 30 Days |
| | Request Date | Due Date |
| | 6/19/02 | 7/28/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | SZN | MILDE V THE HOUSING AUTHORITY 00 CV 2423 Service Of Papers Outside N.Y. Metro Area  CFI ASSOCIATES, LLC (243 MAIN ST, STE 5B, ROCK HILL, CT) | 180.00 | 180.00 |
| 1.00 | CP | Courier/Postage | 22.50 | 22.50 |
| 2.00 | TEL | Telephone | 1.50 | 3.00 |

Check No:

Subtotal: 205.50
Sales Tax:
Total Invoice Amount: 205.50
Payment Received: 0.00
**TOTAL**: 205.50