


# Demovsky Lawyer Service
401 Broadway, Suite 510
New York, NY 10013
212.925.1220 / 212.941.0235
www.demovskylawyerservice.com

# Invoice

Invoice Number:
197750

Invoice Date:
Jun 28, 2002

Page:
1

To:
MALLORY MORGAN
Carey & Associates
71 Post Road
Suite One
Southport, CT  06490

| Account Number | Worksheet Number | Payment Terms | |
|---|---|---|---|
| 8218 | 60517 | Net 30 Days | |
| | | Request Date | Due Date |
| | | 6/19/02 | 7/28/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | SZN | MILDE V THE HOUSING AUTHORITY 00 CV 2423 Service Of Papers Outside N.Y. Metro Area  CFI ASSOCIATES, LLC (243 MAIN ST, STE 5B, ROCK HILL, CT) | 180.00 | 180.00 |
| 1.00 | CP | Courier/Postage | 22.50 | 22.50 |
| 2.00 | TEL | Telephone | 1.50 | 3.00 |

Check No:

Subtotal       205.50
Sales Tax
Total Invoice Amount   205.50
Payment Received       0.00
TOTAL           205.50




# Demovsky Lawyer Service
401 Broadway, Suite 510
New York, NY 10013
212.925.1220 / 212.941.0235
www.demovskylawyerservice.com

# Invoice

Invoice Number: 197713

Invoice Date: Jun 27, 2002

Page: 1

To:
MALLORY MORGAN
Carey & Associates
71 Post Road
Suite One
Southport, CT 06490

| Account Number | Worksheet Number | Payment Terms |
|---|---|---|
| 8218 | 60519 | Net 30 Days |
| | | Request Date: 6/19/02 — Due Date: 7/27/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | SZK | MILDE V THE HOUSING AUTHORITY 00 CV 2423 Service Of Papers - Zone K/connecticut D.D. SACCENTE (249 MILBANK AVE., GREENWICH, CT) | 125.00 | 125.00 |
| 1.00 | CP | Courier/Postage | 22.50 | 22.50 |

Subtotal: 147.50
Sales Tax:
Total Invoice Amount: 147.50
Check No: ____  Payment Received: 0.00
**TOTAL** 147.50

 

# Demovsky Lawyer Service
401 Broadway, Suite 510
New York, NY 10013
212.925.1220 / 212.941.0235
www.demovskylawyerservice.com

# Invoice

Invoice Number: 197712
Invoice Date: Jun 27, 2002
Page: 1

To:
MALLORY MORGAN
Carey & Associates
71 Post Road
Suite One
Southport, CT  06490

| Account Number | Worksheet Number | Payment Terms | |
|---|---|---|---|
| 8218 | 60518 | Net 30 Days | |
| | | Request Date | Due Date |
| | | 6/19/02 | 7/27/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | WZK | MILDE V THE HOUSING AUTHORITY 00 CV 2423 Attmptd Svce. - Wrong Address -zone K/conn. CONSULTECH (626 PARK RD, CLIFFORD PARK, NY) | 125.00 | 125.00 |

Check No:

Subtotal: 125.00
Sales Tax:
Total Invoice Amount: 125.00
Payment Received: 0.00
TOTAL: 125.00

Edmund K. Makowski
Connecticut State Marshal, Fairfield County
P.O. Box 2107, Belden Station
Norwalk, CT 06852
Office: 203-838-6611
Email: Tinamak@aol.com

Date:   June 14, 2002

To:   Mark Carey Esq.
      Carey and Associates
      71 Old Post Road, Suite One
      Southport, CT 06490

Re:   Service of Subpoena on Russell Kemp

      Ursula Milde vs. The Town of Greenwich, etal

      Amount due:   $ 69.65

Please make check payable to "Tina Makowski" for this service.

---

URSULA A. MILDE                                      299
                                    1-32/210
                                    7374788153
                                    DATE  8/20/02

PAY TO THE
ORDER OF  Tina Makowski                   $ 69.65

sixty-nine 65/100                         DOLLARS

Fleet

SANDERS, GALE & RUSSELL, INC.

P.O. BOX 1046
NEW HAVEN, CT  06504
203-624-4157
1-800-824-4541

CAREY & ASSOCIATES, P.C.
71 OLD POST ROAD
SUITE ONE
SOUTHPORT, CT 06490

ATTN: MARK CAREY, ESQ.

| | | INVOICE NO. | 9481 |
|---|---|---|---|
| | | INVOICE DATE: | 7/02/2002 |
| | | REPORTER: | LEA PALOMBO |

ID#: 06-0768608

URSULA MILDE VS. THE TOWN OF GREENWICH,
ET AL

| Date | Descriptio | Units | Rate | Amount |
|---|---|---|---|---|
| 6/19/2002 | DEPOSITIONS: RUSSELL E. KEMP, JR. | 1.00 | | |
| | ORIG. & 1 COPY @ $4.40 | 297.00 | 4.40 | 1,306.80 |
| | (INCLUDES DIRTY DISK SENT 6/22) | | | |
| | ATTENDANCE | 1.00 | 70.00 | 70.00 |
| 7/01/2002 | JURAT PREPARATION | 1.00 | 10.00 | 10.00 |
| | DELIVERY & UPS | 1.00 | 11.50 | 11.50 |
| | SALES TAX | 1.00 | 83.90 | 83.90 |

**30 DAYS PAST DUE**

PLEASE RETURN ONE COPY WITH REMITTANCE

| | |
|---|---|
| Sub Total | 1,482.20 |
| Paid | 500.00 |
| Balance Due | 982.20 |

*Please Pay*



Check #298 — URSULA A. MILDE — Invoice # 9481 — Date 8/29/02 — Pay to the Order of: Sanders, Gale & Russell, Inc — $982.20 — nine hundred eighty-two DOLLARS — Fleet — Memo: RK Deposition