

# Demovsky Lawyer Service
401 Broadway, Suite 510
New York, NY 10013
212.925.1220 / 212.941.0235
www.demovskylawyerservice.com

## Invoice
Invoice Number: 209318
Invoice Date: May 22, 2003
Page: 1

**To:**
MARK CAREY
Carey & Associates
71 Old Post Road
Suite One
Southport, CT 06490

| Account Number | Worksheet Number | Payment Terms | |
|---|---|---|---|
| 8218 | 71773 | Net 30 Days | |
| | | Request Date | Due Date |
| | | 4/28/03 | 6/21/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | ASR | URSULA MILDE V HOUSING AUTHORITY OF THE TOWN OF GREENWICH 3:00 CV 2423 Attempted Service Outside Nyc Metro-same Area   MARYANN VLYMEN (14 GENE PLACE, WHITE PLAINS, NY) | 82.50 | 165.00 |
| 1.00 | SZF | Service Of Papers - Zone F/westchester   MARYANN VLYMEN (29 MOHAWK LANE, YORKTOWN HEIGHTS, NY) | 122.50 | 122.50 |
| 1.00 | CP | Courier/Postage | 25.00 | 25.00 |
| 2.00 | FAX | Fax Fee | 2.50 | 5.00 |

Subtotal: 317.50
Sales Tax:
Total Invoice Amount: 317.50
Payment Received: 0.00
TOTAL  pd.  317.50

Check No:

7/7/03
CK# 416

Paid to Campano Assoc. 7/8/03

| Date of Bill | Deposition | Amount |
|---|---|---|
| 6/7/03 | Nancy Wiscup | 313.22 |
| 6/11/03 | Ursula Milde Vol.#1 | 594.13 |
| 6/12/03 | Agata Wilinski | 342.33 |
| 6/17/03 | Ursula Milde Vol.# | 546.17 |
| 6/21/03 | Ursula Milde Vol.# III | 496.88 |
| 7/2/03 | Ursula Milde Vol. # IV | 305.23 |
| | Total: | 2,597.96 |



URSULA A MILDE  7802
7/8/2003
Pay to the Order of Campano & Associates  $ 2597.96
Two thousand five hundred ninety-seven 96/100 Dollars
USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, Texas 78288-0544
1-800-922-9092
memo Depositions: 5/22, 23, 27, 30/2003
6/5, 13/2003


## CAMPANO & ASSOCIATES

COURT REPORTING SERVICES
P.O. BOX 370
WILTON, CT 06897-0370
203-846-3402  FAX 203-845-0398



# INVOICE

Mark P. Carey  
Carey & Associates, P.C.  
71 Old Post Road, Suite 1  
Southport, CT 06490

June 7, 2003  
Tax I.D. No. 06-1366246

FOR PROFESSIONAL SERVICES RENDERED:

In re:   **Ursula Milde vs. Greenwich Housing Authority, et al**

| | |
|---|---:|
| Copy of Deposition of Nancy Wisecup - Vol. I (May 22, 2003) | $281.25 |
| ASCII Disk | $10.00 |
| Subtotal | $291.25 |
| Shipping & Handling | $4.24 |
| 6% Sales Tax | $17.73 |
| **TOTAL DUE** | **$313.22** |

Reporter: L. S.

PLEASE RETURN COPY OF INVOICE WITH PAYMENT.  THANK YOU.

TERMS: NET 30.  INTEREST AT 1.5% PER MONTH THEREAFTER.
*We accept MasterCard & Visa.*

22268%



**CAMPANO & ASSOCIATES**
COURT REPORTING SERVICES
P.O. BOX 370
WILTON, CT 06897-0370
203-846-3402  FAX 203-845-0398



# INVOICE

Mark P. Carey
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06490

June 11, 2003
Tax I.D. No. 06-1366246

---

FOR PROFESSIONAL SERVICES RENDERED:

In re:   Ursula Milde vs. Greenwich Housing Authority, et al

| | |
|---|---|
| Copy of Deposition of Ursula Milde (May 23, 2003) | $510.75 |
| Condensed Transcript | $35.00 |
| KeyWord Index | n/c |
| ASCII Disk | $10.00 |
| Subtotal | $555.75 |
| Shipping & Handling | $4.75 |
| 6% Sales Tax | $33.63 |
| **TOTAL DUE** | **$594.13** |

Reporter:  T. F.

PLEASE RETURN COPY OF INVOICE WITH PAYMENT. THANK YOU.

TERMS: NET 30.  INTEREST AT 1.5% PER MONTH THEREAFTER.
*We accept MasterCard & Visa.*

42156%

# CAMPANO & ASSOCIATES

COURT REPORTING SERVICES
P.O. BOX 370
WILTON, CT 06897-0370
203-846-3402  FAX 203-845-0398



# INVOICE

Mark P. Carey
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06490

June 12, 2003
Tax I.D. No. 06-1366246

---

FOR PROFESSIONAL SERVICES RENDERED:

In re: **Ursula Milde vs. Greenwich Housing Authority, et al**

| | |
|---|---|
| Copy of Deposition of Agata Wilinski (May 27, 2003) | $279.00 |
| Condensed Transcript | $30.00 |
| KeyWord Index | n/c |
| ASCII Disk | $10.00 |
| Subtotal | $319.00 |
| Shipping & Handling | $3.95 |
| 6% Sales Tax | $19.38 |
| **TOTAL DUE** | **$342.33** |

Reporter: T. F.

PLEASE RETURN COPY OF INVOICE WITH PAYMENT. THANK YOU.

TERMS: NET 30. INTEREST AT 1.5% PER MONTH THEREAFTER.
*We accept MasterCard & Visa.*

24320%

**CAMPANO & ASSOCIATES**

COURT REPORTING SERVICES
P.O. BOX 370
WILTON, CT 06897-0370
203-846-3402  FAX 203-845-0398



# INVOICE

Mark P. Carey
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06490

June 17, 2003
Tax I.D. No. 06-1366246

---

FOR PROFESSIONAL SERVICES RENDERED:

In re:  **Ursula Milde vs. Greenwich Housing Authority, et al**

| | |
|---|---:|
| Copy of Deposition of Ursula Milde - Vol. II (May 30, 2003) | $470.25 |
| Condensed Transcript | $35.00 |
| KeyWord Index | n/c |
| ASCII Disk | $10.00 |
| Subtotal | $515.25 |
| 6% Sales Tax | $30.92 |
| **TOTAL DUE** | **$546.17** |

Reporter: A. S.

PLEASE RETURN COPY OF INVOICE WITH PAYMENT.  THANK YOU.

**TERMS: NET 30.  INTEREST AT 1.5% PER MONTH THEREAFTER.**
*We accept MasterCard & Visa.*

38644%