## CAMPANO & ASSOCIATES

COURT REPORTING SERVICES
P.O. BOX 370
WILTON, CT 06897-0370
203-846-3402  FAX 203-845-0398



# INVOICE

Mark P. Carey  
Carey & Associates, P.C.  
71 Old Post Road, Suite One  
Southport, CT 06490

June 21, 2003  
Tax I.D. No. 06-1366246

---

FOR PROFESSIONAL SERVICES RENDERED:

In re:  **Ursula Milde vs. Greenwich Housing Authority, et al**

| | |
|---|---:|
| Copy of Deposition of Ursula Milde - Vol. III (June 5, 2003) | $423.00 |
| Condensed Transcript | $30.00 |
| KeyWord Index | n/c |
| ASCII Disk | $10.00 |
| Subtotal | $463.00 |
| Shipping & Handling | $5.75 |
| 6% Sales Tax | $28.13 |
| **TOTAL DUE** | **$496.88** |

Reporter: A. S.

PLEASE RETURN COPY OF INVOICE WITH PAYMENT. THANK YOU.

TERMS: NET 30. INTEREST AT 1.5% PER MONTH THEREAFTER.  
*We accept MasterCard & Visa.*

35300%

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

CAREY & ASSOCIATES, P.C.
71 OLD POST ROAD
SUITE ONE
SOUTHPORT, CT 06490

ATTN: MARK P. CAREY, ESQ.

INVOICE NO.      12349
INVOICE DATE:    5/28/2003
REPORTER:
JACQUELINE McCAULEY

ID#: 06-0768608

*URSULA MILDE, VS. THE HOUSING AUTHORITY
OF THE TOWN OF GREENWICH, ET AL*

| Date | Descriptio | Units | Rate | Amount |
|---|---|---|---|---|
| 5/20/2003 | DEPO: MARY ANN VLYMEN (114) | 1.00 | | |
|  | PENNY LORE (140) | 1.00 | | |
|  | ORIG. & 1 COPY @ $3.90 | 254.00 | 3.90 | 990.60 |
|  | ATTENDANCE | 1.00 | 70.00 | 70.00 |
|  | ASCII DISK | 2.00 | 25.00 | 50.00 |
| 5/28/2003 | JURAT PREPARATION | 1.00 | 10.00 | 10.00 |
|  | DELIVERY | 1.00 | 8.00 | 8.00 |
|  | SALES TAX | 1.00 | 67.72 | 67.72 |

**30 DAYS PAST DUE**

Sub Total   1,196.32
Paid            0.00
Balance Due  1,196.32

PLEASE RETURN ONE COPY WITH REMITTANCE

*Please Pay*

---

URSULA A. MILDE                                      415
                                            1-32/210
                                            7374766153
                           DATE  7/7/03

PAY TO THE ORDER OF  Sanders, Gale & Russell, Inc.  $1196 32/100
One Thousand one hundred ninety six 32/100  DOLLARS

Fleet
#12349
MEMO  Lore, Vlymen Dep.


## CAMPANO & ASSOCIATES
COURT REPORTING SERVICES
P.O. BOX 370
WILTON, CT 06897-0370
203-846-3402  FAX 203-845-0396



# INVOICE

Mark P. Carey
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06490

July 2, 2003
Tax I.D. No. 06-1366246

---

**FOR PROFESSIONAL SERVICES RENDERED:**

In re: **Ursula Milde vs. Greenwich Housing Authority, et al**

| | |
|---|---:|
| Copy of Deposition of Ursula Milde - Vol. IV (June 13, 2003) | $243.00 |
| Condensed Transcript | $30.00 |
| KeyWord Index | n/c |
| ASCII Disk | $10.00 |
| Subtotal | $283.00 |
| Shipping & Handling | $4.95 |
| 6% Sales Tax | $17.28 |
| **TOTAL DUE** | **$305.23** |

Reporter: A. S.

PLEASE RETURN COPY OF INVOICE WITH PAYMENT. THANK YOU.

TERMS: NET 30. INTEREST AT 1.5% PER MONTH THEREAFTER.
*We accept MasterCard & Visa.*

21720%

Paid to Sanders, Gal & Russell Inc

| Date of Bill | Deposition | Amount |
|---|---|---|
| 5/19/03 | Sue McClenachan | 1,235.96 |
| 5/15/03 | Benjamin Little | 708.81 |
| 5/14/03 | Benjamin Little | 987.92 |
| | Total | 2,930.69 |



Check from Ursula A. Milde, #407, dated 6/16/03, pay to the order of Sanders Gale & Russel, Inc., $2930.69, "Two thousand nine hundred thirty 69/100 dollars", Fleet Bank. Invoices #s 12246, 12211, 12224.