**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-824-4157
1-800-824-4541

CAREY & ASSOCIATES, P.C.
71 OLD POST ROAD
SUITE ONE
SOUTHPORT, CT 06490

ATTN: MARK P. CAREY, ESQ.

URSULA MILDE VS. HOUSING AUTHORITY TOWN OF GREENWICH

INVOICE NO.: 12246
INVOICE DATE: 5/19/2003
REPORTER: JACQUELINE McCAULEY

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 5/16/2003 | DEPOSITIONS: SUE MCCLENACHAN | 1.00 | | |
| | ORIG. & 1 COPY @ $3.90 | 270.00 | 3.90 | 1,053.00 |
| | ATTENDANCE | 1.00 | 70.00 | 70.00 |
| | ASCII DISK | 1.00 | 25.00 | 25.00 |
| 5/19/2003 | JURAT PREPARATION | 1.00 | 10.00 | 10.00 |
| | DELIVERY | 1.00 | 8.00 | 8.00 |
| | SALES TAX | 1.00 | 69.96 | 69.96 |

Sub Total    1,235.96
Paid         0.00
Balance Due  1,235.96

PLEASE RETURN ONE COPY WITH REMITTANCE

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

CAREY & ASSOCIATES, P.C.
71 OLD POST ROAD
SUITE ONE
SOUTHPORT, CT 06490

ATTN: MARK P. CAREY, ESQ.

INVOICE NO.     12211
INVOICE DATE:   5/14/2003
REPORTER:
JACQUELINE McCAULEY

ID#: 06-0768608

URSULA MILDE VS. HOUSING AUTHORITY
TOWN OF GREENWICH, ET AL

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 5/09/2003 | DEPOSITIONS: BENJAMIN LITTLE | 1.00 | | |
| | ORIG. & 1 COPY @ $3.90 | 210.00 | 3.90 | 819.00 |
| | ATTENDANCE | 1.00 | 70.00 | 70.00 |
| | ASCII DISK | 1.00 | 25.00 | 25.00 |
| 5/14/2003 | JURAT PREPARATION | 1.00 | 10.00 | 10.00 |
| | DELIVERY | 1.00 | 8.00 | 8.00 |
| | SALES TAX | 1.00 | 55.92 | 55.92 |
| | ASCI DISK GIVEN TO ATTORNEY CAREY ON MAY 9, 2003 BY REPORTER | | | |

Sub Total   987.92
Paid        0.00
Balance Due 987.92

PLEASE RETURN ONE COPY WITH REMITTANCE

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

*Ursula,*
*please pay this*
*directly to*
*Sanders Gale*
*thanks*

CAREY & ASSOCIATES, P.C.
71 OLD POST ROAD
SUITE ONE
SOUTHPORT, CT 06490

ATTN: MARK P. CAREY, ESQ.

INVOICE NO. 15125
INVOICE DATE: 4/12/2004
REPORTER: ELIZABETH ZAWACKI

ID#: 06-0768608

URSULA MILDE VS. HOUSING AUTHORITY OF THE TOWN GREENWICH

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 3/26/2004 | DEPOSITIONS: SUE McCLENACHAN | 1.00 | | |
| | ORIG. & 1 COPY @ $4.00 | 262.00 | 4.00 | 1,048.00 |
| | ATTENDANCE | 1.00 | 75.00 | 75.00 |
| | ASCII DISK | 1.00 | 25.00 | 25.00 |
| 4/12/2004 | JURAT PREPARATION | 1.00 | 15.00 | 15.00 |
| | AIRBORNE | 1.00 | 10.00 | 10.00 |
| | SALES TAX | 1.00 | 70.38 | 70.38 |
| | VOLUME 2---- PAGES 271 - 532 | | | |

Sub Total 1,243.38
Paid 0.00
Balance Due 1,243.38

PLEASE RETURN ONE COPY WITH REMITTANCE

*pd. 4/16/04*
*ck # 1015*



**POST REPORTING SERVICE, INC.**
VERBATIM REPORTING SINCE 1938
2015 DIXWELL AVENUE • HAMDEN, CT 06514

HAMDEN
(203) 281-1901
TOLL FREE IN U.S.A.
1-800-262-4102
FAX
(203) 281-5455

EMPLOYER I.D. NO.
06-1055590

STATEMENT DATE
07/23/01

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

CAREY & ASSOCIATES, P.C.
71 OLD POST ROAD
SUITE ONE
SOUTHPORT, CT 06490

ATTN: MARK P. CAREY, ESQ.

INVOICE NO. 12224
INVOICE DATE: 5/15/2003
REPORTER:
JACQUELINE McCAULEY

ID#: 06-0768608

URSULA MILDE VS. THE HOUSING AUTHORITY
OF THE TOWN OF GREENWICH, ET AL

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 5/13/2003 | DEPOSITIONS: BENJAMIN LITTLE | 1.00 | | |
| | ORIG. & 1 COPY @ $3.90 | 142.00 | 3.90 | 553.80 |
| | ATTENDANCE | 1.00 | 70.00 | 70.00 |
| | ASCII DISK | 1.00 | 25.00 | 25.00 |
| 5/15/2003 | JURAT PREPARATION | 1.00 | 10.00 | 10.00 |
| | DELIVERY | 1.00 | 8.00 | 8.00 |
| | SALES TAX | 1.00 | 40.01 | 40.01 |
| | ASCII DISK GIVEN TO ATTORNEY ON MAY 13, 2003 BY REPORTER. | | | |

| | | |
|---|---|---|
| | Sub Total | 706.81 |
| | Paid | 0.00 |
| | Balance Due | 706.81 |

PLEASE RETURN ONE COPY WITH REMITTANCE