# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| URSULA MILDE, | : | CIVIL CASE No. |
| Plaintiff, | : | 3:00CV2423 (AVC) |
| | : | |
| vs. | : | |
| | : | |
| THE HOUSING AUTHORITY OF THE | : | |
| TOWN OF GREENWICH; | : | |
| THE HOUSING AUTHORITY OF THE | : | SEPTEMBER 28, 2006 |
| TOWN OF GREENWICH BOARD OF | : | |
| COMMISSIONERS; | : | |
| BENJAMIN LITTLE, CEO. | : | |
| Defendant. | : | |

## AFFIDAVIT OF JOSEPH D. GARRISON

My name is Joseph Garrison. I am over the age of eighteen and understand and believe in the obligations of an oath. I hereby depose and say:

1.    I am a practicing attorney in New Haven, Connecticut and a partner in the law firm of Garrison, Levin-Epstein, Chimes & Richardson, P.C.

2.    I graduated from Wesleyan University in 1965 and Cornell Law School in 1968.

3.    I was the founding Chairman of the Connecticut Employment Lawyers Association, and am a past President and former member of the Board of Directors of the National Employment Lawyers Association which has over 3,200 affiliated attorneys nationally. I am a member of the Board of Directors of NELA's 501(c)(3) organization, Workplace Fairness. I have been a speaker at numerous national meetings and seminars, including NELA conventions, and am a frequent lecturer and seminar contributor in Connecticut and other states.

I was appointed a Charter Fellow of the Board of Governors of the College of Labor and

Employment Lawyers, and was President of the College in 2004. I have been named in The Best

Lawyers in America since 1987.

4.    My practice is concentrated in the area of employment law. Our office represents

employees more than 95% of the time. Many of our cases involve statutes in which attorney's

fees are awarded, so that I attempt to remain current with the market for fee award purposes of

attorneys in my office.

5.    I understand that Mark Carey's current billing rate is $350 per hour. Based on my

knowledge of the market and of comparable trial attorneys, this rate is reasonable. If he were a

partner in my office (and he would be a partner based on his experience), we would be billing his

time at somewhere between $350 and $400 per hour. My own billing rate is $500 per hour now,

since 2005. I was recently awarded $450 per hour, which was my rate in 2004, as the

appropriate rate in a class-action settlement.

6.    Most defense counsel, in larger firms in the New Haven area, bill partners' time at

least at $350 per hour for litigation, and many of them have far less trial experience than attorney

Carey.

7.    In my opinion, it is important to enforcement of civil rights legislation that attorneys

who prevail in contested cases before juries receive, at a minimum, their current normal hourly

rate. The usual jury trial involves serious risks, and it is common for jury verdicts to be subject

to post-trial motions and appeals.  Generally, defense counsel will be paid in full even if they

lose.  The successful plaintiff's counsel should also be paid in full when he wins.


Joseph D. Garrison

Subscribed and sworn to before me, this 28th day of September, 2006.


CHERYL A. MATURO
Notary Public
My Commission Expires: 9/30/09

3