# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| URSULA MILDE, | : | CIVIL CASE No. |
| Plaintiff, | : | 3:00CV2423 (AVC) |
| | : | |
| vs. | : | |
| | : | |
| THE HOUSING AUTHORITY OF THE | : | |
| TOWN OF GREENWICH; | : | |
| THE HOUSING AUTHORITY OF THE | : | October 16, 2006 |
| TOWN OF GREENWICH BOARD OF | : | |
| COMMISSIONERS; | : | |
| BENJAMIN LITTLE, CEO. | : | |
| Defendants. | : | |

## AFFIDAVIT OF GARY PHELAN

My name is Gary Phelan. I am over the age of eighteen and understand and believe in the obligations of an oath. I hereby depose and say:

1. I am a practicing attorney in Stamford, Connecticut and a partner in the law firm of Outten & Golden LLP which has an office in Stamford, Connecticut and New York City.

2. I graduated from Siena College in 1982 and Albany Law School in 1987.

3. I am licensed to practice in Connecticut and New York State courts, in the U.S. District Court for Connecticut, in the Southern and Northern Districts of the U.S. District Court of New York and in the Second Circuit Court of Appeals.

4. I am a former President of the Connecticut Employment Lawyers Association. I am presently on the Executive Board of the National Employment Lawyers Association ("NELA"), which has over 3,200 affiliated attorneys nationally. I

have been a speaker at numerous national meetings and seminars and am a frequent lecturer and seminar contributor in Connecticut and other states. I co-authored a legal treatise entitled Disability Discrimination in the Workplace (West Group 1992-2005)

5. My practice is concentrated in the area of employment law. Our office represents only employees. I keep abreast of attorney fee awards both in Connecticut and throughout the country.

6. I have known Mark Carey for approximately ten years and am familiar with his work in the employment law area. I also was a neutral mediator in two cases where he served as the attorney for the plaintiff. Based on my knowledge of his work, I believed he is well-qualified in employment law.

7. I have reviewed the Affidavit submitted by Mark Carey in support of his fee petition in this case. His current billing rate is $350 per hour. Based on my knowledge of the market and of his level of skill and experience, I believe that this rate is reasonable.

8. My present hourly rate is $425 per hour.

9. I joined Outten & Golden LLP as a partner in June, 2004. From 1989-1994, I worked as an associate and from 1994-April, 2001, as a partner at a firm in New Haven. From April 2001-May, 2004 I was partner with a firm in West Hartford. The hourly rates of attorneys in Fairfield County, Connecticut are much higher than the hourly rates in the New Haven and Hartford regions because the cost of living is considerably higher. For example, my billable rate in West Hartford when I left there just over 2 years ago was $325.00 but was immediately increased to $400 when I started

working in Stamford, CT. As an attorney practicing in Southport, Connecticut, Mark Carey's office is located in Fairfield County.

10. Most defense counsel in larger firms in the Fairfield County area bill partners' time at least $400-450 per hour.

_____
Gary Phelan

Subscribed and sworn to before me, this 16th day of October, 2006.

_____
Notary Public

DEBRA VALERIE GRAHAM
NOTARY PUBLIC
State of Connecticut
My Commission Expires
November 30, 2010