# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE,　　　　　　　　　　： | |
| 　　　　Plaintiff,　　　　　　： | |
| v.　　　　　　　　　　　　　　： | CIVIL ACTION NO. 3:00CV2423(AVC) |
| 　　　　　　　　　　　　　　： | |
| THE HOUSING AUTHORITY OF THE　： | |
| TOWN OF GREENWICH; | |
| THE HOUSING AUTHORITY OF THE　： | |
| TOWN OF GREENWICH BOARD OF | |
| COMMISSIONERS; BENJAMIN LITTLE,: | |
| CEO. | |
| 　　　　Defendants.　　： | OCTOBER 6, 2006 |

**AFFIDAVIT OF KATHLEEN ELDERGILL IN SUPPORT OF PLAINTIFF'S APPLICATION/MOTION FOR ATTORNEYS' FEES AND COSTS**

STATE OF CONNECTICUT :
　　　　　　　　　　　： ss. Manchester
COUNTY OF HARTFORD　　：

Kathleen Eldergill, being duly sworn, deposes and states:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am an attorney licensed to practice law in the state of Connecticut. I received my J.D. degree in May 1981 and was admitted to practice before the Bar of the State of Connecticut in November 1981, before the Bar of the United States District Court for the

1

District of Connecticut in December 1981, before the Second Circuit Court of Appeals in May 1983 and before the United States Supreme Court on September 16, 1988.

3. Since September 1981, I have been employed full time at the firm of Beck & Eldergill, P.C. (formerly Beck & Pagano), located in Manchester, Connecticut, first as an associate, then as a partner and later a principal. A significant portion of my time, since I began my employment, has been devoted to litigating employment cases.

4. I am a member of the Connecticut Employment Lawyers Association, the National Employment Lawyers Association, the Connecticut Trial Lawyers Association, the American Trial Lawyers Association and the American College of Trial Lawyers. I am certified in Civil Trial Advocacy by the National Board of Trial Advocacy.

5. I have known Attorney Mark P. Carey for approximately seven years in his capacity as an attorney litigating employment cases, primarily on behalf of plaintiff-employees. We have, throughout this time period, communicated concerning various pending employment matters, both in person and through e-mail messages. Based on these communications and interactions, I can attest that Attorney Carey is a well-qualified practitioner in the field of employment law.

6. I am aware that Attorney Carey has served as a presenter at various professional seminars and meetings on employment law topics and know him to be well-versed in legal issues important to the practice of employment law. Based on my discussions with fellow counsel, my view of Attorney Carey is consistent with the excellent reputation he enjoys in the state of Connecticut among the employment bar.

7. Based on my work in the area of employment law, I am familiar with the rates

charged by other employment lawyers in the state of Connecticut.

8. I have had an opportunity to review the Affidavit submitted by Attorney Mark P. Carey in support of his fee petition in this case. Based on the above facts, my review of Attorney Carey's affidavit and my knowledge of rates generally charged by other attorneys in the field of employment law, it is my view that the requested hourly rate of $350.00 per hour is reasonable for an attorney of Mark Carey's skill and experience.

The foregoing is true and correct and based on my personal knowledge except as otherwise stated herein.

_____
KATHLEEN ELDERGILL    ct00024

Subscribed and sworn to before me this 6th day of October, 2006.

_____
Joan M. Johnson
Notary Public
My Commission Expires: 7/31/2011

F:\KEW\KEAffCarey.wpd

3