# EXHIBIT F

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE, | : |
|         Plaintiff, | |
| | : |
| v. | CIV.NO. 3:00CV2423(AVC) |
| | : |
| THE HOUSING AUTHORITY OF THE | : |
| TOWN OF GREENWICH; | |
| THE HOUSING AUTHORITY OF THE | :     OCTOBER 19, 2006 |
| TOWN OF GREENWICH BOARD OF | |
| COMISSIONERS; BENJAMIN LITTLE, | : |
| CEO. | |
|         Defendants. | : |

TIME & EXPENSE RECORDS OF
ATTORNEY MARK P. CAREY:

ATTORNEY'S FEES CLAIMED

| DATE | DESCRIPTION | RATE | HOUR | AMOUNT |
|---|---|---|---|---|
| 7/25/00 | Meeting with client, draft Charge and Affidavit to EEOC (Age, Gender, Retaliation) | 350.00 | 1.0 | 350 |
| 7/25/00 | Draft completed charge and letter to EEOC and Employer- notice of charge filing | 350.00 | .6 | 210 |
| 8/4/00 | Tel call to client re: case update and date of birth for age claim | 350.00 | .1 | 35 |
| | Tel call to EEOC investigator regarding case | 350.00 | .1 | 35 |
| 8/15/00 | Tel call to client re: case update on EEOC charge filing | 350.00 | .2 | 70 |
| 8/21/00 | Tel call from client re: she received notice of disciplinary action from Little | 350.00 | .2 | 70 |
| | Draft letter to Benjamin Little, CEO HATG, re: plaintiff's response to his disciplinary memo of August 21, 2000 | 350.00 | .5 | 175 |
| 8/22/00 | Tel call from client re: update on case, client provided additional factual information and witness Thomas Crawford will provide affidavit in support of case | 350.00 | .2 | 70 |
| 8/30/00 | Tel call from client re: update discussion about disciplinary memo and rebuttal | 350.00 | .1 | 35 |

| 9/1/00 | Tel call from client re: disciplinary meeting scheduled by defendants | 350.00 | .3 | 105 |
|---|---|---|---|---|
| 9/5/00 | Tel call from client re: confirmed disciplinary meeting scheduled for 11:30 am Sept. 6, 2000 | 350.00 | .1 | 35 |
| 9/6/00 | Attend Disciplinary Hearing at HATG | 350.00 | 2.0 | 700 |
| | Tel call from client re: discussed events in disciplinary hearing | 350.00 | .1 | 35 |
| 9/7/00 | Tel call from client re: termination and intentional invasion of attorney-client privileged communication | 350.00 | .4 | 140 |
| | Tel call to EEOC investigator re: retaliation against client, termination for filing charge | 350.00 | .1 | 35 |
| 9/12/00 | Tel call from client re: unemployment compensation benefits | 350.00 | .2 | 70 |
| 9/14/00 | Reviewed and Analyzed documents provided by client | 350.00 | .3 | 105 |
| 9/18/00 | Tel call from client re: discussed development of case and additional legal claims | 350.00 | .2 | 70 |
| 9/18/00 | Legal Research on statutes to support additional legal claims | 350.00 | .2 | 70 |
| | Tel call from witness Tom Crawford re: his personal knowledge of case | 350.00 | .6 | 210 |
| | Legal Research of case law decisions to develop claims and support claims to be made | 350.00 | .2 | 70 |
| | Legal Research re: incorporate status of Town of Greenwich Housing Authority with Secretary of State of Connecticut | 350.00 | .2 | 70 |
| | Legal Research re: Town of Greenwich public records about HATG, Parsonage Cottage and Town | 350.00 | 4.1 | 1,435 |
| 9/19/00 | Review of public records obtained from Town Hall | 350.00 | 1.3 | 455 |
| | Tel call from client re: discussed case, public records | 350.00 | .2 | 70 |
| 9/20/00 | Tel call from client re: discussed case and development of claims | 350.00 | .2 | 70 |
| | Tel call from client re: discussed case and development of claims, facts and witnesses | 350.00 | .2 | 70 |
| | Tel call to EEOC re: complainant's rebuttal due this date | 350.00 | .1 | 35 |
| | Draft EEOC rebuttal to HATG position statement | 350.00 | .2 | 70 |
| | Prepared documents for EEOC rebuttal | 350.00 | .4 | 140 |

