|  |  | CHRO |  |  |  |
|---|---|---|---|---|---|
|  | 5/25/01 | Tel call to client re: update on case and defendant's motion to dismiss | 350.00 | .5 | 175 |
|  | 5/31/01 | Draft/revise letter to CHRO requesting Release to Sue on behalf of client | 350.00 | .1 | 35 |
|  | 6/04/01 | Review/analyze Defendant's Motion to Strike and Dismiss the relevant portions of the complaint | 350.00 | .5 | 175 |
|  |  | Draft/revise letter to CHRO requesting a release to sue | 350.00 | .5 | 175 |
|  |  | Managed case file for factual information to support of Plaintiff's memo in opposition to Defendant's motion to dismiss and strike | 350.00 | .5 | 175 |
|  |  | Draft/revise motion requesting extention of time to file memo in opp. to defendant's motion dismiss and strike | 350.00 | .5 | 175 |
|  |  | Tel call to Frank Alvarez re: request for extension of time, left detailed message | 350.00 | .2 | 70 |
|  |  | Tel call to Jeff Vona re: request for extension of time and subpoena sent out to confirm client's attendance at unemployment hearing | 350.00 | .2 | 70 |
|  |  | Tel call with Attorney Alvarez re: consent to motion extend time for filing opposition papers to defendant's motion to dismiss and discussed parties planning meeting report | 350.00 | .2 | 70 |
|  |  | Tel call from client re: update on case and unemployment hearing | 350.00 | .3 | 105 |
|  | 6/6/01 | Tel call from client re: preparation for hearing next day | 350.00 | .2 | 70 |
|  |  | Review transcript of unemployment hearing in preparation for continuation of hearing on June 7, 2001 | 350.00 | 5.9 | 2,065 |
|  |  | Tel call to client re: reschedule telephone meeting for this evening | 350.00 | .2 | 70 |
|  | 6/7/01 | Preparation for hearing on this date re: unemployment appeals, travel to and fro, attended hearing | 350.00 | 4.8 | 1,680 |
|  |  | Tel call from client re: reviewed testimony during today's unemployment hearing, reviewed strategy in case and development of additional claim of religious discrimination (Little admitted he was a scientologist) | 350.00 | .8 | 280 |
|  | 6/11/01 | Tel call to client re: discussion about unemployment appeals hearing and | 350.00 | .2 | 70 |

6

| | | | | |
|---|---|---|---|---|
| | documents connected to it. Also discussed affidavit of Tom Crawford in support of case | | | |
| | Tel call to court reporter to set up transcription service of unemployment appeals tape | 350.00 | .2 | 70 |
| | Draft/revise letter to Thomas Crawford | 350.00 | .5 | 175 |
| | Draft/revise letter to Post Reporting Services Inc. – transcript of unemployment appeals hearing | 350.00 | .5 | 175 |
| 6/13/01 | Draft/revise letter to CT Unemployment Appeals Div. Re: transcript tapes from June 7, 2001 meeting | 350.00 | .2 | 70 |
| 6/14/01 | Draft/revise to Attorney Alvarez re: Parties Planning Report | 350.00 | 1.3 | 455 |
| 6/17/01 | Draft/revise letter to client re: CHRO release to sue | 350.00 | .3 | 105 |
| 6/25/01 | Tel call from client re: update on case | 350.00 | .2 | 70 |
| 6/26/01 | Draft/revise memo in opposition to defendant's motion to dismiss | 350.00 | 5.0 | 1,750 |
| 6/28/01 | Draft/revise memo in opposition to defendant's motion to dismiss | 350.00 | 4.2 | 1,470 |
| 6/29/01 | Draft/revise letter to client re: transcripts and bill | 350.00 | .2 | 70 |
| | Draft/revise memo in opposition to defendant's motion to dismiss | 350.00 | 6.4 | 2,240 |
| 7/2/01 | Tel call from client re: discussed case regarding unemployment hearing | 350.00 | .2 | 70 |
| 7/3/01 | Draft/revise letter to witness Thomas Crawford re: request to review transcripts of unemployment appeals hearing for his comments | 350.00 | .2 | 70 |
| | Draft/revise memo in opposition to defendant's motion to dismiss | 350.00 | 7.6 | 2,660 |
| 7/5/01 | Draft/revise Plaintiff's first request to admit continued | 350.00 | 5.7 | 1,995 |
| 7/6/01 | Tel call from client re: discussion in preparation for hearing on July 10, 2001 – unemployment appeals | 350.00 | .6 | 210 |
| | Draft/revise plaintiff's first request to admit | 350.00 | 6.5 | 2,275 |
| | *Draft/revise plaintiff's EEOC charge and affidavit alleging Title VII religious discrimination (time: 1 hour)* | 350.00 | 0 | 0 |
| 7/9/01 | Plan & Prepare for fourth day of unemployment hearing, attend hearing | 350.00 | 5.1 | 1,785 |
| | *Draft/revise continued drafting of ECOC affidavit in support of Title VII religious* | 350.00 | 0 | 0 |

