| | | | | |
|---|---|---|---|---|
| | the telephone in preparation for hearing | | | |
| | Draft/revise letter to defendants re: service of Plaintiff's Second Amended Complaint | 350.00 | .2 | 70 |
| | Draft/revise Revised Plaintiff's Second Amended Complaint to confirm pleading to exhibits, refiled with clerk of court and served upon defendants, including motion requesting permission to file revised second amended complaint | 350.00 | 1.1 | 385 |
| 8/21/01 | Plan & Prepare for final day of unemployment hearing | 350.00 | 1.5 | 525 |
| | *Draft/revise letter to EEOC re: document in support of religious discrimination charge, affidavit of witness Thomas Crawford (time: .2 hours)* | 350.00 | 0 | 0 |
| | Attend final day of unemployment hearing in Bridgeport | 350.00 | 3.1 | 1,085 |
| | Tel call from client re: follow up to final day of hearing | 350.00 | .9 | 315 |
| | Draft/revise Plaintiff's Initial Disclosures to defendant | 350.00 | 7.2 | 2,520 |
| 8/23/01 | Draft/revise Plaintiff's Initial Disclosures | 350.00 | 3.7 | 1,295 |
| 8/24/01 | Draft/revise Plaintiff's Initial Disclosures | 350.00 | 4.2 | 1,470 |
| 8/27/01 | Tel call from witness Thomas Crawford re: follow up to hearing results | 350.00 | .2 | 70 |
| | *Tel call from client re: completion of CHRO complaint on religious discrimination claim (time: .2 hours)* | 350.00 | 0 | 0 |
| 8/28/01 | Tel call from Atty Valerie Maze, for defendant Town of Greenwich, re: discussion of revisions contained in revised second amended complaint, no substantive changes, plaintiff stipulated that defendant did not have to re-plead answer | 350.00 | .2 | 70 |
| | Draft/revise initial disclosures to defendant | 350.00 | 3.9 | 1,365 |
| 8/30/01 | Draft/revise final edits to Plaintiff's First Set Interrogatories and Request for Production | 350.00 | 3.2 | 1,120 |
| | Draft/revise initial disclosures to defendant | 350.00 | 3.0 | 1,050 |
| 8/31/01 | Tel call from client re: update on case and unemployment appeal | 350.00 | .4 | 140 |
| | Draft/revise initial disclosures to defendant | 350.00 | 7.0 | 2,450 |
| 9/4/01 | Draft/revise reviewed final edits to initial disclosures, marked various documents confidential pursuant to anticipated stipulated protective order | 350.00 | 1.0 | 350 |
| | Tel call to Atty Eisenberg re: request for | 350.00 | .2 | 70 |

11

| Date | Description | Rate | Hours | Total |
|---|---|---|---|---|
| | stipulated protective order protecting confidential information, he will send | | | |
| | Draft/revise initial disclosures to defendant | 350.00 | 1.0 | 350 |
| 9/11/01 | Draft/revise Request for Production to Town of Greenwich | 350.00 | 2.2 | 770 |
| 9/14/01 | Tel call from client re: unemployment appeals decision in favor of client | 350.00 | .4 | 140 |
| 9/18/01 | Tel discussion with client re: case development, unemployment decision and impact, and settlement discussion | 350.00 | .7 | 245 |
| | Tel call to Atty Maze re: signed stip to prot. | 350.00 | .2 | 70 |
| | Tel call to Atty Eisenberg re: stip protective order | 350.00 | .2 | 70 |
| 9/19/01 | Draft/revise completed initial disclosures, removed confidential information because defendant Town of Greenwich refuses to enter into a protective order | 350.00 | 1.0 | 350 |
| | Telephone call to Atty Eisenberg re: discussion of case, failure of Town of Greenwich to sign stip prot., request for admissions outstanding and defendant informed that a protective order motion is being sent out this week, plus informed defendant of request for settlement conference with magistrate | 350.00 | .4 | 140 |
| 9/20/01 | Tel discussion with client re: case discussion and discovery | 350.00 | .2 | 70 |
| 9/21/01 | Draft/revise motion requesting a referral to Magistrate judge for purposes of conducting a settlement conference | 350.00 | .3 | 105 |
| | Tel call from client re: delay motion for settlement conference | 350.00 | .2 | 70 |
| | Draft/revise memo in opposition to defendant's motion for Protective Order | 350.00 | 1.3 | 455 |
| 9/25/01 | Tel call from client re: settlement discussion and case update | 350.00 | .5 | 175 |
| | Draft/revise plaintiff's memo in opposition to defendant's Motion for Protective Order | 350.00 | 2.7 | 945 |
| 9/27/01 | Draft/revise plaintiff's memo in opposition to defendant's Motion for Protective Order | 350.00 | 1.9 | 665 |
| 9/28/01 | Draft/revise plaintiff's memo in opposition to defendant's Motion for Protective Order | 350.00 | 3.1 | 1,085 |
| 10/02/01 | Draft/revise plaintiff's memo in opposition to defendant's Motion for Protective Order | 350.00 | 6.4 | 2,240 |
| 10/4/01 | Draft/revise plaintiff's memo in opposition to defendant's Motion for Protective Order | 350.00 | 4.6 | 1,610 |

