|  | extension of time on defendant's request for admission: 30 day extension |  |  |  |
|---|---|---|---|---|
|  | Draft/revise Plaintiff's first request for extension of time to respond to Defendant's Town of Greenwich request for admission | 350.00 | .2 | 70 |
| 12/19/01 | Tel call with Atty Maze re: Plaintiff's request for extension of 30 days to respond to defendant's request for admission, was consented to and motion filed with Court | 350.00 | .2 | 70 |
| 1/18/02 | Tel call to client re: status of case and plaintiff's motion to compel discovery | 350.00 | .3 | 105 |
| 1/28/02 | Tel call from Atty Alvarez re: possible renewed settlement discussions, defendant will provide a demand in settlement, above nuisance value; Plaintiff also requested an extension of time until February 13, 2002 to file a revised complaint, consent was given | 350.00 | .5 | 175 |
| 1/30/02 | Draft/revise motion requesting additional time to respond to Town of Greenwich's request for admissions, to February 28, 2002 | 350.00 | .4 | 140 |
|  | Draft/revise Motion for Extension of Time to comply with Court's order (Doc. 14) to revise the amended complaint | 350.00 | .2 | 70 |
|  | Draft/revise letter to client re: receipt of two orders from the Court (1) defendant's motion to strike (2) protective order on Plaintiff's request for admissions | 350.00 | .5 | 175 |
| 2/4/02 | Tel call from client re: she received Court's recent decisions affecting her requests to admit and claim for negligent infliction of emotional distress. Set up meeting for Friday at 10 am | 350.00 | .2 | 70 |
| 2/8/02 | Meeting with client in office re: discuss Town of Greenwich's request for admission | 350.00 | 1.3 | 455 |
| 2/10/06 | Draft/revise federal complaint pursuant to court order | 350.00 | 4.3 | 1,505 |
| 2/11/02 | Tel call to client re: confirmation of facts about her making public comment, for purposes of the third amended complaint | 350.00 | .2 | 70 |
|  | Tel call to client re: confirming additional information for third amended complaint | 350.00 | .2 | 70 |
|  | Tel call to client re: her response to changes contained in third amended complaint | 350.00 | .3 | 105 |
| 2/12/02 | Review/analyze Third Amended Complaint for edits, then filed with the Court via overnight delivery | 350.00 | .9 | 315 |

