| | | | | |
|---|---|---|---|---|
| | speech was unlawfully restrained; discussed pending discovery responses and her work on the deposition questions/outline for witnesses to be deposed. | | | |
| 5/30/02 | Prepare supplemental responses to defendants' interrogatories and requests for production | 350.00 | .9 | 315 |
| | Draft/revise Culled through Atty Eisenberg's "produced" documents for requests # 13,16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32,33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45 and 46 | 350.00 | 1.4 | 490 |
| | Tel call to client re: Plaintiff's response to Defendant's Interrogatories | 350.00 | .2 | 70 |
| | Draft/revise re: inserted Milde's answers into Plaintiff's response to Defendant's Interrogatories | 350.00 | 1.0 | 350 |
| | Tel call to Atty Eisenberg re: discussed scheduling deposition dates, discussed plaintiff's supplemental response to discovery, working in good faith to produce, told him specifically not to send any more letters, to which he responded that he just send one today. | 350.00 | .1 | 35 |
| 5/31/02 | Draft/revise supplemental discovery answers | 350.00 | .6 | 210 |
| | Draft/revise added gross pay figures and did math for interrogatory answers | 350.00 | .2 | 70 |
| | Draft/revise Culled through Atty Eisenberg's "produced" documents for requests # 13,16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32,33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45 and 46. Wrote letter to Atty Eisenberg based on those findings | 350.00 | 2.1 | 735 |
| 6/4/02 | Draft/revise letter to Atty Eisenberg regarding Thomas Crawford scheduling | 350.00 | .3 | 105 |
| | Draft/revise deposition outlines for McClenahan, Little, Kemp, Crawford, evaluations, Progas – Westlaw research on bias | 350.00 | 3.6 | 1,260 |
| 6/5/02 | Tel call to Atty Maze re: stipulated dismissal as to Town of Greenwich | 350.00 | .1 | 35 |
| | Draft/revise letter to Atty Maze re: stipulated dismissal as to the Town of Greenwich | 350.00 | .2 | 70 |
| 6/5/02 | Draft/revise letter to Atty Eisenberg re: request for consent to motion to file fifth amended complaint, discussed the deposition | 350.00 | .6 | 210 |

| | | | | |
|---|---|---|---|---|
| | dates for fact witnesses; Plaintiff's supplemental disclosures served on Defendant – Housing Authority on this date | | | |
| 6/6/02 | Draft/revise letter to Atty Eisenberg re: response to voice mail on extension of discovery and joint motion | 350.00 | .2 | 70 |
| | Tel call to Atty Maze re: consent to motion to file amended complaint | 350.00 | .1 | 35 |
| | Research Westlaw re: biased supervisor and discrimination on unrelated basis | 350.00 | 2.2 | 770 |
| | Prepared fifth amended complaint and served on parties | 350.00 | .6 | 210 |
| 6/10/02 | Draft/revise letter to Atty Eisenberg re: confirming deposition date of June 27, 2002 for deposition of Tom Crawford | 350.00 | .1 | 35 |
| | Draft/revise final edits to Plaintiff's Supplemental Response to Discovery | 350.00 | .2 | 70 |
| 6/11/02 | Tel call from atty Eisenberg re: confirmed June 27, 2002 for deposition of witness Crawford; discussed defendants supplemental disclosure of documents and Mr. Little's attempts to locate further documents. | 350.00 | .2 | 70 |
| | Plan and prepare for Russell Kemp's desposition | 350.00 | 1.4 | 490 |
| 6/12/02 | Tel call from atty Eisenberg re: supplemental responses to plaintiff's production request, defendants will forward such documents in one week | 350.00 | .2 | 70 |
| 6/13/02 | Tel call with Atty Eisenberg re: unemployment hearing transcripts, made another offer of compromise on the issue of transcript costs to be shared, he declined again. I suggested we call chambers and seek guidance on this one issue, he will get back to me on this issue; he also postponed deposition (Wisecup) into near future date uncertain because he needs the transcripts in order to conduct the deposition | 350.00 | .4 | 140 |
| | Tel call to Sheriff Makowski re: confirmation of service on Russ Kemp, as of this date, service not completed, will try again this date during the evening after 8 p.m. and will confirm with office whether service completed or not. | 350.00 | .1 | 35 |
| | Tel call to witness Nancy Wisecup re: | 350.00 | .1 | 35 |

