| Date | Description | Rate | Time | Amount |
|---|---|---|---|---|
| | *Plaintiff will be filing Motion in Opposition near or on deadline(time: .1)* | | | |
| | *Draft re-notices of deposition for Mr. Little, Ms. McClenhan, Mr. Saccente and Nova* | 350.00 | .2 | 70 |
| 10/23/02 | Tel call from Atty Powalitis re: confirm court's order granting extension on discovery, checked court records for court decisions, only the order granting extensions appears | 350.00 | .1 | 35 |
| 10/31/02 | Tel call from client re: details impairing Mr. Little's credibility through his own statements via testimony and written correspondence | 350.00 | .2 | 70 |
| 11/5/02 | *Review/analyze Defendant's reply to Plaintiff's opposition to motion for protective order and to dismiss the case (time:.2)* | 350.00 | 0 | 0 |
| 11/7/02 | *Tel call from client re: discussion of surreply brief in an attempt to bring credibility to the Plaintiff before the court(time: .2)* | 350.00 | 0 | 0 |
| 11/8/02 | Tel call from client re: client questioned whether the judge will treat the decision on motion for reconsideration as a motion for Summary Judgment | 350.00 | .2 | 70 |
| 11/13/02 | Tel call from client re: discussion again about filing a brief in support of credibility of client in case | 350.00 | .1 | 35 |
| | *Draft Plaintiff's surreply to Defendant's memo in support of motion to dismiss and memo in opposition to Plaintiff's motion for reconsideration (time:1.7)* | 350.00 | 0 | 0 |
| 11/15/02 | Tel call from client re: case strategy approach overall | 350.00 | .3 | 105 |
| | *Draft/revise letter to Clerk of Court re: supplemental exhibit to Doc # 89 (time: .2)* | 350.00 | 0 | 0 |
| 11/25/02 | Tel call from client re: discussed Defendant's 75k offer to settle – client rejected | 350.00 | .2 | 70 |
| | Draft/revise letter to Defendants re: make another settlement offer | 350.00 | .2 | 70 |
| 11/26/02 | Tel call Atty Powalitis re: Defendant's request for extension of time for 60 days to complete discovery, consented to by Plaintiff | 350.00 | .1 | 35 |
| | Tel call from client re: discussed case update, decision received, further discussion as to why Defendant's made most recent | 350.00 | .3 | 105 |

31

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| | offer to settle | | | |
| 12/2/02 | Tel call with client re: discussed case continuation | 350.00 | .2 | 70 |
| 12/5/02 | Tel call from client re: discussed case update deposition preparation with client re: Mr. Little reasons for firing | 350.00 | .6 | 210 |
| 1/6/03 | Draft/revise sixth amended complaint | 350.00 | .6 | 210 |
| | Plan & Prepare: review of claims and case law in support of action going forward after denial of religious discrimination claim | 350.00 | 1.5 | 525 |
| 1/16/03 | Review of case to determine options for client | 350.00 | 1.3 | 455 |
| 1/17/03 | Telephone discussion with client re: established next phase of litigation | 350.00 | .8 | 280 |
| 1/22/03 | Draft/revise Plaintiff's motion to extend discovery 60 days, had to review previous motions for extension of time and develop good cause | 350.00 | .8 | 280 |
| | Draft/revise letter to Atty Alvarez re: motion to extend time enclosed | 350.00 | .2 | 70 |
| 1/24/03 | Telephone discussion with client re: discussion of February 5 settlement conference, deposition preparation and assembly of and time frame and strategy for next month in a half of case | 350.00 | .9 | 315 |
| 1/27/03 | Telephone discussion with client re: case strategy reassessment, established goals of litigation for next several weeks | 350.00 | .9 | 315 |
| 1/28/03 | Tel call from client re: discuss discovery and deposition issues | 350.00 | .3 | 105 |
| 1/29/03 | Plan & Prepare for motion to compel; preparation of depositions and use of documents | 350.00 | 7.2 | 2,520 |
| 1/30/03 | Tel call to Atty Powalitis re: confirm settlement conference, of course since it is mandatory | 350.00 | .1 | 35 |
| | Tel discussion with client re: discussion of motion to compel and informed client of discovery deadline motion was granted | 350.00 | .3 | 105 |
| 1/31/03 | Draft/revise exparte settlement position statement | 350.00 | .9 | 315 |
| 2/3/03 | Tel call to Chambers re: confirmation of settlement conference, cancelled due to Defendant's inability to be present; telephone call to opposing counsel to inform same. | 350.00 | .1 | 35 |

