| | | | | |
|---|---|---|---|---|
| | Commissioner McClenachan on May 16, 2003: also confirmed that Defendant Little has impeached himself on numerous occasions and his testimony does not support the affirmative defenses taken by the Defendants | | | |
| | Tel call to client re: discussion of review of Day 2 of Defendant Little's testimony and how it clearly favored Plaintiff's case with the use of all the admissions obtained and the impeachment evidence obtained, momentum in case shifted after these two days of deposition | 350.00 | .7 | 245 |
| 5/14/03 | Tel call from client re: discussion of deposition preparation for deponent McClenahan on May 16, 2003 | 350.00 | .4 | 140 |
| 5/15/03 | Tel call from client re: confirmation of Ms. McClenachan deposition for May 16, 2003 and discussed questions to present | 350.00 | .2 | 70 |
| | Review/analyze supplemental production sent from Defendant's via facsimile on this date | 350.00 | .2 | 70 |
| | Tel call to deponent MaryAnne Vlyman re: confirmed address where she can be located and gave specific directions | 350.00 | .1 | 35 |
| | Tel call to Dave at DLS, the process server for the subpoena on deponent MaryAnne Vlyman, sent facsimile letter providing address where deponent can be found. | 350.00 | .1 | 35 |
| | Tel call to client re: Defendant Little resigns employment | 350.00 | .3 | 105 |
| 5/16/03 | Plan & Prepare for deponent McClanachan's deposition | 350.00 | 3.0 | 1,050 |
| | Deposition of Ms. Sue McClanachan (Carey's office) | 350.00 | 7.7 | 2,695 |
| 5/20/03 | Deposition of Defendant deponent Penny Lore, current PCSR Administrator (Carey's Office) | 350.00 | 3.9 | 1,365 |
| | Deposition of deponent Mary Ann Vlymen (Carey's Office) | 350.00 | 3.1 | 1,085 |
| | Draft/revise motion to compel testimony of deponent Sue McClanachan | 350.00 | 1.6 | 560 |
| 5/21/03 | Draft/revise memo in support of motion to compel testimony of deponent Sue McClanachan | 350.00 | 2.1 | 735 |
| | Deposition preparation of client | 350.00 | 2.1 | 735 |

| | | | | |
|---|---|---|---|---|
| | Deposition preparation of client in office, reviewed theory of case, reviewed complaint, reviewed facts in support of case and adverse facts, reviewed testimony of witnesses and the admissions of Defendants: | 350.00 | 5.5 | 1,925 |
| 5/22/03 | Tel call to Atty Alvarez re: move deposition of Ms. Milde to courthouse for Court to oversee deposition. | 350.00 | .1 | 35 |
| | Tel call to Atty Powilatis re: request to move Ms. Milde's deposition to Courthouse | 350.00 | .1 | 35 |
| | Draft/revise letter to Atty Powilatis re: request to conduct deposition in courthouse | 350.00 | .5 | 175 |
| | Attend deposition of Nancy Wisecup in Stamford, CT at Jackson, Lewis LLP | 350.00 | 5.1 | 1,785 |
| | Tel call to client re: final preparation for deposition, night before deposition | 350.00 | 1.4 | 490 |
| | Draft/revise motion to compel and supporting memo of law | 350.00 | 7.0 | 2,450 |
| 5/23/03 | Plan & Prepare for Plaintiff's deposition, document preparation | 350.00 | 1.0 | 350 |
| | Attend Plaintiff's first day of deposition in courthouse | 350.00 | 9.7 | 3,395 |
| 5/27/03 | Deposition of Agata Wilinski in Stamford | 350.00 | 4.4 | 1,540 |
| | Tel call to client re: decision to reexamine deponent Wisecup during deposition, decision was to leave testimony as is on direct from the Defendant's and use time for other aspects of litigation | 350.00 | .2 | 70 |
| | Tel call to Atty Powilatis re: notice of no cross examination of deponent Wisecup and addressed Defendant's response to Plaintiff's second set of interrogatories and request for production-indicating that Plaintiff will send Rule 9 letter regarding this discovery dispute on this date for his immediate attention. | 350.00 | 1.0 | 350 |
| | Draft/revise memo in support of second motion to compel as to Plaintiff's Second Set of Interrogatories and Second Request for Production of Documents related to Defendant's affirmative defenses asserted in their respective answers to Plaintiff's revised sixth amend complaint. | 350.00 | 5.1 | 1,785 |
| 5/28/03 | Draft/revise Rule 9 letter to defendant regarding Plaintiff's second request for production and second set of interrogatories | 350.00 | .6 | 210 |
| | Draft/revise motion to compel and | 350.00 | .7 | 245 |

