| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| | motion to dismiss for lack of jurisdiction | | | |
| | Legal Research: continued research on qualified immunity cases on issue of filing motion dismiss | 350.00 | 2.7 | 945 |
| 12/6/05 | Tel call from client re: authorization of settlement amount; appellate strategy on motion to dismiss for lack of appellate jurisdiction | 350.00 | .9 | 315 |
| | Draft memo in support of motion to dismiss appeal for lack of jurisdiction | 350.00 | 3.4 | 1,190 |
| | Tel call to Atty Greenberg re: discussion of plaintiff's motion to dismiss and offer in settlement of $738,000 | 350.00 | .4 | 140 |
| 12/9/05 | Tel call from client re: update on case, no response on settlement | 350.00 | .1 | 35 |
| 12/12/05 | Tel call from atty Greenberg re: settlement discussion, she wanted to double check plaintiff's offer before she provided it to defendants | 350.00 | .2 | 70 |
| 12/13/05 | Legal Research: Second Circuit decision: Pena v. Deprisco on qualified immunity defense, issued 12/12/05 | 350.00 | .4 | 140 |
| | Tel call from client re: settlement discussion | 350.00 | .2 | 70 |
| | Tel call to client re: settlement discussion, client made second offer of $540,000, bid against self without any counter offer | 350.00 | .1 | 35 |
| | Tel call to atty Greenberg re: left detailed msg on settlement proposal revised, but left no amount on message | 350.00 | .1 | 35 |
| | Tel call to atty Greenberg re: settlement discussion, relayed revised offer off $540,000, after first offer given to defendants | 350.00 | .1 | 35 |
| 12/16/05 | Tel call to client re: no update on settlement | 350.00 | .2 | 70 |
| | Tel call from atty Greenberg re: settlement discussion, defendants offered $159,000 | 350.00 | .7 | 245 |
| | Tel call to client re: relayed defendants new settlement offer | 350.00 | .2 | 70 |
| 12/20/05 | Tel call with client re: update on plaintiff's motion to dismiss | 350.00 | .2 | 70 |
| 12/22/05 | Research and drafting memo in support of motion to dismiss the interlocutory appeal | 350.00 | 4.2 | 1,470 |
| 12/23/05 | Tel call to client re: motion to dismiss argument | 350.00 | .4 | 140 |
| 12/28/05 | Research and drafting motion to dismiss argument | 350.00 | 4.7 | 1,645 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 12/29/05 | Research and drafting motion to dismiss argument | 350.00 | 6.2 | 2,170 |
| | Tel call from atty for defendant re: request email for electronic filing | 350.00 | .1 | 35 |
| | Tel call to Clerk of Court re: electronic filing of motion briefs, not required | 350.00 | .1 | 35 |
| | Tel call to client re: motion to dismiss filed with Second Circuit on 12/30/05 | 350.00 | .2 | 70 |
| 1/4/06 | Tel call from atty Kanter re: request for one week extension on response to Motion to Dismiss | 350.00 | .1 | 35 |
| 1/5/06 | Tel call with client re: motion to dismiss procedural time limit; settlement; client authorized new offer of $535,000 in response to defendants $159,000 offer; one week extension requested by defendants | 350.00 | .6 | 210 |
| | Tel call to atty Greenberg re: notice of motion and counter offer of $535,000 | 350.00 | .2 | 70 |
| | Draft Notice of Appearance of Plaintiff's counsel and filed with clerk | 350.00 | .2 | 70 |
| 1/12/06 | Tel call to Atty Greenberg re: 30 day extension and motion to stay | 350.00 | .1 | 35 |
| | Draft letter to client regarding taxation of attorney's fees paid, for purposes of the IRS | 350.00 | .5 | 175 |
| 1/20/06 | Draft letter to Atty Greenberg, request for 30 day extension | 350.00 | .4 | 140 |
| | Tel call to atty Greenberg re: 30 day extension | 350.00 | .1 | 35 |
| 1/25/06 | Tel call to atty Greenberg re: staff counsel ordered the case held in abeyance pending outcome of motion to dismiss | 350.00 | .2 | 70 |
| | Tel call to client re: Court of Appeals held case in abeyance pending outcome of motion to dismiss | 350.00 | .1 | 35 |
| | Tel call from client re: discussed reply brief to be filed | 350.00 | .2 | 70 |
| 1/30/06 | Reviewed/analyzed Second Circuit Order re: Motion to Dismiss taken on submission for Feb 28, 2006, no oral argument allowed | 350.00 | .1 | 35 |
| | Reviewed/analyzed Defendants memo in opposition | 350.00 | 2.9 | 1,015 |
| | Tel call from client re: notification of date of court hearing case on submission and defendants memo in opposition | 350.00 | .5 | 175 |
| | Tel call from client re: defendants memo in opposition and application of case law to | 350.00 | .5 | 175 |

