| Date | Description | Qty | Amount |
|---|---|---|---|
| 12/12/00 | Secretary State copy charges for defendants records | 43 | 43.00 |
| 12/20/00 | Complaint fee | 1 | 150.00 |
| 12/21/00 | UPS overnight to client | 1 | 12.00 |
| 1/11/01 | Facsimile to atty Pittocco | 2 | 3.00 |
| 3/16/01 | UPS second day to Clerk's office | 1 | 7.50 |
| 4/5/01 | UPS second day re return of summons to clerk | 1 | 7.50 |
| 4/6/01 | UPS second day re return summons to clerk | 1 | 7.50 |
|  | Postage to client, and defendants | 3 | 4.80 |
| 6/4/01 | Facsimile to CHRO release to sue request | 3 | 4.50 |
|  | Postage to CHRO release to sue request | 4 | 1.36 |
|  | UPS overnight to court re: motion to extend time | 1 | 12.00 |
|  | Postage to all parties | 2 | .68 |
| 6/11/01 | UPS overnight to witness Crawford | 1 | 12.00 |
| 6/13/01 | UPS overnight to Post Reporting Service for transcripts | 1 | 12.00 |
|  | Postage to Unemployment Appeals division | 1 | .34 |
| 6/14/01 | Facsimile parties planning report to both defendants | 26 | 39.00 |
| 6/16/01 | UPS overnight to Post Report Service for transcripts | 1 | 12.00 |
| 6/17/01 | Postage to client | 1 | .97 |
| 6/29/01 | UPS second day to client re transcripts | 1 | 7.50 |
| 7/1/01 | Process Server fee for service of complaint on defendants | 1 | 507.20 |
| 7/3/01 | UPS second day to witness Crawford | 1 | 15.00 |
| 7/5/01 | Corporate Courier: to US D.Conn. re plaintiff's memo in opposition to motion dismiss | 1 | 95.00 |
| 7/9/01 | UPS overnight package to client | 1 | 12.00 |
| 7/10/01 | Parking fee for unemployment hearing | 1 | 8.48 |
| 7/11/01 | Postage to client | 1 | .80 |
| 7/12/01 | Facsimile letter request to unemployment appeals division re copy of hearing tape | 2 | 3.00 |
|  | Postage to unemployment appeals division re copy of hearing tape | 1 | .34 |
| 7/13/01 | UPS overnight to client | 1 | 12.00 |
|  | Postage to clerk of court and parties | 3 | 5.16 |
| 7/17/01 | UPS overnight to EEOC for new charge filing | 1 | 12.00 |
|  | Facsimile of new charge to EEOC | 7 | 10.50 |
|  | Postage to client re: new EEOC charge | 1 | .80 |
|  | UPS overnight Post Reporting re hearing tapes | 1 | 12.00 |
| 7/24/01 | UPS overnight to client and witness Crawford re hearing transcripts | 2 | 24.00 |
| 7/24/01 | Postage to clerk of court re parties planning report | 1 | 1.26 |

|  | Postage to client and defendants re parties report | 3 | 2.40 |
|---|---|---|---|
| 8/20/01 | UPS overnight to clerk and defendants | 3 | 36.00 |
|  | Postage to client | 1 | 3.10 |
| 8/21/01 | Postage to EEOC re filing Crawford affidavit in support of charge | 1 | .90 |
| 8/30/01 | Postage to defendants and client | 3 | 5.85 |
| 9/19/01 | UPS overnight re Plaintiff's Rule 26 disclosures to client and defendants | 3 | 72.00 |
| 9/21/01 | Postage | 4 | 2.28 |
| 10/13/01 | Corporate Courier to court re: plaintiff's memo in opposition to protective order | 1 | 96.50 |
|  | Postage to parties and client re plaintiffs memo in opp to protective order | 3 | 11.85 |
|  | Copies of memo in opposition to protective order | 475 | 95.00 |
| 10/19/01 | Postage to client | 1 | .57 |
| 11/5/01 | Facsimile to defendant | 2 | 3.00 |
| 11/6/01 | UPS pack to defendants and client | 3 | 60.00 |
| 11/7/01 | Facsimile of damages analysis to Eisenberg | 13 | 19.50 |
|  | Postage to parties and client re damages analysis | 3 | 3.78 |
| 11/20/01 | Facsimile to defendants | 6 | 9.00 |
|  | UPS overnight to defendants | 2 | 25.00 |
|  | Postage to defendants and client re plaintiffs first set of interrogatories and request for production to defendant town of Greenwich | 3 | 3.78 |
| 11/21/01 | UPS overnight to chambers for Magistrate Smith re exparte settlement memo | 1 | 12.50 |
|  | Facsimile to Magistrate Smith | 5 | 7.50 |
| 11/30/01 | Postage to client | 1 | 3.95 |
| 12/19/01 | Postage to court, client and defendants re plaintiffs motion for extension of time to respond to request to admit | 4 | 2.28 |
| 1/30/02 | Postage to client | 1 | .57 |
|  | Postage to defendants | 2 | 1.14 |
|  | UPS overnight to clerk of court re filing tow motions for extension of time | 1 | 12.50 |
| 2/12/02 | UPS overnight to court re filing 3rd amended complaint | 1 | 12.50 |
|  | Postage to client and defendants | 3 | 3.09 |
| 2/13/02 | Facsimile 2 letters to defendants | 5 | 7.50 |
|  | Postage to defendants and client | 3 | 1.02 |
|  | Facsimile rule 9 letter response to defendant | 5 | 7.50 |
|  | Postage to defendant and client | 2 | 1.14 |
| 2/28/02 | 2 UPS second day re response to Def Request Admission- to defendants | 2 | 15.00 |
| 3/28/02 | UPS overnight package | 1 | 12.50 |

