UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **URSULA MILDE,** | : | |
| Plaintiff, | : | |
| v. | : | CIV.NO. 3:00CV2423(AVC) |
| | : | |
| **THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH;** | : | |
| **THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMISSIONERS; BENJAMIN LITTLE, CEO.** | : | OCTOBER 20, 2006 |
| Defendants. | : | |

### PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS RULE 59 MOTION

Plaintiff Ursula Milde hereby files the instant motion seeking an extension of time to respond to Defendants Rule 59 motion. The original deadline for the response is October 24, 2006, pursuant to post trial scheduling order dated October 5, 2006. The undersigned seeks an additional two weeks to respond, up to and including November 7, 2006.

Good cause exists for granting the instant motion because the undersigned was previously working on Plaintiff's Petition/Application for fees and costs, filed on October 19, 2006. The undersigned requires the additional time to review Defendants Rule 59 motion and respond.

**ORAL ARGUMENT NOT REQUESTED**

**TESTIMONY NOT REQUIRED**

The undersigned contacted counsel for the Defendants on this date, who consented to the instant motion.

This is Plaintiff's first request for an extension of time to respond to Defendants pending motion.

**WHEREFORE**, Plaintiff respectfully requests that the court grant the instant motion.

                **PLAINTIFF,**
                **URSULA MILDE**

                By:/S/ Mark P. Carey
                Mark P. Carey (CT17828)
                Carey & Associates, P.C.
                71 Old Post Road, Suite One
                Southport, CT 06890
                (203) 255-4150 tel.
                (203) 255-0380 fax
                Mcarey@capclaw.com
                Her Attorney

## **CERTIFICATION OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was filed electronically with the court and by first class mail, fee prepaid, on this the 20th day of October, 2006 to:

Francis P. Alvarez
JACKSON LEWIS
One North Broadway
White Plains, NY 10601
Attorneys for Defendant

                /S/ Mark P. Carey
                Mark P. Carey