UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE,  :  <br>　　　　　　　Plaintiff  : <br> : <br>v.  : <br> : <br>THE TOWN OF GREENWICH;  : <br>HOUSING AUTHORITY OF THE  : <br>TOWN OF GREENWICH;  : <br>THE HOUSING AUTHORITY OF THE  : <br>TOWN OF GREENWICH BOARD OF  : <br>COMMISSIONERS; and  : <br>BENJAMIN LITTLE, CEO,  : <br> : <br>　　　　　　　Defendants.  : <br> : | CIV NO. 3:00CV2423 (AVC) <br><br><br><br><br><br><br><br><br><br><br>November 6, 2006 |

### DEFENDANTS' FIRST MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION/PETITION FOR FEES AND COSTS

Pursuant to D. Conn. L. Civ. R. 7(b), Defendants Housing Authority of the Town of Greenwich, The Housing Authority of the Town of Greenwich Board of Commissioners and Benjamin Little ("Defendants"), respectfully move this Court seeking an extension of time to respond to Plaintiff's Motion/Petition for Fees and Costs. The original deadline for the response is November 9, 2006. The undersigned seeks an additional **one week** to respond, up to and including **November 16, 2006.**

Good cause exists for granting the instant motion. The brief additional time is needed to complete Defendants' review of Plaintiff's comprehensive petition and exhibits and prepare Defendants' response. The undersigned contacted counsel for Plaintiff, Mark Carey, Esq., on this date and Attorney Carey has **consented** to the instant motion. This is Defendants' first request for an extension of time to respond to Plaintiff's motion/petition.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

WHEREFORE, Defendants respectfully request that the Court grant the instant motion and extend Defendants' time to respond by one week, from November 9, 2006 to and including November 16, 2006.

Respectfully submitted,

DEFENDANT HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONERS; AND BENJAMIN LITTLE, CEO

By: _____
Susanne Kantor (CT 19556)
kantors@jacksonlewis.com
Francis P. Alvarez (CT 10350)
alvarezf@jacksonlewis.com

JACKSON LEWIS LLP
One North Broadway
White Plains, NY 10601
Phone: (914) 514-6111
Fax: (914) 328-1882
Their Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was filed electronically with the court and was served via First Class mail, postage pre-paid, this 6th day of November 2006 to counsel of record listed below:

>Mark. P. Carey, Esq.
>Carey & Associates, P.C.
>71 Old Post Road, Suite One
>Southport, CT 06490

_____
Susanne Kantor