58

P TRIAL: 187

@007

PLAINTIFF'S EXHIBIT
CASE NO. 00CV2423
EXHIBIT NO. 58

CONFIDENTIAL

*[Page content is rotated 90°; paycheck stub from The Housing Authority of the Town of Greenwich]*

Handwritten note: "Last regular paycheck — HATG"

THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH

| EMPLOYEE | SOCIAL SECURITY NO. | PAY RATE | PERIOD END | CHECK NO. |
|---|---|---|---|---|
| 6-000501 Milde, U | [redacted] | 35.770 H/W | 09/08/00 | 006816 |

| EARNINGS | HOURS | AMOUNT | YTD |
|---|---|---|---|
| Regular | 35.00 | 1,251.95 | 45,821.37 |
| Retroactive | .00 | .00 | 661.50 |
| Sick Pay | .00 | .00 | 500.70 |

| DEDUCTION | AMOUNT | YTD |
|---|---|---|
| Federal W/H | 142.81 | 5,359.81 |
| FICA | 77.62 | 2,912.95 |
| MEDICARE | 18.15 | 681.14 |
| CT State W/H | 47.60 | 1,745.25 |
| MERF | 28.17 | 1,057.17 |
| 403B Plan | 144.00 | 5,320.00 |
| United Way | 10.00 | 370.00 |
| TOTAL DEDUCT. | 468.35 | 17,494.32 |

GROSS EARNINGS: 1,251.95   46,983.65
NET EARNINGS: 783.60

Check Avail D
E. Avail D

Greenwich 0935 Housing

CONFIDENTIAL

*last HATG payment*

THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH

P TRIAL: 05-00[redacted] 0501 Milde, U

| EMPLOYEE | | SOCIAL SECURITY NO. | PAY RATE | | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|---|
| | | [redacted] | 35.770 | HW | 09/08/00 | 006817 / 6817 |

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|
| Regular | .00 | .00 | 45,821.37 | Federal W/H | 2,261.58 | 7,621.39 |
| Retroactive | .00 | .00 | 661.50 | FICA | 701.09 | 3,614.04 |
| Sick Pay | 139.71 | 4,997.43 | 5,498.21 | MEDICARE | 163.97 | 845.11 |
| Vacation | 169.42 | 6,060.15 | 6,060.15 | CT State W/H | 565.39 | 2,350.64 |
| C-Misc. | .00 | 250.39 | 250.39 | MERP | .00 | 1,057.17 |
| | | | | 403B Plan | .00 | 5,328.00 |
| | | | | United Way | .00 | 370.00 |

GROSS EARNINGS: 11,307.97    58,291.62    TOTAL DEDUCT: 3,692.03    21,186.35
NET EARNINGS: 7,615.94

Sick Avail    0
Vac. Avail    0

Greenwich 0936 Housing