59

P TRIAL: 190

## HOUSING AUTHORITY OF THE TOWN OF GREENWICH
## PERSONAL DAYS AND COMPENSATORY TIME TRACKING

PLAINTIFF'S EXHIBIT
CASE NO. 00CV2423
EXHIBIT NO. 59

NAME: URSULA MILDE
YEAR: 2000

### PERSONAL DAYS

| DATE | BAL B/F | DAYS EARNED | DAYS USED (-) | BALANCE DUE |
|---|---|---|---|---|
| 1/01/2000 | 0.00 | 2.00 | | 2.00 |
| 6/23/00 | 2.00 | | 1.00 | 1.00 |

### COMPENSATORY TIME

| DATE | BAL B/F | HOURS EARNED (+) | HOURS USES (-) | BALANCE DUE |
|---|---|---|---|---|
| 1/9/00 | 1117.50 | | | 1117.50 |
| 1/16/00 | 1117.50 | 9.00 | | 1126.50 |
| 1/23/00 | 1126.50 | 21.00 | | 1147.50 |
| 1/30/00 | 1147.50 | 6.50 | | 1154.00 |
| 2/6/00 | 1154.00 | 6.00 | | 1160.00 |
| 2/13/00 | 1160.00 | 3.50 | 4.00 | 1159.50 |
| 2/20/00 | 1159.50 | 12.50 | | 1172.00 |
| 2/27/00 | 1172.00 | 5.50 | | 1177.50 |
| 3/5/00 | 1177.50 | 7.50 | | 1185.00 |
| 3/12/00 | 1185.00 | 6.50 | 2.00 | 1189.50 |
| 3/19/00 | 1189.50 | 13.50 | | 1203.00 |
| 3/26/00 | 1203.00 | 12.50 | | 1215.50 |
| 4/2/00 | 1215.50 | 7.50 | | 1223.00 |
| 4/9/00 | 1223.00 | 5.50 | | 1228.50 |
| 4/16/00 | 1228.50 | 8.00 | | 1236.50 |
| 4/23/00 | 1236.50 | 14.00 | | 1250.50 |
| 4/30/00 | 1250.50 | 8.00 | | 1258.50 |
| 5/7/00 | 1258.50 | 13.50 | | 1272.00 |
| 5/14/00 | 1272.00 | 5.50 | 7.00 | 1270.50 |
| 5/21/00 | 1270.50 | 15.50 | | 1286.00 |
| 5/28/00 | 1286.00 | 9.00 | | 1295.00 |
| 6/4/00 | 1295.00 | 9.00 | | 1304.00 |
| 6/11/00 | 1304.00 | 11.50 | 2.00 | 1313.50 |
| 6/18/00 | 1313.50 | 9.50 | | 1323.00 |
| | 1323.00 | 10.00 | 7.00 | 1326.00 |

# HOUSING AUTHORITY OF THE TOWN OF GREENWICH
## TERMINATION CALCULATION AS OF 9/8/2000


URSULA MILDE
2000

### PERSONAL DAYS

| BAL B/F | DAYS EARNED | DAYS USED (-) | BALANCE DUE |
|---------|-------------|---------------|-------------|
| 0.00    | 2.00        |               | 2.00        |
| 2.00    |             | 1.00          | 1.00        |

Termination date   9/8/2000
(HIRE DATE 09/30/96)
Final payment through 9/8/2000

|  | HRS | RATE | GROSS |
|---|---|---|---|
| Vacation hrs accrued as of 9/8/2000 | | | |
| 169.36+(.0577140-this weeks accrual) | 169.42 | 35.77 | 6,060.15 |
| Sick hrs accrued as of 9/8/2000/2 (per policy) | | | |
| (279.36+(.0557140-this weks accrual)/2 | 139.71 | 35.77 | 4,997.43 |
| Personal Days = 1 | | | |
| 7 hours | 7.00 | 35.77 | 250.39 |
| Total | 316.13 | | $ 11,307.97 |

FIRST CHECK     REG HRS 9/4-9/8/2000              35.00 HOURS    (all deductions)
SECOND CHECK    VAC. SICK & PERSONAL DAY         316.13 HOURS    (No Merf/403BPlan/United Way)