61

P TRIAL: 196

# Form 1040 — U.S. Individual Income Tax Return 2001

(99) IRS Use Only - Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2001, or other tax year beginning _____, 2001, ending _____, 20 ___

OMB No. 1545-0074

**Label** (See instructions on page 19.) Use the IRS label. Otherwise, please print or type.

- Your first name and initial: **URSULA**
- Last name: **MILDE**
- Your social security number: [redacted]
- If a joint return, spouse's first name and initial: **MELVIN**
- Last name: **HARTZLER**
- Spouse's social security number: [redacted]
- Home address (number and street): **257 CHERRY STREET**
- Apt. no.: 
- City, town or post office, state, and ZIP code: **KATONAH, NY 10536-1920**

**Important!** You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 19.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? — You: Yes [ ] No [ ]   Spouse: Yes [ ] No [ ]

## Filing Status (Check only one box.)

1. [ ] Single
2. [X] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ _____ ). (See page 19.)

## Exemptions

- 6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.
- b [X] Spouse
- c Dependents: (none listed)

No. of boxes checked on 6a and 6b: **2**
No. of your children on 6c who:
- lived with you
- did not live with you due to divorce or separation (see page 20)

Dependents on 6c not entered above

Add numbers entered on lines above ▶ **2**

d Total number of exemptions claimed

## Income

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 38,545. |
| 8a | Taxable interest. Attach Schedule B if required | 23. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9 | Ordinary dividends. Attach Schedule B if required | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes  STMT 3  STMT 4 | 23. |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 529. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | Total IRA distributions _____ | 15b Taxable amount: 50,827. |
| 16a | Total pensions and annuities  28,836. | 16b Taxable amount: 28,746. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | 2,674. |
| 20a | Social security benefits  15,468. | 20b Taxable amount: 13,148. |
| 21 | Other income. List type and amount (see page 27) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 134,515. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | IRA deduction (see page 27) | |
| 24 | Student loan interest deduction (see page 28) | |
| 25 | Archer MSA deduction. Attach Form 8853 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 38. |
| 28 | Self-employed health insurance deduction (see page 30) | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ | |
| 32 | Add lines 23 through 31a | 38. |
| 33 | Subtract line 32 from line 22. This is your adjusted gross income ▶ | 134,477. |

P TRIAL: 197

110001 11-27-01

LHA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 72.

Form 1040 (2001)

**PLAINTIFF'S EXHIBIT**
CASE NO. 00CV2423
EXHIBIT NO. 61

| | | | | |
|---|---|---|---|---|
| **Credits** | 35a | Check if: ☐ You were 65 or older, ☐ ... ☒ ... ☐ Blind | | |
| Standard Deduction for— | b | Add the number of boxes checked above ... | 35 | 1 |
| • People who checked any box on line 35a or 35b or who be claimed dependent. | | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien ... ▶ 35b ☐ | | |
| | 36 | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) | 36 | 18,617. |
| | 37 | Subtract line 36 from line 34 | 37 | 115,860. |
| | 38 | If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet on page 32 | 38 | 5,800. |
| | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 110,060. |
| • All others: Single, $4,550 | 40 | **Tax.** Check if tax from a ☐ Form(s) 8814  b ☐ Form 4972 | 40 | 24,641. |
| Head of household, $6,650 | 41 | Alternative minimum tax. Attach Form 6251 | 41 | |
| | 42 | Add lines 40 and 41 ▶ | 42 | 24,641. |
| Married filing jointly or Qualifying widow(er), $7,600 | 43 | Foreign tax credit. Attach Form 1116 if required | 43 | |
| | 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 | |
| | 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 | |
| | 46 | Education credits. Attach Form 8863 | 46 | |
| Married filing separately, $3,300 | 47 | Rate reduction credit. See the worksheet on page 36 | 47 | |
| | 48 | Child tax credit (see page 37) | 48 | |
| | 49 | Adoption credit. Attach Form 8839 | 49 | |
| | 50 | Other credits from: a ☐ Form 3800   b ☐ Form 8396 c ☐ Form 8801   d ☐ Form (specify) | 50 | |
| | 51 | Add lines 43 through 50. These are your **total credits** | 51 | |
| | 52 | Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- ▶ | 52 | 24,641. |
| **Other Taxes** | 53 | Self-employment tax. Attach Schedule SE | 53 | 75. |
| | 54 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 54 | |
| | 55 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach 5329 if required | 55 | |
| | 56 | Advance earned income credit payments from Form(s) W-2 | 56 | |
| | 57 | Household employment taxes. Attach Schedule H | 57 | |
| | 58 | Add lines 52 through 57. This is your **total tax** ▶ | 58 | 24,716. |
| **Payments** | 59 | Federal income tax withheld from Forms W-2 and 1099 | 59 | 22,042.  STATEMENT 7 |
| | 60 | 2001 estimated tax payments and amount applied from 2000 return | 60 | |
| If you have a qualifying child, attach Schedule EIC. | 61a | Earned income credit (EIC) | 61a | |
| | b | Nontaxable earned income   61b | | |
| | 62 | Excess social security and RRTA tax withheld (see page 51) | 62 | |
| | 63 | Additional child tax credit. Attach Form 8812 | 63 | |
| | 64 | Amount paid with request for extension to file (see page 51) | 64 | |
| | 65 | Other payments. Check if from a ☐ Form 2439  b ☐ Form 4136 | 65 | |
| | 66 | Add lines 59, 60, 61a, and 62 through 65. These are your **total payments** ▶ | 66 | 22,042. |
| **Refund** Direct deposit? See page 51 and fill in 68b, 68c, and 68d. | 67 | If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you **overpaid** | 67 | |
| | 68a | Amount of line 67 you want **refunded to you** ▶ | 68a | |
| | b | Routing number ▶        c Type: ☐ Checking ☐ Savings | | |
| | d | Account number ▶ | | |
| | 69 | Amount of line 67 you want applied to your 2002 estimated tax ▶ | 69 | |
| **Amount You Owe** | 70 | **Amount you owe.** Subtract line 66 from line 58. For details on how to pay, see page 52 ▶ | 70 | 2,683. |
| | 71 | Estimated tax penalty. Also include on line 70 | 71 | 9. |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see page 53)? ☐ Yes. Complete the following. ☐ No Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶ | | |
| **Sign Here** Joint return? See page 19. Keep a copy for your records. | | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. Your signature    Date    Your occupation    Daytime phone number Spouse's signature. If a joint return, **both** must sign.    Date    Spouse's occupation | | |
| **Paid Preparer's Use Only** | | Preparer's signature ▶    Date    Check if self-employed ☐    Preparer's SSN or PTIN Firm's name (or yours if self-employed), address, and ZIP code    EIN    Phone no. | | |

110002
11-27-01