

PLAINTIFF'S
EXHIBIT

CASE
NO. 00CV2423

EXHIBIT
NO. 73

# PLAINTIFF'S EXHIBIT

# 73

CONFIDENTIAL

Form **1040**

**U.S. Individual Income Tax Return** **2002** (99)

IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2002, or other tax year beginning _____ , 2002, ending _____ , 20 ___

OMB No. 1545-0074

| Label | |
|---|---|
| **L A B E L  H E R E** | Your first name and initial: **URSULA**  Last name: **MILDE** |
| | If a joint return, spouse's first name and initial: **MELVIN**  Last name: **HARTZLER** |
| | Home address (number and street). If you have a P.O. box, see page 21. Apt. no. **257 CHERRY STREET** |
| | City, town or post office, state, and ZIP code. If you have a foreign address, see page 21. **KATONAH, NY 10536-1920** |

Your social security number: (redacted)

Spouse's social security number: (redacted)

▲ **Important!** ▲
You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 21.) ▶

Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶  You [ ] Yes [ ] No   Spouse [ ] Yes [ ] No

**Filing Status**

Check only one box.

1 [ ] Single
2 [X] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶ _____
4 [ ] Head of household (with qualifying person). (See page 21.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ ). (See page 21.)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
b [X] Spouse

No. of boxes checked on 6a and 6b: **2**

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 22) |
|---|---|---|---|
| | : | | |
| | : | | |
| | : | | |
| | : | | |
| | : | | |

No. of your children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 22)

Dependents on 6c not entered above

If more than five dependents, see page 22.

d Total number of exemptions claimed

Add numbers on lines above ▶ **2**

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 53,383. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 29. |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | 1,816. |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions  15a ___  b Taxable amount (see page 25) | 15b | 61,227. |
| 16a | Pensions and annuities  16a ___  b Taxable amount (see page 25) | 16b | 28,746. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits  20a  15,852.  b Taxable amount (see page 27) | 20b | 13,474. |
| 21 | Other income. List type and amount (see page 29) _____ | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 158,675. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 29) | 23 | |
| 24 | IRA deduction (see page 29) | 24 | |
| 25 | Student loan interest deduction (see page 31) | 25 | |
| 26 | Tuition and fees deduction (see page 32) | 26 | |
| 27 | Archer MSA deduction. Attach Form 8853 | 27 | |
| 28 | Moving expenses. Attach Form 3903 | 28 | |
| 29 | One-half of self-employment tax. Attach Schedule SE | 29 | |
| 30 | Self-employed health insurance deduction (see page 33) | 30 | |
| 31 | Self-employed SEP, SIMPLE, and qualified plans | 31 | |
| 32 | Penalty on early withdrawal of savings | 32 | |
| 33a | Alimony paid  b Recipient's SSN ▶ | 33a | |
| 34 | Add lines 23 through 33a | 34 | |
| 35 | Subtract line 34 from line 22. This is your adjusted gross income ▶ | 35 | 158,675. |

10001
0-29-02

BAA **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 76.**

Form **1040** (2002)