

# PLAINTIFF'S EXHIBIT 74

# Form 1040 — U.S. Individual Income Tax Return — 2003

For the year Jan. 1–Dec. 31, 2003, or other tax year beginning _____, 2003, ending _____, 20 _____    OMB No. 1545-0074

**Label**

Your first name and initial: URSULA
Last name: MILDE

If a joint return, spouse's first name and initial: MELVIN
Last name: HARTZLER

Home address (number and street): 257 CHERRY STREET

City, town or post office, state, and ZIP code: KATONAH, NY 10536-1920

Your social security number: [redacted]
Spouse's social security number: [redacted]

**Important!** You must enter your SSN(s) above.

Presidential Election Campaign — Do you, or your spouse if filing a joint return, want $3 to go to this fund?  You: [ ] Yes [ ] No   Spouse: [ ] Yes [ ] No

**Filing Status** (Check only one box)
1. [ ] Single
2. [X] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here.
4. [ ] Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here.
5. [ ] Qualifying widow(er) with dependent child. (See page 20.)

**Exemptions**
6a. [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.
6b. [X] Spouse
6c. Dependents: (none listed)
No. of boxes checked on 6a and 6b: 2
Add numbers on lines above: 2

d. Total number of exemptions claimed.

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 53,669. |
| 8a | Taxable interest. Attach Schedule B if required | 768. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | 1. |
| 9b | Qualified dividends (see page 23) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes  STMT 3  STMT 4 | 0. |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13a | Capital gain or (loss). Attach Schedule D if required. If not required, check here [ ] | |
| 13b | If box on 13a is checked, enter post-May 5 capital gain distributions | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions |  |
| 15b | Taxable amount (see page 25) | 9,582. |
| 16a | Pensions and annuities | |
| 16b | Taxable amount (see page 25) | 19,363. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits  16,064. | |
| 20b | Taxable amount (see page 27) | 13,654. |
| 21 | Other income. List type and amount (see page 27) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income | 97,037. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see page 29) | |
| 24 | IRA deduction (see page 29) | |
| 25 | Student loan interest deduction (see page 31) | |
| 26 | Tuition and fees deduction (see page 32) | |
| 27 | Moving expenses. Attach Form 3903 | |
| 28 | One-half of self-employment tax. Attach Schedule SE | |
| 29 | Self-employed health insurance deduction (see page 33) | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | |
| 31 | Penalty on early withdrawal of savings | |
| 32a | Alimony paid  b Recipient's SSN ▶ | |
| 33 | Add lines 23 through 32a | |
| 34 | Subtract line 33 from line 22. This is your adjusted gross income | 97,037. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 77.    Form 1040 (2003)