

# PLAINTIFF'S EXHIBIT 75

# Form 1040 — U.S. Individual Income Tax Return — 2004

For the year Jan. 1–Dec. 31, 2004, or other tax year beginning _____, 2004, ending _____, 20__  OMB No. 1545-0074

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

- Your first name and initial: **URSULA**  Last name: **MILDE**
- If a joint return, spouse's first name and initial: **MELVIN**  Last name: **HARTZLER**
- Home address (number and street): **257 CHERRY STREET**
- City, town or post office, state, and ZIP code: **KATONAH, NY 10536-1920**

Your social security number: [redacted]
Spouse's social security number: [redacted]

**Presidential Election Campaign** (See page 16.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? — You: Yes ☐ No ☐ — Spouse: Yes ☐ No ☐

## Filing Status (Check only one box.)

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 17)

## Exemptions

- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
- b ☒ Spouse
- c Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 18) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Boxes checked on 6a and 6b: **2**
No. of children on 6c who: lived with you ___; did not live with you due to divorce or separation (see page 18) ___
Dependents on 6c not entered above ___
Add numbers on lines above: **2**

If more than four dependents, see page 18.

d Total number of exemptions claimed

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a W-2, see page 19. Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description |  | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 57,327. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 33. |
| b | Tax-exempt interest. Do not include on line 8a | 8b |  |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | 1. |
| b | Qualified dividends (see page 20) | 9b |  |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes   STMT 3   STMT 4 | 10 | 7,081. |
| 11 | Alimony received | 11 |  |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 |  |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 |  |
| 14 | Other gains or (losses). Attach Form 4797 | 14 |  |
| 15a | IRA distributions  15a _____   b Taxable amount (see page 22) | 15b |  |
| 16a | Pensions and annuities  16a 29,044.   b Taxable amount (see page 22) | 16b | 28,746. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |  |
| 18 | Farm income or (loss). Attach Schedule F | 18 |  |
| 19 | Unemployment compensation | 19 |  |
| 20a | Social security benefits  20a 16,411.   b Taxable amount (see page 24) | 20b | 13,949. |
| 21 | Other income. List type and amount (see page 24) _____ | 21 |  |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 107,137. |

## Adjusted Gross Income

| Line | Description |  | Amount |
|---|---|---|---|
| 23 | Educator expenses (see page 26) | 23 |  |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 |  |
| 25 | IRA deduction (see page 26) | 25 |  |
| 26 | Student loan interest deduction (see page 28) | 26 |  |
| 27 | Tuition and fees deduction (see page 29) | 27 |  |
| 28 | Health savings account deduction. Attach Form 8889 | 28 |  |
| 29 | Moving expenses. Attach Form 3903 | 29 |  |
| 30 | One-half of self-employment tax. Attach Schedule SE | 30 |  |
| 31 | Self-employed health insurance deduction (see page 30) | 31 |  |
| 32 | Self-employed SEP, SIMPLE, and qualified plans | 32 |  |
| 33 | Penalty on early withdrawal of savings | 33 |  |
| 34a | Alimony paid   b Recipient's SSN ▶ | 34a |  |
| 35 | Add lines 23 through 34a | 35 |  |
| 36 | Subtract line 35 from line 22. This is your **adjusted gross income** ▶ | 36 | 107,137. |

410001 11-03-04
LHA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 75.   Form **1040** (2004)