PLAINTIFF'S EXHIBIT
CASE NO. 00CV2423
EXHIBIT NO. 76

Full 9/19/06

# PLAINTIFF'S EXHIBIT 76

# Form 1040 — U.S. Individual Income Tax Return 2005

**IRS Use Only** - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2005, or other tax year beginning _____, 2005, ending _____, 20 ___

OMB No. 1545-0074

## Label

Your first name and initial: **URSULA**
Last name: **MILDE**
Your social security number: [redacted]

If a joint return, spouse's first name and initial: **MELVIN**
Last name: **HARTZLER**
Spouse's social security number: [redacted]

Home address (number and street). If you have a P.O. box, see page 16.
**257 CHERRY STREET**
Apt. no.: 

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.
**KATONAH, NY  10536-1920**

You **must** enter your SSN(s) above.

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ ☐ You  ☐ Spouse

## Filing Status (Check only one box.)

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 17)

## Exemptions

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
 b ☒ Spouse

Boxes checked on 6a and 6b: **2**

c Dependents: (none listed)

d Total number of exemptions claimed: **2**

## Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 56,958. |
| 8a | Taxable interest. Attach Schedule B if required | 54. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | 2. |
| 9b | Qualified dividends (see page 23) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes  STMT 3  STMT 4 | 0. |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions  15a | b Taxable amount (see page 25) 15b |
| 16a | Pensions and annuities  16a  31,339. | b Taxable amount (see page 25) 16b  30,892. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits  20a  16,850. | b Taxable amount (see page 27) 20b  14,323. |
| 21 | Other income. List type and amount (see page 29) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 102,229. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see page 29) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see page 30) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction (see page 31) | |
| 33 | Student loan interest deduction (see page 33) | |
| 34 | Tuition and fees deduction (see page 34) | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 102,229. |

510001
11-05-05

LHA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 78.

Form **1040** (2005)