# EXHIBIT A

## EEOC/CCHRO

| DATE | TIME | AMOUNT |
|---|---|---|
| 7/25/00 | 1.0 | 350 |
| 7/25/00 | 0.6 | 210 |
| 8/4/00 | 0.1 | 35 |
| 8/4/00 | 0.1 | 35 |
| 8/15/00 | 0.2 | 70 |
| 9/7/00 | 0.1 | 35 |
| 9/20/00 | 0.1 | 35 |
| 9/20/00 | 0.2 | 70 |
| 9/20/00 | 0.4 | 140 |
| 9/26/00 | 0.5 | 175 |
| 9/27/00 | 0.5 | 175 |
| 10/6/00 | 0.8 | 280 |
| 10/6/00 | 1.0 | 350 |
| 10/10/00 | 0.7 | 245 |
| 10/10/00 | 0.1 | 35 |
| 10/18/00 | 0.3 | 105 |
| 11/6/00 | 0.4 | 140 |
| 11/7/00 | 1.3 | 455 |
| 5/8/01 | 0.2 | 70 |
| 5/8/01 | 0.1 | 35 |
| 5/14/01 | 0.2 | 70 |
| 5/17/01 | 0.2 | 70 |
| 5/31/01 | 0.1 | 35 |
| 6/4/01 | 0.5 | 175 |
| 6/17/01 | 0.3 | 105 |
| 7/13/01 | 0.9 | 315 |
| 7/13/01 | 0.6 | 210 |
| 3/21/02 | 0.9 | 315 |
| 4/11/02 | 0.4 | 140 |
| 4/11/02 | 0.3 | 105 |
| 4/11/02 | 1.0 | 350 |
| 4/11/02 | 3.0 | 1,050 |
| 4/11/02 | 1.3 | 455 |
| 4/23/02 | 0.1 | 35 |
| 4/23/02 | 0.1 | 35 |
| 4/25/02 | 0.3 | 105 |
| 6/6/02 | 2.2 | 770 |
| TOTAL | 21.1 | 7,385 |