# EXHIBIT B

## UNEMPLOYMENT

| DATE | TIME | AMOUNT |
|---|---|---|
| 9/12/00 | 0.2 | 70 |
| 1/30/01 | 1.0 | 350 |
| 1/30/01 | 2.7 | 945 |
| 4/16/01 | 0.9 | 315 |
| 4/17/01 | 0.3 | 105 |
| 4/17/01 | 3.1 | 1085 |
| 4/17/01 | 1.3 | 455 |
| 4/18/01 | 0.3 | 105 |
| 6/4/01 | 0.2 | 70 |
| 6/4/01 | 0.3 | 105 |
| 6/6/01 | 0.2 | 70 |
| 6/6/01 | 5.9 | 2065 |
| 6/6/01 | 0.2 | 70 |
| 6/7/01 | 4.8 | 1680 |
| 6/7/01 | 0.8 | 280 |
| 6/11/01 | 0.2 | 70 |
| 6/11/01 | 0.2 | 70 |
| 6/11/01 | 0.5 | 175 |
| 6/13/01 | 0.2 | 70 |
| 6/29/01 | 0.2 | 70 |
| 7/2/01 | 0.2 | 70 |
| 7/3/01 | 0.2 | 70 |
| 7/6/01 | 0.6 | 210 |
| 7/9/01 | 5.1 | 1785 |
| 7/11/01 | 1.3 | 455 |
| 7/12/01 | 0.3 | 105 |
| 7/17/01 | 0.3 | 105 |
| 7/23/01 | 4.9 | 1715 |
| 7/24/01 | 0.2 | 70 |
| 8/9/01 | 0.2 | 70 |
| 8/14/01 | 0.4 | 140 |
| 8/20/01 | 1.1 | 385 |
| 8/21/01 | 1.5 | 525 |
| 8/21/01 | 3.1 | 1085 |
| 8/21/01 | 0.9 | 315 |
| 8/31/01 | 0.4 | 140 |
| 9/14/01 | 0.4 | 140 |
| 10/11/01 | 0.2 | 70 |
| **TOTAL** | **44.8** | **15,680** |