# EXHIBIT C

## REQUESTS TO ADMIT/ PROTECTIVE ORDER

| DATE | TIME | AMOUNT |
|---:|---:|---:|
| 2/5/01 | 5.0 | 1,750 |
| 7/12/01 | 2.5 | 875 |
| 7/13/01 | 5.0 | 1,750 |
| 7/18/01 | 0.7 | 245 |
| 7/19/01 | 0.5 | 175 |
| 7/19/01 | 2.5 | 875 |
| 7/20/01 | 1.1 | 385 |
| 7/20/01 | 3.1 | 1,085 |
| 7/23/01 | 1.0 | 350 |
| 7/23/01 | 0.5 | 175 |
| 7/24/01 | 6.7 | 2,345 |
| 7/25/01 | 5.5 | 1,925 |
| 8/3/01 | 1.1 | 385 |
| 8/30/01 | 3.2 | 1,120 |
| 9/25/01 | 1.3 | 455 |
| 9/25/01 | 2.7 | 945 |
| 9/27/01 | 1.9 | 665 |
| 9/28/01 | 3.1 | 1,085 |
| 10/2/01 | 6.4 | 2,240 |
| 10/4/01 | 4.6 | 1,610 |
| 10/4/01 | 1.3 | 455 |
| 10/11/01 | 0.6 | 210 |
| 10/12/01 | 6.2 | 2,170 |
| 1/30/02 | 0.5 | 175 |
| 2/4/02 | 0.2 | 70 |
| **TOTAL** | **67.2** | **23,520** |