# EXHIBIT D

## TOWN OF GREENWICH

| DATE | TIME | AMOUNT |
|---:|---:|---:|
| 4/3/01 | 0.2 | 70 |
| 4/5/01 | 0.2 | 70 |
| 4/5/01 | 6.0 | 2,100 |
| 8/6/01 | 0.2 | 70 |
| 8/28/01 | 0.2 | 70 |
| 9/11/01 | 2.2 | 770 |
| 9/18/01 | 0.2 | 70 |
| 9/19/01 | 1.0 | 350 |
| 11/7/01 | 0.1 | 35 |
| 11/20/01 | 2.2 | 770 |
| 11/27/01 | 0.3 | 105 |
| 12/18/01 | 0.1 | 35 |
| 12/18/01 | 0.2 | 70 |
| 12/19/01 | 0.2 | 70 |
| 1/30/02 | 0.4 | 140 |
| 2/8/02 | 1.3 | 455 |
| 2/28/02 | 1.7 | 595 |
| 4/11/02 | 0.2 | 70 |
| 5/28/02 | 0.2 | 70 |
| 5/28/02 | 0.2 | 70 |
| 5/28/02 | 0.4 | 140 |
| 6/5/02 | 0.1 | 35 |
| 6/5/02 | 0.2 | 70 |
| 6/6/02 | 0.1 | 35 |
| **TOTAL** | **18.1** | **6,335** |