# EXHIBIT E

Case 3:00-cv-02423-AVC    Document 213-6    Filed 11/16/2006    Page 1 of 2

## PLAINTIFF'S SUMMARY JUDGMENT MOTION

| DATE | TIME | AMOUNT |
|---|---|---|
| 4/14/04 | 2.6 | 910 |
| 4/15/04 | 2.5 | 875 |
| 4/20/04 | 0.2 | 70 |
| 4/27/04 | 11.3 | 3,955 |
| 4/28/04 | 7.1 | 2,485 |
| 4/30/04 | 0.9 | 315 |
| 5/7/04 | 4.7 | 1,645 |
| 5/7/04 | 0.2 | 70 |
| 5/10/04 | 9.0 | 3,150 |
| 5/10/04 | 0.2 | 70 |
| 5/11/04 | 9.8 | 3,430 |
| 5/12/04 | 15.3 | 5,355 |
| 5/13/04 | 26.2 | 9,170 |
| 5/13/04 | 0.2 | 70 |
| 5/17/04 | 6.0 | 2,100 |
| 5/18/04 | 0.4 | 140 |
| 6/23/04 | 0.9 | 315 |
| 7/2/04 | 5.2 | 1,820 |
| TOTAL | 102.7 | 35,945 |