# EXHIBIT F

## ADMINISTRATIVE/ CLERICAL TASKS

| DATE | TIME | AMOUNT |
|---|---|---|
| 5/14/02 | 4.2 | 1,470 |
| 5/15/02 | 2.8 | 980 |
| 5/16/02 | 3.1 | 1,085 |
| TOTAL | 10.1 | 3,535 |