**EXHIBIT G**



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URSULA MILDE, | Sep : '01 |
| Plaintiff | CIV NO. 3:00CV2423 (AVC) |
| v. | |
| THE TOWN OF GREENWICH; HOUSING AUTHORITY OF THE TOWN OF GREENWICH; THE HOUSING AUTHORITY OF THE TOWN OF GREENWICH BOARD OF COMMISSIONERS; and BENJAMIN LITTLE, CEO, | |
| Defendants. | September 19, 2001 |

3:00CV2423 (AVC). This is an action for damages and equitable relief alleging gender discrimination and retaliation in employment in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000e, and age discrimination and retaliation in employment in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621, among others. On July 20, 2001, the plaintiff served the defendants with 255 separate requests for admissions pursuant to Fed. R. Civ. P. 36. The defendants now move for a protective order limiting their obligation to respond, on grounds that the specific requests focus on minutia and needlessly complicate this litigation. Having reviewed the submissions of counsel, the court is of the opinion that the sheer number of requests here go far beyond the purpose behind this type of discovery tool, and reminds counsel that "requests for admission cannot be a complete substitute for formal and informal discovery. . . requests for admission should focus on important factual matters and not factual minutiae. . . [and that] a party cannot put the burden of discovery on the other party by obtaining all factual details by means of requests for admission." Mitchell v. Yeutter, No. 89-1465-FGT, 1993 WL 139218 (D. Kan. Jan. 12, 1993). For this reason, the court orders the plaintiff to re-evaluate the particular factual matters she perceives as important enough to warrant requests for admission, and in this regard, limits the plaintiff to 40 such requests. The motion is therefore GRANTED to the extent it seeks a protective order. The motion is DENIED to the extent it seeks an order of referral to a magistrate-judge for resolution of discovery disputes (of which there are none at this time).

SO ORDERED.

_Alfred V. Covello_
Alfred V. Covello, Chief U.S.D.J.