UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **URSULA MILDE,** : | |
| **Plaintiff,** | |
| : | |
| v. | CIV.NO. 3:00CV2423(AVC) |
| : | |
| **THE HOUSING AUTHORITY OF THE** : | |
| **TOWN OF GREENWICH;** | |
| **THE HOUSING AUTHORITY OF THE** : | **NOVEMBER 22, 2006** |
| **TOWN OF GREENWICH BOARD OF** | |
| **COMISSIONERS; BENJAMIN LITTLE,** : | |
| **CEO.** | |
| **Defendants.** : | |

**PLAINTIFF'S REQUEST FOR EXTENSION TO FILE REPLY TO
DEFENDANTS MEMORANDUM IN OPPOSITION TO PLAINTIFF'S  MOTION
PETITION FOR FEES AND COSTS**

Plaintiff Ursula Milde ("Milde") hereby files this motion requesting an extension of seven (7) days to file a Reply to Defendants November 16, 2006 Memorandum in Opposition to Plaintiff's pending motion for fees and costs.  The original deadline for such Reply is November 27, 2006.  The proposed new deadline will be December 4, 2006.

The undersigned needs the additional time to review and respond to the Defendants pleading, caused by the holiday falling within the 10 day period under the local rule for filing a reply brief.

The undersigned has contacted the Defendants on this date and who consent to the instant motion.

This is Plaintiff's first motion for extension of time to file a Reply.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

2

**WHEREFORE**, Plaintiff respectfully requests that the court grant the instant motion.

        **PLAINTIFF,**
        **URSULA MILDE**

        By:/S/ Mark P. Carey
        Mark P. Carey (CT17828)
        Carey & Associates, P.C.
        71 Old Post Road, Suite One
        Southport, CT 06890
        (203) 255-4150 tel.
        (203) 255-0380 fax

        Her Attorney

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was filed electronically with the court and by first class mail, fee prepaid, on this the 22nd day of November, 2006 to:

Francis P. Alvarez
JACKSON LEWIS
One North Broadway
White Plains, NY 10601
Attorneys for Defendant

        /S/ Mark P. Carey
        Mark P. Carey