UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **URSULA MILDE,** : | |
| Plaintiff, | |
| : | |
| v. | CIV.NO. 3:00CV2423(AVC) |
| : | |
| **THE HOUSING AUTHORITY OF THE** : | |
| **TOWN OF GREENWICH;** | |
| **THE HOUSING AUTHORITY OF THE** : | DECEMBER 5, 2006 |
| **TOWN OF GREENWICH BOARD OF** | |
| **COMISSIONERS; BENJAMIN LITTLE,** : | |
| **CEO.** | |
| Defendants. : | |

**PLAINTIFF'S NUNC PRO TUNC MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY MEMORANDUM TO DEFENDANTS MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION/PETITION FOR FEES AND COSTS**

Plaintiff Ursula Milde ("Milde") hereby files the instant motion, nunc pro tunc, for extension of time to file her memorandum of law in response to Defendants Memorandum in Opposition to Plaintiff's Motion/Petition for fees and costs.

Plaintiff had until December 4, 2006 in which to file her reply brief, with the Court's endorsement. The undersigned prepared a reply brief and attempted to file it electronically at 11:59 p.m. on December 4, 2006, but was not able to complete the filing until December 5, at 12:03 a.m.

Plaintiff requests an extension of one day or three minutes extra in which to file her reply brief.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

2

This is Plaintiff's second request for an extension of time.

The undersigned was unable to communicate with the counsel for the Defendants at the time of filing this motion.

The Plaintiff respectfully requests that the Court grant the instant motion.

**PLAINTIFF,**
**URSULA MILDE**

By:/S/ Mark P. Carey
Mark P. Carey (CT17828)
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150 tel.
(203) 255-0380 fax

Her Attorney

**CERTIFICATION OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was filed electronically with the court and by first class mail, fee prepaid, on this the 5th day of December, 2006 to:

Francis P. Alvarez
JACKSON LEWIS
One North Broadway
White Plains, NY 10601
Attorneys for Defendant

/S/ Mark P. Carey
Mark P. Carey