UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **URSULA MILDE**, : | |
| : | CIV NO. 3:00CV2423 (AVC) |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **THE TOWN OF GREENWICH;** : | |
| **HOUSING AUTHORITY OF THE** : | |
| **TOWN OF GREENWICH;** : | |
| **THE HOUSING AUTHORITY OF THE** : | |
| **TOWN OF GREENWICH BOARD OF** : | |
| **COMMISSIONERS; and** : | February 7, 2007 |
| **BENJAMIN LITTLE, CEO,** : | |
| : | |
| **Defendants.** : | |

## SATISFACTION OF JUDGMENT

In satisfaction of the judgment entered in the above matter on September 19, 2006, and in compliance with the Court's Order on post-trial motions dated December 20, 2006, the Plaintiff Ursula Milde hereby reports to the Court a Satisfaction of Judgment that:

1. On January 12, 2007, Defendants delivered to counsel for Plaintiff a check in the gross amount of $234,048.94, less FICA and income tax withholdings, for a net of $154,395.54, made payable to Ursula Milde. This amount is for the $325,000 in compensatory damages, less the pre-judgment interest awarded by the jury and paid in a check as set forth in paragraph 2 below;

2. On January 12, 2007, Defendants delivered to counsel for Plaintiff a check in the amount of $90,951.06 made payable to Ursula Milde for the pre-judgment interest awarded by the jury as part of the $325,000 compensatory damage award;

      3.      On January 12, 2007, Defendants delivered to counsel for Plaintiff a check in the amount of $228,446 made payable to Ursula Milde. This amount is for attorneys' fees;

      4.      On January 12, 2007, Defendants delivered to counsel for Plaintiff a check in the amount of $43,000 made payable to Carey & Associates P.C. This amount is for attorneys' fees;

      5.      On January 12, 2007, Defendants delivered to counsel for Plaintiff a check in the amount of $11,277.90 made payable to Ursula Milde. This amount is for expenses;

      6.      On January 12, 2007, Defendants delivered to counsel for Plaintiff a check in the amount of $5,140.34 made payable to Ursula Milde. This amount is for post-judgment interest on the $325,000 judgment for compensatory damages for the period beginning September 19, 2006 and ending Friday, January 12, 2007;

      7.      On January 12, 2007, Defendants delivered to counsel for Plaintiff a check in the amount of $3,644.62 made payable to Ursula Milde. This amount is for interest on attorneys' fees through Friday, January 12, 2007;

      8.      On January 12, 2007, Defendants delivered to counsel for Plaintiff a check in the amount of $686.02 made payable to Carey & Associates P.C. This amount is for interest on attorneys' fees through Friday, January 12, 2007;

      9.      On January 12, 2007, Defendants delivered to counsel for Plaintiff a check in the amount of $1,015.83 made payable to Ursula Milde. This amount is for punitive damages assessed against Defendant Benjamin Little and the post-judgment interest on the punitive damage award;

      10.      On February 5, 2007, Defendants delivered to counsel for Plaintiff a check in the amount of $224.63 made payable to Ursula Milde. This amount is for the disputed $44.70

in additional interest calculated in paragraph 6 above, and $179.93 in interest on the award of $11,277.90 in expenses set forth in paragraph 5 above.

The Plaintiff Ursula Milde, through her counsel, acknowledges payment of said judgment, costs, interests and fees in full and desires to release this judgment and hereby fully and completely satisfy the same.

**PLAINTIFF,**
**URSULA MILDE**

By:/S/ Mark P. Carey
Mark P. Carey (CT17828)
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150 tel.
(203) 255-0380 fax

Her Attorney

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was filed electronically with the court and by first class mail, fee prepaid, on this the 7th day of February, 2007 to:

Francis P. Alvarez
JACKSON LEWIS
One North Broadway
White Plains, NY 10601
Attorneys for Defendant

/S/ Mark P. Carey
Mark P. Carey