| | | | | |
|---|---|---|---|---|
| 9/26/00 | Tel call from client re: discussed case update, EEOC rebuttal | 350.00 | .5 | 175 |
| 9/27/00 | Continued drafting EEOC rebuttal memo | 350.00 | .5 | 175 |
| 10/4/00 | Draft Timeline of factual events in case | 350.00 | 2.40 | 840 |
| 10/6/00 | Completed EEOC Rebuttal | 350.00 | .8 | 280 |
| | Tel call to client re: review EEOC Rebuttal | 350.00 | 1.0 | 350 |
| 10/10/00 | Draft CHRO charge complaint, using EEOC claim and rebuttal, and exhibits | 350.00 | .7 | 245 |
| | Draft letter to client re: CHRO sworn affidavit | 350.00 | .1 | 35 |
| 10/18/00 | Received EEOC Notice Right to Sue, researched retaliation provisions based on EEOC letter determination | 350.00 | .3 | 105 |
| 10/23/00 | Tel call to client re: discussion case strategy | 350.00 | .8 | 280 |
| 11/1/00 | Tel call from client re: update on case and personnel file in receipt, reviewed with client | 350.00 | .5 | 175 |
| 11/3/00 | Review/analyzed minutes from disciplinary meeting Sept 6, 2000, deliberate changes made to minutes | 350.00 | .2 | 70 |
| 11/6/00 | Draft letter to CHRO re: complaint filed | 350.00 | .4 | 140 |
| | Draft/revise discovery plan in preparation of filing case, and performed legal research on Section 1983 retaliation claims | 350.00 | 1.3 | 455 |
| | Legal Research re: Section 1983 claim | 350.00 | 2.6 | 910 |
| 11/7/00 | Legal Research re: Title VII claims | 350.00 | 1.3 | 455 |
| | Draft letter to client re: discovery plan, counts to complaint | 350.00 | .1 | 35 |
| 11/8/00 | Tel call from client re: case discovery plan and her comments, gathered additional factual information and supporting witness identification | 350.00 | .9 | 315 |
| 11/27/00 | Tel call form client re: update on case, unemployment comp appeal rescheduling, filing of federal suit, information from witness Crawford | 350.00 | .6 | 210 |
| 12/4/00 | Draft Complaint, inclusive of research of case law | 350.00 | 5.6 | 1,960 |
| 12/5/00 | Draft Complaint, inclusive of research of case law | 350.00 | .7 | 245 |
| 12/12/00 | Tel call from client re: update on complaint and unemployment compensation case | 350.00 | .3 | 105 |
| | Legal Research of defendants corporate records with the Secretary of State, at Hartford | 350.00 | 3.5 | 1,225 |
| 12/18/00 | Draft Complaint | 350.00 | 5.2 | 1,820 |
| | Meeting with client re: discussed and | 350.00 | 1.6 | 560 |