7

| | | | | |
|---|---|---|---|---|
| | *discrimination charge (time: 2.1 hours)* | | | |
| | Draft/revise continued drafting plaintiff first request to admit | 350.00 | 4.2 | 1,470 |
| | Draft/revise letter to client: telephone conversation with witness Thomas Crawford | 350.00 | 1.1 | 385 |
| 7/11/01 | Tel call with client re: update on case and discussed client's testimony during unemployment hearing and discussed strategy of case going forward | 350.00 | 1.3 | 455 |
| | Draft/revise letter to client re: forecasting expenses in case | 350.00 | 1.1 | 385 |
| 7/12/01 | Draft/revise letter to unemployment appeals re: request for tapes from July 10, 2001 hearing | 350.00 | .3 | 105 |
| | Tel call with Thomas Crawford re: request for his affidavit | 350.00 | .7 | 245 |
| | Tel call to client re: inform client of Crawford affidavit | 350.00 | .4 | 140 |
| | Draft/revise Plaintiff's first request to admit | 350.00 | 2.5 | 875 |
| | *Research on Scientology for case and EEOC charge support (time: .4 hours)* | 350.00 | 0 | 0 |
| 7/13/01 | Draft/revise third amended complaint, removing cause of action for breach of covenant good faith and adding CHRO (FEPA) claim to complaint | 350.00 | .9 | 315 |
| | Parties planning meeting between Atty Maze for Town of Greenwich, Atty Alvarez for Housing Authority and Atty Carey for the plaintiff | 350.00 | .8 | 280 |
| | Tel call with Atty Alvarez re: he attempted to begin settlement negotiations, but no offer was made by either party | 350.00 | .3 | 105 |
| | Draft/revise motion to withdraw count six breach of covenant claim and motion to amend complaint adding FEPA claim | 350.00 | .6 | 210 |
| | *Draft/revise letter to client re: sign before Notary the EEOC form (time: .2)* | 350.00 | 0 | 0 |
| | Discussion with client regarding discovery plan and what documents will be required to support claims made in case | 350.00 | .3 | 105 |
| | Draft/revise plaintiff's first request to admit | 350.00 | 5.0 | 1,750 |
| 7/17/01 | Tel call from client re: discussion of chronology and settlement conference by Atty Alvarez | 350.00 | .5 | 175 |
| | Draft/revise letter to Post Reporting Service for transcription of July 10, 2001 | 350.00 | .3 | 105 |