|  | Draft/revise Amendment to Second Request to admit | 350.00 | 1.3 | 455 |
|---|---|---|---|---|
| 10/11/01 | Draft/revise plaintiff's memo in opposition to defendant's Motion for Protective Order | 350.00 | .6 | 210 |
|  | Tel call from client re: discussed unemployment appeal motion denial | 350.00 | .2 | 70 |
| 10/12/01 | Draft/revise plaintiff's memo in opposition to defendant's Motion for Protective Order | 350.00 | 6.2 | 2,170 |
| 10/16/01 | Draft/revise plaintiff's response to defendant's request for production | 350.00 | .9 | 315 |
| 10/18/01 | Tel call from client re: discussed her responses to defendant's request for production and interrogatories | 350.00 | .3 | 105 |
|  | Draft/revise plaintiff's response to request for production | 350.00 | 4.9 | 1,715 |
| 10/19/01 | Draft/revise researched and drafted motion to compel against defendant Housing Authority et. al. | 350.00 | 2.5 | 875 |
| 10/23/01 | Draft/revise researched and drafted motion to compel against Housing Authority | 350.00 | 1.6 | 560 |
|  | Draft/revise letter to post reporting for transcripts | 350.00 | .5 | 175 |
| 10/25/01 | Tel call to client re: discussed discovery responses and meeting next week | 350.00 | .2 | 70 |
|  | Draft/revise researched and drafted motion against defendant Housing Authority | 350.00 | 4.1 | 1,435 |
| 10/26/01 | Draft/revise plaintiff's response to Housing Authority's first set of interrogatories | 350.00 | 8.1 | 2835 |
| 10/30/01 | Draft/revise plaintiff's response to Housing Authority's first set of interrogatories | 350.00 | 6.2 | 2,170 |
| 10/31/01 | Draft/revise Damages Analysis | 350.00 | 1.0 | 350 |
|  | Draft/revise plaintiff's response to Housing Authority's first set of interrogatories | 350.00 | 6.6 | 2,310 |
| 11/1/01 | Draft/revise plaintiff's response to Housing Authority's first set of interrogatories | 350.00 | 6.1 | 2,135 |
| 11/2/01 | Draft/revise plaintiff's response to defendant's interrogatories | 350.00 | 2.1 | 735 |
|  | *Research new decision in Third Circuit re: hostile work environment religious discrimination (time: .7 hours)* | 350.00 | 0 | 0 |
|  | *Research of relation back of new EEOC charge to original perfected charge of discrimination, new charge based on religious discrimination (time: .7 hours)* | 350.00 | 0 | 0 |
|  | Meeting with client in office re: defendant's discovery requests | 350.00 | .8 | 280 |

13

|  | Tel call from client re: damages information received | 350.00 | .2 | 70 |
|---|---|---|---|---|
| 11/5/01 | Draft/revise letter to Atty Eisenberg | 350.00 | .3 | 105 |
|  | Draft/revise researched and drafted plaintiff's motion to compel against Housing Authority | 350.00 | 1.4 | 490 |
| 11/6/01 | Draft/revise finished damages | 350.00 | 5.0 | 1,750 |
|  | Draft/revise completed Plaintiff's Response to Defendant's Request for Production of Documents | 350.00 | 2.5 | 875 |
| 11/7/01 | Draft/revise Plaintiff's First Set of Interrogatories and Request for Production to Defendant Town of Greenwich | 350.00 | .1 | 35 |
|  | Draft/revise researched and draft Plaintiff's motion compel against Housing Authority | 350.00 | 4.2 | 1,470 |
| 11/8/01 | Draft/revise researched and draft Plaintiff's motion compel against Housing Authority | 350.00 | 2.5 | 875 |
| 11/9/01 | Tel call from client re: update on case and discovery items | 350.00 | .4 | 140 |
| 11/13/01 | Draft/revise researched and drafted Plaintiff's motion compel against Housing Authority | 350.00 | 6.7 | 2,345 |
| 11/16/01 | Tel call from client re: settlement demand and discussed case | 350.00 | .6 | 210 |
| 11/20/01 | Tel call to chamber Magistrate Judge Smith's clerk Mark re: settlement conference memo and date confirmed | 350.00 | .2 | 70 |
|  | Draft/revise letter to Atty Alvarez re: settlement conference and demand for settlement | 350.00 | .3 | 105 |
|  | Draft/revise final edits to Plaintiff's first set of interrogatories and request for production on the defendant Town of Greenwich | 350.00 | 2.2 | 770 |
| 11/21/01 | Draft/revise Exparte Settlement Memo to Magistrate Smith | 350.00 | 2.4 | 840 |
| 11/26/01 | Attend settlement conference before Magistrate Smith | 350.00 | 3.9 | 1,365 |
| 11/27/01 | Research into case provided by Atty Maze re: no agency relationship between the two parties | 350.00 | .3 | 105 |
| 11/30/01 | Tel call to Atty Alvarez re: returned phone call – left message | 350.00 | .1 | 35 |
|  | Draft/revise letter to client re: posting transcript cost and settlement conference | 350.00 | .3 | 105 |
| 12/6/01 | Tel call from client re: update on case | 350.00 | .2 | 70 |
| 12/18/01 | Tel call to Atty Maze re: request for | 350.00 | .1 | 35 |