15

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 2/13/02 | Draft/revise letter to Atty Alvarez re: response to February 7, 2002 letter | 350.00 | .3 | 105 |
| | Draft/revise letter to Atty Alvarez re: response to January 28, 2002 telephone call about settlement negotiations | 350.00 | .6 | 210 |
| | Draft/revise letter to Atty Alvarez re: response to December 21, 2001 discovery letter | 350.00 | 2.0 | 700 |
| | Draft/revise Plaintiff's Rule 9 letter to defendant Housing Authority | 350.00 | .3 | 105 |
| 2/28/02 | Draft/revise drafted response to Request to Admit | 350.00 | 2.3 | 805 |
| | Draft/revise Plaintiff's response to defendant Town of Greenwich's Request to Admit | 350.00 | 1.7 | 595 |
| 3/01/02 | Tel discussion with Atty Eisenberg re: defendant's request for 14 day extension of time to respond to amended complaint, with consent: rescheduled discovery meeting for 3:30 today | 350.00 | .1 | 35 |
| 3/11/02 | Spoke with Ruth at Post Reporting Service. She is going to look through Milde's file and call 'em back with the total amount spent | 350.00 | .1 | 35 |
| 3/12/02 | Tel call from client re: discussion about future of case and possibility of settlement and attorney will make demand for amount to be negotiated | 350.00 | .7 | 245 |
| 3/15/02 | Meeting with client to discuss issues of settlement, moving forward into further litigation beyond Summary Judgment. | 350.00 | 2.1 | 735 |
| | Meeting with Client re discussion case and settlement | 350.00 | 2.0 | 700 |
| 3/21/02 | Tel call to client re: decision on settlement vs. going forward, use of mediator | 350.00 | .1 | 35 |
| | Review/analyze defendant's motion to strike/dismiss dated 3/20/02 and compare allegations of motion with contents of complaint | 350.00 | 1.4 | 490 |
| | Research liability of individual municipal employees under Connecticut's Fair Employment Practices Act | 350.00 | .9 | 315 |
| 3/26/02 | Review/analyze second and third amended complaints to determine amendments made to third amended complaint following court order on motion to dismiss | 350.00 | 1.0 | 350 |
| | Tel call from client re: receipt of fax | 350.00 | .1 | 35 |
| | Research recent U.S. Supreme Court rulings | 350.00 | .4 | 140 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| | pleading requirements in employment discrimination cases to determine effect on defendant's motion to strike complaint | | | |
| 3/27/02 | Tel call from client re: further discussion about case and success of getting to trial, discussed issue of sending request for mediation to defendant and notices of disposition in case | 350.00 | .5 | 175 |
| | Draft/revise fourth amended complaint following defendant's motion to dismiss | 350.00 | 3.6 | 1,260 |
| 3/28/02 | Tel call to client re: relayed offer of settlement of 40k to client, will send document | 350.00 | .2 | 70 |
| | Review/analyze defendant's letter re: settlement | 350.00 | .1 | 35 |
| | Review/analyze damages analysis in preparation for rebutting legal/factual assertions in defendant's settlement demand letter | 350.00 | .4 | 140 |
| | Research legal assertions in defendant's settlement correspondence (comp. Time issue and mitigation of front pay) | 350.00 | 2.1 | 735 |
| | Research legal issues raised in defendant's settlement offer (right to attorney's fees and deductions therefrom) | 350.00 | 1.5 | 525 |
| | Draft/revise letter to defendant rebutting legal assertions contained in its offer letter and setting forth new demand to settle | 350.00 | 1.7 | 595 |
| 3/29/02 | Tel discussion with client re: she received the settlement offer and was discussed at length | 350.00 | .2 | 70 |
| | Draft/revise letter to Atty Alvarez re: request for Mediation Consultants New Haven and sent form application | 350.00 | .3 | 105 |
| 4/2/02 | Research cases regarding retaliation and first amend rights for damages to determine how successful Milde will be | 350.00 | 6.7 | 2,345 |
| 4/3/02 | Research 1st amend & retaliation and damages | 350.00 | 9.0 | 3,150 |
| 4/4/02 | Draft/revise discovery and summary plan, SJM standard, briefed Perez case, briefed cases pertaining to Section 1983 issues and did further research | 350.00 | 3.0 | 1,050 |
| 4/5/02 | Research transcripts: draft/added Milde facts to SJ motion and discovery plan | 350.00 | .7 | 245 |
| 4/6/02 | Draft/revise discovery plan and memo in | 350.00 | .6 | 210 |

17

| | | | | |
|---|---|---|---|---|
| | opposition to defendants future motion for summary judgment | | | |
| 4/9/02 | Draft/revise objection to defendants Motion to dismiss | 350.00 | 2.4 | 840 |
| | Draft/revise Motion to amend complaint | 350.00 | .2 | 70 |
| | Tel call to Atty Eisenberg re: scheduling depositions, modifying scheduling order to amend discovery deadline by 60 days, scheduled discovery conference for April 13. | 350.00 | .1 | 35 |
| 4/10/02 | Draft/revise motion to modify scheduling order | 350.00 | .5 | 175 |
| | Draft/revise letter to Atty Eisenberg re: scheduling of depositions and discovery conference scheduled | 350.00 | .3 | 105 |
| 4/11/02 | Draft/revise final review of Motion Modify the Scheduling Order re: supporting memorandum of law; plaintiff's leave to file fourth amended complaint; and fourth amended complaint | 350.00 | 2.2 | 770 |
| | Tel call from client re: update on case, explained current motion to strike, the objections thereto, the motion to modify the discovery deadline and the fourth amended complaint, also discussed her date for deposition and deposition preparation on April 20, 2002. | 350.00 | .2 | 70 |
| | Tel call to Atty Eisenberg re: consent to motion to extend discovery for 60 days and consent to motion to amend complaint, consent to 60 days and consent to motion to amend, the parties will postpone depositions until the defendant has provided an answer to the complaint. | 350.00 | .2 | 70 |
| | Tel call to client re: postpone deposition until defendant has provided answer to fourth amended complaint | 350.00 | .2 | 70 |
| | Review/analyze draft discovery plan and memo opposition to summary judgment to expand on law re: CFEPA and ADEA | 350.00 | .4 | 140 |
| | Discovery plan/Research required elements of claims under ADEA and CFEPA for inclusion into objection to motion for summary judgment | 350.00 | .3 | 105 |
| | Draft/revise Notice of Deposition for Benjamin Little and Susan McClanahan | 350.00 | .2 | 70 |
| | Tel call from Atty Maze re: consent to | 350.00 | .2 | 70 |