23

| | | | | |
|---|---|---|---|---|
| | rescheduled deposition into near future date uncertain | | | |
| | Draft/revise letter to Defendants re: last Rule 9 letter about documents before filing a Motion to Compel | 350.00 | 1.1 | 385 |
| 6/14/02 | Draft/revise letter to Defendants re: last Rule 9 letter about documents before filing a Motion to Compel | 350.00 | .6 | 210 |
| | Researched corporate identities (Westlaw)(Secretary State) of "CFI" and "Consultech" and prepared subpoenas | 350.00 | 1.8 | 630 |
| 6/18/02 | Draft Schedule A's for subpoenas to DD Saccente, CFI and Consultech | 350.00 | 1.0 | 350 |
| | Plan and prepare for deposition of Kemp | 350.00 | .7 | 245 |
| | Plan and prepare for deposition of Kemp continued. | 350.00 | 3.1 | 1,085 |
| 6/19/02 | Plan and prepare for deposition of Kemp continued | 350.00 | 3.6 | 1,260 |
| | Deposition Held: Russell Kemp (Carey's office) | 350.00 | 8.0 | 2,800 |
| 6/20/02 | Draft/revise letter to Atty Eisenberg re: consent to motion for extension of time of 15 days to respond to court order to file sixth amended complaint. | 350.00 | .2 | 70 |
| | *Legal Research re: adding Religious discrimination to 6th amended complaint (time: 1.10 hours)* | 350.00 | 0 | 0 |
| | Draft letter to atty Eisenberg re: scheduling dates for witness DD Saccente | 350.00 | .2 | 70 |
| | Tel call to atty Eisenberg re: discussed dates for DD Saccente depo, Kemp depo continued by defendants; discussed with him that defendants must produce audio tapes from commission meetings, inclusive of 5/22/00 and other dates where plaintiff was prohibited from giving oral report and men were; also requested documents supporting gender discrimination in comp time reports; sent copy of the motion from court 6/13/02 | 350.00 | .3 | 105 |
| | Draft re-notice of deposition Russ Kemp | 350.00 | .2 | 70 |
| | Draft/revise 3rd Rule 9 letter to atty Eisenberg | 350.00 | 1.2 | 420 |
| 6/21/02 | Draft/revise 3rd rule 9 letter to Eisenberg continued | 350.00 | 1.4 | 490 |
| | Prepared supplemental discovery response to Defendants request for documents | 350.00 | .5 | 175 |

| | | | | |
|---|---|---|---|---|
| | (plaintiff's personal calendars 1999 and 2000) bates stamped | | | |
| 6/25/02 | Draft/revise motion for extension of time for 15 days from date of when plaintiff is supposed to file sixth amended complaint | 350.00 | .2 | 70 |
| | Legal research to support motion for protective order concerning production of unemployment compensation hearing transcripts | 350.00 | 3.3 | 1,155 |
| 6/26/02 | Tel call with client re: possible illegal activities of Defendant Little (progas contract); recent court order to revise complaint | 350.00 | .4 | 140 |
| | *Legal research to support motion for protective order concerning production of unemployment compensation hearing transcripts (time 6.1 hours)* | 350.00 | 0 | 0 |
| | Plan and prepare for deposition witness Tom Crawford | 350.00 | 1.3 | 455 |
| | Plan and prepare for deposition witness Crawford | 350.00 | 1.1 | 385 |
| | *Legal Research on westlaw on relation back doctrine(time .6 hours)* | 350.00 | 0 | 0 |
| 6/27/02 | *Legal Research to amend complaint to include religious discrimination claim (time: 3.8 hours)* | 350.00 | 0 | 0 |
| | Prepared supplemental discovery response to Defendants request for documents (plaintiff's personal calendars 1999 and 2000) bates stamped | 350.00 | 1.3 | 455 |
| 6/27/02 | Deposition Tom Crawford (Carey's office) | 350.00 | 8.2 | 2,870 |
| | Tel call with client re: deposition testimony of witness Crawford | 350.00 | 1.00 | 350 |
| 6/28/02 | *Legal research on amendment of complaint to include claim of religious discrimination(time: 4.3 hours)* | 350.00 | 0 | 0 |
| 7/1/02 | *Legal research to amend complaint to include religious discrimination claim (time 2 hours)* | 350.00 | 0 | 0 |
| | Draft "new" Consultech Subpoena | 350.00 | .3 | 105 |
| | Researched addresses for subpoena | 350.00 | .6 | 210 |
| 7/2/02 | Tel call from Atty Alvarez re: left detailed msg. regarding depositions of Nancy Wisecup and continuation of Russ Kemp | 350.00 | .1 | 35 |
| | *Draft motion for request for leave to amend complaint (time: 6.4 hours)* | 350.00 | 0 | 0 |