| | | | | |
|---|---|---|---|---|
| | Tel call to client re: cancelled settlement conference, will reschedule | 350.00 | .1 | 35 |
| 2/10/03 | Tel call from client re: news from board member of the Parsonage Cottage Development Board that Mr. Becker is trying to get Ms. McClanahan removed as chairmen of the Defendant's board. | 350.00 | .2 | 70 |
| 2/12/03 | Tel call from client re: movement to remove Ms. McClanahan and Mr. Little and separating Parsonage Cottage from the Housing Authority | 350.00 | .5 | 175 |
| 2/13/03 | Draft/revise memo in support of motion to compel | 350.00 | 1.2 | 420 |
| 2/19/03 | Draft/revise Plaintiff's Second Request for Production | 350.00 | 3.0 | 1,050 |
| 2/20/03 | Draft/revise re-notice of depositions: Defendant's Little, Witness DD Saccente and Witness McClanahan | 350.00 | .5 | 175 |
| | Draft/revise Second Request for Admission to Defendants | 350.00 | 1.4 | 490 |
| 2/21/03 | Tel call from client re: request for admission and other strategy of litigating the case, pushing the case before a jury, Defendant Little cannot avoid the admission of fact on performance. | 350.00 | .6 | 210 |
| 3/5/03 | Tel call with client re: discussed case and review of possible facts of terminating Mr. Little | 350.00 | .3 | 105 |
| 3/14/03 | Tel call from client re: client wanted an update on case development and discovery response | 350.00 | .2 | 70 |
| 3/17/03 | Draft/revise memo in support of motion to compel discovery | 350.00 | 3.6 | 1,260 |
| 3/18/03 | Telephone discussion with client re: defendants efforts to extend discovery while they place Defendant Little on disability leave and eventually retire him, but not termination for performance which would be an admission in the case which would destroy defendant's theory and impair Defendant Little's credibility: also discussed possible motion in opposition to defendants motion to extend discovery for five months; discussed request for admission on Defendant's Little's medical condition and possible retirement | 350.00 | .5 | 175 |

33

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 3/19/03 | Tel call from client re: defendants request for five month extension of time and opposition to such motion | 350.00 | .2 | 70 |
| | Draft/revise letter to Atty Alvarez re: objection to five month extension of time and moving forward with discovery | 350.00 | .7 | 245 |
| 3/24/03 | Tel call from client re: defendant's motion for five month extension on discovery | 350.00 | .3 | 105 |
| 3/25/03 | Review/analyze letter from Atty Alvarez re: court approves of extension on discovery | 350.00 | .1 | 35 |
| 3/26/03 | Tel call from Attorneys Alvarez and Powolatis re: discussion about coming to an agreement about discovery time frame and rescheduling depositions. Did not agree to anything until I receive a copy of the order from the court | 350.00 | .1 | 35 |
| | Tel call from Atty Powolitis re: he called Clerk's Office and they would not send him a fax. I stated that I will await the afternoon mail for a copy of the order from the court, if I do not receive it, then I will contact the Clerk's Office and have them read the order over the telephone, before commencing discussions with opposing counsel. I stated that I would call back today. | 350.00 | .1 | 35 |
| | Tel call from client re: apprising her about the discovery telephone calls with opposing counsel after the court granted/denied in part their motion for extension on discovery | 350.00 | .2 | 70 |
| 3/26/03 | Tel call with client re: discovery deadlines and scheduling depositions | 350.00 | .1 | 35 |
| | Tel call to Atty Powolitis re: confirmation on rescheduling depositions for fact witnesses, to avoid a defendant's motion for a protective order | 350.00 | .1 | 35 |
| | Draft/revise letter to Atty Powolitis re: confirmation on rescheduling depositions and providing dates | 350.00 | .3 | 105 |
| 4/4/03 | Tel call from client re: update on case and discussion of use of offer of judgment in case as it will apply to pendent claims | 350.00 | .7 | 245 |
| 4/10/03 | Tel call from client re: defendant's letter dated April 8, 2003 regarding scheduling depositions in case and possible reasons for the defendant's delay in proceeding forward with discovery i.e. witnesses are medically | 350.00 | .9 | 315 |