41

| | | | | |
|---|---|---|---|---|
| | declaration in support of Local Civil Rule 9 | | | |
| | Tel call from client re: preparation for deposition | 350.00 | .8 | 280 |
| | Draft/revise completed final version of lengthy memo in support of motion to compel discovery as to Plaintiff's first set of interrogatories and first request for documents. | 350.00 | 6.1 | 2,135 |
| | Tel call to Atty Powilatis re: discussed his response to Rule 9 letter this date and whether he will send response by 4 pm, he said he could not, and will send by 5 pm. | 350.00 | .1 | 35 |
| 5/29/03 | Tel call from client re: discussion about deposition | 350.00 | .1 | 35 |
| | Draft/revise letter to Atty Powilatis re: notice of motion to compel on Plaintiff's First Request for Production | 350.00 | .2 | 70 |
| | Tel call to client re: discussion of case and deposition testimony | 350.00 | 1.0 | 350 |
| 5/30/03 | Plan & Prepare for Ms. Milde's day 2 examination by counsel | 350.00 | 2.4 | 840 |
| | Day two of Plaintiff's deposition in Hartford | 350.00 | 10.2 | 3,570 |
| 6/2/03 | Review/analyze defendant's memo in opposition to Plaintiff's motion to compel testimony and reconvene depositions of deponents Ms. McClenachan and Mr. Little. | 350.00 | .2 | 70 |
| | Tel call to Atty Powilatis re: scheduling next day of Ms. Milde's deposition and joint motion for extension on discovery | 350.00 | .1 | 35 |
| 6/4/03 | Plan & Prepare for Ms. Milde's day three of deposition | 350.00 | 2.0 | 700 |
| 6/5/03 | Attend deposition Ms. Milde day three in Hartford | 350.00 | 9.1 | 3,185 |
| 6/9/03 | Tel call from client re: she had conversations with witnesses over the weekend, deponent Russ Kemp stated that he remembers seeing a contract with ProGas for 68k; witness Rusty Moye heard that Defendant's are destroying documents related to Scientology at the Housing Authority offices; attorney will send letter reminding defense counsel of obligations to maintain all documents in case, subject to ruling on scientology discrimination when appeal to second circuit is filed. | 350.00 | .3 | 105 |
| 6/11/03 | Review/analyze Defendant's response to | 350.00 | .8 | 280 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| | Plaintiff's second expedited motion to compel discovery; researched case cited as authority for defendant's position | | | |
| | Draft/revise Plaintiff's reply brief to Defendant's June 5, 2003 memo in opposition to her second motion to compel discovery on the answers and affirmative defenses. | 350.00 | .8 | 280 |
| 6/13/03 | Attend client day 4 deposition in Hartford | 350.00 | 6.8 | 2,380 |
| 6/26/03 | Review/analyze Defendant's memo in opposition to Plaintiff's third motion to compel discovery, no reply memorandum required | 350.00 | .2 | 70 |
| 6/27/03 | Tel call from client re: discussion of case and return of errata sheets from three days of her depositions, fourth day transcript sent out to client on June 26, 2003; discussed next steps in litigation and strategy to pursue | 350.00 | .2 | 70 |
| 7/9/03 | Draft/revise letter to Atty Powilatis re: return of errata sheet for June 13, 2003 deposition of Plaintiff | 350.00 | .1 | 35 |
| 8/21/03 | Tel call from client re: notice of vacation schedule; discussed the future of the case and potentially how it will be resolved either though settlement after denial of SJM or grant in favor of Plaintiff on her SJM or verdict | 350.00 | .3 | 105 |
| 9/8/03 | Tel call from client re: update on case, no decisions yet on pending motions, discussed unrelated case of Dick Rusco v. New Haven Housing Authority and trial witness list with Mr. Little on it, discussed impact of possible testimony | 350.00 | .2 | 70 |
| 9/29/03 | Tel call from client re: notified of defendant witness Sue McClenachan removed from Board of Commissioners, discussed impact | 350.00 | .3 | 105 |
| 10/29/03 | Draft/revise letter to Atty Alvarez re: retention of evidence and notice not to destroy or delete | 350.00 | .5 | 175 |
| 12/12/03 | Tel call from client re: discussed case | 350.00 | .5 | 175 |
| 1/21/04 | Tel call from client re: discussed developments in case or lack thereof and when court will issue decisions | 350.00 | .4 | 140 |
| 2/23/04 | Review/analyze recent decisions from court | 350.00 | .6 | 210 |
| | Tel call from client re: discussion of the court's decisions on the Plaintiff's three | 350.00 | .5 | 175 |