51

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| | case | | | |
| | Draft reply brief to defendants memo in opposition | 350.00 | 4.5 | 1,575 |
| 2/2/06 | Tel call from client re: provided exact summary of legal argument on reply brief and sent a facsimile copy of Locurto v. Safir | 350.00 | .5 | 175 |
| | Draft reply brief for filing | 350.00 | 5.0 | 1,750 |
| 2/3/06 | Draft reply brief for filing | 350.00 | 10.8 | 3,780 |
| 2/10/06 | Tel call from client re: discussion of reply brief and outcome of case | 350.00 | .3 | 105 |
| 3/20/06 | Tel call to Staff Motion Counsel re: 3/17/06 Notice of Substantive Motions Calendar 4/25/06 | 350.00 | .2 | 70 |
| | Tel call to client re: relayed docket update on court reset case to motions calendar for April 25, 2006 | 350.00 | .2 | 70 |
| | Research Second Circuit and supreme court cases to determine if similar case pending before each court on issue of QI in first amendment retaliation cases | 350.00 | 5.3 | 1,855 |
| 3/22/06 | Tel call to client re: report on review of case law on qualified immunity and retaliation cases pending before Supreme Court and Second Circuit | 350.00 | .5 | 175 |
| 4/11/06 | Tel call from client re: update on court decision, none | 350.00 | .2 | 70 |
| 4/25/06 | Researched 2d Cir. Docket calendar for judges hearing cases in April 25, on submission date (Walker, Kearse, and Wallace (9th Cir); researched decisions by these judges on 1st amendment retaliation cases and QI | 350.00 | 2.7 | 945 |
| | Tel call to client re: panel judges, significance of Kearse and Wallace (9th Cir) and pending US Sup Ct case Garcetti v. Ceballos, argued 10/05 | 350.00 | .3 | 105 |
| 4/27/06 | Reviewed Second Cir grant motion dismiss, appeal dismissed | 350.00 | .1 | 35 |
| | Tel call to client re: Second Circuit dismissed appeal | 350.00 | .2 | 70 |
| 5/1/06 | Tel call from client re: discussed case, developed themes for trial | 350.00 | .9 | 315 |
| | Draft letter to atty Alvarez re: notice of decision and withdrawal of all previous settlement offers | 350.00 | .4 | 140 |
| 5/9/06 | Tel call to client re: update on district court's | 350.00 | .1 | 35 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| | movement after appeal dismissal | | | |
| 5/18/06 | Tel conference with Chambers re: status of case after Second Circuit dismissal of appeal; telephone call to Fedilis, clerk, for scheduling of status conference on July 25, 2006 at 11 a.m. | 350.00 | .3 | 105 |
| | Tel call to client re: notice of July 25 status conference | 350.00 | .2 | 70 |
| | Tel call to Ms. Gibbs, clerk for 2d Cir. Re: request mandate order be issued to district court | 350.00 | .1 | 35 |
| 5/23/06 | Draft letter to 2d Cir re: Mandate issued | 350.00 | .5 | 175 |
| 5/31/06 | Tel call from client re: US Sup Ct Garcetti decision, decided May 30, 2006 | 350.00 | .1 | 35 |
| | Reviewed Garcetti v. Ceballos decision | 350.00 | .5 | 175 |
| 6/1/06 | Tel call to client re: impact of Garcetti decision on instant case | 350.00 | .2 | 70 |
| 7/20/06 | Tel call from client re: July 25 status conference; settlement; trial preparation | 350.00 | 1.0 | 350 |
| 7/24/06 | Reviewed Defendants renewed motion for summary judgment based on Garcetti | 350.00 | .4 | 140 |
| 7/25/06 | Attend Pretrial Conference in Court | 350.00 | 3.0 | 1,050 |
| 7/27/06 | Reviewed docket entries by court | 350.00 | .2 | 70 |
| | Tel call from client re: provided dates in case for trial and settlement conference, discussed case | 350.00 | .3 | 105 |
| 8/2/06 | Reviewed Defendants renewed motion for summary judgment; pulled legal cases cited and keycited Garcetti decision for all reported cases | 350.00 | 1.9 | 665 |
| 8/8/06 | Draft Memo in Opposition to SJM | 350.00 | 6.2 | 2,170 |
| | Tel call from client re: memo in opposition SJM | 350.00 | .3 | 105 |
| | Draft Memo in Opposition to SJM | 350.00 | 9.5 | 3,325 |
| 8/10/06 | Draft Plaintiff's Rule 56.1 Statement of Facts in Dispute | 350.00 | 1.9 | 665 |
| | Tel call to client re: memo in opposition SJM | 350.00 | .8 | 280 |
| | Draft Memo in Opposition to SJM | 350.00 | 2.7 | 945 |
| | Draft Plaintiff's Rule 56.1 Statement of Facts in Dispute | 350.00 | .8 | 280 |
| 8/11/06 | Tel call to client re: memo in opposition SJM | 350.00 | .9 | 315 |
| | Researched legal cases cited by defendant, briefed them | 350.00 | 1.00 | 350 |