| Date | Description | Qty | Amount |
|---|---|---|---|
| 3/29/02 | Facsimile letter to defendants re mediation | 5 | 7.50 |
| | Postage to defendants | 2 | .68 |
| 4/10/02 | Facsimile to defendant re discovery scheduling | 3 | 4.50 |
| | Postage to defendant and client | 2 | .68 |
| 4/11/02 | UPS overnight to clerk of court and client | 2 | 24.00 |
| | Postage to defendants | 2 | 1.14 |
| 4/12/02 | Postage to client and Atty Alvarez re counter offer on this date | 2 | .68 |
| | Facsimile letter to atty Alvarez re counter offer | 4 | 6.00 |
| 5/16/02 | UPS overnight | 1 | 12.00 |
| 5/24/02 | UPS overnight to DLS process server re service on Crawford and Sheriff Makowski service on Kemp | 2 | 24.00 |
| 6/5/02 | Witness Fee: Russ Kemp | 1 | 45.00 |
| | Facsimile letter and motion stipulation to dismiss against town of Greenwich | 4 | 6.00 |
| | UPS Stipulation dismiss to town of Greenwich | 1 | 12.50 |
| | Postage to client and alvarez | 2 | 1.14 |
| | Facsimile to Eisenberg and atty Maze | 6 | 9.00 |
| 6/6/02 | Facsimile letter to Eisenberg with enclosed copy of motion | 5 | 7.50 |
| | Postage to client and defendants | 3 | 1.02 |
| | UPS Second Day to clerk of court re 5th amended complaint | 1 | 7.50 |
| 6/10/02 | Facsimile letter to Eisenberg re deposition date Crawford | 2 | 1.50 |
| 6/18/02 | Witness Fee: DD Saccente | 1 | 45.00 |
| 6/19/02 | Transcript Fee: Kemp Depo | 1 | 500.00 |
| 6/20/02 | Facsimile to Eisenberg | 2 | 3.00 |
| 7//8/02 | Corporate Courier to clerk of court | 1 | 103.25 |
| 8/7/02 | Postage to client | 1 | 1.75 |
| 8/23/02 | Facsimile motion extension of time to defendant | 3 | 4.50 |
| | Postage to client, defendants and court re motion extension of time | 3 | 1.11 |
| | Postage to client and defendants re notice depo for Barry Nova | 2 | .74 |
| 9/27/02 | Postage to client | 1 | 1.58 |
| 10/03/02 | UPS overnight to client | 1 | 12.50 |
| 10/17/02 | UPS overnight to court | 1 | 12.50 |
| | Postage to client and defendants | 2 | 1.20 |
| 11/13/02 | Postage to client and defendants | 2 | 2.58 |
| 11/25/02 | Facsimile to atty alvarez re reject settlement | 2 | 3.00 |
| 2/20/03 | Postage to defendant and client | 2 | 3.50 |
| 4/14/03 | Facsimile to alvarez re: notices depositions | 11 | 16.50 |
| | Postage to alvarez | 1 | .60 |