| | reviewed draft complaint | | | |
|---|---|---|---|---|
| | Draft/revise complaint based on discussion with client | 350.00 | 1.0 | 350 |
| 12/19/00 | Tel call from client re: update on filing suit on Dec 20, 2000 | 350.00 | .2 | 70 |
| | Draft final edits to Complaint | 350.00 | 2.6 | 910 |
| 12/20/00 | COMPLAINT FILED | 350.00 | .1 | 35 |
| 12/21/00 | Draft letter to client re: copy of complaint filed | 350.00 | .1 | 35 |
| 1/11/01 | Tel call to Atty Pittocco HATG re: Rule 4 Waiver and questioned who he represents | 350.00 | .2 | 70 |
| | Draft letter to Atty Pitocco HATG re: questioned which defendant he represents | 350.00 | .2 | 70 |
| 1/17/01 | Tel call from client re: discussed update on case in preparation for unemployment hearing | 350.00 | .2 | 70 |
| 1/30/01 | Prepare for Unemployment Hearing | 350.00 | 1.0 | 350 |
| | Attend Unemployment Hearing | 350.00 | 2.7 | 945 |
| 2/5/01 | Draft discovery plan re: draft first set of interrogatories, first request for production and first set of admissions for HATG | 350.00 | 5.0 | 1,750 |
| 3/7/01 | Tel call from client re: discussed unemployment hearing and witness Russ Kemp, finance director | 350.00 | .2 | 70 |
| 3/14/01 | Draft Amended Complaint (Rule 15a) made revisions to original complaint, based information gathered from unemployment hearing, performed follow up research on Section 1983 retaliation claim and modified complaint based thereon, filed amended complaint with court, draft letter to clerk for return of conformed complaint | 350.00 | 8.6 | 3,010 |
| 3/16/01 | Tel call from client re: discussed amended complaint and the legal theories claims based on | 350.00 | .3 | 105 |
| | Obtained Verified Summons from clerk of court | 350.00 | 1.5 | 525 |
| | Tel call from client re: discussed May 23, 2000 Greenwich Times new article and its relation to Section 1983 claim | 350.00 | .8 | 280 |
| 3/20/01 | Tel call with client re: discussed documents sent to her by office via facsimile and prepared for unemployment hearing | 350.00 | .1 | 35 |
| | Tel call from process server re: effecting service on defendants | 350.00 | .2 | 70 |
| 3/23/01 | Tel call from process server re: effecting | 350.00 | .1 | 35 |

| | service on defendants | | | |
|---|---|---|---|---|
| 4/2/01 | Tel call from client re: update on similar employment action against witness Russ Kemp | 350.00 | .2 | 70 |
| 4/3/01 | Tel call to Clerk of Court Ann Montgomery re: amended complaint docketed with new defendant Town of Greenwich, confirmed time frame for service of summons | 350.00 | .2 | 70 |
| | Tel call from process server, process completed | 350.00 | .2 | 70 |
| | Tel call to client re: service on defendants completed | 350.00 | .2 | 70 |
| 4/5/01 | Review/analyzed Defendant Town of Greenwich Motion to Drop party for lack of proper joinder, i.e. motion dismiss | 350.00 | .2 | 70 |
| | Legal Research re: misjoinder of Defendant Town of Greenwich | 350.00 | 6.0 | 2,100 |
| | Letter to Clerk of Court re: return of completed summons on each defendant | 350.00 | .4 | 140 |
| 4/6/01 | Tel call from client re: discussed update on case, current filings, and discussed strategy going forward | 350.00 | .5 | 175 |
| 4/16/01 | Tel call from client re: preparation for unemployment hearing next day | 350.00 | .9 | 315 |
| 4/17/01 | Plan and prepare for unemployment hearing | 350.00 | .3 | 105 |
| | Attend Unemployment Hearing | 350.00 | 3.1 | 1,085 |
| | Tel call from client re: review of unemployment hearing | 350.00 | 1.3 | 455 |
| | Tel call from atty Mary Emory (JL) re: discussed case at length and she attempted to get information helpful to her in cross examination of plaintiff, was unsuccessful | 350.00 | 1.0 | 350 |
| | Tel call to client re: discussed conversation with Atty Emory | 350.00 | .7 | 245 |
| 4/18/01 | Tel call from client re: further review of case, direction, and strategy based on unemployment benefits hearing | 350.00 | .3 | 105 |
| 5/8/01 | Tel call from Paul Gaynor at CHRO re: release to sue on state discrimination claim, 210 days ends on June 6th, 2001 | 350.00 | .2 | 70 |
| | Tel call from client re: CHRO issue and release to sue | 350.00 | .1 | 35 |
| 5/14/01 | Tel call from Paul Gaynor, investigator at CHRO re: Defendant's May 11, 2001 request to suspend CHRO investigation | 350.00 | .2 | 70 |
| 5/17/01 | Tel call from client re: discussed case and | 350.00 | .2 | 70 |