8

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 7/18/01 | Draft/revise plaintiff's first request to admit | 350.00 | .7 | 245 |
| 7/19/01 | Review/analyze plaintiff's first request to admit | 350.00 | .5 | 175 |
|  | Review/analyze and edited plaintiff's first request to admit | 350.00 | 2.5 | 875 |
| 7/20/01 | Draft/revise discovery request preparation, reviewed all documents in case and transcripts from unemployment hearing | 350.00 | 1.1 | 385 |
|  | Draft/revise discovery request preparation: prepared list of documents in file and documents requested from defendant | 350.00 | 1.0 | 350 |
|  | Draft/revise continued discovery preparation for documents and requests to defendant | 350.00 | 3.1 | 1,085 |
| 7/23/01 | Draft/revise amendment to request to admit, making changes | 350.00 | 1.0 | 350 |
|  | Tel discussion with client re: request for admission, amendments | 350.00 | .5 | 175 |
|  | Draft/revise discovery request to defendant, reviewed all documents in file, reviewed transcripts from unemployment hearing for document discovery | 350.00 | 4.9 | 1,715 |
| 7/24/01 | Draft/revise to witness Thomas Crawford re: transcript of July 10, 2001 hearing in client's unemployment case | 350.00 | .2 | 70 |
|  | Draft/revise letter to Clerk of Court re: filing of parties planning report | 350.00 | .4 | 140 |
|  | Tel conversation with client re: changes to first request to admit | 350.00 | .5 | 175 |
|  | Draft/revise Plaintiff's first request for interrogatories and requests for production of documents (continuation of work performed on February 5, 2001) to defendant Housing Authority Town of Greenwich but not to Town of Greenwich (will serve separate request) | 350.00 | 3.4 | 1,190 |
|  | Draft/revise discovery request: reviewed all documents, reviewed transcripts from unemployment hearing for discovery | 350.00 | 6.7 | 2,345 |
| 7/25/01 | Draft/revise discovery request: reviewed all documents, reviewed transcript from unemployment appeals hearing for discovery | 350.00 | 5.5 | 1,925 |
| 7/31/01 | Draft/revise Plaintiff's First Request for Production documents | 350.00 | .6 | 210 |
|  | Tel call from client re: discovery issues | 350.00 | .3 | 105 |
|  | Draft/revise Plaintiff's First Request for Production | 350.00 | 4.4 | 1,540 |

9

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 8/2/01 | Draft/revise Plaintiff's First Request for Production documents | 350.00 | 2.0 | 700 |
|  | Draft/revise Plaintiff's First Request for Production | 350.00 | 5.3 | 1,855 |
| 8/3/01 | Tel discussion with client re: discussion of her factual chronology and strategy/case development | 350.00 | 1.0 | 350 |
|  | Tel call to Atty Eisenberg re: discussed Plaintiff's second amended complaint and pending motion to dismiss | 350.00 | .2 | 70 |
|  | Draft/revise completed charges to First Amended Request for Admission | 350.00 | 1.1 | 385 |
| 8/6/01 | Tel call from Atty Valerie Maze re: requesting extension of time to file an answer | 350.00 | .2 | 70 |
| 8/7/01 | Draft/revise Plaintiff's First Request Production (including review of transcripts and all information contained in file) | 350.00 | 6.5 | 2,275 |
| 8/8/01 | Tel call from client re: discussion of chronology and how to treat "attachments to rebuttal" | 350.00 | .2 | 70 |
| 8/9/01 | Tel call from client re: update and discussion about her continued developed chronology: discussed witness Crawford's proposed affidavit | 350.00 | .5 | 175 |
|  | Tel call from Thomas Crawford, witness is sending in his affidavit | 350.00 | .7 | 245 |
|  | Tel call from client re: discussion of unemployment hearing is re-scheduled to August 21, 2001 and discussed case | 350.00 | .2 | 70 |
|  | Draft/revise Plaintiff's First Request Production (including review of all transcripts and documents in file) | 350.00 | 7.5 | 2,625 |
| 8/14/01 | Tel call from client re: discussed case and unemployment appeals hearing | 350.00 | .4 | 140 |
|  | Meeting with client in office re: discussed case and chronology of facts | 350.00 | .5 | 175 |
| 8/17/01 | Tel call from client re: witness Thomas Crawford wants to give testimony transcripts to former board of commissioners | 350.00 | .3 | 105 |
|  | Tel call to witness Thomas Crawford re: manuscripts and information to be given to former board of commissioners, left detailed message | 350.00 | .1 | 35 |
| 8/20/01 | Plan and Prepare for unemployment hearing, final day and held discussion with client on | 350.00 | 1.1 | 385 |

10