18

| | | | | |
|---|---|---|---|---|
| | extension of time on deadline for close of discovery | | | |
| | Draft/revise discovery plan: ADEA section of objection to motion for summary judgment | 350.00 | 1.0 | 350 |
| | Discovery plan/Research element of gender discrimination for inclusion in objection to motion for summary judgment | 350.00 | 3.0 | 1,050 |
| 4/11/02 | Tel call from client re: discussed the company's obligations under ERISA to pay severance under an unfunded ERISA severance plan, but question remains as to the effect of dissolution on the ERISA and contract right | 350.00 | .2 | 70 |
| | Discovery plan/Draft/revise portion of objection to motion for summary judgment concerning Title VII gender discrimination | 350.00 | 1.3 | 455 |
| | Tel call to client re: Russ Kemp and relation between Town and Housing Authority and she provided various examples of the interaction she had with the Town and specifically the Department of Social Services | 350.00 | .2 | 70 |
| | Tel call to witness Thomas Crawford, left detailed message with his wife | 350.00 | .1 | 35 |
| | Draft/revise e-mail letter to witness Thomas Crawford | 350.00 | .1 | 35 |
| | Draft/revise final edits with some additions to settlement counter offer letter to Atty Alvarez | 350.00 | .8 | 280 |
| 4/12/02 | Tel call from client re: notices of deposition and pending motions to strike and dismiss | 350.00 | .4 | 140 |
| | Tel call to client re: April 12, 2002 demand letter sent to defendants | 350.00 | .7 | 245 |
| | Tel call to Atty Eisenberg re: rescheduling telephone discovery conference for April 15, 2002 for afternoon | 350.00 | .1 | 35 |
| 4/16/02 | Reviewed Rule 9 letter regarding discovery | 350.00 | .4 | 140 |
| 4/22/02 | Tel call to witness Tom Crawford re: discussed case and connection between Town of Greenwich and defendants | 350.00 | .1 | 35 |
| 4/23/02 | Prepared deposition for deponents McClenachan and Little | 350.00 | 1 | 350 |
| | Legal Research re: subpoena documents from EEOC (investigative file) | 350.00 | .8 | 280 |
| | Tel call to EEOC re: request procedure for | 350.00 | .1 | 35 |