25

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 7/3/02 | Draft/revise Pro Gas subpoena – could not confirm agent. Greg Amoore or Lindy Urso. Waiting for confirmation. | 350.00 | .6 | 210 |
| | Draft/revise request to leave amendd (7.0) | 350.00 | 0 | 0 |
| 7/5/02 | Tel call from client re: discussed court ordered settlement conference for July 30, 2002; also discussed amended complaint, as revised, and adding religious discrimination claim with supporting memorandum of law (.4) | 350.00 | 0 | 0 |
| | Draft/revise sixth amended complaint (3.0) | 350.00 | 0 | 0 |
| 7/8/02 | Revise sixth amended complaint (1.4) | 350.00 | 0 | 0 |
| | Draft/revise Motion for Leave to amend to add claim for religious discrimination (.8) | 350.00 | 0 | 0 |
| | Draft sixth amended complaint and motion to amend pleadings(1.1) | 350.00 | 0 | 0 |
| | Tel call to Atty Eisenberg, re: left detailed message regarding scheduling depositions, left dates of possible availability, request to return call or write letter, indicated that I would be out of the office 9th and 10th | 350.00 | .1 | 35 |
| 7/10/02 | Draft/revise Motion to Compel | 350.00 | 1.4 | 490 |
| 7/11/02 | Tel call to Atty Eisenberg re: scheduling Kemp deposition | 350.00 | .2 | 70 |
| 7/12/02 | Draft/revise Motion to Compel: added final arguments, arranged letters for exhibits, etc. | 350.00 | 2.3 | 805 |
| | Spoke with Ms. Milde re: Saccente deposition and new developments in case | 350.00 | .2 | 70 |
| | Draft/revise Final Rule 9 letter | 350.00 | .3 | 105 |
| 7/15/02 | Deleted several sections of memo which no longer applicable (b/c of developments w/Rule 9 letter) scoured lists of produced documents to determine which objections were still valid and what had to be produced. | 350.00 | .9 | 315 |
| 7/15/02 | Tel call to Atty Eisenberg re: left detailed message regarding scheduling of depositions; also asked that we discuss depositions and discovery issues on July 16. | 350.00 | .1 | 35 |
| 7/18/02 | Tel call from client re: scheduling depos | 350.00 | .2 | 70 |
| 7/19/02 | Tel call to Atty Eisenberg re: scheduling dates for depositions, left detailed message | 350.00 | .2 | 70 |
| | Draft/revise letter to Atty Eisenberg re: dates for depositions | 350.00 | .2 | 70 |
| 7/22/02 | Tel call from client r: discovery issues and depositions dates for client to take off work | 350.00 | .4 | 140 |
| 7/26/02 | Tel call from Atty Eisenberg re: discussed | 350.00 | .1 | 35 |