| | | | | |
|---|---|---|---|---|
| | unable to be deposed. | | | |
| 4/14/03 | Draft/revise letter to Atty Alvarez re: draft re-notice of depositions for Mr. Little and Saccente, Ms. McClanachan and Lore | 350.00 | .6 | 210 |
| 4/18/03 | Tel call from client re: discussion of scheduling depositions in light of Defendant's April 17, 2003 letter, where Atty Alvarez places doubt on whether Mr. Little and Saccente will ever be able to testify. | 350.00 | .5 | 175 |
| 4/23/03 | Draft/revise subpoena for MaryAnn Vlymen for deposition and document production duces tecum | 350.00 | .5 | 175 |
| | Draft/revise re-notice deposition for McClenachan and letter to Atty Alvarez regarding rescheduling depositions | 350.00 | .4 | 140 |
| 4/24/03 | Tel call from client re: discussion about how to move to compel on telephone conference with Chambers on the depositions of Mr. Little and Saccente for medical excuse unjustified | 350.00 | .1 | 35 |
| | Tel call form witness MaryAnn Vlymen regarding her scheduled deposition for May 20, 2003 and her attempts to be there on that date, she indicated that she recently became a widow. I explained who I represent, asked her if she has an attorney and informed her about the deposition and court order subpoena. I also gave her my cell phone number in order to reach my office | 350.00 | .2 | 70 |
| | Tel call to Atty Alvarez re: scheduling time for conference call with Chambers regarding deposition conflict, left message with his secretary and left voice mail regarding same | 350.00 | .1 | 35 |
| | Tel call to Sanders Gail and Russell court reporters for scheduling and setting up depositions in case | 350.00 | .1 | 35 |
| | Draft/revise letter to Chambers re: discovery dispute involving depositions of Mr. Little and Saccente | 350.00 | .8 | 280 |
| 4/25/03 | Tel call to Mr. Saccente's treating physician Dr. Peter Tutschka at Saint Francis Medical Center in Hartford | 350.00 | .3 | 105 |
| | Tel call to client re: discussed discovery dispute involving Mr. Little and Saccente | 350.00 | .2 | 70 |
| | Research on grounds that Defendant's could | 350.00 | 1.1 | 385 |