43

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| | motions to compel | | | |
| 2/23/04 | Tel call to Atty Alverez re: rescheduling depositions beyond 2/27 deadline pursuant to court order of 2/10/04 and discussed scope of depositions, he objected to the broad scope of depositions, but Plaintiff's counsel does not know what will be produced by Defendant's pursuant to court order dated 2/10 and so cannot agree scope of depositions, Plaintiff argued scope is confined to Plaintiff's proof of pretext. | 350.00 | .3 | 105 |
| | Tel call to Chambers re: rescheduling depositions, will send letter | 350.00 | .1 | 35 |
| | Tel call to Atty Alvarez re: relayed discussion with Jim, law clerk for J. Covello re: parties stipulation to extend disposition date to March 31, 2004, due to scheduling conflicts | 350.00 | .1 | 35 |
| | Draft/revise letter to Chambers of Court | 350.00 | .5 | 175 |
| 2/24/04 | Review/analyze of Defendant's responses to Court's order dated February 10, 2004, Defendant Little's personnel file | 350.00 | 1.1 | 385 |
| | Telephone discussion with client re: she reviewed the materials disclosed by Defendant's pursuant to court order and discussed the same. | 350.00 | .2 | 70 |
| 3/4/04 | Tel call from client re: Defendants' production of Defendant Little's personnel file is missing 3 to 4 performance reviews, as testified to by the witnesses for Defendant's | 350.00 | .1 | 35 |
| 3/5/04 | Tel call from client re: defendant's failure to provide documents pursuant to order | 350.00 | .1 | 35 |
| | Draft/revise letter to Atty Alvarez re: failure to disclose pursuant to court order dated February 10, 2004 | 350.00 | .7 | 245 |
| 3/9/04 | Review/analyze supplemental discovery produced by defendant pursuant to order of the court | 350.00 | .3 | 105 |
| | Tel call to client re: discussion of materials received from Defendant's supplemental disclosure pursuant to court order | 350.00 | .4 | 140 |
| | Tel call from client re: discussion of sanctionable actions for failure to produce discovery testified to by witnesses | 350.00 | .1 | 35 |
| 3/15/04 | Tel call from client re: discussion of deposition dates and discussed ProGas | 350.00 | .8 | 280 |