53

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 8/21/06 | Draft Plaintiff's Rule 56 Statement of Facts in Dispute | 350.00 | 6.0 | 2,100 |
| | Draft Memo in Opposition to SJM | 350.00 | .5 | 175 |
| 8/22/06 | Draft Plaintiff's Rule 56 Statement of Facts in Dispute | 350.00 | 3.00 | 1,050 |
| 8/23/06 | Draft Plaintiff's Rule 56 Statement of Facts in Dispute; conformed all exhibits in pdf for electronic filing | 350.00 | 7.5 | 2,625 |
| | Draft Memo in Opposition to SJM | 350.00 | 4.2 | 1,470 |
| | Draft letter to Chambers re: courtesy copy of memo in opposition SJM | 350.00 | .2 | 70 |
| 8/29/06 | Researched J.Covello's pretrial case management practices regarding voir dire, and jury instructions | 350.00 | .5 | 175 |
| 8/30/06 | Joint Pretrial Order: Plaintiff's proposed jury instructions | 350.00 | 6.0 | 2,100 |
| 8/30/06 | Reviewed defendants reply brief to memo in opposition to SJM | 350.00 | .6 | 210 |
| 8/31/06 | Tel call to client re: discussed settlement memo to Magistrate Smith, authorized settlement demand of $780,000 | 350.00 | 1.0 | 350 |
| 9/1/06 | Draft settlement memo to Magistrate Smith, included quotations of evidence and testimony | 350.00 | 6.5 | 2,275 |
| 9/5/06 | Attend Settlement Conference before Magistrate Smith | 350.00 | 8.0 | 2,800 |
| 9/6/06 | Draft Plaintiff's propose voir dire | 350.00 | 1.9 | 665 |
| | Tel call form client re: telephone numbers for trial witnesses | 350.00 | .2 | 70 |
| | Tel call to witness Nancy Wisecup, plaintiff trial witness | 350.00 | .1 | 35 |
| | Tel call to witness Russ Kemp, plaintiff trial witness | 350.00 | .1 | 35 |
| | Tel call to atty Kanter re: pretrial memo | 350.00 | .1 | 35 |
| | Tel call to witness Russ Kemp, trial witness for 9/13 to 9/15 | 350.00 | .2 | 70 |
| | Reviewed/analyzed defendants voir dire | 350.00 | .2 | 70 |
| | Draft continued drafting pretrial memo | 350.00 | 1.3 | 455 |
| | Plan and prepare for voir dire on September 7; voir dire checklist based on case | 350.00 | 2.4 | 840 |
| 9/7/06 | Attend Jury Selection | 350.00 | 6.5 | 2,275 |
| | Tele call to state marshall for service of trial subpoenas on Wisecup and Kemp | 350.00 | .2 | 70 |
| | Draft trial subpoenas for witness Kemp and Wisecup; cover letter to state marshall, checks for witness fees | 350.00 | .5 | 175 |