| Date | Description | Qty | Amount |
|---|---|---|---|
| 4/24/03 | UPS overnight to chambers of court | 1 | 13.00 |
| 4/24/03 | Facsimile to chambers of court and to defendant | 6 | 9.00 |
| 4/28/03 | UPS overnight to chambers re defendant little depo and request for immediate discovery conference | 1 | 12.00 |
| | Facsimile to chambers | 7 | 10.50 |
| | Facsimile to defendants | 7 | 10.50 |
| | Facsimile to client | 6 | 9.00 |
| 5/1/03 | UPS overnight to client | 1 | 12.00 |
| 5/5/03 | Facsimile to court and defendant | 8 | 12.00 |
| | UPS overnight to clerk, defendant and chambers | 3 | 36.00 |
| 5/28/03 | Facsimile copy re plaintiffs second motion compel and supporting memo of law | 43 | 64.50 |
| 5/29/03 | UPS overnight to court, chambers and defendants | 3 | 36.00 |
| | Facsimile to defendants | 39 | 58.50 |
| 6/30/03 | UPS overnight to defendants | 1 | 12.00 |
| 7/9/03 | Postage to client | 1 | 3.95 |
| 7/10/03 | Postage to defendant | 1 | .37 |
| 10/29/03 | Postage to defendant and client | 2 | .74 |
| 3/5/04 | Facsimile to alvarez | 3 | 4.50 |
| | Postage to alvarez and client | 2 | .60 |
| 3/15/04 | Facsimile to atty Alvarez re letter and notices of deposition | 7 | 10.50 |
| | UPS overnight to client | 1 | 12.00 |
| | Postage to defendant | 1 | .60 |
| 6/16/04 | Corp. Courier re clerk of court filing memo in opp to summary judgment | 1 | 103.00 |
| | UPS second day | 2 | 16.00 |
| 8/15/04 | UPS overnight to client | 1 | 12.00 |
| | UPS second day to client | 1 | 8.00 |
| 12/29/05 | UPS overnight to defendant clerk of court | 2 | 50.00 |
| | UPS overnight to client | 1 | 25.00 |
| 1/5/06 | UPS second day (by weight) | 1 | 12.00 |
| | Postage to client | 1 | .60 |
| | Postage to defendant | 1 | .37 |
| 5/1/06 | Facsimile to Alvarez | 4 | 6.00 |
| | Postage to defendant and client | 2 | .78 |
| 5/23/06 | Postage to client, court, clerk and defendant | 4 | 1.56 |
| 8/24/06 | UPS overnight to court | 1 | 18.00 |
| | UPS second day to defendant | 1 | 12.00 |
| | Postage to client | 1 | 2.07 |
| 9/7/06 | Witness Fee: Russ Kemp | 1 | 50.00 |
| | Witness Fee: Nancy Wisecup | 1 | 50.00 |
| 9/9/06 | Office supplies for Trial Exhibits | 1 | 410.00 |

| | | | |
|---|---|---|---|
| | Office supplies for Trial Exhibits | 1 | 137.65 |
| | Office supplies for Trial Exhibits | 1 | 50.85 |
| | Office supplies for Trial Exhibits | 1 | 25.41 |
| | **TOTAL** | | **$3869.35** |

Please see Milde Affidavit Exhibit B for additional expenses paid ($14,279.36).
Total Expenses = $18,148.71

## AFFIRMATION

**Mark P. Carey**, duly deposed, states and says:

I believe in a sworn oath and understand the penalties of perjury. I created the contemporaneous billing records during the litigation of this case. The entries are true and accurate to be the best of my knowledge.

_____
MARK P. CAREY

SWORN TO BEFORE ME THIS THE 19TH DAY OF 2006

SOUTHPORT, CT
FAIRFIELD COUNTY

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES 28 DAY OF February 2011

GINA VOLPACCHIO
Notary Public
My Commission Expires Feb. 28, 2011

63

PLAINTIFF,
URSULA MILDE

By:/S/ Mark P. Carey
Mark P. Carey (CT17828)
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150 tel.
(203) 255-0380 fax
Mcarey@capclaw.com
Her Attorney

### CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was filed electronically with the court and courtesy copy provided by first class mail, fee prepaid, on this the 19th day of October, 2006 to:

Francis P. Alvarez
JACKSON LEWIS
One North Broadway
White Plains, NY 10601
Attorneys for Defendant

/S/ Mark P. Carey
Mark P. Carey