19

| | | | | |
|---|---|---|---|---|
| | obtaining copy of EEOC investigative file | | | |
| | Draft letter to EEOC requesting copy of investigative file | 350.00 | .1 | 35 |
| 4/25/02 | Prepare agreement of nondisclosure and correspondence to EEOC re: disclosure of EEOC file | 350.00 | .3 | 105 |
| | Prepared for deposition of deponent Little, reviewed previous transcripts, developed questions | 350.00 | 2.1 | 735 |
| 4/26/02 | Draft letter and faxed to Atty Eisenberg re: discovery conference call on Monday | 350.00 | .1 | 35 |
| | Prepared for deposition of deponent Little, reviewed previous transcripts, developed questions | 350.00 | .1 | 35 |
| 4/30/02 | Plan and prepare for discovery teleconference with Atty Eisenberg | 350.00 | .2 | 70 |
| | Tel conference with Atty Eisenberg re: discovery dispute over defendants' discovery requests | 350.00 | 1.2 | 420 |
| | Draft/revise discovery Rule 9 letter to Eisenberg | 350.00 | 1.2 | 420 |
| 5/3/02 | Prepared deposition outline of Little, Kemp, Crawford | 350.00 | .4 | 140 |
| 5/6/02 | Tel call from client re: discovery | 350.00 | .1 | 35 |
| 5/7/02 | Tel call from client re: questions she felt Mr. Little should be asked in deposition: procedures in evaluations, bidding, etc.. helpful sections of her chronology | 350.00 | .2 | 70 |
| | Tel call from client re: she directed me to page 84 in the chronology with issues. Developed questions based on her notes and appeals hearing transcripts relating to the disciplinary reprimand and hearing given to her | 350.00 | .6 | 210 |
| 5/9/02 | Tel call from client re: discuss deposition | 350.00 | .1 | 35 |
| 5/10/02 | Discovery plan/Draft/revise Summary Judgment Memo and Deposition gaps | 350.00 | 3.8 | 1,330 |
| 5/14/02 | Discovery plan /Draft/revise: continued typing applicable sections of appeal hearing transcripts into Summary Judgment Motion and made notes in Deposition Plan for gaps | 350.00 | 4.2 | 1,470 |
| 5/15/02 | Discovery plan/Draft/revise continued typing applicable sections of appeal hearing transcripts into Summary Judgment Motion and made notes in Deposition Plan for gaps | 350.00 | 2.8 | 980 |
| 5/6/02 | Discovery plan/Draft/revise continued typing | 350.00 | 3.1 | 1,085 |

| | | | | |
|---|---|---|---|---|
| | applicable sections of appeal hearing transcripts into Summary Judgment Motion and made notes in Deposition Plan for gaps | | | |
| | Discovery plan/Draft/revise testimony has been entered. Re-writing sections and integrating testimony into argument | 350.00 | .8 | 280 |
| | Tel call with Milde re case update depo preparation | 350.00 | 1.4 | 490 |
| 5/17/02 | Tel call with client re: scheduling the case, clearing up litigation issues and questions, withdrawal of case against Town | 350.00 | 1.5 | 525 |
| | Draft/revise Rule 9 letter | 350.00 | .9 | 315 |
| 5/22/02 | Draft/revise Rule 9 letter | 350.00 | 3.9 | 1,365 |
| | Tel call with Milde, update on discovery issues | 350.00 | .2 | 70 |
| | Tel call from client re: discussed scheduling depositions for Russ Kemp | 350.00 | .3 | 105 |
| | Draft/revise final Rule 9 letter, checked documents; Tel call w/ Milde at 4:12 for 4 minutes to give her an update on discovery and schedule Thomas Crawford for deposition | 350.00 | 3.5 | 1,225 |
| | Westlaw research -- Rule 26 Blanket Objection | 350.00 | .3 | 105 |
| 5/24/02 | Subpoenas to non-party fact witness Crawford and Kemp. Typed form, wrote Schedule A, wrote cover letter to Atty Eisenberg | 350.00 | 2.3 | 805 |
| 5/28/02 | Draft/revise culled through Atty Eisenberg's "produced" documents for requests # 13,16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32,33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45 and 46 | 350.00 | 4.2 | 1,470 |
| 5/29/02 | Draft/revise motion to amend complaint to reflect deletion of Town of Greenwich as a defendant | 350.00 | .2 | 70 |
| | Draft stipulation of dismissal as to Town of Greenwich | 350.00 | .2 | 70 |
| | Draft/revise fifth amended complaint to delete allegations against Town of Greenwich | 350.00 | .4 | 140 |
| | Review/analyze supplemental discovery compliance | 350.00 | 1.9 | 665 |
| | Tel call from client re: discussed inability to retrieve minutes from Board of Commissioner meeting where her free | 350.00 | .5 | 175 |