26

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| | his request for joint motion seeking to extend discovery for 60 days if plaintiff's motion to amend is denied and 90 days if granted. Also discussed scheduling depositions of fact witnesses, he stated that he would like to await further discovery to question witnesses. I also requested that parties extend discovery in light of plaintiff's anticipated motion to compel discovery. | | | |
| | Draft/revise Motion to Compel | 350.00 | 3.0 | 1,050 |
| 7/31/02 | Draft/revise: Continued to revise Motion to Compel | 350.00 | 1.2 | 420 |
| 8/1/02 | Draft/revise Motion to Compel | 350.00 | 3.3 | 1,155 |
| 8/2/02 | Tel call with client re: depositions | 350.00 | .2 | 70 |
| 8/6/02 | Tel call from Atty Eisenberg re: object to defendant's motion for reconsideration of Court's order granting plaintiff to file sixth amended complaint (time: .1 hour) | 350.00 | 0 | 0 |
| | Tel call from client re: update on case | 350.00 | .2 | 70 |
| 8/8/02 | Continued research and drafting Memorandum In Support of Motion for Reconsideration – Religious discrimination claim (time: 2.8 hours) | 350.00 | 0 | 0 |
| 8/9/02 | Draft/revise: finished Motion to Compel | 350.00 | 4.7 | 1,645 |
| 8/21/02 | Received and reviewed e-mail from client re: developments in case; Tel call to D.D.Saccente- Stamford HATG | 350.00 | .2 | 70 |
| 8/23/02 | Tel call to Atty Alvarez re: request for extension of time of 14 days to file memo in opposition to motion to reconsider dated August 6 but received on August 12, 2002. Left detailed message and requested return call. | 350.00 | .1 | 35 |
| | Draft/revise motion requesting extension of time file memo in opposition to Defendant's motion for reconsideration, request for 14 days until September 13, 2002 | 350.00 | .2 | 70 |
| | Draft/revise Notice of Deposition for Barry Nova | 350.00 | .1 | 35 |
| | Tel call to client re: update on status of case | 350.00 | .3 | 105 |
| 8/28/06 | Tel call from Chambers re: discussed court's order to revise amended sixth complaint removing religious discrimination claim(time: .1 hour) | 350.00 | 0 | 0 |
| 8/29/02 | Research undue delay issue for religious discrimination claim | 350.00 | 0 | 0 |

27

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 9/3/02 | Tel call from client re: discussed the order from the Court regarding deny motion for protective order on unemployment transcripts | 350.00 | .1 | 35 |
| 9/4/02 | Tel call from Atty Eisenberg re: discovery of transcript tapes of unemployment hearing, plaintiff will produce pursuant to court order; Atty Eisenberg will be withdrawing his appearance, leaving the form. | 350.00 | .1 | 35 |
| 9/5/02 | *Draft/revise memorandum in support of motion for reconsideration of Court's Order dated August 28, 2002 granting defendant's motion for reconsideration. (time: 4.5)* | 350.00 | 0 | 0 |
| 9/6/02 | *Continued drafting memo in support of motion for reconsideration (time:3.9)* | 350.00 | 0 | 0 |
|  | Tel call to client re: update on case | 350.00 | .4 | 140 |
|  | *Researched cases involving Scientology (time: 2.0)* | 350.00 | 0 | 0 |
| 9/7/02 | *Tel call with expert Stephen Kent re: discussed Scientology materials and relevance to this case (time: 1.0)* | 350.00 | 0 | 0 |
|  | *Continued research and drafting of memo in support of motion to reconsider court ruling (time: 8.1)* | 350.00 | 0 | 0 |
| 9/8/02 | *Continued researching and drafting memo in support of motion for reconsideration (time: 8.6)* | 350.00 | 0 | 0 |
|  | Tel call to witness Lorna Smart – former employee of defendants | 350.00 | .2 | 70 |
|  | *Tel call to witness Patricia Rybczyk – former employee of Housing Authority who went to a recent seminar in August 2002, and drew down the federal monies to pay for the course, will take affidavit on the next day for use in the motion for reconsideration of religious discrimination claim (time: .3)* | 350.00 | 0 | 0 |
|  | *Tel cal to Thomas Crawford re: Scientology courses still going on at the Housing Authority as of August 2002. (time: .3)* | 350.00 | 0 | 0 |
|  | *Tel call to Thomas Crawford re: discussed other witnesses (time: .2)* | 350.00 | 0 | 0 |
|  | Tel call to witness Sam Romeo, ombudsman for Dept. of Social Services about his personal knowledge about what happened to Ms. Milde | 350.00 | 1.0 | 350 |
|  | *Finished drafting memo in support of motion* | 350.00 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| | for reconsideration (time: 2.9) | | | |
| | Tel call to Atty Alvarez re: consent to motion for reconsideration, left message, regarding same | 350.00 | 0 | 0 |
| 9/9/02 | Draft motion for reconsideration of Court's endorsement denying leave to amend and granting defendant's motion to dismiss (time: .2) | 350.00 | 0 | 0 |
| | Draft declaration of Atty Mark P. Carey in support of Plaintiff's motion for reconsideration (time: .5) | 350.00 | 0 | 0 |
| | Travel to federal court for filing of motion for reconsideration (time: 2.0) | 350.00 | 0 | 0 |
| 9/13/02 | Tel call from client re: reviewed the memo for reconsideration filed (time: .7) | 350.00 | 0 | 0 |
| | Tel call from Dr. Steven Kent re: he found the original ED1040 and will fax (time: .1) | 350.00 | 0 | 0 |
| | Tel call to Atty Alvarez re: confirm the Barry Nova deposition on Tuesday, September 17, 2002, also discussed dates for Ms. Wiscup, he will call the witness; discussed briefly plaintiff's request for tapes/transcripts of Board meeting where Plaintiff was denied right to free speech | 350.00 | .2 | 70 |
| | Draft letter to Atty Alvarez re: scheduling depositions of Nova and Wiscup | 350.00 | .2 | 70 |
| 9/17/02 | Tel call from witness Thomas Crawford re: he had conversation with John D'Amelia, who writes the reports to draw the federal HUD money, re getting paid continuously ahead of contractors who have been waiting months to get paid, also Pat Kelly sent e-mail to John D. about the reports and she cannot provide further information, written just before she left. (time: .2) | 350.00 | 0 | 0 |
| 9/19/02 | Telephone discussion with witness Jennet Moye (Rusy) about her personal knowledge of plaintiff's claims, she possesses documents which will be forwarded to plaintiff disclosure in discovery, etc. she will also provide affidavit about personal knowledge | 350.00 | 1.7 | 595 |
| 9/20/02 | Tel call from client re: discussed case and recent memo in support of reconsideration of religious discrimination claim dismissal. (time: .8) | 350.00 | 0 | 0 |