35

| | | | | |
|---|---|---|---|---|
| | be taking to exclude the taking of Defendant Little and Saccente's depositions, i.e. competency of a witness due to medical infirmity | | | |
| 4/25/03 | Tel conference with Judge Covello re: discovery dispute regarding depositions of Mr. Little and Saccente | 350.00 | .4 | 140 |
| | Tel call to client re: relayed content of telephone discovery with the Court and the order against taking Mr. Saccente's deposition and preclusion of any document of performance review he wrote and court order of deposition for Defendant Little on May 9, 2003 as previously re-noticed; discussed at length the immediate strategy to perfect the case, gather relevant testimony, discussion of possibility of settlement offer because Defendant's do not want to have Mr. Little to testify. | 350.00 | 1.0 | 350 |
| 4/28/03 | Draft/revise letter to Atty Powilatis re: objection to extending deposition of Mr. Little and oppose extending discovery deadline for two weeks | 350.00 | .2 | 70 |
| | Tel call from Atty Powilatis re: briefly addressed his letter on this date regarding Mr. Little's physician's statement that the deposition be rescheduled for a later date | 350.00 | .2 | 70 |
| | Draft/revise letter to Chambers re: Defendant Little cannot attend May 9, 2003 deposition per doctors orders | 350.00 | .9 | 315 |
| | Review/analyze Defendant's response to Plaintiff's second request for admissions; research Connecticut General Statute 31-249b – Plaintiff now required to file motion to deem admitted | 350.00 | .3 | 105 |
| | Review/analyze Defendant's response to Plaintiff's second request for production and second set of interrogatories | 350.00 | .2 | 70 |
| 4/29/03 | Tel call to Atty Powilatis re: discussed Defendant's efforts to rearrange deposition dates for case; asked him to confirm May 23 and May 30 for Ms. Milde's deposition | 350.00 | .1 | 35 |
| | Tel call to Chambers – spoke with law clerk regarding enforcing May 9, 2003 deposition of Defendant Little | 350.00 | .2 | 70 |
| 4/30/03 | Tel call from client re: discussion of Court's | 350.00 | .4 | 140 |

36

| | | | | |
|---|---|---|---|---|
| | ruling on Mr. Little's deposition going forward on May 9, 2003; discussed next steps in discovery, i.e. filing a complete motion to compel for documents and interrogatories, and motion to deem admitted the Defendant's responses to second request to admit | | | |
| 5/1/03 | Draft/revise memo in support of motion to determine sufficiency of Defendant's objections and answers to Plaintiff's Second Request for Admissions | 350.00 | 9.4 | 3,290 |
| | Tel call from client re: discussed the Plaintiff's motion to determine sufficiency of Defendant's responses to Second Request for Admissions; also discussed issues in preparation for Defendant Little's deposition on May 9, 2003 | 350.00 | 1.3 | 455 |
| 5/2/03 | Tel call from client re: response to letter from Defendant's about Defendant Little's medical needs for the May 9, 2003 deposition | 350.00 | .2 | 70 |
| | Draft/revise letter motion to Chambers re: deposition of Defendant Little and request for immediate discovery conference on Defendant's responses to Plaintiff's second request for admissions; prepared documents for service to court, chambers, defendant, and client via overnight delivery and facsimile. | 350.00 | 1.4 | 490 |
| | Plan & Prepare for deposition of Defendant Little | 350.00 | 4.1 | 1,435 |
| 5/5/03 | Tel call from Chambers re: set up telephone conference with Defendants on Mr. Little's deposition | 350.00 | .1 | 35 |
| | Tel call to Atty Alvarez re: conference call to Chambers and discussed deposition, witness allowed to take 2 hour sessions with breaks, can bring his own nurse, but has to pay for it. No decisions on the motion to determine sufficiency of Defendant's response to request for admissions | 350.00 | .4 | 140 |
| | Tel call from client re: discussed Court's order on Defendant Little's deposition and the place of the deposition i.e. courthouse or office | 350.00 | .2 | 70 |
| 5/6/03 | Plan & Prepare for Mr. Little's deposition | 350.00 | .2 | 70 |