44

| | | | | |
|---|---|---|---|---|
| | contract implications based on prior testimony | | | |
| | Draft/revise letter to Atty Alvarez re: Mr. Little's 2001 and 2002 performance reviews not produced, scheduling deposition dates for March 26 and 30. | 350.00 | .4 | 140 |
| | Draft/revise re-notices of deposition for Mr. Little and Ms. McClanachan | 350.00 | .2 | 70 |
| 3/17/04 | Tel call from client re: discussed her review of the discovery materials sent by defendants | 350.00 | .2 | 70 |
| | Tel call from client re: she reviewed tape recordings, discussed the absence of any minutes related to termination of employment of Plaintiff, failure to provide 2001 and 2002 performance reviews for Mr. Little | 350.00 | .2 | 70 |
| | Tel call to Atty Alvarez re: inquiry about his production of documents pursuant to court order [Doc #117], he stated that he confirmed that he complied fully with the court order and was not holding any documents back, asked him to include that confirmation in the letter he will be sending to this office in response to two recent letters on the subject. | 350.00 | .2 | 70 |
| 3/17/04 | Tel call from client re: discussed discovery issues and preparation of summary judgment memo | 350.00 | .9 | 315 |
| 3/19/04 | Tel call from client re: she is working on her review of the depositions and the arguments | 350.00 | .1 | 35 |
| | Tel call from client re: discussed case review for purposes of summary judgment | 350.00 | .4 | 140 |
| | Plan & Prepare for deposition of Sue McClanachan and Ben Little | 350.00 | 1.10 | 385 |
| | Tel call from client re: discussed deposition preparation and assembly for deponent McClanachan deposition | 350.00 | .5 | 175 |
| 3/25/04 | Plan & Prepare for Ms. McClanachan deposition | 350.00 | 9.6 | 3,360 |
| | Tel call from client re: discussion of deposition preparation and assembly for McClanachan deposition | 350.00 | .3 | 105 |
| | Tel call from client | 350.00 | .2 | 70 |
| | Offer of 125k to settle from Frank Alvarez | 350.00 | .1 | 35 |
| | Tel call to client re: 125k offer, did not accept and discussed the case | 350.00 | 1.0 | 350 |