54

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
|  | Draft jury profiles after voir dire on this date, research juror information | 350.00 | 5.2 | 1,820 |
| 9/8/06 | Draft opening statement | 350.00 | 1.9 | 665 |
|  | Draft Joint Pretrial Memo continued, reviewed second draft sent by atty Kanter | 350.00 | 4.1 | 1,435 |
|  | Tel call to atty Kanter re: joint exhibits to agree upon for pretrial order | 350.00 | .2 | 70 |
|  | Tel call from atty Kanter re: draft pretrial memo | 350.00 | .1 | 35 |
|  | Tel call to atty Kanter re: final draft of pretrial memo | 350.00 | .3 | 105 |
|  | Draft Plaintiff's Exhibit list and filed with court | 350.00 | 3.7 | 1,295 |
| 9/9/06 | Draft completed Plaintiff's Proposed Jury Instructions, filed with court | 350.00 | 1.3 | 455 |
|  | Draft Revised plaintiff's exhibit list and filed with court | 350.00 | 4.4 | 1,540 |
|  | Email response to atty Kanter re: revised exhibit list for plaintiff | 350.00 | .1 | 35 |
|  | Plan and Prepare for cross of Little | 350.00 | 1.4 | 490 |
|  | Trial preparation: preparation of witness exams | 350.00 | 12.8 | 4,480 |
| 9/11/06 | Plan and Prepare for opening statement | 350.00 | 3.2 | 1,120 |
|  | Email to atty Kanter plaintiff's objections to defendants trial exhibits (1,2 and 27) | 350.00 | .1 | 35 |
|  | Tel call to Chambers re: question whether computer disc copy of proposed jury instructions, not needed | 350.00 | .2 | 70 |
|  | Email to atty Kanter re: warning of Greenwich Times calling for news comments on trial, said and warned "no comment" | 350.00 | .1 | 35 |
| 9/12/06 | Plan and prepare for Day 1 | 350.00 | .4 | 140 |
|  | TRIAL DAY 1 | 350.00 | 10.6 | 3,710 |
|  | Redacted Revised Sixth Amendment Complaint for inclusion as full exhibit #1 | 350.00 | .4 | 140 |
| 9/13/06 | Plan and Prepare for Day 2 | 350.00 | 1.3 | 455 |
|  | TRIAL DAY 2 | 350.00 | 10.2 | 3,570 |
| 9/14/06 | Plan and prepare for day 3 | 350.00 | 3.6 | 1,260 |
|  | TRIAL DAY 3 | 350.00 | 8.0 | 2,800 |
| 9/15/06 | Tel call with client re: her thoughts on closing argument | 350.00 | 1.0 | 350 |
|  | Plan and prepare for closing argument | 350.00 | .2 | 70 |
|  | Tel call to Chambers re: no final copy of jury charge, but also addressed opposing | 350.00 | .1 | 35 |