29

| | | | | |
|---|---|---|---|---|
| | Review/analyze tape recording of May 22, 2000 meeting of the Board of Commissioners re: where Ms. Milde was prevented from speaking out about the recreation coordinator position | 350.00 | .4 | 140 |
| 10/04/02 | *Tel call from client re: discussed the defendant's motion for protective order, discuss further issues about what other witnesses discussion with DOL investigators; witness Kemp (time: .4)* | 350.00 | 0 | 0 |
| | Review/analyze affidavit provided by witness Rusty Moye and reviewed attached exhibits provided by affiant | 350.00 | .1 | 35 |
| 10/8/02 | Tel call to Atty Powlitis re: postponing deposition of Nova, to be rescheduled, discussed joint motion for extension of discovery in light of pending motions (plaintiff's motion for reconsideration of religious claim) also requested further dates for Mr. Little, Ms. McClanacan and DD Sacciente. | 350.00 | .2 | 70 |
| | Tel call to client re: postpone Nova deposition and discussed other issues of discovery in case, left very detailed message at work and residence | 350.00 | .1 | 35 |
| 10/9/02 | Draft Plaintiff's Supplemental Response to Defendant's Discovery request | 350.00 | .4 | 140 |
| | *Tel call with client re: discussion of drafting memo(time:.2)* | 350.00 | 0 | 0 |
| 10/10/02 | Tel call from Atty Powolitis re: discussed depositions for Mr. Little and Ms. Milde for 29, 30, 31 with deadline of Nov. 1, plaintiff asked for more dates prior, also asked for confirmation of DD Sacciente being client of firm, consented to 45 day extension discovery on joint motion. | 350.00 | .2 | 70 |
| 10/11/02 | *Tel call from client re: discussed recent motion practice on religious discrimination (time: .6)* | 350.00 | 0 | 0 |
| 10/14/02 | *Draft/revise memo in opposition to defendant's motion to dismiss and protective order (time: 6.0)* | 350.00 | 0 | 0 |
| 10/17/02 | *Completed Memo in Opposition to Defendant's motion for protective order and to dismiss case(time: 3.9)* | 350.00 | 0 | 0 |
| | *Tel call to Chambers re: alert Chambers that* | 350.00 | 0 | 0 |

30