37

|        |                                                                                                                                                                                                                                                 |        |     |       |
|--------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|-----|-------|
|        | Tel call from client re: deposition preparation and review for Defendant Little                                                                                                                                                                 | 350.00 | .7  | 245   |
|        | Tel call to deponent MaryAnne Vlyman re: request to respond to call regarding service of subpoena prior to May 20, 2003, left detailed message                                                                                                  | 350.00 | .1  | 35    |
| 5/7/03 | Draft/revise letter to Atty Alvarez re: scheduling completion dates for depositions                                                                                                                                                             | 350.00 | .4  | 140   |
|        | Tel call to Atty Powilatis re: whereabouts of Ms. Vlyman, he did not know                                                                                                                                                                       | 350.00 | .2  | 70    |
|        | Tel call to Atty Alvarez re: confirmation of whereabouts of Ms. Vlyman, left detailed message for secretary to forward to Atty Alvarez at home preparing for deposition of Mr. Little                                                           | 350.00 | .1  | 35    |
|        | Tel call from Atty Alvarez re: information about the whereabouts of deponent MaryAnn Vlyman, Atty Alvarez stated he did not know of her whereabouts, that she phoned him and he instructed her to call my office about scheduling of the deposition: Atty Alvarez stated that I accused him of obstructing a deposition, which I did not, then the conversation became more bitter and Atty Alvarez had Atty Powilatis take notes throughout the entire phone call, I had to end the call and requested his response with personnel information about the deponent because she was his client; he used the phrase "find all the snakes under the rock" etc. and I asked him if he thought that is what I thought of his firm. | 350.00 | .4  | 140   |
|        | Tel call to client re: provided update on case and Ms. Vlyman deposition, she also provided additional questions for Defendant Little's deposition                                                                                              | 350.00 | .4  | 140   |
|        | Plan & Prepare for deposition of Defendant Little                                                                                                                                                                                               | 350.00 | 5.7 | 1,995 |
| 5/8/03 | Plan & Prepare for deposition of Defendant Little                                                                                                                                                                                               | 350.00 | 6.4 | 2,240 |
|        | Tel call from Lilliam Layton, Consultech re: documents and billing info and contract for services to Defendant Housing Authority                                                                                                                | 350.00 | .2  | 70    |
|        | Tel call to Paul Gapp at Consultech re: discuss case                                                                                                                                                                                            | 350.00 | .1  | 35    |
|        | Tel call to Denise Demming at Consultech                                                                                                                                                                                                        | 350.00 | .2  | 70    |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
|  | re: request to obtain the documents and invoices |  |  |  |
| 5/8/03 | Tel call from client re: discussed depositions and revised topics etc. | 350.00 | 1.1 | 385 |
|  | Tel call from client re: discussed additional topics, facts, issues for Defendant Little's deposition | 350.00 | .9 | 315 |
| 5/9/03 | Plan & Prepare for deposition, morning of deposition (Defendant Little) | 350.00 | 1.4 | 490 |
|  | Defendant Little deposition, late start because nurse was late, deposition will be timed (Carey's office) | 350.00 | 6.9 | 2,415 |
|  | Tel call from client re: discussion and review of deposition of Mr. Little | 350.00 | .5 | 175 |
| 5/12/03 | Tel call to Russ Kemp (deponent) former Director of Finance for Defendant's re: asked him to confirm process for the RFP approval process, he stated that the CEO needed the bid to pass a resolution to approve contract. | 350.00 | .3 | 105 |
|  | Tel call to deponent Thomas Crawford re: confirm process of bid resolution for CEO to sign contracts | 350.00 | .3 | 105 |
|  | Tel call to client re: confirmation that Defendant Little failed to get bid resolution for ProGas contract, as confirmed by deponents Crawford and Kemp | 350.00 | .1 | 35 |
| 5/13/03 | Defendant Little's second day concluded, no cross examination by Atty Alvarez (Carey's Office) | 350.00 | 4.9 | 1,715 |
|  | Post deposition conversation with client in office about Defendant Little's second day of deposition | 350.00 | .8 | 280 |
|  | Tel call to Jan Corning, daughter of deponent Vlyman re: witness will return on 5/15 and will call to confirm where (address) she can be served process: gave directions to daughter: gave notice of officer of court and respect to witness non-party called for deposition, expressed condolences about deponent's recently deceased husband/father. | 350.00 | .1 | 35 |
|  | Review/analyze transcript of Defendant Little Day 2 of his deposition re: confirmed testimony from deponent in preparation for case and deposition for Defendant/deponent | 350.00 | 2.0 | 700 |