45

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 3/26/04 | Deposition of Ms. McClanachan (Carey's Office) | 350.00 | 10.7 | 3,745 |
| 3/29/04 | Tel call from client re: discussion of case and decision not to do Mr. Little's 3rd day of deposition, discussed filing summary judgment motion and success percentage | 350.00 | .3 | 105 |
|  | Tel call to Frank Alvarez re: notice to cancel deposition of Mr. Little scheduled for March 30, 2004 in USDC D. Conn. | 350.00 | .1 | 35 |
|  | Draft/revise letter to Atty Alvarez re: cancellation of Defendant Little's deposition | 350.00 | .2 | 70 |
| 3/30/04 | Tel call from client re: research as to whether HUD did an investigation proved negative from her sources | 350.00 | .1 | 35 |
| 4/8/04 | Tel call to Atty Alvarez re: follow-up to March 29, 2004 letter requesting documents identified in deposition by deponent McClanachan, Alvarez states there are no additional documents, everything was provided, we discussed the testimony provided and Alvarez states she did not say there were additional documents such as formal performance review documents and handwritten notes taken by witness as she interviewed Mr. Little during the performance review. Alvarez said that he believed the witnesses testimony was that she destroyed the handwritten notes after she created the memo of minutes on August 8, 2000 involving Mr. Little's performance review. I reiterated the EEOC charge was filed in July 2000 and provided notice to defendant that it had an obligation to preserve evidence-the parties disagreed on this issue and await the full transcript for review-Plaintiff will bring issue to court's attention if the testimony does indicate a destruction of documents and when it occurred. | 350.00 | .5 | 175 |
| 4/14/04 | Draft plaintiff's Rule 56c statement of material facts: regarding Sue McClenachan's deposition second day | 350.00 | 2.6 | 910 |
| 4/15/04 | Draft plaintiff's Rule 56c statement of material facts regarding Sue McClenachan's deposition | 350.00 | 2.5 | 875 |
| 4/16/04 | Tel call from client re: McClenachan | 350.00 | 1 | 350 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| | deposition testimony | | | |
| 4/20/04 | Tel call from client re: summary judgment motion/memo | 350.00 | .2 | 70 |
| 4/27/04 | Draft/revise Plaintiff's Rule 56c statement | 350.00 | 11.3 | 3,955 |
| | Tel call from client re: Rule 56c statement of facts | 350.00 | .1 | 35 |
| 4/28/04 | Draft/revise Plaintiff's Rule 56c statement | 350.00 | 7.1 | 2,485 |
| 4/30/04 | Tel call from client re: Rule 56c statement | 350.00 | .9 | 315 |
| 5/7/04 | Draft/revise Rule 56 statement in support SJM | 350.00 | 4.7 | 1,645 |
| | Tel call from client re: Summary Judgment Motion | 350.00 | .2 | 70 |
| 5/10/04 | Draft/revise Rule 56 statement in support SJM | 350.00 | 9.0 | 3,150 |
| | Tel call from client re: update on SJM | 350.00 | .2 | 70 |
| 5/11/04 | Draft/revise Rule 56 statement in support SJM | 350.00 | 9.8 | 3,430 |
| 5/12/04 | Draft/revise Memo of Law in Support SJM | 350.00 | 15.3 | 5,355 |
| 5/13/04 | Draft/revise Memo of Law in support SJM | 350.00 | 26.2 | 9,170 |
| | Tel call from client re: update on SJM | 350.00 | .2 | 70 |
| 5/17/04 | Completed preparation of summary judgment motion and exhibits, delivered to court | 350.00 | 6.0 | 2,100 |
| 5/18/04 | Tel call from client re: summary judgment motion and court's decision | 350.00 | .4 | 140 |
| 5/24/04 | Tel call from client re: Defendant Little alleged kickbacks from Pro Gas contract | 350.00 | .5 | 175 |
| 5/27/04 | Draft Motion for extension of time to respond to Defendants Summary Judgment Motion, and stipulation to Defendants for the same extension and reply brief extension due by July 2, 2004 | 350.00 | 1 | 350 |
| 6/4/04 | Tele call from client re: review of legal arguments in opposition to Defendants SJM | 350.00 | .4 | 140 |
| 6/8/04 | Draft Plaintiff's memo in opposition to Defendants SJM, including 9c2 statement (based on reading deposition transcripts and exhibits); draft motion to file under seal and extension on brief page count; affirmation of exhibits | 350.00 | 33.0 | 11,550 |
| 6/9/04 | Tele call from client re: memo in opposition to Defendants SJM | 350.00 | .7 | 245 |
| | Draft plaintiff's affidavit in support of motion and opposition papers | 350.00 | .4 | 140 |
| 6/10/04 | Tel call from client re: legal arguments in opposition to Defendants SJM | 350.00 | 1.6 | 560 |

47

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 6/18/04 | Tel call to client re: response by defendants | 350.00 | .1 | 35 |
| 6/21/04 | Review/analyze Defendants memo in opposition to plaintiff's cross SJM | 350.00 | 2.4 | 840 |
|  | Tel call from client re: Defendants memo in opposition to plaintiff's cross SJM | 350.00 | .4 | 140 |
| 6/23/04 | Tel call from client re: Plaintiff's reply brief | 350.00 | .9 | 315 |
| 7/2/04 | Draft reply brief to defendants SJM opposition memo | 350.00 | 5.2 | 1,820 |
| 11/19/04 | Tel call from client re: court's possible decision and procedure | 350.00 | .7 | 245 |
| 2/8/05 | Tel call from Atty Alvarez re: returning his telephone call, left msg. | 350.00 | .1 | 35 |
| 2/11/05 | Review/analyze letter from atty Alvarez re: high-low settlement offer agreement | 350.00 | .1 | 35 |
|  | Tel call to client re: defendants high-low (baseball) settlement offer | 350.00 | .7 | 245 |
| 2/14/05 | Tel call from client re: Bernadett Settlmyer appointed to Housing Authority Board, possible initiative behind new settlement offer | 350.00 | .3 | 105 |
|  | Draft/revise letter to Atty Alvarez re: replying to high low offer process letter dated Feb. 11, 2005 | 350.00 | 1.1 | 385 |
| 2/18/05 | Tel call from client re: update on settlement discussions if any | 350.00 | .2 | 70 |
| 3/21/05 | Tel call to client re: court granted motion for excess page brief, no idea of time frame for court's decision on SJM | 350.00 | .1 | 35 |
| 3/22/05 | Tel call from client re: strategy for dealing with court's decision, appeal by either party | 350.00 | 1.1 | 385 |
| 4/1/05 | Tele call from client re: court's decision on SJM, US Sup Ct Smith v. City of Jackson (ADEA) | 350.00 | .4 | 140 |
| 4/29/05 | Tel call from client re: court's decision on SJM, checked pacer, no decision as date | 350.00 | .1 | 35 |
|  | Tel call to chambers re: status of SJM motions filed a year ago | 350.00 | .2 | 70 |
|  | Tel call from chambers re: no decision yet | 350.00 | .1 | 35 |
| 4/29/05 to 7/1/2005 | Client would call once a month for case update | 350.00 | 0 | 0 |
| 7/1/05 | Tele call from client re: no update on case, discussed trial and appeal procedures | 350.00 | .5 | 175 |
| 8/15/05 | Review/analyze SJM decision from court dated August 12, 2005 | 350.00 | .9 | 315 |
|  | Tel call to client re: SJM decision | 350.00 | .6 | 210 |