55

| | | | | |
|---|---|---|---|---|
| | counsel's new addition/change of placing Garcetti charge in special interrogatories, noted my objection which was noted and to be reasserted on Monday, also informed that plaintiff was considering making a rule 50 motion | | | |
| | Tel call to atty Alvarez re: notified him of my objection to changing the verdict form and moving Garcetti charge to special interrogatories | 350.00 | .2 | 70 |
| 9/16/06 | Plan and prepare for closing argument | 350.00 | 8.6 | 3,010 |
| 9/17/06 | Plan and prepare for closing argument | 350.00 | 8.3 | 2,905 |
| | Tel call from client re: closing argument | 350.00 | .8 | 280 |
| 9/21/06 | TRIAL DAY 4- Closing argument and jury deliberations- JURY VERDICT FOR PLAINTIFF $326,000 | 350.00 | 7.0 | 2,450 |
| | Draft Petition for Attorney's Fees | 350.00 | 2.9 | 1,015 |
| | Draft Post trial motion for prejudgment and post judgment interest | 350.00 | 1.5 | 525 |
| 9/26/06 | Draft Petition for Attorney's fees | 350.00 | 3.3 | 1,155 |
| | Draft motion and memo for pre and post judgment interest | 350.00 | 1.7 | 595 |
| | Draft affidavit of Attorney Carey | 350.00 | 2.4 | 840 |
| 9/27/06 | Tel call to client re: motion for pre and post judgment interest and petition for attorney's fees | 350.00 | .1 | 35 |
| 9/28/06 | Tel call from client re: her payment for transcripts and depositions, she will review and provide affidavit of costs and return to office for inclusion in petition | 350.00 | .4 | 140 |
| | Tel call to chambers re: plaintiff's response to rule 50 motion made orally and taken under advisement, plaintiff has no papers to respond to | 350.00 | .1 | 35 |
| | Draft client affidavit on costs of depositions and transcripts, based on her accounting of costs paid | 350.00 | 1.0 | 350 |
| | Draft fee petition memo | 350.00 | .1 | 35 |
| 9/29/06 | Tel from client re: she signed affidavit and returned two copies for inclusion in petition; likelihood of defendants appeal and grounds thereon; defendants rule 50 motion | 350.00 | .2 | 70 |
| 10/2/06 | Draft fee petition | 350.00 | .3 | 105 |
| | Revied Attorney Garrison affidavit in support of fee petition | 350.00 | .1 | 35 |
| | Reviewed defendants motion to clarify the | 350.00 | .2 | 70 |

| | | | | |
|---|---|---|---|---|
| | post trial scheduling of motions and motion for extension of time | | | |
| 10/4/06 | Reviewed defendants Rule 50 and 59 motions | 350.00 | .3 | 105 |
| | Draft memo in opposition to Defendants Rule 59 motion | 350.00 | .3 | 105 |
| | Draft fee petition | 350.00 | .5 | 175 |
| 10/5/06 | Draft fee petition | 350.00 | .7 | 245 |
| 10/6/06 | Tel call with client re: defendants rule 50 and 59 motions | 350.00 | .7 | 245 |
| 10/17/06 | Tel call to client re: defendants did not file rule 50 memo, motion dropped. | 350.00 | .1 | 35 |
| 10/17/06 | Draft fee petition | 350.00 | 7.5 | 2,625 |
| | Tel call from atty Alvarez re: he proposes a settlement to resolve all outstanding motions in case, he wanted plaintiff to make a settlement offer, I explained that he should have made the suggestion a month ago as I have many hours buried in fee petition and other post trial motions, possibly involve Magistrate Smith; asked if he would stipulate to a current market rate of $350.00, he gave no response and would get back in touch | 350.00 | .3 | 105 |
| | Tel call to client re: defendants settlement attempt | 350.00 | .6 | 210 |
| 10/18/06 | Draft fee petition | 350.00 | 8.5 | 2,975 |
| | Tel call from client re: defendants rule 59 motion | 350.00 | .2 | 70 |
| 10/19/06 | Draft and completed fee petition, exhibits (affidavits of attorneys), pdf for electronic filing | 350.00 | 4.0 | 1,400 |
| | TOTAL: | | 1294.5 | $453,075 |

## EXPENSES CLAIMED

| DATE | DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|---|
| 7/26/00 | UPS overnight to EEOC and HATG | 2 | 24.00 |
| | Facsimile charge to EEOC and HATG | 8 | 12.00 |
| 8/21/00 | Facsimile letter to Little this date | 2 | 3.00 |
| | Facsimile copy to client re Little letter | 2 | 3.00 |
| | Postage | 1 | .33 |
| 11/6/00 | Postage to CHRO re complaint | 1 | 1.43 |
| 11/7/00 | UPS overnight to client | 1 | 12.00 |

57