| | | | | |
|---|---|---|---|---|
| | Legal Research: Second Cir. Decision on 1983 free speech claim (Konits v. Valley Stream Central School, 394 F.3d 121) | 350.00 | .3 | 105 |
| 8/16/05 | Tel call to client re: court's SJM decision and moving forward to trial | 350.00 | .5 | 175 |
| 8/17/05 | Tel call with client re: reviewed and analyzed case | 350.00 | .8 | 280 |
| 8/19/05 | Tel call with client re: reviewed and analyzed case | 350.00 | .1 | 35 |
| 8/26/05 | Review/analyzed settlement offer letter from Atty Alvarez | 350.00 | 1.5 | 525 |
| | Tel call from client re: defendants 125k settlement offer by August 29, 2005 | 350.00 | .6 | 210 |
| 8/29/05 | Tel call from client re: defendants settlement offer | 350.00 | .1 | 35 |
| 9/8/05 | Tel call from client re: no update on court activity for scheduling trial, explained each parties' burdens of proof and persuasion during trial | 350.00 | .2 | 70 |
| 9/16/05 | Tele call from client re: Defendants Notice of Appeal | 350.00 | .4 | 140 |
| | Reviewed file for 5/22/00 audio tape of hearing | 350.00 | .3 | 105 |
| 9/19/05 | Tel call from client re: no update on Defendant Little's health status | 350.00 | .2 | 70 |
| 10/6/05 | Tel call from client re: Defendants appeal, appellate procedure | 350.00 | .8 | 280 |
| 10/28/05 | Tel call from client re: update on Defendants appeal | 350.00 | .5 | 175 |
| 11/21/05 | Legal Research Defendants Appeal issues and procedure | 350.00 | 2.0 | 700 |
| 11/22/05 | Tel call from client re: Defendants Appeal | 350.00 | .3 | 105 |
| | Legal Research: motion procedure to dismiss appeal for lack of jurisdiction | 350.00 | .3 | 105 |
| 11/29/05 | Draft letter to client re: Defendants interlocutory appeal on qualified immunity grounds | 350.00 | 4.1 | 1,435 |
| | Status Conference (2d Cir) held by Atty Lisa Goldberg | 350.00 | 1.0 | 350 |
| | Tel call to client re: Status Conference and settlement proposal | 350.00 | .9 | 315 |
| 12/2/05 | Tel call with client re: settlement amount | 350.00 | 1.0 | 350 |
| | Legal Research 1983 verdicts for 1st amendment retaliation cases | 350.00 | 1.5 | 525 |
| 12/5/05 | Tel call from Atty Greenberg re: settlement discussion and jurisdictional issue, possible | 350.00 | .9 | 315 |